## Schedule 1

| Facility / Plan | Claim Billed Amount | Estimated Allowed Amount | Estimated Amount Due Calculation | TTL Insurance Payment | Estimated Paient Copay, Deductible, Co-Insurance | # of ACCTS |
|---|---:|---:|---:|---:|---:|---:|
| **Beaumont** | $ 12,309,284.53 | $ 6,212,071.96 | $ 4,541,645.00 | $ 1,023,054.71 | $ 647,372.25 | 259 |
| ANTHEM BCBS CALIFORNIA | $ 315,303.90 | $ 189,182.34 | $ 146,675.91 | $ 31,573.44 | $ 10,932.99 | 7 |
| ANTHEM BCBS OF GEORGIA | $ 40,011.27 | $ 40,011.27 | $ 33,183.04 | $ 1,914.16 | $ 4,914.07 | 1 |
| ANTHEM BCBS OF INDIANA | $ 23,330.09 | $ 6,999.03 | $ 3,624.83 | $ 187.10 | $ 3,187.10 | 1 |
| ANTHEM BCBS OF KY | $ 50,910.24 | $ 29,018.84 | $ 17,754.29 | $ 4,443.47 | $ 6,821.08 | 1 |
| ANTHEM BCBS OF OHIO | $ 2,230,324.62 | $ 1,466,415.84 | $ 1,027,235.38 | $ 223,059.91 | $ 216,120.55 | 40 |
| ANTHEM BCBS OF VIRGINIA | $ 24,664.27 | $ 24,664.27 | $ 22,434.27 | $ 660.97 | $ 1,569.03 | 1 |
| BCBS ANTHEM NATL ACCTS | $ 55,258.39 | $ 26,254.18 | $ 16,348.57 | $ 9,284.52 | $ 621.09 | 3 |
| BCBS EMPIRE BLUE | $ 83,986.23 | $ 25,195.87 | $ 9,811.95 | $ 10,344.75 | $ 5,039.17 | 1 |
| BCBS HALLMARK | $ 33,792.84 | $ 18,923.99 | $ 18,248.13 | $ - | $ 675.86 | 2 |
| BCBS HIGHMARK | $ 257,103.00 | $ 106,755.61 | $ 70,912.74 | $ 17,771.45 | $ 18,071.43 | 7 |
| BCBS OF ALABAMA | $ 901,228.09 | $ 444,381.11 | $ 342,109.93 | $ 63,976.93 | $ 38,294.25 | 24 |
| BCBS OF ARKANSAS | $ 177,887.97 | $ 53,366.39 | $ 15,009.10 | $ 18,789.61 | $ 19,567.68 | 6 |
| BCBS OF CALIFORNIA | $ 105,319.95 | $ 49,536.79 | $ 34,657.52 | $ 8,665.00 | $ 6,214.27 | 6 |
| BCBS OF FLORIDA | $ 62,739.16 | $ 53,989.07 | $ 45,838.63 | $ 6,622.68 | $ 1,527.76 | 3 |
| BCBS OF GEORGIA | $ 5,746.56 | $ 1,723.97 | $ 1,116.75 | $ 546.49 | $ 60.73 | 1 |
| BCBS OF INDIANA | $ 3,726.32 | $ 1,117.90 | $ 1,006.11 | $ - | $ 111.79 | 1 |
| BCBS OF IOWA | $ 14,000.11 | $ 4,200.03 | $ 2,763.83 | $ 1,148.96 | $ 287.24 | 1 |
| BCBS OF LOUISIANA | $ 2,271,517.46 | $ 858,113.63 | $ 651,245.18 | $ 144,732.28 | $ 62,136.16 | 49 |
| BCBS OF MARYLAND | $ 30,255.91 | $ 9,076.77 | $ 7,106.49 | $ 1,309.18 | $ 661.10 | 1 |
| BCBS OF MASSACHUSETTS | $ 144,882.87 | $ 95,414.93 | $ 84,145.72 | $ 3,675.76 | $ 7,593.45 | 4 |
| BCBS OF MINNESOTA | $ 582,871.15 | $ 281,451.17 | $ 219,212.34 | $ 46,778.51 | $ 15,460.32 | 6 |
| BCBS OF MISSISSIPPI | $ 34,237.41 | $ 10,271.22 | $ 6,288.43 | $ 1,586.17 | $ 2,396.62 | 1 |
| BCBS OF NEBRASKA | $ 54,020.98 | $ 39,829.42 | $ 36,515.73 | $ 1,288.10 | $ 2,025.59 | 3 |
| BCBS OF NEVADA | $ 57,472.62 | $ 17,241.79 | $ 17,241.79 | $ - | $ - | 2 |
| BCBS OF NORTH CAROLINA | $ 183,312.43 | $ 152,544.58 | $ 131,941.93 | $ 9,212.22 | $ 11,390.43 | 5 |
| BCBS OF OHIO | $ 465,373.33 | $ 352,629.22 | $ 248,344.01 | $ 66,246.26 | $ 38,038.96 | 11 |
| BCBS OF OREGON | $ 19,202.98 | $ 5,760.89 | $ 3,393.32 | $ 1,333.04 | $ 1,034.53 | 1 |
| BCBS OF PENNSYLVANIA | $ 779,288.24 | $ 292,419.88 | $ 176,432.07 | $ 79,398.11 | $ 36,589.69 | 15 |
| BCBS OF SOUTH CAROLINA | $ 687,174.89 | $ 204,917.80 | $ 148,754.13 | $ 25,558.68 | $ 30,604.99 | 10 |
| BCBS OF TENNESSEE | $ 1,484,623.42 | $ 808,603.15 | $ 595,871.19 | $ 144,100.82 | $ 68,631.15 | 27 |
| BCBS OF VIRGINA | $ 363,549.13 | $ 122,214.46 | $ 79,708.80 | $ 33,895.22 | $ 8,610.44 | 3 |
| BCBS OF VIRGINIA | $ 81,400.49 | $ 45,584.27 | $ 35,539.21 | $ 9,231.06 | $ 814.00 | 3 |
| CAPITAL BCBS | $ 156,596.34 | $ 83,987.04 | $ 62,944.89 | $ 20,542.15 | $ 500.00 | 2 |
| HIGHMARK BCBS OF PENN | $ 446,646.33 | $ 265,817.56 | $ 208,158.36 | $ 32,106.54 | $ 25,552.66 | 9 |
