## Schedule 3

| Facility / Insurance | Claim Billed Amount | Estimated Allowed Amount | Estimated Amount Due Calculation | TTL Insurance Payment | Estimated Patient Copay, Deductible, Co-Insurance | # of ACCTS |
|---|---:|---:|---:|---:|---:|---:|
| **R&C** | **$ 21,638,746.43** | **$ 12,499,852.52** | **$ 9,150,151.91** | **$ 2,497,884.82** | **$ 851,815.79** | **355** |
| **Beaumont** | **$ 1,538,449.12** | **$ 869,563.64** | **$ 636,241.46** | **$ 154,263.28** | **$ 79,058.90** | **43** |
| ANTHEM BCBS CALIFORNIA | $ 315,303.90 | $ 189,182.34 | $ 146,675.91 | $ 31,573.44 | $ 10,932.99 | 7 |
| ANTHEM BCBS OF KY | $ 50,910.24 | $ 29,018.84 | $ 17,754.29 | $ 4,443.47 | $ 6,821.08 | 1 |
| ANTHEM BCBS OF OHIO | $ 209,589.07 | $ 113,178.10 | $ 71,180.33 | $ 17,311.70 | $ 24,686.07 | 8 |
| BCBS ANTHEM NATL ACCTS | $ 37,217.95 | $ 20,842.05 | $ 13,474.76 | $ 6,995.11 | $ 372.18 | 1 |
| BCBS HALLMARK | $ 33,792.84 | $ 18,923.99 | $ 18,248.13 | $ - | $ 675.86 | 2 |
| BCBS HIGHMARK | $ 18,636.88 | $ 10,436.65 | $ 8,573.15 | $ 181.71 | $ 1,681.79 | 1 |
| BCBS OF CALIFORNIA | $ 59,802.69 | $ 35,881.61 | $ 25,991.87 | $ 5,040.99 | $ 4,848.76 | 4 |
| BCBS OF FLORIDA | $ 19,886.57 | $ 11,136.48 | $ 9,474.42 | $ 1,349.14 | $ 312.92 | 1 |
| BCBS OF LOUISIANA | $ 158,306.77 | $ 88,651.79 | $ 77,874.49 | $ 4,287.71 | $ 6,489.59 | 4 |
| BCBS OF MASSACHUSETTS | $ 31,674.08 | $ 17,737.48 | $ 17,737.48 | $ - | $ - | 1 |
| BCBS OF MINNESOTA | $ 85,287.69 | $ 47,761.11 | $ 43,271.72 | $ 2,693.79 | $ 1,795.60 | 1 |
| BCBS OF OHIO | $ 164,472.49 | $ 88,815.14 | $ 42,554.20 | $ 37,139.42 | $ 9,121.53 | 2 |
| BCBS OF PENNSYLVANIA | $ 15,599.83 | $ 8,735.90 | $ 7,306.89 | $ 1,143.20 | $ 285.81 | 1 |
| BCBS OF TENNESSEE | $ 32,213.89 | $ 18,039.78 | $ 13,671.57 | $ 3,079.65 | $ 1,288.56 | 1 |
| BCBS OF VIRGINA | $ 50,575.85 | $ 28,322.48 | $ 13,065.34 | $ 7,840.52 | $ 7,416.62 | 2 |
| BCBS OF VIRGINIA | $ 81,400.49 | $ 45,584.27 | $ 35,539.21 | $ 9,231.06 | $ 814.00 | 3 |
| CAPITAL BCBS | $ 142,339.00 | $ 79,709.84 | $ 60,006.27 | $ 19,703.57 | $ - | 1 |
| HIGHMARK BCBS OF PENN | $ 31,438.89 | $ 17,605.78 | $ 13,841.42 | $ 2,248.80 | $ 1,515.56 | 2 |
| **Craig Ranch** | **$ 2,848,403.24** | **$ 1,689,449.08** | **$ 1,149,792.96** | **$ 397,095.02** | **$ 142,561.10** | **61** |
| ANTHEM BCBS CALIFORNIA | $ 1,186,403.22 | $ 711,841.93 | $ 456,866.06 | $ 194,363.66 | $ 60,612.21 | 20 |
| ANTHEM BCBS NATL ACCTS | $ 42,607.91 | $ 23,860.43 | $ 9,417.51 | $ 8,734.44 | $ 5,708.48 | 2 |
| ANTHEM BCBS OF GEORGIA | $ 96,163.00 | $ 71,160.62 | $ 60,589.43 | $ 4,732.18 | $ 5,839.01 | 2 |
| ANTHEM BCBS OF INDIANA | $ 162,041.13 | $ 90,743.03 | $ 49,896.73 | $ 40,846.30 | $ - | 1 |
| ANTHEM BCBS OF KY | $ 198,537.99 | $ 113,166.65 | $ 75,823.16 | $ 37,343.49 | $ - | 1 |
| ANTHEM BCBS OF NEVADA | $ 15,865.79 | $ 8,884.84 | $ 7,416.84 | $ 602.46 | $ 865.54 | 1 |
| ANTHEM BCBS OF OHIO | $ 300,917.21 | $ 162,495.29 | $ 114,232.55 | $ 35,310.34 | $ 12,952.41 | 7 |
| ANTHEM BCBS OF VIRGINIA | $ 35,027.89 | $ 16,813.39 | $ 11,184.99 | $ 3,135.06 | $ 2,493.34 | 3 |
| BCBS ANTHEM NATL ACCTS | $ 20,514.64 | $ 11,488.20 | $ 2,420.67 | $ 4,000.52 | $ 5,067.01 | 1 |
| BCBS OF ALABAMA | $ 51,533.25 | $ 28,858.62 | $ 23,031.90 | $ 2,752.42 | $ 3,074.30 | 2 |
| BCBS OF ARKANSAS | $ 145,198.75 | $ 104,543.10 | $ 80,344.06 | $ 8,227.18 | $ 15,971.86 | 1 |
| BCBS OF CALIFORNIA | $ 91,753.39 | $ 55,052.03 | $ 46,156.14 | $ 4,630.88 | $ 4,265.01 | 4 |
