**Blue Cross and Blue Shield of Alabama**

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Blue Cross and Blue Shield of Alabama** | $ 8,096,160.07 | $ 3,832,411.21 | $ 2,624,763.24 | $ 930,077.76 | $ 277,570.21 | 136 |
| R&C | $ 156,440.64 | $ 87,606.76 | $ 44,017.80 | $ 31,068.47 | $ 12,520.49 | 4 |
| U&C | $ 1,946,983.75 | $ 1,946,983.75 | $ 1,658,482.73 | $ 208,288.91 | $ 80,212.11 | 31 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 29,789.68 | | GE | | | $ 666.54 | $ 342,751.87 | $ 102,825.56 | $ 72,369.34 | Blank |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 1,039.29 | | ADT | | | $ 2,036.84 | $ 26,141.79 | $ 7,842.54 | $ 4,766.41 | Blank |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 618.72 | | CANNOT DISCLOSE | | | $ 2,118.69 | $ 20,717.85 | $ 6,215.36 | $ 3,477.95 | Blank |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 6,844.80 | | GENERAL ELECTRIC | | | $ - | $ 47,060.61 | $ 14,118.18 | $ 7,273.38 | Blank |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 5,266.47 | | GE | | | $ - | $ 26,675.81 | $ 8,002.74 | $ 2,736.27 | Blank |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 4,249.98 | | LOWES | | | $ 4,249.97 | $ 33,454.69 | $ 10,036.41 | $ 1,536.46 | Blank |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 4,360.84 | | BBVA COMPASS | | | $ 3,006.83 | $ 75,170.76 | $ 22,551.23 | $ 15,183.56 | Blank |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ - | | LOWES | | | $ 298.00 | $ 7,450.12 | $ 2,235.04 | $ 1,937.03 | Blank |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ - | | | | | $ 2,610.38 | $ 15,532.81 | $ 4,659.84 | $ 2,049.46 | Blank |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 2,241.53 | | | | | $ 2,494.29 | $ 24,932.07 | $ 7,479.62 | $ 2,743.80 | Blank |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ - | | GE | | | $ - | $ 74,915.20 | $ 22,474.56 | $ 22,474.56 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 649.81 | | LOWES | | | $ 649.81 | $ 18,498.49 | $ 5,549.55 | $ 4,249.93 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 1,020.69 | | | | | $ 255.17 | $ 17,012.21 | $ 5,103.66 | $ 3,827.80 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 559.73 | | BBVA COMPASS | | | $ 739.89 | $ 17,054.83 | $ 5,116.45 | $ 3,816.83 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 159.74 | | BBVA COMPASS | | | $ 1,106.49 | $ 16,584.60 | $ 4,975.38 | $ 3,709.15 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 609.35 | | GE | | | $ 796.62 | $ 17,306.96 | $ 5,192.09 | $ 3,786.12 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ - | | LOWES | | | $ 1,208.27 | $ 14,534.80 | $ 4,360.44 | $ 3,152.17 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 724.96 | | GENERAL ELECTRIC C | | | $ 483.31 | $ 14,500.80 | $ 4,350.24 | $ 3,141.97 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 846.62 | | CRAFTMAN COMMUN | | | $ 361.65 | $ 14,447.05 | $ 4,334.12 | $ 3,125.85 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 845.80 | | AAA COOPER TRANSP | | | $ 963.82 | $ 19,065.49 | $ 5,719.65 | $ 3,910.03 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 6,919.85 | | GE | | | $ 238.19 | $ 72,873.35 | $ 21,862.01 | $ 14,703.97 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 649.21 | | HEALTHSOUTH | | | $ 1,349.21 | $ 19,579.25 | $ 5,873.78 | $ 3,875.36 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 1,184.04 | | | | | $ 729.74 | $ 17,071.49 | $ 5,121.45 | $ 3,207.67 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 731.02 | | EMMERSON ELECTRIC | | | $ 1,182.76 | $ 16,973.98 | $ 5,092.19 | $ 3,178.41 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 5,024.47 | | GE | | | $ - | $ 44,507.99 | $ 13,352.40 | $ 8,327.93 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 1,401.47 | | CANNOT DISCLOSE | | | $ 350.37 | $ 14,961.21 | $ 