Arkansas Blue Cross and Blue Shield

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Arkansas Blue Cross and Blue Shield** | $ 867,927.27 | $ 346,365.15 | $ 220,942.02 | $ 80,221.97 | $ 45,201.15 | 21 |
| | | | | | | |
| R&C | $ 102,393.93 | $ 73,723.63 | $ 52,991.71 | $ 14,098.57 | $ 6,633.35 | 2 |
| U&C | $ 65,509.81 | $ 65,509.81 | $ 49,534.60 | $ 9,463.66 | $ 6,511.55 | 2 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beaumont | REDACTED | REDACTED | | | Arkansas Blue Cross and Blue Shield | $ - | REDACTED | UNITED BILT HOMES | REDACTED | REDACTED | $ 901.88 | $ 8,198.94 | $ 2,459.68 | $ 1,557.80 | Blank |
| Plano | | | | | Arkansas Blue Cross and Blue Shield | $ 165.32 | | AR BENEFITS | | | $ 1,110.34 | $ 10,263.75 | $ 3,079.13 | $ 1,803.47 | Other |
| Plano | | | | | Arkansas Blue Cross and Blue Shield | $ 788.82 | | NATURAL HEARING SYS | | | $ 525.81 | $ 17,023.49 | $ 5,107.05 | $ 3,792.42 | Other |
| Plano | | | | | Arkansas Blue Cross and Blue Shield | $ 1,051.11 | | RUSSELLVILLE SCHOO | | | $ 700.73 | $ 10,698.76 | $ 3,209.63 | $ 1,457.79 | Other |
| Plano | | | | | Arkansas Blue Cross and Blue Shield | $ 8,025.30 | | GOLDAR | | | $ 1,757.25 | $ 43,568.79 | $ 10,892.20 | $ 1,109.65 | Other |
| Plano | | | | | Arkansas Blue Cross and Blue Shield | $ 4,363.79 | | RUSSELLVILLE SCHOO | | | $ 2,909.20 | $ 31,459.94 | $ 9,437.98 | $ 2,164.99 | Other |
| Plano | | | | | Arkansas Blue Cross and Blue Shield | $ 927.05 | | | | | $ - | $ 160,916.27 | $ 48,274.88 | $ 47,347.83 | Other |
| Plano | | | | | Arkansas Blue Cross and Blue Shield | $ 500.00 | | INDIVIDUAL POLICY | | | $ - | $ 47,145.21 | $ 14,143.56 | $ 13,643.56 | Other |
| Plano | | | | | Arkansas Blue Cross and Blue Shield | $ - | | | | | $ 1,576.98 | $ 17,119.69 | $ 5,135.91 | $ 3,558.93 | Other |
| Plano | | | | | Arkansas Blue Cross and Blue Shield | $ 500.00 | | INDIVIDUAL POLICY | | | $ 593.54 | $ 9,934.25 | $ 2,980.28 | $ 1,886.74 | Other |
| Plano | | | | | Arkansas Blue Cross and Blue Shield | $ 500.00 | | INDIVIDUAL | | | $ 2,600.01 | $ 24,597.72 | $ 7,379.32 | $ 4,279.31 | Other |
| Plano | | | | | Arkansas Blue Cross and Blue Shield | $ - | | INDIVIDUAL | | | $ 1,822.76 | $ 14,453.24 | $ 4,335.97 | $ 2,513.21 | Other |
| Plano | | | | | Arkansas Blue Cross and Blue Shield | $ 19,254.21 | | | | | $ 3,846.53 | $ 126,608.42 | $ 37,982.53 | $ 14,881.79 | Other |
| Plano | | | | | Arkansas Blue Cross and Blue Shield | $ 4,660.95 | | | | | $ 5,711.59 | $ 38,384.94 | $ 11,515.48 | $ 1,142.94 | Other |
| Mid-Cities | | | | | Arkansas Blue Cross and Blue Shield | $ 699.70 | | GOLDAR | | | $ 1,466.47 | $ 13,938.27 | $ 3,484.57 | $ 1,318.40 | Other |
| Craig Ranch | | | | | Arkansas Blue Cross and Blue Shield | $ 6,105.38 | | | | | $ 3,281.66 | $ 60,681.90 | $ 18,204.57 | $ 8,817.53 | Other |
| Plano | | | | | Arkansas Blue Cross and Blue Shield | $ 8,753.91 | | | | | $ 3,070.34 | $ 41,953.23 | $ 30,206.33 | $ 18,382.08 | R&C |
| Mid-Cities | | | | | Arkansas Blue Cross and Blue Shield | $ 5,344.66 | | | | | $ 3,563.01 | $ 60,440.70 | $ 43,517.30 | $ 34,609.63 | R&C |
| Plano | | | | | Arkansas Blue Cross and Blue Shield | $ 783.74 | | | | | $ 724.94 | $ 16,930.73 | $ 16,930.73 | $ 15,422.05 | U&C |
| Plano | | | | | Arkansas Blue Cross and Blue Shield | $ 8,679.92 | | | | | $ 5,786.61 | $ 48,579.08 | $ 48,579.08 | $ 34,112.55 | U&C |
| Plano | | | | | Arkansas Blue Cross and Blue Shield | $ 9,118.11 | | EL DORADO PUBLIC SCHOOL | | | $ 3,251.50 | $ 65,029.95 | $ 19,508.99 | $ 7,139.38 | |