| REGENCE BCBS OF OREGON | $ 81,525.54 | $ 24,457.66 | $ 20,070.44 | $ 3,071.17 | $ 1,316.05 | 1 |
| **Craig Ranch** | $ 10,916,559.13 | $ 6,274,895.34 | $ 4,482,565.09 | $ 1,229,123.93 | $ 563,206.32 | 228 |
| ANTHEM BCBS CALIFORNIA | $ 1,609,184.72 | $ 977,045.08 | $ 650,034.68 | $ 250,695.21 | $ 76,315.19 | 28 |
| ANTHEM BCBS NATL ACCTS | $ 42,607.91 | $ 23,860.43 | $ 9,417.51 | $ 8,734.44 | $ 5,708.48 | 2 |
| ANTHEM BCBS OF COLORADO | $ 27,227.86 | $ 17,694.26 | $ 13,479.71 | $ 800.63 | $ 3,413.92 | 2 |
| ANTHEM BCBS OF GEORGIA | $ 200,337.98 | $ 135,956.48 | $ 97,737.12 | $ 20,512.74 | $ 17,706.61 | 4 |
| ANTHEM BCBS OF INDIANA | $ 176,105.00 | $ 104,806.90 | $ 55,751.07 | $ 42,451.05 | $ 6,604.78 | 2 |
| ANTHEM BCBS OF KY | $ 198,537.99 | $ 113,166.65 | $ 75,823.16 | $ 37,343.49 | $ - | 1 |
| ANTHEM BCBS OF NEVADA | $ 15,865.79 | $ 8,884.84 | $ 7,416.84 | $ 602.46 | $ 865.54 | 1 |
| ANTHEM BCBS OF OHIO | $ 819,558.87 | $ 681,136.95 | $ 487,722.51 | $ 120,698.09 | $ 72,716.36 | 24 |
| ANTHEM BCBS OF VIRGINIA | $ 154,889.23 | $ 118,505.23 | $ 84,683.05 | $ 25,988.44 | $ 7,833.74 | 8 |
| BCBS ANTHEM NATL ACCTS | $ 34,714.15 | $ 15,748.05 | $ 5,173.47 | $ 4,806.18 | $ 5,768.40 | 2 |
| BCBS EMPIRE BLUE | $ 96,899.85 | $ 29,069.96 | $ 9,888.98 | $ 13,366.98 | $ 5,813.99 | 1 |
| BCBS HIGHMARK | $ 23,422.63 | $ 7,026.79 | $ 2,229.74 | $ - | $ 4,797.05 | 1 |
| BCBS OF ALABAMA | $ 1,291,222.00 | $ 777,031.81 | $ 545,213.89 | $ 173,101.76 | $ 58,716.16 | 25 |
| BCBS OF ARIZONA | $ 429,707.16 | $ 128,912.15 | $ 118,349.84 | $ 5,386.02 | $ 5,176.29 | 3 |
| BCBS OF ARKANSAS | $ 518,118.02 | $ 215,700.25 | $ 131,023.58 | $ 41,191.62 | $ 43,485.05 | 10 |
| BCBS OF CALIFORNIA | $ 251,603.75 | $ 171,487.79 | $ 152,587.27 | $ 14,175.28 | $ 4,725.24 | 8 |
| BCBS OF COLORADO | $ 53,920.79 | $ 34,509.31 | $ 24,508.16 | $ 8,851.15 | $ 1,150.00 | 1 |
| BCBS OF FLORIDA | $ 13,632.87 | $ 13,632.87 | $ 12,424.60 | $ 990.56 | $ 217.71 | 1 |
| BCBS OF GEORGIA | $ 183,697.39 | $ 100,320.16 | $ 66,533.47 | $ 18,680.32 | $ 15,106.37 | 5 |
| BCBS OF KANSAS CITY | $ 93,097.04 | $ 82,541.04 | $ 71,901.53 | $ 7,235.73 | $ 3,403.78 | 3 |
| BCBS OF LOUISIANA | $ 214,082.99 | $ 84,319.86 | $ 61,318.67 | $ 11,284.09 | $ 11,717.11 | 6 |
| BCBS OF MASSACHUSETTS | $ 458,727.10 | $ 358,150.98 | $ 327,383.55 | $ 20,433.29 | $ 10,334.15 | 12 |
| BCBS OF MICHIGAN | $ 41,562.15 | $ 12,468.65 | $ 10,038.86 | $ - | $ 2,429.79 | 2 |
| BCBS OF MINNESOTA | $ 894,226.66 | $ 280,183.77 | $ 185,206.44 | $ 65,845.55 | $ 29,131.79 | 14 |
| BCBS OF MISSISSIPPI | $ 52,165.64 | $ 29,212.76 | $ 21,217.92 | $ 7,644.95 | $ 349.89 | 1 |

| Facility / Plan | Claim Billed Amount | Estimated Allowed Amount | Estimated Amount Due Calculation | TTL Insurance Payment | Estimated Paient Copay, Deductible, Co-Insurance | # of ACCTS |
|---|---:|---:|---:|---:|---:|---:|
| BCBS OF NEBRASKA | $ 287,331.11 | $ 101,514.96 | $ 62,993.72 | $ 28,948.16 | $ 9,573.08 | 4 |
| BCBS OF NEW JERSEY | $ 299,519.50 | $ 299,519.50 | $ 215,343.63 | $ 81,835.66 | $ 2,340.21 | 2 |
| BCBS OF NORTH CAROLINA | $ 399,150.01 | $ 253,528.89 | $ 177,369.41 | $ 41,131.76 | $ 35,027.72 | 8 |
| BCBS OF OHIO | $ 287,310.13 | $ 160,886.89 | $ 101,658.86 | $ 40,660.32 | $ 18,567.71 | 6 |
| BCBS OF PENNSYLVANIA | $ 91,867.15 | $ 40,279.56 | $ 32,573.36 | $ 4,225.05 | $ 3,481.15 | 4 |
| BCBS OF RHODE ISLAND | $ 15,161.95 | $ 15,161.95 | $ 13,940.54 | $ 577.14 | $ 644.27 | 1 |
| BCBS OF SOUTH CAROLINA | $ 220,146.71 | $ 114,194.66 | $ 88,267.18 | $ 10,702.52 | $ 15,224.96 | 6 |