| BCBS OF COLORADO | $ 53,920.79 | $ 34,509.31 | $ 24,508.16 | $ 8,851.15 | $ 1,150.00 | 1 |
| BCBS OF GEORGIA | $ 28,874.41 | $ 21,367.06 | $ 9,806.40 | $ 5,710.00 | $ 5,850.66 | 2 |
| BCBS OF KANSAS CITY | $ 23,990.92 | $ 13,434.92 | $ 11,369.06 | $ 9.29 | $ 2,056.57 | 1 |
| BCBS OF LOUISIANA | $ 38,395.95 | $ 21,501.73 | $ 17,316.03 | $ 1,150.08 | $ 3,035.62 | 1 |
| BCBS OF MASSACHUSETTS | $ 19,140.88 | $ 10,718.89 | $ 10,286.95 | $ - | $ 431.94 | 1 |
| BCBS OF MINNESOTA | $ 15,111.45 | $ 8,462.41 | $ 7,315.02 | $ - | $ 1,147.39 | 1 |
| BCBS OF MISSISSIPPI | $ 52,165.64 | $ 29,212.76 | $ 21,217.92 | $ 7,644.95 | $ 349.89 | 1 |
| BCBS OF NEBRASKA | $ 58,906.27 | $ 32,987.51 | $ 22,674.07 | $ 10,313.44 | $ - | 1 |
| BCBS OF SOUTH CAROLINA | $ 43,926.23 | $ 24,598.69 | $ 17,667.56 | $ 2,621.35 | $ 4,309.78 | 2 |
| BCBS OF TENNESSEE | $ 58,839.76 | $ 32,950.27 | $ 23,565.21 | $ 7,811.99 | $ 1,573.07 | 1 |
| HIGHMARK BCBS OF PENN | $ 38,442.34 | $ 21,527.71 | $ 17,234.40 | $ 2,371.19 | $ 1,922.12 | 1 |
| HORIZON BCBS OF NJ | $ 55,276.40 | $ 30,954.78 | $ 22,479.56 | $ 5,932.65 | $ 2,542.57 | 2 |
| PREMERA BCBS | $ 14,848.03 | $ 8,314.90 | $ 6,972.58 | $ - | $ 1,342.32 | 1 |
| **East Houston** | **$ 334,037.17** | **$ 188,470.82** | **$ 145,321.20** | **$ 32,037.18** | **$ 11,112.43** | **18** |
| ANTHEM BCBS OF COLORADO | $ 18,423.77 | $ 12,343.93 | $ 10,208.22 | $ 1,767.23 | $ 368.48 | 1 |
| ANTHEM BCBS OF OHIO | $ 21,857.71 | $ 11,803.16 | $ 8,969.01 | $ 1,172.60 | $ 1,661.55 | 2 |
| BCBS ANTHEM NATL ACCTS | $ 43,607.96 | $ 24,420.46 | $ 18,369.35 | $ 3,578.16 | $ 2,472.95 | 2 |
| BCBS HIGHMARK | $ 4,012.00 | $ 2,246.72 | $ 1,952.84 | $ 35.10 | $ 258.78 | 1 |
| BCBS OF COLORADO | $ 20,596.44 | $ 13,181.72 | $ 13,181.72 | $ - | $ - | 1 |
| BCBS OF LOUISIANA | $ 59,660.88 | $ 33,410.09 | $ 19,465.87 | $ 12,751.01 | $ 1,193.22 | 2 |
| BCBS OF MINNESOTA | $ 15,144.87 | $ 8,481.13 | $ 8,481.13 | $ - | $ - | 1 |
| BCBS OF NEW JERSEY | $ 11,406.60 | $ 6,387.70 | $ 4,904.92 | $ 739.67 | $ 743.11 | 1 |
| BCBS OF OHIO | $ 91,358.70 | $ 49,333.70 | $ 37,458.17 | $ 9,134.77 | $ 2,740.76 | 3 |
| BCBS OF TENNESSEE | $ 16,317.75 | $ 9,137.94 | $ 9,115.07 | $ - | $ 22.87 | 1 |
| HIGHMARK BCBS OF PENN | $ 31,650.49 | $ 17,724.27 | $ 13,214.91 | $ 2,858.64 | $ 1,650.72 | 3 |
| **Innova / Southcross** | **$ 5,956,342.13** | **$ 3,305,078.57** | **$ 2,525,197.56** | **$ 651,887.92** | **$ 127,993.08** | **43** |
| ANTHEM BCBS OF NEVADA | $ 610,658.33 | $ 341,968.66 | $ 246,248.32 | $ 65,187.43 | $ 30,532.92 | 1 |
| ANTHEM BCBS OF OHIO | $ 1,711,145.88 | $ 924,018.78 | $ 691,258.17 | $ 183,639.22 | $ 49,121.39 | 16 |

## Schedule 3

| Facility / Insurance | Claim Billed Amount | Estimated Allowed Amount | Estimated Amount Due Calculation | TTL Insurance Payment | Estimated Patient Copay, Deductible, Co-Insurance | # of ACCTS |
|---|---:|---:|---:|---:|---:|---:|
| BCBS EMPIRE BLUE | $ 53,066.40 | $ 37,677.14 | $ 32,581.61 | $ 5,095.53 | $ - | 1 |
| BCBS OF CALIFORNIA | $ 417,212.53 | $ 250,327.52 | $ 189,272.37 | $ 41,584.39 | $ 19,470.75 | 7 |
| BCBS OF LOUISIANA | $ 750,961.24 | $ 420,538.29 | $ 386,242.12 | $ 32,286.80 | $ 2,009.37 | 3 |
| BCBS OF MARYLAND | $ 10,739.19 | $ 5,584.38 | $ 4,282.35 | $ 1,302.03 | $ - | 1 |
| BCBS OF MINNESOTA | $ 27,279.43 | $ 15,276.48 | $ 8,185.04 | $ 4,837.44 | $ 2,254.00 | 2 |
| BCBS OF NEW JERSEY | $ 16,046.23 | $ 8,985.89 | $ 8,985.89 | $ - | $ - | 1 |
| BCBS OF OHIO | $ 1,023,450.18 | $ 552,663.10 | $ 450,089.62 | $ 95,210.07 | $ 7,363.41 | 4 |