4,488.36 | $ 2,736.52 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 5,024.47 | | GE | | | $ - | $ 42,110.21 | $ 12,633.06 | $ 7,608.59 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 8,130.98 | | GE | | | $ - | $ 63,344.17 | $ 19,003.25 | $ 10,872.27 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 8,607.44 | | LOWES | | | $ 9,757.40 | $ 137,019.13 | $ 41,105.74 | $ 22,740.90 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 6,821.04 | | GE | | | $ - | $ 48,848.52 | $ 14,654.56 | $ 7,833.52 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 1,303.90 | | DYVIS INC. | | | $ 325.97 | $ 11,015.25 | $ 3,304.58 | $ 1,674.71 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 9,568.50 | | | | | $ 1,750.00 | $ 74,660.28 | $ 22,398.08 | $ 11,079.58 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 4,597.40 | | GE | | | $ - | $ 25,013.29 | $ 7,503.99 | $ 2,906.59 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 1,430.93 | | | | | $ 2,453.88 | $ 20,434.13 | $ 6,130.24 | $ 2,245.43 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 6,398.68 | | | | | $ 2,940.99 | $ 44,206.53 | $ 13,261.96 | $ 3,922.29 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 4,243.10 | | CRAFTMAN COMMUN | | | $ 1,060.77 | $ 23,153.18 | $ 6,945.95 | $ 1,642.08 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 6,780.95 | | | | | $ 1,695.24 | $ 35,195.10 | $ 10,558.53 | $ 2,082.34 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 5,818.39 | | CANNOT DISCLOSE | | | $ 1,454.60 | $ 29,459.99 | $ 8,838.00 | $ 1,565.01 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 10,171.65 | | | | | $ 2,542.91 | $ 50,020.65 | $ 15,006.20 | $ 2,291.64 | Other |
| Mid-Cities | | REDACTED | | | Blue Cross and Blue Shield of Alabama | $ 13,192.63 | REDACTED | BRASFIELD AND GORI | REDACTED | | $ 3,498.09 | $ 333,272.51 | $ 99,981.75 | $ 83,291.03 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 8,818.21 | | GULFSTREAM AEROS | | | $ - | $ 162,444.78 | $ 48,733.43 | $ 39,915.22 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 1,741.60 | | BBVA COMPASS | | | $ 1,246.40 | $ 34,511.60 | $ 10,353.48 | $ 7,365.48 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 329.96 | | LOWES | | | $ 1,244.18 | $ 17,168.97 | $ 5,150.69 | $ 3,576.55 | Other |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 14,481.66 | | GE | | | $ 4,846.30 | $ 121,157.51 | $ 36,347.25 | $ 17,019.29 | Other |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 3,716.50 | | THEPORTARTHURNEW | | | $ 1,343.88 | $ 33,597.00 | $ 10,079.10 | $ 5,018.72 | Other |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 3,319.89 | | LOWES | | | $ 4,069.87 | $ 49,291.98 | $ 14,787.59 | $ 7,397.83 | Other |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 4,066.01 | | GPC | | | $ 2,439.81 | $ 60,995.26 | $ 18,298.58 | $ 11,792.76 | Other |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 1,623.29 | | LOWES | | | $ 976.03 | $ 24,400.72 | $ 7,320.22 | $ 4,720.90 | Other |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 2,307.34 | | BBVA COMPASS | | | $ 1,560.79 | $ 39,019.81 | $ 11,705.94 | $ 7,837.81 | Other |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 643.70 | | GENERAL ELECTRIC C | | | $ 687.69 | $ 17,192.30 | $ 5,157.69 | $ 3,826.30 | Other |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 643.70 | | GENERAL ELECTRIC C | | | $ 690.14 | $ 17,253.61 | $ 5,176.08 | $ 3,842.24 | Other |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 1,747.24 | | BBVA COMPASS | | | $ 1,248.81 | $ 42,923.57 | $ 12,877.07 | $ 9,881.02 | Other |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 1,369.99 | | EMERSON | | | $ 1,913.27 | $ 65,198.69 | $ 19,559.61 | $ 16,276.35 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 629.79 | | CANNOT DISCLOSE | | | $ 829.74 | $ 13,736.76 | $ 4,121.03 | $ 2,661.50 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 17.03 | | ADT | | | $ 1,517.02 | $ 13,945.09 | $ 4,183.53 | $ 2,649.48 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 767.03 | | ADT | | | $ 767.02 | $ 13,923.45 | $ 4,177.04 | $ 2,642.99 | Other |