| BCBS OF TENNESSEE | $ 386,578.30 | $ 214,511.55 | $ 164,349.14 | $ 28,583.15 | $ 21,579.26 | 6 |
| BLUE ADVANTAGE ARKANSAS | $ 75,109.17 | $ 22,532.75 | $ 13,057.65 | $ 3,766.70 | $ 5,708.40 | 2 |
| CAPITAL BCBS | $ 19,661.82 | $ 19,661.82 | $ 18,015.77 | $ 146.05 | $ 1,500.00 | 1 |
| CAREFIRST BCBS | $ 88,549.24 | $ 88,549.24 | $ 64,235.94 | $ 17,122.47 | $ 7,190.83 | 4 |
| HIGHMARK BCBS OF PENN | $ 595,423.42 | $ 198,400.23 | $ 120,163.20 | $ 48,797.62 | $ 29,439.40 | 6 |
| HORIZON BCBS OF NJ | $ 131,291.91 | $ 106,970.29 | $ 81,310.35 | $ 15,531.15 | $ 10,128.79 | 6 |
| INDEPENDENCE ADMIN BCBS | $ 23,421.44 | $ 23,421.44 | $ 20,955.30 | $ - | $ 2,466.14 | 1 |
| PREMERA BCBS | $ 100,921.73 | $ 94,388.60 | $ 81,265.43 | $ 6,276.15 | $ 6,847.02 | 4 |
| **East Houston** | **$ 2,349,507.45** | **$ 1,247,982.32** | **$ 943,779.01** | **$ 183,577.70** | **$ 120,625.60** | **101** |
| ANTHEM BCBS CALIFORNIA | $ 126,060.85 | $ 55,557.17 | $ 44,859.62 | $ 5,414.29 | $ 5,283.26 | 3 |
| ANTHEM BCBS OF COLORADO | $ 18,423.77 | $ 12,343.93 | $ 10,208.22 | $ 1,767.23 | $ 368.48 | 1 |
| ANTHEM BCBS OF OHIO | $ 267,546.54 | $ 175,889.96 | $ 127,700.50 | $ 19,730.92 | $ 28,458.54 | 14 |
| BCBS ANTHEM NATL ACCTS | $ 53,713.46 | $ 27,452.11 | $ 21,299.94 | $ 3,578.16 | $ 2,574.01 | 3 |
| BCBS HALLMARK | $ 36,020.29 | $ 9,005.07 | $ 7,726.79 | $ 557.88 | $ 720.41 | 1 |
| BCBS HIGHMARK | $ 45,768.73 | $ 31,536.24 | $ 26,441.99 | $ 2,319.73 | $ 2,774.52 | 4 |
| BCBS OF ALABAMA | $ 72,980.11 | $ 65,095.46 | $ 56,496.04 | $ 2,289.68 | $ 6,309.74 | 3 |
| BCBS OF ARKANSAS | $ 139,529.08 | $ 73,966.63 | $ 56,937.79 | $ 1,680.64 | $ 15,348.20 | 7 |
| BCBS OF COLORADO | $ 20,596.44 | $ 13,181.72 | $ 13,181.72 | $ - | $ - | 1 |
| BCBS OF FLORIDA | $ 68,880.67 | $ 20,664.20 | $ 9,543.51 | $ 7,030.94 | $ 4,089.75 | 2 |
| BCBS OF IOWA | $ 24,389.27 | $ 24,389.27 | $ 17,412.19 | $ 6,489.29 | $ 487.79 | 1 |
| BCBS OF LOUISIANA | $ 616,525.99 | $ 258,255.55 | $ 164,759.57 | $ 69,053.38 | $ 24,442.60 | 21 |
| BCBS OF MASSACHUSETTS | $ 46,261.03 | $ 46,261.03 | $ 46,261.03 | $ - | $ - | 2 |
| BCBS OF MICHIGAN | $ 50,669.21 | $ 14,157.28 | $ 6,154.91 | $ 6,988.99 | $ 1,013.38 | 2 |
| BCBS OF MINNESOTA | $ 62,084.95 | $ 22,563.15 | $ 19,836.37 | $ 1,660.73 | $ 1,066.05 | 4 |
| BCBS OF MISSISSIPPI | $ 71,436.31 | $ 21,430.89 | $ 10,912.63 | $ 10,518.26 | $ - | 1 |
| BCBS OF NEBRASKA | $ 67,461.16 | $ 53,585.51 | $ 45,426.13 | $ 4,786.32 | $ 3,373.06 | 2 |
| BCBS OF NEW JERSEY | $ 11,406.60 | $ 6,387.70 | $ 4,904.92 | $ 739.67 | $ 743.11 | 1 |
| BCBS OF OHIO | $ 211,366.17 | $ 162,228.72 | $ 141,338.93 | $ 15,379.06 | $ 5,510.73 | 7 |
| BCBS OF RHODE ISLAND | $ 10,524.15 | $ 3,157.25 | $ 1,693.70 | $ - | $ 1,463.55 | 1 |
| BCBS OF SOUTH CAROLINA | $ 49,382.07 | $ 30,195.01 | $ 25,430.78 | $ 1,568.05 | $ 3,196.17 | 4 |
| BCBS OF TENNESSEE | $ 61,108.55 | $ 33,027.13 | $ 28,767.32 | $ 792.95 | $ 3,466.87 | 4 |
| BCBS OF UTAH | $ 10,569.98 | $ 3,170.99 | $ 2,741.55 | $ 112.34 | $ 317.10 | 1 |
| BCBS OF WASHINGTON | $ 19,651.84 | $ 5,895.55 | $ 1,869.19 | $ 3,240.29 | $ 786.07 | 1 |
| CAPITAL BCBS | $ 39,302.77 | $ 11,790.83 | $ 5,269.77 | $ 5,735.01 | $ 786.06 | 1 |
| CAREFIRST BCBS | $ 20,300.85 | $ 20,300.85 | $ 18,261.86 | $ 1,429.96 | $ 609.03 | 1 |
| HIGHMARK BCBS OF PENN | $ 91,463.42 | $ 35,668.15 | $ 26,366.85 | $ 3,599.51 | $ 5,701.79 | 7 |
| PREMERA BCBS | $ 36,083.19 | $ 10,824.96 | $ 1,975.18 | $ 7,114.42 | $ 1,735.36 | 1 |