| BCBS OF PENNSYLVANIA | $ 244,091.72 | $ 136,691.36 | $ 84,921.00 | $ 51,627.24 | $ 143.12 | 1 |
| BCBS OF TENNESSEE | $ 52,579.23 | $ 29,444.37 | $ 18,511.16 | $ 4,878.76 | $ 6,054.45 | 2 |
| BCBS OF VIRGINIA | $ 816,809.24 | $ 457,413.17 | $ 298,715.25 | $ 152,256.66 | $ 6,441.26 | 2 |
| HIGHMARK BCBS OF PENN | $ 222,302.53 | $ 124,489.42 | $ 105,904.66 | $ 13,982.35 | $ 4,602.41 | 2 |
| **Landmark** | **$ 3,580,665.41** | **$ 2,186,023.97** | **$ 1,729,625.89** | **$ 272,390.45** | **$ 184,007.63** | **33** |
| ANTHEM BCBS CALIFORNIA | $ 56,173.63 | $ 33,704.18 | $ 22,683.51 | $ 9,351.68 | $ 1,668.99 | 2 |
| ANTHEM BCBS OF COLORADO | $ 1,392,479.50 | $ 932,961.27 | $ 868,534.08 | $ 53,842.94 | $ 10,584.25 | 3 |
| ANTHEM BCBS OF OHIO | $ 1,110,339.52 | $ 599,583.34 | $ 412,524.17 | $ 61,443.64 | $ 125,615.53 | 8 |
| BCBS ANTHEM NATL ACCTS | $ 202,309.64 | $ 113,293.40 | $ 60,310.01 | $ 39,562.47 | $ 13,420.92 | 4 |
| BCBS OF ARKANSAS | $ 79,639.31 | $ 57,340.30 | $ 44,407.59 | $ 4,172.39 | $ 8,760.32 | 1 |
| BCBS OF CALIFORNIA | $ 82,474.62 | $ 49,484.77 | $ 40,873.87 | $ 4,291.56 | $ 4,319.34 | 2 |
| BCBS OF GEORGIA | $ 203,871.42 | $ 150,864.85 | $ 104,784.29 | $ 41,789.86 | $ 4,290.70 | 2 |
| BCBS OF MINNESOTA | $ 22,084.32 | $ 12,367.22 | $ 6,337.89 | $ 2,821.16 | $ 3,208.17 | 2 |
| BCBS OF NEW JERSEY | $ 139,954.47 | $ 78,374.50 | $ 57,082.32 | $ 16,528.92 | $ 4,763.26 | 3 |
| BCBS OF OHIO | $ 254,984.43 | $ 137,691.59 | $ 96,364.02 | $ 35,405.61 | $ 5,921.96 | 5 |
| BCBS OF TENNESSEE | $ 36,354.55 | $ 20,358.55 | $ 15,724.15 | $ 3,180.22 | $ 1,454.18 | 1 |
| **Mid-Cities** | **$ 3,493,109.60** | **$ 1,983,155.19** | **$ 1,334,531.74** | **$ 512,235.17** | **$ 136,388.27** | **66** |
| ANTHEM BCBS | $ 24,020.38 | $ 13,451.41 | $ 8,019.97 | $ 1,458.86 | $ 3,972.58 | 1 |
| ANTHEM BCBS CALIFORNIA | $ 294,302.77 | $ 176,581.66 | $ 123,724.93 | $ 42,532.53 | $ 10,324.20 | 7 |
| ANTHEM BCBS OF COLORADO | $ 144,535.97 | $ 96,839.10 | $ 65,530.34 | $ 24,442.76 | $ 6,866.00 | 2 |
| ANTHEM BCBS OF KY | $ 74,478.66 | $ 42,452.84 | $ 30,140.48 | $ 6,667.47 | $ 5,644.89 | 1 |
| ANTHEM BCBS OF OHIO | $ 149,851.33 | $ 80,919.72 | $ 46,030.49 | $ 27,574.51 | $ 7,314.72 | 4 |
| ANTHEM BCBS OF VIRGINIA | $ 288,390.40 | $ 138,427.39 | $ 41,531.25 | $ 76,079.14 | $ 20,817.00 | 3 |
| BCBS HALLMARK | $ 70,385.01 | $ 39,415.61 | $ 26,911.60 | $ 9,869.35 | $ 2,634.66 | 2 |
| BCBS OF ALABAMA | $ 29,411.24 | $ 16,470.29 | $ 7,001.44 | $ 5,681.34 | $ 3,787.51 | 1 |
| BCBS OF ARKANSAS | $ 60,440.70 | $ 43,517.30 | $ 34,609.63 | $ 5,344.66 | $ 3,563.01 | 1 |
| BCBS OF CALIFORNIA | $ 622,544.91 | $ 373,526.95 | $ 311,021.02 | $ 45,639.11 | $ 16,866.82 | 12 |
| BCBS OF COLORADO | $ 37,669.00 | $ 24,108.16 | $ 16,037.46 | $ 4,670.70 | $ 3,400.00 | 1 |
| BCBS OF GEORGIA | $ 61,374.83 | $ 45,417.37 | $ 25,640.75 | $ 17,338.08 | $ 2,438.54 | 1 |
| BCBS OF KANSAS CITY | $ 109,853.81 | $ 61,518.13 | $ 30,859.45 | $ 25,165.99 | $ 5,492.69 | 1 |
| BCBS OF LOUISIANA | $ 16,559.83 | $ 9,273.50 | $ 8,563.39 | $ 710.11 | $ - | 1 |
| BCBS OF MARYLAND | $ 23,673.70 | $ 12,310.32 | $ 10,468.49 | $ 1,841.83 | $ - | 1 |
| BCBS OF MASSACHUSETTS | $ 47,730.60 | $ 26,729.14 | $ 26,729.14 | $ - | $ - | 3 |
| BCBS OF NEVADA | $ 17,725.97 | $ 9,926.54 | $ 7,404.93 | $ 760.81 | $ 1,760.80 | 1 |
| BCBS OF NEW JERSEY | $ 190,804.26 | $ 106,850.39 | $ 88,259.55 | $ 16,258.22 | $ 2,332.62 | 8 |
| BCBS OF OHIO | $ 972,826.07 | $ 525,326.08 | $ 335,366.61 | $ 163,909.90 | $ 26,049.57 | 8 |