| Mid-Cities | | REDACTED | | | Blue Cross and Blue Shield of Alabama | $ 2,077.33 | REDACTED | ADT LLC | REDACTED | | $ 3,177.29 | $ 47,377.67 | $ 14,213.30 | $ 8,958.68 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 2,358.08 | | GE | | | $ 2,334.29 | $ 34,949.80 | $ 10,484.94 | $ 5,792.57 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 7,485.64 | | GE | | | $ 57.89 | $ 51,806.25 | $ 15,541.88 | $ 7,998.35 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 17,362.54 | | GE | | | $ 188.66 | $ 117,700.98 | $ 35,310.29 | $ 17,759.09 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 1,952.35 | | | | | $ 1,801.56 | $ 25,063.73 | $ 7,519.12 | $ 3,765.21 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 5,335.12 | | BBVA COMPASS | | | $ 2,786.48 | $ 50,409.47 | $ 15,122.84 | $ 7,001.24 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 9,729.12 | | TYCO | | | $ 8,631.60 | $ 111,582.10 | $ 33,474.63 | $ 15,113.91 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 17,177.77 | | GE | | | $ - | $ 102,576.19 | $ 30,772.86 | $ 13,595.09 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 150.54 | | ADT | | | $ 2,150.54 | $ 13,670.09 | $ 4,101.03 | $ 1,799.95 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 41,688.38 | | GENUINE PARTS CO | | | $ 8,967.11 | $ 299,232.03 | $ 89,769.61 | $ 39,114.12 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 41,377.78 | | BBVA COMPASS | | | $ - | $ 221,778.14 | $ 66,533.44 | $ 25,155.66 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 27,874.20 | | GE | | | $ 5,016.21 | $ 175,432.39 | $ 52,629.72 | $ 19,739.31 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 17,378.36 | | BBVA COMPASS | | | $ - | $ 91,844.27 | $ 27,553.28 | $ 10,174.92 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 2,934.46 | | COMPASS BANCSHAR | | | $ 1,757.63 | $ 23,700.37 | $ 7,110.11 | $ 2,418.02 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 5,242.73 | | | | | $ 1,810.68 | $ 31,476.72 | $ 9,443.02 | $ 2,389.61 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 26,363.66 | | BBVA COMPASS | | | $ 6,526.75 | $ 144,579.62 | $ 43,373.89 | $ 10,483.48 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 3,568.05 | | LOWES | | | $ 4,318.05 | $ 31,396.79 | $ 9,419.04 | $ 1,532.94 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 113,379.29 | | TOWN & COUNTRY IN | | | $ 2,768.42 | $ 393,436.57 | $ 118,030.97 | $ 1,883.26 | Other |
| Landmark | | | | | Blue Cross and Blue Shield of Alabama | $ 4,161.33 | | BAY SPRINGS MARIN | | | $ 1,840.30 | $ 91,099.46 | $ 27,329.84 | $ 21,328.21 | Other |
| Landmark | | REDACT | | | Blue Cross and Blue Shield of Alabama | $ 13,789.90 | REDACT | GE | REDACT | | $ 2,092.99 | $ 138,070.35 | $ 41,421.11 | $ 25,538.22 | Other |
| Landmark | | | | | Blue Cross and Blue Shield of Alabama | $ 2,262.18 | | GPC | | | $ 4,508.06 | $ 37,706.79 | $ 11,312.04 | $ 4,541.80 | Other |

Blue Cross and Blue Shield of Alabama

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Innova / Southcross | | REDACTED | | | Blue Cross and Blue Shield of Alabama | $ 10,239.62 | REDACTED | VULCAN MATERIALS | REDACTED | | $ 2,502.77 | $ 62,569.24 | $ 18,770.77 | $ 6,028.38 | Other |