| **Innova / Southcross** | **$ 35,247,804.61** | **$ 19,418,993.41** | **$ 14,717,492.26** | **$ 3,990,082.95** | **$ 711,418.21** | **262** |
| ANTHEM BCBS CALIFORNIA | $ 116,762.68 | $ 35,028.80 | $ 15,214.76 | $ 15,967.03 | $ 3,847.01 | 1 |
| ANTHEM BCBS OF GEORGIA | $ 66,147.80 | $ 19,844.34 | $ 10,876.38 | $ 6,509.86 | $ 2,458.10 | 1 |
| ANTHEM BCBS OF NEVADA | $ 610,658.33 | $ 341,968.66 | $ 246,248.32 | $ 65,187.43 | $ 30,532.92 | 1 |
| ANTHEM BCBS OF NH | $ 103,195.14 | $ 103,195.14 | $ 83,335.49 | $ 13,859.65 | $ 6,000.00 | 1 |
| ANTHEM BCBS OF OHIO | $ 4,165,169.77 | $ 3,324,166.00 | $ 2,652,057.94 | $ 588,827.35 | $ 83,280.71 | 33 |
| BCBS ANTHEM NATL ACCTS | $ 102,334.21 | $ 46,266.67 | $ 35,105.42 | $ 8,749.45 | $ 2,411.80 | 3 |
| BCBS EMPIRE BLUE | $ 233,367.75 | $ 126,810.10 | $ 85,202.53 | $ 34,931.87 | $ 6,675.70 | 6 |
| BCBS HALLMARK | $ 43,181.94 | $ 12,954.58 | $ 11,652.55 | $ 781.21 | $ 520.82 | 3 |
| BCBS HIGHMARK | $ 89,062.04 | $ 63,702.62 | $ 49,755.19 | $ 11,647.43 | $ 2,300.00 | 2 |
| BCBS OF ALABAMA | $ 1,352,049.30 | $ 444,447.36 | $ 263,375.70 | $ 107,746.92 | $ 73,324.74 | 8 |
| BCBS OF ARIZONA | $ 102,008.12 | $ 30,602.44 | $ 29,811.44 | $ - | $ 791.00 | 1 |
| BCBS OF ARKANSAS | $ 549,840.90 | $ 275,645.07 | $ 139,869.57 | $ 73,150.48 | $ 62,625.02 | 8 |
| BCBS OF CALIFORNIA | $ 3,289,861.47 | $ 2,137,532.54 | $ 1,754,888.93 | $ 337,287.24 | $ 45,356.37 | 25 |
| BCBS OF COLORADO | $ 16,495.96 | $ 4,948.79 | $ 1,705.61 | $ 1,255.91 | $ 1,987.27 | 1 |
| BCBS OF FLORIDA | $ 32,079.01 | $ 9,623.70 | $ 6,777.68 | $ 600.49 | $ 2,245.53 | 1 |
| BCBS OF GEORGIA | $ 156,439.29 | $ 46,931.79 | $ 28,928.19 | $ 9,913.92 | $ 8,089.68 | 6 |
| BCBS OF INDIANA | $ 166,377.89 | $ 49,913.37 | $ 22,488.14 | $ 23,131.69 | $ 4,293.54 | 1 |

| Facility / Plan | Claim Billed Amount | Estimated Allowed Amount | Estimated Amount Due Calculation | TTL Insurance Payment | Estimated Paient Copay, Deductible, Co-Insurance | # of ACCTS |
|---|---|---|---|---|---|---|
| BCBS OF KANSAS | $ 132,626.81 | $ 39,788.04 | $ 36,943.85 | $ 2,844.19 | $ - | 1 |
| BCBS OF LOUISIANA | $ 4,305,537.80 | $ 1,486,911.26 | $ 1,205,680.80 | $ 266,576.74 | $ 14,653.73 | 20 |
| BCBS OF MARYLAND | $ 102,803.79 | $ 63,339.61 | $ 43,476.16 | $ 11,598.04 | $ 8,265.42 | 3 |
| BCBS OF MASSACHUSETTS | $ 195,823.92 | $ 69,856.32 | $ 57,989.38 | $ 10,000.00 | $ 1,866.94 | 3 |
| BCBS OF MICHIGAN | $ 573,243.53 | $ 166,303.45 | $ 110,270.47 | $ 43,202.71 | $ 12,830.28 | 10 |
| BCBS OF MINNESOTA | $ 355,844.60 | $ 120,070.17 | $ 46,874.91 | $ 53,250.48 | $ 19,944.78 | 9 |
| BCBS OF MISSISSIPPI | $ 461,570.99 | $ 138,471.30 | $ 58,651.27 | $ 39,860.02 | $ 39,960.01 | 1 |
| BCBS OF NEBRASKA | $ 25,618.35 | $ 25,618.35 | $ 14,329.84 | $ 5,573.10 | $ 5,715.41 | 1 |
| BCBS OF NEW JERSEY | $ 91,494.69 | $ 42,735.21 | $ 42,735.21 | $ - | $ - | 5 |
| BCBS OF NEW YORK | $ 768,865.10 | $ 370,032.33 | $ 318,737.04 | $ 42,581.70 | $ 8,713.59 | 8 |
| BCBS OF NORTH CAROLINA | $ 253,909.00 | $ 76,172.70 | $ 37,571.20 | $ 23,924.41 | $ 14,677.09 | 4 |
| BCBS OF OHIO | $ 7,786,356.40 | $ 5,130,349.37 | $ 4,082,494.71 | $ 991,861.35 | $ 55,993.31 | 32 |
| BCBS OF PENNSYLVANIA | $ 1,916,252.46 | $ 670,497.17 | $ 348,039.79 | $ 291,579.04 | $ 30,878.33 | 13 |
| BCBS OF RHODE ISLAND | $ 93,347.47 | $ 38,549.17 | $ 30,681.97 | $ 5,893.85 | $ 1,973.35 | 2 |
| BCBS OF SOUTH CAROLINA | $ 624,154.15 | $ 202,317.33 | $ 91,222.39 | $ 70,895.78 | $ 40,199.16 | 6 |
| BCBS OF TENNESSEE | $ 3,185,155.12 | $ 2,462,252.37 | $ 1,900,560.31 | $ 509,586.01 | $ 52,106.05 | 16 |