| BCBS OF PENNSYLVANIA | $ 66,072.32 | $ 37,000.50 | $ 28,130.76 | $ 5,714.17 | $ 3,155.57 | 1 |
| BCBS OF TENNESSEE | $ 87,736.10 | $ 49,132.22 | $ 35,452.08 | $ 7,152.65 | $ 6,527.49 | 3 |
| BCBS OF WASHINGTON | $ 13,706.21 | $ 4,111.86 | $ 2,736.92 | $ 1,374.94 | $ - | 1 |
| HIGHMARK BCBS OF PENN | $ 89,015.53 | $ 49,848.70 | $ 24,361.06 | $ 22,048.04 | $ 3,439.60 | 2 |
| **Plano** | **$ 3,887,739.76** | **$ 2,278,111.26** | **$ 1,629,441.09** | **$ 477,975.80** | **$ 170,694.37** | **91** |
| ANTHEM BCBS CALIFORNIA | $ 218,092.23 | $ 130,855.34 | $ 74,696.37 | $ 31,890.45 | $ 24,268.52 | 10 |
| ANTHEM BCBS OF GEORGIA | $ 43,041.32 | $ 31,850.58 | $ 13,249.41 | $ 9,823.19 | $ 8,777.98 | 2 |
| ANTHEM BCBS OF INDIANA | $ 78,291.11 | $ 43,843.02 | $ 26,733.15 | $ 11,746.87 | $ 5,363.00 | 1 |
| ANTHEM BCBS OF OHIO | $ 145,724.52 | $ 78,691.24 | $ 46,456.85 | $ 20,561.41 | $ 11,672.98 | 5 |
| BCBS ANTHEM NATL ACCTS | $ 35,654.86 | $ 19,966.72 | $ 18,373.21 | $ 196.74 | $ 1,396.77 | 2 |
| BCBS HIGHMARK | $ 90,280.25 | $ 50,556.94 | $ 26,606.91 | $ 20,468.36 | $ 3,481.67 | 1 |
| BCBS OF ALABAMA | $ 75,496.15 | $ 42,277.84 | $ 13,984.45 | $ 22,634.71 | $ 5,658.68 | 1 |
| BCBS OF ARKANSAS | $ 41,953.23 | $ 30,206.33 | $ 18,382.08 | $ 8,753.91 | $ 3,070.34 | 1 |
| BCBS OF CALIFORNIA | $ 914,215.10 | $ 548,529.06 | $ 447,808.84 | $ 81,028.44 | $ 19,691.78 | 21 |
| BCBS OF CONNECTICUT | $ 75,303.66 | $ 42,170.05 | $ 29,291.91 | $ 11,622.55 | $ 1,255.59 | 1 |
| BCBS OF FLORIDA | $ 54,568.19 | $ 30,558.19 | $ 22,401.17 | $ 1,328.48 | $ 6,828.54 | 1 |
| BCBS OF GEORGIA | $ 293,278.20 | $ 217,025.87 | $ 196,992.59 | $ 10,766.01 | $ 9,267.27 | 3 |
| BCBS OF KANSAS | $ 224,994.48 | $ 125,996.91 | $ 88,326.20 | $ 29,673.30 | $ 7,997.41 | 2 |

| Facility / Insurance | Claim Billed Amount | Estimated Allowed Amount | Estimated Amount Due Calculation | TTL Insurance Payment | Estimated Patient Copay, Deductible, Co-Insurance | # of ACCTS |
|---|---|---|---|---|---|---|
| BCBS OF LOUISIANA | $ 291,701.56 | $ 163,352.87 | $ 133,917.22 | $ 25,728.62 | $ 3,707.03 | 5 |
| BCBS OF MASSACHUSETTS | $ 51,053.21 | $ 28,589.80 | $ 24,119.28 | $ 1,124.77 | $ 3,345.75 | 3 |
| BCBS OF MINNESOTA | $ 229,006.85 | $ 128,243.84 | $ 93,156.25 | $ 33,958.44 | $ 1,129.15 | 2 |
| BCBS OF MISSOURI | $ 97,349.44 | $ 54,515.69 | $ 43,215.80 | $ 7,279.95 | $ 4,019.94 | 1 |
| BCBS OF NEBRASKA | $ 79,062.29 | $ 44,274.88 | $ 26,828.43 | $ 14,446.45 | $ 3,000.00 | 3 |
| BCBS OF NEVADA | $ 20,986.57 | $ 11,752.48 | $ 7,523.77 | $ - | $ 4,228.71 | 1 |
| BCBS OF NEW JERSEY | $ 122,160.61 | $ 68,409.94 | $ 27,784.68 | $ 32,067.52 | $ 8,557.74 | 5 |
| BCBS OF NO DAKOTA | $ 41,374.19 | $ 23,169.55 | $ 14,141.72 | $ 9,027.83 | $ - | 2 |
| BCBS OF NORTH CAROLINA | $ 37,994.99 | $ 21,277.19 | $ 11,308.83 | $ 5,042.60 | $ 4,925.76 | 1 |
| BCBS OF OHIO | $ 432,542.04 | $ 233,572.70 | $ 154,217.88 | $ 59,848.56 | $ 19,506.26 | 12 |
| BCBS OF PENNSYLVANIA | $ 115,158.33 | $ 64,488.66 | $ 49,141.45 | $ 14,037.94 | $ 1,309.27 | 3 |
| BCBS OF TENNESSEE | $ 46,744.37 | $ 26,176.85 | $ 15,141.14 | $ 5,301.48 | $ 5,734.23 | 1 |
| HORIZON BCBS OF NJ | $ 31,712.01 | $ 17,758.73 | $ 5,641.51 | $ 9,617.22 | $ 2,500.00 | 1 |
| **U&C** | **$ 31,570,864.43** | **$ 31,345,057.14** | **$ 25,645,208.16** | **$ 4,435,971.78** | **$ 1,263,877.20** | **452** |
| **Beaumont** | **$ 3,050,413.40** | **$ 3,050,413.40** | **$ 2,533,266.21** | **$ 314,449.11** | **$ 202,698.08** | **70** |