| East Houston | | | | | Blue Cross and Blue Shield of Alabama | $ - | | GENUINE PARTS COM | | | $ 666.75 | $ 11,263.79 | $ 3,379.14 | $ 2,712.39 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 1,555.00 | | LOWES | | | $ - | $ 14,500.03 | $ 4,350.01 | $ 2,795.01 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 6,838.52 | | GE | | | $ - | $ 58,891.93 | $ 17,667.58 | $ 10,829.06 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 45,237.63 | | LOWES | | | $ 6,183.63 | $ 352,524.18 | $ 105,757.25 | $ 54,335.99 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 1,910.04 | | RADIANCE TECH | | | $ 666.34 | $ 16,658.48 | $ 4,997.54 | $ 2,421.16 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 2,332.51 | | LOWES | | | $ - | $ 13,668.91 | $ 4,100.67 | $ 1,768.16 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 2,241.54 | | EMERSON | | | $ 2,494.28 | $ 25,620.54 | $ 7,686.16 | $ 2,950.34 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 3,932.62 | | LOWES | | | $ 4,682.62 | $ 43,211.61 | $ 12,963.48 | $ 4,348.24 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 5,873.84 | | GE | | | $ - | $ 28,817.65 | $ 8,645.30 | $ 2,771.46 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 2,509.13 | | BBVA COMPASS | | | $ 2,672.76 | $ 25,158.78 | $ 7,547.63 | $ 2,365.74 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 16,038.04 | | GE | | | $ - | $ 60,440.90 | $ 18,132.27 | $ 2,094.23 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 22,634.71 | | DARREN SCHUHMACH | | | $ 5,658.68 | $ 75,496.15 | $ 42,277.84 | $ 13,984.45 | R&C |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 5,681.34 | | GE | | | $ 3,787.51 | $ 29,411.24 | $ 16,470.29 | $ 7,001.44 | R&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 1,827.74 | | MADIX INC | | | $ 706.93 | $ 32,547.43 | $ 18,226.56 | $ 15,691.89 | R&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 924.68 | | LOWES | | | $ 2,367.37 | $ 18,985.82 | $ 10,632.06 | $ 7,340.01 | R&C |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ - | | ADT | | | $ 1,327.89 | $ 13,592.80 | $ 13,592.80 | $ 12,264.91 | U&C |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 4,115.80 | | GE | | | $ 4,131.70 | $ 62,998.27 | $ 62,998.27 | $ 54,750.77 | U&C |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 1,128.84 | | ADT | | | $ 1,300.95 | $ 13,593.80 | $ 13,593.80 | $ 11,164.01 | U&C |
| Plano | | | | | Blue Cross and Blue Shield of Alabama | $ 4,371.99 | | GE | | | $ 2,899.18 | $ 24,093.32 | $ 24,093.32 | $ 16,822.15 | U&C |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ - | | GE | | | $ - | $ 17,197.29 | $ 17,197.29 | $ 17,197.29 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 9,392.79 | | | | | $ 3,198.27 | $ 79,956.82 | $ 79,956.82 | $ 67,365.76 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 1,944.79 | | BBVA COMPASS | | | $ 1,333.48 | $ 24,490.41 | $ 24,490.41 | $ 21,212.14 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 3,071.42 | | BBVA COMPASS | | | $ 1,816.32 | $ 38,681.95 | $ 38,681.95 | $ 33,794.21 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 536.42 | | HEALTHSOUTH | | | $ 687.56 | $ 17,189.06 | $ 17,189.06 | $ 15,965.08 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 536.42 | | HEALTHSOUTH | | | $ 689.78 | $ 17,244.53 | $ 17,244.53 | $ 16,018.33 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 186.42 | | HEALTHSOUTH | | | $ 691.83 | $ 17,295.70 | $ 17,295.70 | $ 16,417.45 | U&C |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 531.48 | | HEALTHSOUTH | | | $ 1,231.47 | $ 17,629.92 | $ 17,629.92 | $ 15,866.97 | U&C |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 55,795.72 | | | | | $ 13,316.42 | $ 483,368.95 | $ 483,368.95 | $ 414,256.81 | U&C |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Alabama | $ 5,002.06 | | LOWES | | | $ 5,752.05 | $ 38,388.89 | $ 38,388.89 | $ 27,634.78 | U&C |
| Landmark | | | | | Blue Cross and Blue Shield of Alabama | $ 22,232.90 | | | | | $ 139.12 | $ 312,570.07 | $ 312,570.07 | $ 290,198.05 | U&C |
| Landmark | | | | | Blue Cross and Blue Shield of Alabama | $ 12,962.43 | | VULCAN MATERIALS | | | $ 2,257.32 | $ 112,392.28 | $ 112,392.28 | $ 97,172.53 | U&C |