| BCBS OF VIRGINIA | $ 816,809.24 | $ 457,413.17 | $ 298,715.25 | $ 152,256.66 | $ 6,441.26 | 2 |
| BCBS OF WASHINGTON | $ 184,478.18 | $ 55,343.45 | $ 39,953.86 | $ 10,763.51 | $ 4,626.08 | 5 |
| BCBS OF WASHINGTON DC | $ 499,943.00 | $ 149,982.90 | $ 112,181.85 | $ 34,301.05 | $ 3,500.00 | 3 |
| BLUE ADVANTAGE ARKANSAS | $ 34,361.26 | $ 10,308.38 | $ 5,403.93 | $ 2,452.23 | $ 2,452.22 | 2 |
| CAPITAL BCBS | $ 264,104.52 | $ 101,269.65 | $ 39,954.74 | $ 56,194.52 | $ 5,120.39 | 3 |
| CAREFIRST BCBS | $ 184,059.68 | $ 55,217.90 | $ 37,596.05 | $ 11,415.27 | $ 6,206.58 | 4 |
| HIGHMARK BCBS OF PENN | $ 559,439.34 | $ 221,519.74 | $ 169,385.48 | $ 29,717.82 | $ 22,416.45 | 6 |
| REGENCE BCBS OF WA | $ 636,973.61 | $ 191,092.08 | $ 150,747.96 | $ 24,206.54 | $ 16,137.58 | 1 |
| **Landmark** | **$ 18,976,338.76** | **$ 11,495,778.54** | **$ 8,966,026.05** | **$ 1,966,202.89** | **$ 563,549.60** | **163** |
| ANTHEM BCBS CALIFORNIA | $ 375,395.06 | $ 132,270.61 | $ 87,891.85 | $ 32,321.24 | $ 12,057.51 | 6 |
| ANTHEM BCBS NATL ACCTS | $ 996,423.37 | $ 996,423.37 | $ 807,783.36 | $ 184,642.26 | $ 3,997.75 | 2 |
| ANTHEM BCBS OF COLORADO | $ 1,392,479.50 | $ 932,961.27 | $ 868,534.08 | $ 53,842.94 | $ 10,584.25 | 3 |
| ANTHEM BCBS OF OHIO | $ 2,901,706.16 | $ 1,820,711.93 | $ 1,244,966.52 | $ 397,864.20 | $ 177,881.21 | 27 |
| BCBS ANTHEM NATL ACCTS | $ 1,201,360.24 | $ 840,316.73 | $ 530,452.58 | $ 289,784.43 | $ 20,079.72 | 7 |
| BCBS HALLMARK | $ 46,131.91 | $ 13,839.57 | $ 7,159.96 | $ 3,421.64 | $ 3,257.97 | 3 |
| BCBS OF ALABAMA | $ 707,604.39 | $ 510,864.18 | $ 442,439.80 | $ 55,408.74 | $ 13,015.64 | 7 |
| BCBS OF ARIZONA | $ 71,778.97 | $ 21,533.69 | $ 21,533.69 | $ - | $ - | 1 |
| BCBS OF ARKANSAS | $ 279,768.09 | $ 115,296.80 | $ 74,962.69 | $ 15,481.50 | $ 24,852.61 | 7 |
| BCBS OF CALIFORNIA | $ 102,576.94 | $ 69,587.09 | $ 54,145.23 | $ 8,731.68 | $ 6,710.18 | 3 |
| BCBS OF COLORADO | $ 63,995.60 | $ 19,198.68 | $ 12,567.67 | $ 2,895.97 | $ 3,735.04 | 2 |
| BCBS OF FLORIDA | $ 103,485.50 | $ 41,125.93 | $ 30,700.54 | $ 3,233.23 | $ 7,192.16 | 2 |
| BCBS OF GEORGIA | $ 243,297.71 | $ 162,692.74 | $ 109,406.47 | $ 44,598.95 | $ 8,687.32 | 4 |
| BCBS OF IOWA | $ 251,023.21 | $ 75,306.96 | $ 56,138.75 | $ 14,147.75 | $ 5,020.46 | 1 |
| BCBS OF LOUISIANA | $ 1,025,827.83 | $ 662,323.68 | $ 585,986.19 | $ 57,614.72 | $ 18,722.77 | 7 |
| BCBS OF MARYLAND | $ 37,667.87 | $ 37,667.87 | $ 30,097.82 | $ 4,192.18 | $ 3,377.87 | 2 |
| BCBS OF MASSACHUSETTS | $ 220,107.52 | $ 122,152.84 | $ 102,918.85 | $ 16,333.99 | $ 2,900.00 | 3 |
| BCBS OF MICHIGAN | $ 39,812.09 | $ 29,520.66 | $ 29,520.66 | $ - | $ - | 2 |
| BCBS OF MINNESOTA | $ 1,613,376.58 | $ 489,754.90 | $ 328,386.70 | $ 109,837.75 | $ 51,530.45 | 7 |
| BCBS OF MISSISSIPPI | $ 89,683.14 | $ 26,904.94 | $ 10,589.02 | $ 13,815.92 | $ 2,500.00 | 1 |
| BCBS OF MISSOURI | $ 467,484.72 | $ 140,245.42 | $ 96,543.07 | $ 35,654.35 | $ 8,048.00 | 2 |
| BCBS OF NEW JERSEY | $ 139,954.47 | $ 78,374.50 | $ 57,082.32 | $ 16,528.92 | $ 4,763.26 | 3 |
| BCBS OF NEW YORK | $ 67,923.79 | $ 16,980.95 | $ 9,196.68 | $ 6,425.79 | $ 1,358.48 | 1 |
| BCBS OF NORTH CAROLINA | $ 435,566.08 | $ 425,654.23 | $ 389,992.53 | $ 20,385.87 | $ 15,275.83 | 4 |
| BCBS OF OHIO | $ 2,583,951.07 | $ 2,146,161.69 | $ 1,697,625.35 | $ 397,559.85 | $ 50,976.50 | 19 |
| BCBS OF OREGON | $ 43,953.63 | $ 13,186.09 | $ 8,481.32 | $ 2,352.43 | $ 2,352.34 | 1 |
| BCBS OF PENNSYLVANIA | $ 136,987.71 | $ 59,113.07 | $ 34,719.40 | $ 18,018.93 | $ 6,374.74 | 4 |