| ANTHEM BCBS OF GEORGIA | $ 40,011.27 | $ 40,011.27 | $ 33,183.04 | $ 1,914.16 | $ 4,914.07 | 1 |
| ANTHEM BCBS OF OHIO | $ 1,067,167.26 | $ 1,067,167.26 | $ 820,698.72 | $ 160,529.36 | $ 85,939.18 | 19 |
| ANTHEM BCBS OF VIRGINIA | $ 24,664.27 | $ 24,664.27 | $ 22,434.27 | $ 660.97 | $ 1,569.03 | 1 |
| BCBS HIGHMARK | $ 35,398.75 | $ 35,398.75 | $ 30,454.12 | $ 2,466.72 | $ 2,477.91 | 1 |
| BCBS OF ALABAMA | $ 248,589.55 | $ 248,589.55 | $ 215,180.48 | $ 22,842.58 | $ 10,566.49 | 7 |
| BCBS OF FLORIDA | $ 42,852.59 | $ 42,852.59 | $ 36,364.21 | $ 5,273.54 | $ 1,214.84 | 2 |
| BCBS OF LOUISIANA | $ 193,569.47 | $ 193,569.47 | $ 176,740.93 | $ 10,508.17 | $ 6,320.37 | 5 |
| BCBS OF MASSACHUSETTS | $ 62,449.72 | $ 62,449.72 | $ 51,180.51 | $ 3,675.76 | $ 7,593.45 | 2 |
| BCBS OF MINNESOTA | $ 120,592.89 | $ 120,592.89 | $ 103,127.70 | $ 16,636.35 | $ 828.84 | 2 |
| BCBS OF NEBRASKA | $ 33,747.32 | $ 33,747.32 | $ 31,366.96 | $ 1,288.10 | $ 1,092.26 | 2 |
| BCBS OF NORTH CAROLINA | $ 139,358.36 | $ 139,358.36 | $ 123,886.05 | $ 5,941.03 | $ 9,531.28 | 4 |
| BCBS OF OHIO | $ 247,919.75 | $ 247,919.75 | $ 199,382.86 | $ 22,855.30 | $ 25,681.59 | 6 |
| BCBS OF PENNSYLVANIA | $ 108,125.21 | $ 108,125.21 | $ 92,076.40 | $ 7,643.36 | $ 8,405.45 | 6 |
| BCBS OF TENNESSEE | $ 509,324.77 | $ 509,324.77 | $ 441,909.29 | $ 42,807.41 | $ 24,608.07 | 9 |
| HIGHMARK BCBS OF PENN | $ 176,642.22 | $ 176,642.22 | $ 155,280.65 | $ 9,406.30 | $ 11,955.27 | 3 |
| **Craig Ranch** | **$ 3,125,374.74** | **$ 3,125,374.74** | **$ 2,484,728.94** | **$ 440,618.76** | **$ 200,027.04** | **79** |
| ANTHEM BCBS CALIFORNIA | $ 197,669.57 | $ 197,669.57 | $ 165,136.36 | $ 28,489.62 | $ 4,043.59 | 3 |
| ANTHEM BCBS OF COLORADO | $ 13,608.43 | $ 13,608.43 | $ 10,602.15 | $ 765.64 | $ 2,240.64 | 1 |
| ANTHEM BCBS OF GEORGIA | $ 47,919.09 | $ 47,919.09 | $ 29,940.13 | $ 9,978.96 | $ 8,000.00 | 1 |
| ANTHEM BCBS OF INDIANA | $ 14,063.87 | $ 14,063.87 | $ 5,854.34 | $ 1,604.75 | $ 6,604.78 | 1 |
| ANTHEM BCBS OF OHIO | $ 518,641.66 | $ 518,641.66 | $ 373,489.96 | $ 85,387.75 | $ 59,763.95 | 17 |
| ANTHEM BCBS OF VIRGINIA | $ 93,904.91 | $ 93,904.91 | $ 68,140.92 | $ 21,395.45 | $ 4,368.54 | 3 |
| BCBS OF ALABAMA | $ 537,523.67 | $ 537,523.67 | $ 428,557.12 | $ 79,638.94 | $ 29,327.61 | 11 |
| BCBS OF CALIFORNIA | $ 97,829.49 | $ 97,829.49 | $ 87,824.86 | $ 9,544.40 | $ 460.23 | 3 |
| BCBS OF FLORIDA | $ 13,632.87 | $ 13,632.87 | $ 12,424.60 | $ 990.56 | $ 217.71 | 1 |
| BCBS OF GEORGIA | $ 46,437.43 | $ 46,437.43 | $ 35,511.09 | $ 3,718.81 | $ 7,207.53 | 2 |
| BCBS OF KANSAS CITY | $ 69,106.12 | $ 69,106.12 | $ 60,532.47 | $ 7,226.44 | $ 1,347.21 | 2 |
| BCBS OF LOUISIANA | $ 14,445.74 | $ 14,445.74 | $ 13,219.40 | $ 735.84 | $ 490.50 | 1 |
| BCBS OF MASSACHUSETTS | $ 309,875.34 | $ 309,875.34 | $ 286,520.45 | $ 17,672.30 | $ 5,682.59 | 6 |
| BCBS OF MINNESOTA | $ 46,897.00 | $ 46,897.00 | $ 43,589.33 | $ 1,900.76 | $ 1,406.91 | 1 |
| BCBS OF NEW JERSEY | $ 299,519.50 | $ 299,519.50 | $ 215,343.63 | $ 81,835.66 | $ 2,340.21 | 2 |
| BCBS OF NORTH CAROLINA | $ 191,119.84 | $ 191,119.84 | $ 148,627.83 | $ 23,547.86 | $ 18,944.15 | 2 |
| BCBS OF OHIO | $ 97,089.15 | $ 97,089.15 | $ 71,665.68 | $ 19,077.98 | $ 6,345.49 | 2 |
| BCBS OF PENNSYLVANIA | $ 21,853.48 | $ 21,853.48 | $ 17,391.25 | $ 981.08 | $ 3,481.15 | 1 |
| BCBS OF RHODE ISLAND | $ 15,161.95 | $ 15,161.95 | $ 13,940.54 | $ 577.14 | $ 644.27 | 1 |
| BCBS OF SOUTH CAROLINA | $ 52,471.18 | $ 52,471.18 | $ 47,339.80 | $ 1,780.70 | $ 3,350.68 | 2 |