| Landmark | | | | | Blue Cross and Blue Shield of Alabama | $ - | | BBVA COMPASS | | | $ 434.30 | $ 1,584.60 | $ 1,584.60 | $ 1,150.30 | U&C |
| Innova / Southcross | | | | | Blue Cross and Blue Shield of Alabama | $ 4,550.81 | | SNL DISTRIBUTION | | | $ 4,033.87 | $ 55,475.10 | $ 55,475.10 | $ 46,890.42 | U&C |
| East Houston | | | | | Blue Cross and Blue Shield of Alabama | $ 2,089.63 | | GENUINE PARTS CO | | | $ 4,392.98 | $ 51,209.17 | $ 51,209.17 | $ 44,726.56 | U&C |
| East Houston | | | | | Blue Cross and Blue Shield of Alabama | $ 200.05 | | NOT AVAILABLE | | | $ 1,250.01 | $ 10,507.15 | $ 10,507.15 | $ 9,057.09 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 1,165.49 | | GE | | | $ - | $ 15,591.59 | $ 15,591.59 | $ 14,426.10 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 1,008.13 | | LOWES | | | $ 1,008.12 | $ 16,138.87 | $ 16,138.87 | $ 14,122.62 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 1,008.13 | | LOWES | | | $ 1,008.12 | $ 16,118.79 | $ 16,118.79 | $ 14,102.54 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 10,222.38 | | LOWES | | | $ - | $ 78,003.04 | $ 78,003.04 | $ 67,780.66 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 633.13 | | LOWES | | | $ 1,383.12 | $ 12,851.27 | $ 12,851.27 | $ 10,835.02 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 23,950.03 | | GE | | | $ - | $ 151,940.58 | $ 151,940.58 | $ 127,990.55 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 16,606.82 | | LOWES | | | $ 7,343.21 | $ 124,962.75 | $ 124,962.75 | $ 101,012.72 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 3,232.86 | | MADIX INC | | | $ 657.58 | $ 20,200.64 | $ 20,200.64 | $ 16,310.20 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 7,086.59 | | EMERSON | | | $ 5,272.51 | $ 35,576.17 | $ 35,576.17 | $ 23,217.07 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 10,570.88 | | MADIX | | | $ 7,750.45 | $ 46,235.77 | $ 46,235.77 | $ 27,914.44 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ 4,154.50 | | LOWES | | | $ 4,904.50 | $ 19,904.20 | $ 19,904.20 | $ 10,845.20 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 619.04 | | LOWES | | | $ 1,369.03 | $ 20,494.57 | $ 6,148.37 | $ 4,160.30 | Unknown |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 844.25 | | BBVA COMPASS BAN | | | $ 861.82 | $ 18,557.84 | $ 5,567.35 | $ 3,861.28 | Unknown |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 434.01 | | EMERSON | | | $ 1,289.29 | $ 18,861.20 | $ 5,658.36 | $ 3,935.06 | Unknown |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 956.89 | | LOWES | | | $ 956.89 | $ 26,674.01 | $ 8,002.20 | $ 6,088.42 | Unknown |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ - | | BBVA COMPASS | | | $ 169.30 | $ 14,399.59 | $ 4,319.88 | $ 4,150.58 | Unknown |
| Landmark | | | | | Blue Cross and Blue Shield of Alabama | $ - | | HLTH ADVANCE | | | $ 1,743.55 | $ 14,180.84 | $ 4,254.25 | $ 2,510.70 | Unknown |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Alabama | $ - | | XO COMMUNICATION | | | $ 7,120.33 | $ 37,740.00 | $ 11,322.00 | $ 4,201.67 | Unknown |
| Landmark | | | | | Blue Cross and Blue Shield of Alabama | $ 6,670.28 | | ADT Security | | | $ 7,464.97 | $ 149,299.38 | $ 44,789.81 | $ 30,654.57 | |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ - | | BBVA COMPASS | | | $ 35.64 | $ 712.76 | $ 213.83 | $ 178.19 | |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ - | | BBVA COMPASS | | | $ 18.97 | $ 379.40 | $ 113.82 | $ 94.85 | |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 856.31 | | BBVA COMPASS | | | $ 987.07 | $ 19,741.45 | $ 5,922.44 | $ 4,079.05 | |
| Beaumont | | | | | Blue Cross and Blue Shield of Alabama | $ 3,931.23 | | BBVA COMPASS | | | $ 1,459.44 | $ 29,188.70 | $ 8,756.61 | $ 3,365.95 | |