| BCBS OF RHODE ISLAND | $ 49,090.89 | $ 14,727.27 | $ 9,759.54 | $ 3,283.33 | $ 1,684.39 | 2 |
| BCBS OF SOUTH CAROLINA | $ 120,836.44 | $ 45,756.04 | $ 29,102.02 | $ 6,752.06 | $ 9,901.96 | 3 |
| BCBS OF TENNESSEE | $ 1,926,436.70 | $ 994,590.66 | $ 822,175.20 | $ 96,568.27 | $ 75,847.19 | 14 |
| BCBS OF UTAH | $ 162,699.98 | $ 80,664.52 | $ 59,959.81 | $ 20,163.91 | $ 540.80 | 3 |
| BCBS OF VIRGINIA | $ 588,608.25 | $ 176,582.48 | $ 165,662.62 | $ 10,291.43 | $ 628.43 | 2 |
| BCBS OF WASHINGTON | $ 212,105.52 | $ 63,631.66 | $ 51,258.19 | $ 8,901.58 | $ 3,471.89 | 1 |
| CAPITAL BCBS | $ 13,414.32 | $ 4,024.30 | $ 3,629.54 | $ - | $ 394.76 | 1 |
| CAREFIRST BCBS | $ 185,259.89 | $ 92,062.17 | $ 80,311.67 | $ 9,850.55 | $ 1,899.95 | 5 |
| HIGHMARK BCBS OF PENN | $ 78,563.62 | $ 23,569.09 | $ 14,344.38 | $ 5,296.53 | $ 3,928.18 | 1 |
| **Mid-Cities** | **$ 18,951,397.68** | **$ 8,622,451.13** | **$ 5,507,796.18** | **$ 2,315,227.08** | **$ 799,427.87** | **337** |

Schedule 1

| Facility / Plan | Claim Billed Amount | Estimated Allowed Amount | Estimated Amount Due Calculation | TTL Insurance Payment | Estimated Paient Copay, Deductible, Co-Insurance | # of ACCTS |
|---|---|---|---|---|---|---|
| ANTHEM BCBS | $ 164,288.26 | $ 89,064.28 | $ 49,694.29 | $ 19,585.97 | $ 19,784.02 | 5 |
| ANTHEM BCBS CALIFORNIA | $ 508,265.70 | $ 352,634.83 | $ 253,617.87 | $ 71,177.74 | $ 27,839.22 | 13 |
| ANTHEM BCBS OF COLORADO | $ 144,535.97 | $ 96,839.10 | $ 65,530.34 | $ 24,442.76 | $ 6,866.00 | 2 |
| ANTHEM BCBS OF KY | $ 145,181.11 | $ 63,663.57 | $ 40,034.64 | $ 12,992.43 | $ 10,636.50 | 3 |
| ANTHEM BCBS OF OHIO | $ 765,685.02 | $ 571,815.41 | $ 387,733.46 | $ 131,133.69 | $ 52,948.26 | 20 |
| ANTHEM BCBS OF VIRGINIA | $ 433,730.27 | $ 182,029.35 | $ 70,066.05 | $ 81,879.38 | $ 30,083.92 | 6 |
| BC OF DELAWARE | $ 88,038.58 | $ 26,411.57 | $ 22,621.22 | $ 494.55 | $ 3,295.80 | 2 |
| BCBS ANTHEM NATL ACCTS | $ 89,021.88 | $ 26,706.56 | $ 10,722.91 | $ 10,812.28 | $ 5,171.37 | 1 |
| BCBS HALLMARK | $ 575,760.76 | $ 220,695.27 | $ 132,238.12 | $ 80,897.61 | $ 7,559.54 | 8 |
| BCBS HIGHMARK | $ 218,838.74 | $ 94,370.04 | $ 56,388.91 | $ 20,862.86 | $ 17,118.27 | 8 |
| BCBS OF ALABAMA | $ 3,158,545.44 | $ 1,344,820.09 | $ 820,784.40 | $ 435,942.25 | $ 88,093.44 | 31 |
| BCBS OF ARIZONA | $ 62,321.42 | $ 18,696.43 | $ 11,411.52 | $ 5,841.24 | $ 1,443.67 | 3 |
| BCBS OF ARKANSAS | $ 369,170.85 | $ 135,439.44 | $ 58,479.48 | $ 32,775.54 | $ 44,184.42 | 4 |
| BCBS OF CALIFORNIA | $ 1,153,921.36 | $ 720,882.97 | $ 553,775.73 | $ 111,968.10 | $ 55,139.15 | 23 |
| BCBS OF COLORADO | $ 37,669.00 | $ 24,108.16 | $ 16,037.46 | $ 4,670.70 | $ 3,400.00 | 1 |
| BCBS OF FLORIDA | $ 163,962.29 | $ 40,990.57 | $ 17,040.54 | $ 21,536.27 | $ 2,413.76 | 1 |
| BCBS OF GEORGIA | $ 483,574.48 | $ 370,378.21 | $ 310,747.26 | $ 38,757.56 | $ 20,873.39 | 7 |
| BCBS OF IDAHO | $ 202,973.56 | $ 60,004.18 | $ 36,077.58 | $ 13,936.11 | $ 9,990.49 | 5 |
| BCBS OF IOWA | $ 112,845.17 | $ 33,853.55 | $ 20,983.26 | $ 6,942.61 | $ 5,927.68 | 3 |
| BCBS OF KANSAS | $ 273,690.71 | $ 82,107.21 | $ 50,862.47 | $ 24,613.33 | $ 6,631.41 | 9 |
| BCBS OF KANSAS CITY | $ 226,892.57 | $ 96,629.76 | $ 42,021.05 | $ 41,805.64 | $ 12,803.07 | 2 |
| BCBS OF LOUISIANA | $ 512,355.24 | $ 158,012.13 | $ 108,432.96 | $ 49,579.17 | $ - | 4 |
| BCBS OF MARYLAND | $ 507,935.94 | $ 157,589.00 | $ 44,894.34 | $ 85,598.15 | $ 27,096.51 | 6 |
| BCBS OF MASSACHUSETTS | $ 379,119.44 | $ 206,302.37 | $ 159,087.98 | $ 40,327.26 | $ 6,887.13 | 10 |