| BCBS OF TENNESSEE | $ 118,913.89 | $ 118,913.89 | $ 100,597.67 | $ 9,762.32 | $ 8,553.90 | 2 |
| CAPITAL BCBS | $ 19,661.82 | $ 19,661.82 | $ 18,015.77 | $ 146.05 | $ 1,500.00 | 1 |
| CAREFIRST BCBS | $ 88,549.24 | $ 88,549.24 | $ 64,235.94 | $ 17,122.47 | $ 7,190.83 | 4 |
| HIGHMARK BCBS OF PENN | $ 13,968.85 | $ 13,968.85 | $ 12,148.71 | $ 862.63 | $ 957.51 | 1 |
| HORIZON BCBS OF NJ | $ 76,015.51 | $ 76,015.51 | $ 58,830.79 | $ 9,598.50 | $ 7,586.22 | 4 |
| INDEPENDENCE ADMIN BCBS | $ 23,421.44 | $ 23,421.44 | $ 20,955.30 | $ - | $ 2,466.14 | 1 |
| PREMERA BCBS | $ 86,073.70 | $ 86,073.70 | $ 74,292.85 | $ 6,276.15 | $ 5,504.70 | 3 |
| **East Houston** | **$ 659,680.48** | **$ 659,680.48** | **$ 570,027.46** | **$ 46,808.81** | **$ 42,844.21** | **29** |
| ANTHEM BCBS CALIFORNIA | $ 29,074.07 | $ 29,074.07 | $ 22,419.48 | $ 3,392.76 | $ 3,261.83 | 1 |
| ANTHEM BCBS OF OHIO | $ 129,888.43 | $ 129,888.43 | $ 99,683.23 | $ 15,463.71 | $ 14,741.49 | 6 |

## Schedule 3

| Facility / Insurance | Claim Billed Amount | Estimated Allowed Amount | Estimated Amount Due Calculation | TTL Insurance Payment | Estimated Patient Copay, Deductible, Co-Insurance | # of ACCTS |
|---|---:|---:|---:|---:|---:|---:|
| BCBS HIGHMARK | $ 23,946.43 | $ 23,946.43 | $ 21,726.28 | $ 951.13 | $ 1,269.02 | 2 |
| BCBS OF ALABAMA | $ 61,716.32 | $ 61,716.32 | $ 53,783.65 | $ 2,289.68 | $ 5,642.99 | 2 |
| BCBS OF ARKANSAS | $ 45,868.44 | $ 45,868.44 | $ 40,178.45 | $ 644.46 | $ 5,045.53 | 2 |
| BCBS OF IOWA | $ 24,389.27 | $ 24,389.27 | $ 17,412.19 | $ 6,489.29 | $ 487.79 | 1 |
| BCBS OF LOUISIANA | $ 83,846.67 | $ 83,846.67 | $ 74,837.60 | $ 4,592.47 | $ 4,416.60 | 5 |
| BCBS OF MASSACHUSETTS | $ 46,261.03 | $ 46,261.03 | $ 46,261.03 | $ - | $ - | 2 |
| BCBS OF NEBRASKA | $ 47,638.80 | $ 47,638.80 | $ 40,879.84 | $ 4,377.02 | $ 2,381.94 | 1 |
| BCBS OF OHIO | $ 109,846.83 | $ 109,846.83 | $ 100,832.57 | $ 6,244.29 | $ 2,769.97 | 3 |
| BCBS OF SOUTH CAROLINA | $ 21,971.98 | $ 21,971.98 | $ 19,776.13 | $ 934.04 | $ 1,261.81 | 2 |
| BCBS OF TENNESSEE | $ 14,931.36 | $ 14,931.36 | $ 13,975.13 | $ - | $ 956.23 | 1 |
| CAREFIRST BCBS | $ 20,300.85 | $ 20,300.85 | $ 18,261.86 | $ 1,429.96 | $ 609.03 | 1 |
| **Innova / Southcross** | **$ 10,221,548.14** | **$ 10,221,548.14** | **$ 8,314,577.54** | **$ 1,739,571.18** | **$ 167,399.42** | **56** |
| ANTHEM BCBS OF NH | $ 103,195.14 | $ 103,195.14 | $ 83,335.49 | $ 13,859.65 | $ 6,000.00 | 1 |
| ANTHEM BCBS OF OHIO | $ 2,377,057.23 | $ 2,377,057.23 | $ 1,941,301.64 | $ 402,987.27 | $ 32,768.32 | 14 |
| BCBS ANTHEM NATL ACCTS | $ 22,237.72 | $ 22,237.72 | $ 18,094.10 | $ 1,784.43 | $ 2,359.19 | 2 |
| BCBS HIGHMARK | $ 52,834.30 | $ 52,834.30 | $ 42,304.88 | $ 8,229.42 | $ 2,300.00 | 1 |
| BCBS OF ALABAMA | $ 55,475.10 | $ 55,475.10 | $ 46,890.42 | $ 4,550.81 | $ 4,033.87 | 1 |
| BCBS OF ARKANSAS | $ 158,132.57 | $ 158,132.57 | $ 80,809.75 | $ 46,393.71 | $ 30,929.11 | 1 |
| BCBS OF CALIFORNIA | $ 1,464,871.91 | $ 1,464,871.91 | $ 1,185,818.28 | $ 266,793.98 | $ 12,259.65 | 6 |
| BCBS OF MARYLAND | $ 43,051.22 | $ 43,051.22 | $ 31,791.58 | $ 4,954.76 | $ 6,304.88 | 1 |
| BCBS OF MASSACHUSETTS | $ 15,870.20 | $ 15,870.20 | $ 15,870.20 | $ - | $ - | 1 |
| BCBS OF NEBRASKA | $ 25,618.35 | $ 25,618.35 | $ 14,329.84 | $ 5,573.10 | $ 5,715.41 | 1 |
| BCBS OF NEW JERSEY | $ 15,878.26 | $ 15,878.26 | $ 15,878.26 | $ - | $ - | 1 |
| BCBS OF OHIO | $ 3,641,163.44 | $ 3,641,163.44 | $ 3,044,890.16 | $ 564,513.28 | $ 31,760.00 | 16 |