| BCBS OF MICHIGAN | $ 333,978.02 | $ 100,193.41 | $ 80,815.20 | $ 15,035.19 | $ 4,343.02 | 11 |
| BCBS OF MINNESOTA | $ 1,146,307.29 | $ 344,759.13 | $ 255,315.28 | $ 83,577.85 | $ 5,866.00 | 8 |
| BCBS OF NEBRASKA | $ 146,564.70 | $ 43,969.41 | $ 21,331.45 | $ 11,547.75 | $ 11,090.21 | 8 |
| BCBS OF NEVADA | $ 17,725.97 | $ 9,926.54 | $ 7,404.93 | $ 760.81 | $ 1,760.80 | 1 |
| BCBS OF NEW JERSEY | $ 420,582.79 | $ 202,127.51 | $ 140,667.18 | $ 50,745.18 | $ 10,715.15 | 16 |
| BCBS OF NEW YORK | $ 245,394.62 | $ 109,741.54 | $ 55,709.87 | $ 39,392.36 | $ 14,639.31 | 4 |
| BCBS OF NO DAKOTA | $ 11,129.18 | $ 3,338.75 | $ 1,685.62 | $ 1,653.13 | $ - | 1 |
| BCBS OF NORTH CAROLINA | $ 236,742.63 | $ 71,022.79 | $ 16,637.06 | $ 48,367.28 | $ 6,018.45 | 2 |
| BCBS OF OHIO | $ 1,799,155.11 | $ 1,095,923.47 | $ 744,283.51 | $ 253,106.29 | $ 98,533.67 | 33 |
| BCBS OF PENNSYLVANIA | $ 1,234,061.98 | $ 376,842.48 | $ 212,537.74 | $ 118,305.64 | $ 45,999.10 | 18 |
| BCBS OF RHODE ISLAND | $ 125,223.29 | $ 37,566.99 | $ 23,713.18 | $ 7,455.33 | $ 6,398.48 | 2 |
| BCBS OF SOUTH CAROLINA | $ 98,032.97 | $ 67,563.45 | $ 51,108.37 | $ 12,130.52 | $ 4,324.57 | 3 |
| BCBS OF TENNESSEE | $ 910,274.33 | $ 371,240.22 | $ 226,732.70 | $ 94,106.21 | $ 50,401.31 | 19 |
| BCBS OF UTAH | $ 24,913.31 | $ 7,473.99 | $ 4,256.31 | $ 2,090.00 | $ 1,127.68 | 1 |
| BCBS OF WASHINGTON | $ 366,878.30 | $ 110,063.49 | $ 44,426.97 | $ 48,539.77 | $ 17,096.75 | 11 |
| BCBS OF WASHINGTON DC | $ 125,840.09 | $ 37,752.03 | $ 22,758.16 | $ 12,207.71 | $ 2,786.16 | 3 |
| BLUE ADVANTAGE ARKANSAS | $ 33,911.17 | $ 22,149.01 | $ 18,309.73 | $ 1,879.24 | $ 1,960.04 | 2 |
| HIGHMARK BCBS OF PENN | $ 757,619.49 | $ 322,776.66 | $ 150,936.11 | $ 128,003.07 | $ 43,837.48 | 13 |
| HORIZON BCBS OF NJ | $ 85,447.84 | $ 85,447.84 | $ 66,602.98 | $ 14,430.94 | $ 4,413.92 | 2 |
| INDEPENDENCE ADMIN BCBS | $ 17,915.89 | $ 17,915.89 | $ 16,548.17 | $ 607.41 | $ 760.31 | 1 |
| PREMERA BCBS | $ 35,374.95 | $ 10,612.49 | $ 6,731.84 | $ 2,712.20 | $ 1,168.45 | 1 |
| Plano | $ 25,907,322.89 | $ 12,034,220.71 | $ 8,168,617.76 | $ 2,815,571.26 | $ 1,050,031.69 | 513 |
| ANTHEM BCBS CALIFORNIA | $ 407,391.16 | $ 260,451.04 | $ 172,407.02 | $ 48,418.94 | $ 39,625.08 | 14 |
| ANTHEM BCBS OF GEORGIA | $ 396,080.98 | $ 160,648.76 | $ 81,697.84 | $ 65,931.08 | $ 13,019.84 | 5 |
| ANTHEM BCBS OF INDIANA | $ 78,291.11 | $ 43,843.02 | $ 26,733.15 | $ 11,746.87 | $ 5,363.00 | 1 |
| ANTHEM BCBS OF KY | $ 17,393.86 | $ 5,218.16 | $ 3,812.19 | $ - | $ 1,405.97 | 1 |
| ANTHEM BCBS OF OHIO | $ 764,481.83 | $ 471,721.98 | $ 322,227.34 | $ 102,798.98 | $ 46,695.66 | 18 |
| ANTHEM BCBS OF VIRGINIA | $ 238,209.17 | $ 71,462.75 | $ 36,554.68 | $ 24,296.54 | $ 10,611.53 | 6 |
| BCBS ANTHEM NATL ACCTS | $ 70,321.22 | $ 44,282.55 | $ 35,497.60 | $ 3,948.01 | $ 4,836.94 | 4 |
| BCBS EMPIRE BLUE | $ 303,995.39 | $ 164,626.88 | $ 83,288.93 | $ 58,080.21 | $ 23,257.74 | 4 |
| BCBS HALLMARK | $ 34,347.79 | $ 22,091.85 | $ 21,024.95 | $ 1,066.90 | $ - | 2 |
| BCBS HIGHMARK | $ 90,280.25 | $ 50,556.94 | $ 26,606.91 | $ 20,468.36 | $ 3,481.67 | 1 |
| BCBS OF ALABAMA | $ 1,700,945.09 | $ 609,907.26 | $ 370,835.29 | $ 180,284.47 | $ 58,787.50 | 40 |
| BCBS OF ARIZONA | $ 88,191.31 | $ 26,457.39 | $ 9,755.78 | $ 7,003.30 | $ 9,698.31 | 2 |
| BCBS OF ARKANSAS | $ 1,338,837.98 | $ 462,950.18 | $ 204,551.07 | $ 141,894.96 | $ 116,504.15 | 22 |
| BCBS OF CALIFORNIA | $ 2,150,467.41 | $ 1,239,798.65 | $ 1,022,064.99 | $ 155,603.44 | $ 62,130.22 | 47 |