| BCBS OF PENNSYLVANIA | $ 79,988.21 | $ 79,988.21 | $ 52,677.30 | $ 15,741.13 | $ 11,569.78 | 3 |
| BCBS OF RHODE ISLAND | $ 15,064.18 | $ 15,064.18 | $ 14,359.57 | $ 563.75 | $ 140.86 | 1 |
| BCBS OF SOUTH CAROLINA | $ 21,530.12 | $ 21,530.12 | $ 8,827.35 | $ 6,276.41 | $ 6,426.36 | 1 |
| BCBS OF TENNESSEE | $ 2,098,096.91 | $ 2,098,096.91 | $ 1,687,079.62 | $ 396,653.26 | $ 14,364.03 | 3 |
| CAPITAL BCBS | $ 31,483.28 | $ 31,483.28 | $ 30,319.09 | $ 696.22 | $ 467.97 | 2 |
| **Landmark** | **$ 6,932,456.30** | **$ 6,783,982.44** | **$ 5,725,437.05** | **$ 914,398.45** | **$ 144,146.94** | **55** |
| ANTHEM BCBS CALIFORNIA | $ 4,000.00 | $ 4,000.00 | $ 2,915.02 | $ 651.02 | $ 433.96 | 2 |
| ANTHEM BCBS NATL ACCTS | $ 996,423.37 | $ 996,423.37 | $ 807,783.36 | $ 184,642.26 | $ 3,997.75 | 2 |
| ANTHEM BCBS OF OHIO | $ 984,694.02 | $ 984,694.02 | $ 766,710.24 | $ 181,772.47 | $ 36,211.31 | 15 |
| BCBS ANTHEM NATL ACCTS | $ 610,440.21 | $ 610,440.21 | $ 460,725.58 | $ 143,055.83 | $ 6,658.80 | 2 |
| BCBS OF ALABAMA | $ 426,546.95 | $ 426,546.95 | $ 388,520.88 | $ 35,195.33 | $ 2,830.74 | 3 |
| BCBS OF CALIFORNIA | $ 20,102.32 | $ 20,102.32 | $ 13,271.36 | $ 4,440.12 | $ 2,390.84 | 1 |
| BCBS OF FLORIDA | $ 14,400.40 | $ 14,400.40 | $ 13,444.20 | $ - | $ 956.20 | 1 |
| BCBS OF LOUISIANA | $ 506,536.18 | $ 506,536.18 | $ 474,378.62 | $ 23,800.40 | $ 8,357.16 | 1 |
| BCBS OF MARYLAND | $ 37,667.87 | $ 37,667.87 | $ 30,097.82 | $ 4,192.18 | $ 3,377.87 | 2 |
| BCBS OF MASSACHUSETTS | $ 80,172.26 | $ 80,172.26 | $ 80,172.26 | $ - | $ - | 1 |
| BCBS OF MICHIGAN | $ 25,110.05 | $ 25,110.05 | $ 25,110.05 | $ - | $ - | 1 |
| BCBS OF NORTH CAROLINA | $ 421,406.29 | $ 421,406.29 | $ 387,488.14 | $ 20,385.87 | $ 13,532.28 | 3 |
| BCBS OF OHIO | $ 1,871,114.44 | $ 1,871,114.44 | $ 1,571,527.46 | $ 267,815.18 | $ 31,771.80 | 11 |
| BCBS OF PENNSYLVANIA | $ 25,738.23 | $ 25,738.23 | $ 15,851.71 | $ 8,856.99 | $ 1,029.53 | 1 |
| BCBS OF SOUTH CAROLINA | $ 16,646.48 | $ 16,646.48 | $ 6,825.06 | $ 3,835.74 | $ 5,985.68 | 1 |
| BCBS OF TENNESSEE | $ 581,724.95 | $ 581,724.95 | $ 540,061.58 | $ 19,063.04 | $ 22,600.33 | 4 |
| BCBS OF UTAH | $ 45,506.47 | $ 45,506.47 | $ 37,175.23 | $ 7,790.44 | $ 540.80 | 2 |
| BCBS OF WASHINGTON | $ 212,105.52 | $ 63,631.66 | $ 51,258.19 | $ 8,901.58 | $ 3,471.89 | 1 |
| CAREFIRST BCBS | $ 52,120.29 | $ 52,120.29 | $ 52,120.29 | $ - | $ - | 1 |
| **Mid-Cities** | **$ 3,018,442.84** | **$ 2,941,109.42** | **$ 2,363,605.21** | **$ 378,188.20** | **$ 199,316.00** | **69** |
| ANTHEM BCBS | $ 47,903.58 | $ 47,903.58 | $ 35,612.91 | $ 7,064.56 | $ 5,226.11 | 2 |
| ANTHEM BCBS CALIFORNIA | $ 159,806.13 | $ 159,806.13 | $ 121,540.61 | $ 23,956.00 | $ 14,309.52 | 4 |
| ANTHEM BCBS OF OHIO | $ 437,350.83 | $ 437,350.83 | $ 321,300.32 | $ 83,147.69 | $ 32,902.82 | 14 |
| BCBS HALLMARK | $ 71,465.98 | $ 71,465.98 | $ 60,083.02 | $ 9,106.43 | $ 2,276.53 | 1 |
| BCBS HIGHMARK | $ 41,026.31 | $ 41,026.31 | $ 31,906.89 | $ 6,191.74 | $ 2,927.68 | 2 |
| BCBS OF ALABAMA | $ 556,585.05 | $ 556,585.05 | $ 474,955.85 | $ 61,329.26 | $ 20,299.94 | 4 |
| BCBS OF CALIFORNIA | $ 270,213.41 | $ 270,213.41 | $ 214,011.52 | $ 39,081.78 | $ 17,120.11 | 3 |
| BCBS OF GEORGIA | $ 288,886.12 | $ 288,886.12 | $ 271,448.32 | $ 8,029.36 | $ 9,408.44 | 4 |
| BCBS OF MASSACHUSETTS | $ 114,509.40 | $ 114,509.40 | $ 99,458.17 | $ 12,430.66 | $ 2,620.57 | 3 |
| BCBS OF MINNESOTA | $ 33,386.69 | $ 33,386.69 | $ 30,754.65 | $ 1,492.44 | $ 1,139.60 | 1 |