| BCBS OF COLORADO | $ 67,422.93 | $ 20,226.88 | $ 7,208.63 | $ 13,018.25 | $ - | 1 |
| BCBS OF CONNECTICUT | $ 75,303.66 | $ 42,170.05 | $ 29,291.91 | $ 11,622.55 | $ 1,255.59 | 1 |

Schedule 1

| Facility / Plan | Claim Billed Amount | Estimated Allowed Amount | Estimated Amount Due Calculation | TTL Insurance Payment | Estimated Paient Copay, Deductible, Co-Insurance | # of ACCTS |
|---|---:|---:|---:|---:|---:|---:|
| BCBS OF FLORIDA | $ 409,908.41 | $ 175,981.15 | $ 109,697.48 | $ 32,103.39 | $ 34,180.28 | 11 |
| BCBS OF GEORGIA | $ 881,621.01 | $ 440,300.14 | $ 381,275.27 | $ 32,355.17 | $ 26,669.71 | 14 |
| BCBS OF IDAHO | $ 195,088.40 | $ 58,526.52 | $ 34,662.60 | $ 15,020.23 | $ 8,843.69 | 5 |
| BCBS OF IOWA | $ 253,740.67 | $ 71,477.70 | $ 54,277.29 | $ 15,072.82 | $ 2,127.59 | 10 |
| BCBS OF KANSAS | $ 649,344.84 | $ 441,395.33 | $ 326,876.81 | $ 98,205.26 | $ 16,313.26 | 9 |
| BCBS OF KANSAS CITY | $ 27,948.85 | $ 8,384.66 | $ 4,129.22 | $ 2,766.18 | $ 1,489.26 | 2 |
| BCBS OF LOUISIANA | $ 2,071,444.36 | $ 697,275.71 | $ 424,989.95 | $ 213,716.05 | $ 58,569.71 | 24 |
| BCBS OF MARYLAND | $ 865,340.77 | $ 398,131.96 | $ 284,138.78 | $ 95,799.69 | $ 18,193.49 | 14 |
| BCBS OF MASSACHUSETTS | $ 671,686.25 | $ 492,818.72 | $ 427,566.65 | $ 53,849.18 | $ 11,402.89 | 15 |
| BCBS OF MICHIGAN | $ 765,460.57 | $ 281,718.76 | $ 248,814.64 | $ 28,000.35 | $ 4,903.77 | 15 |
| BCBS OF MINNESOTA | $ 1,271,824.12 | $ 436,246.85 | $ 337,609.62 | $ 62,735.41 | $ 35,901.82 | 31 |
| BCBS OF MISSISSIPPI | $ 72,809.82 | $ 21,842.95 | $ 8,381.80 | $ 7,532.97 | $ 5,928.18 | 3 |
| BCBS OF MISSOURI | $ 239,697.90 | $ 97,220.22 | $ 76,674.88 | $ 13,179.38 | $ 7,365.96 | 5 |
| BCBS OF NEBRASKA | $ 981,512.65 | $ 355,165.88 | $ 172,085.09 | $ 155,451.08 | $ 27,629.71 | 17 |
| BCBS OF NEVADA | $ 37,204.01 | $ 16,617.71 | $ 11,143.15 | $ - | $ 5,474.56 | 2 |
| BCBS OF NEW JERSEY | $ 122,160.61 | $ 68,409.94 | $ 27,784.68 | $ 32,067.52 | $ 8,557.74 | 5 |
| BCBS OF NO DAKOTA | $ 53,351.22 | $ 26,163.80 | $ 15,313.21 | $ 10,394.87 | $ 455.72 | 3 |
| BCBS OF NORTH CAROLINA | $ 771,970.64 | $ 312,197.86 | $ 214,088.64 | $ 42,253.30 | $ 55,855.92 | 13 |
| BCBS OF OHIO | $ 3,143,157.02 | $ 2,194,020.82 | $ 1,531,949.85 | $ 492,884.99 | $ 169,185.98 | 58 |
| BCBS OF PENNSYLVANIA | $ 1,107,550.24 | $ 453,113.26 | $ 319,010.52 | $ 91,823.15 | $ 42,279.59 | 25 |
| BCBS OF RHODE ISLAND | $ 146,651.88 | $ 43,995.56 | $ 16,653.22 | $ 27,250.56 | $ 91.78 | 3 |
| BCBS OF SOUTH CAROLINA | $ 511,581.09 | $ 153,474.33 | $ 34,287.73 | $ 108,155.74 | $ 11,030.86 | 7 |
| BCBS OF TENNESSEE | $ 738,754.62 | $ 406,829.19 | $ 266,849.38 | $ 86,860.66 | $ 53,119.15 | 22 |
| BCBS OF UTAH | $ 118,135.23 | $ 35,440.57 | $ 18,657.40 | $ 11,906.29 | $ 4,876.88 | 3 |
| BCBS OF WASHINGTON | $ 648,502.44 | $ 194,550.73 | $ 108,641.30 | $ 67,084.12 | $ 18,825.31 | 15 |
| BCBS OF WASHINGTON DC | $ 360,156.03 | $ 108,046.81 | $ 61,945.88 | $ 45,865.51 | $ 235.42 | 1 |
| CAPITAL BCBS | $ 14,370.74 | $ 14,370.74 | $ 13,465.47 | $ 205.27 | $ 700.00 | 1 |
| CAREFIRST BCBS | $ 416,990.61 | $ 172,331.70 | $ 108,983.80 | $ 58,219.52 | $ 5,128.38 | 6 |
| HIGHMARK BCBS OF PENN | $ 351,537.87 | $ 105,461.36 | $ 39,917.15 | $ 50,022.33 | $ 15,521.88 | 3 |
| HORIZON BCBS OF NJ | $ 31,712.01 | $ 17,758.73 | $ 5,641.51 | $ 9,617.22 | $ 2,500.00 | 1 |
| INDEPENDENCE ADMIN BCBS | $ 154,146.87 | $ 38,536.72 | $ 29,546.53 | $ 8,990.19 | $ - | 1 |
| **Grand Total** | **$ 124,658,215.05** | **$ 65,306,393.41** | **$ 47,327,921.35** | **$ 13,522,840.52** | **$ 4,455,631.54** | **1863** |