| BCBS OF NEW JERSEY | $ 37,633.67 | $ 37,633.67 | $ 26,259.77 | $ 7,623.90 | $ 3,750.00 | 1 |

| Facility / Insurance | Claim Billed Amount | Estimated Allowed Amount | Estimated Amount Due Calculation | TTL Insurance Payment | Estimated Patient Copay, Deductible, Co-Insurance | # of ACCTS |
|---|---|---|---|---|---|---|
| BCBS OF OHIO | $ 463,232.02 | $ 463,232.02 | $ 351,424.15 | $ 60,008.49 | $ 51,799.38 | 16 |
| BCBS OF SOUTH CAROLINA | $ 54,505.09 | $ 54,505.09 | $ 46,974.58 | $ 4,260.20 | $ 3,270.31 | 1 |
| BCBS OF TENNESSEE | $ 107,637.90 | $ 107,637.90 | $ 91,883.45 | $ 10,098.85 | $ 5,655.60 | 3 |
| BCBS OF WASHINGTON | $ 93,386.27 | $ 28,015.88 | $ 4,537.33 | $ 18,419.90 | $ 5,058.65 | 2 |
| BCBS OF WASHINGTON DC | $ 17,090.05 | $ 5,127.02 | $ 3,667.68 | $ - | $ 1,459.34 | 1 |
| BLUE ADVANTAGE ARKANSAS | $ 17,108.08 | $ 17,108.08 | $ 15,154.48 | $ 976.82 | $ 976.78 | 1 |
| HIGHMARK BCBS OF PENN | $ 103,352.53 | $ 103,352.53 | $ 79,480.36 | $ 9,931.77 | $ 13,940.40 | 3 |
| HORIZON BCBS OF NJ | $ 85,447.84 | $ 85,447.84 | $ 66,602.98 | $ 14,430.94 | $ 4,413.92 | 2 |
| INDEPENDENCE ADMIN BCBS | $ 17,915.89 | $ 17,915.89 | $ 16,548.17 | $ 607.41 | $ 760.31 | 1 |
| Plano | $ 4,562,948.53 | $ 4,562,948.53 | $ 3,653,565.75 | $ 601,937.27 | $ 307,445.51 | 94 |
| ANTHEM BCBS CALIFORNIA | $ 104,008.61 | $ 104,008.61 | $ 85,355.91 | $ 9,326.41 | $ 9,326.29 | 1 |
| ANTHEM BCBS OF GEORGIA | $ 32,694.70 | $ 32,694.70 | $ 18,995.45 | $ 9,819.61 | $ 3,879.64 | 1 |
| ANTHEM BCBS OF OHIO | $ 296,290.78 | $ 296,290.78 | $ 224,406.54 | $ 40,040.57 | $ 31,843.67 | 9 |
| BCBS ANTHEM NATL ACCTS | $ 19,879.88 | $ 19,879.88 | $ 14,360.47 | $ 3,280.84 | $ 2,238.57 | 1 |
| BCBS EMPIRE BLUE | $ 118,170.71 | $ 118,170.71 | $ 78,019.61 | $ 20,083.90 | $ 20,067.20 | 3 |
| BCBS HALLMARK | $ 16,839.30 | $ 16,839.30 | $ 15,772.40 | $ 1,066.90 | $ - | 1 |
| BCBS OF ALABAMA | $ 114,278.19 | $ 114,278.19 | $ 95,001.84 | $ 9,616.63 | $ 9,659.72 | 4 |
| BCBS OF ARKANSAS | $ 65,509.81 | $ 65,509.81 | $ 49,534.60 | $ 9,463.66 | $ 6,511.55 | 2 |
| BCBS OF CALIFORNIA | $ 458,813.00 | $ 458,813.00 | $ 412,413.36 | $ 25,488.58 | $ 20,911.06 | 8 |
| BCBS OF FLORIDA | $ 55,458.42 | $ 55,458.42 | $ 46,459.76 | $ 1,204.38 | $ 7,794.28 | 2 |
| BCBS OF GEORGIA | $ 71,162.98 | $ 71,162.98 | $ 67,005.87 | $ 1,424.73 | $ 2,732.38 | 2 |
| BCBS OF KANSAS | $ 268,704.73 | $ 268,704.73 | $ 207,467.97 | $ 58,316.65 | $ 2,920.11 | 1 |
| BCBS OF MARYLAND | $ 202,139.24 | $ 202,139.24 | $ 189,573.49 | $ 7,271.32 | $ 5,294.43 | 2 |
| BCBS OF MASSACHUSETTS | $ 397,198.58 | $ 397,198.58 | $ 349,544.57 | $ 39,736.08 | $ 7,917.93 | 6 |
| BCBS OF MICHIGAN | $ 81,017.93 | $ 81,017.93 | $ 71,422.30 | $ 7,166.76 | $ 2,428.87 | 1 |
| BCBS OF NEBRASKA | $ 57,365.55 | $ 57,365.55 | $ 46,799.50 | $ 6,055.05 | $ 4,511.00 | 3 |
| BCBS OF NORTH CAROLINA | $ 106,331.73 | $ 106,331.73 | $ 85,192.81 | $ 9,130.63 | $ 12,008.29 | 4 |
| BCBS OF OHIO | $ 1,629,092.15 | $ 1,629,092.15 | $ 1,229,953.44 | $ 282,188.23 | $ 116,950.48 | 29 |
| BCBS OF PENNSYLVANIA | $ 135,223.84 | $ 135,223.84 | $ 95,364.46 | $ 25,045.47 | $ 14,813.91 | 3 |
| BCBS OF TENNESSEE | $ 250,919.78 | $ 250,919.78 | $ 198,225.30 | $ 27,758.35 | $ 24,936.13 | 8 |
| CAPITAL BCBS | $ 14,370.74 | $ 14,370.74 | $ 13,465.47 | $ 205.27 | $ 700.00 | 1 |
| CAREFIRST BCBS | $ 67,477.88 | $ 67,477.88 | $ 59,230.63 | $ 8,247.25 | $ - | 2 |
| **Grand Total** | **$ 53,209,610.86** | **$ 43,844,909.66** | **$ 34,795,360.07** | **$ 6,933,856.60** | **$ 2,115,692.99** | **807** |