BlueAdvantage Administrators of Arkansas

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **BlueAdvantage Administrators of Arkansas** | **$ 2,550,818.80** | **$ 917,061.66** | **$ 442,895.23** | **$ 218,404.06** | **$ 255,762.38** | **53** |
| R&C | $ 291,926.56 | $ 198,111.19 | $ 147,902.06 | $ 23,997.86 | $ 26,211.28 | 3 |
| U&C | $ 62,976.52 | $ 62,976.52 | $ 55,332.93 | $ 1,621.28 | $ 6,022.31 | 3 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mid-Cities | | | | | BlueAdvantage Administrators of Arkansas | $ 8,083.93 | | WAL-MART STORES II | | | $ 20,507.70 | $ 128,550.86 | $ 38,565.26 | $ 9,973.63 | Blank |
| Landmark | | | | | BlueAdvantage Administrators of Arkansas | $ 230.36 | | WAL-MART STORES II | | | $ 1,179.31 | $ 10,721.04 | $ 3,216.31 | $ 1,806.64 | Blank |
| Landmark | | | | | BlueAdvantage Administrators of Arkansas | $ 6,315.54 | | MURPHY USA | | | $ 2,295.36 | $ 65,181.83 | $ 19,554.55 | $ 10,943.65 | Blank |
| Innova / Southcross | | | | | BlueAdvantage Administrators of Arkansas | $ 91.65 | | TYSON FOODS INC. | | | $ 1,091.64 | $ 15,397.53 | $ 4,619.26 | $ 3,435.97 | Blank |
| East Houston | | | | | BlueAdvantage Administrators of Arkansas | $ - | | WAL-MART STORES II | | | $ 1,849.72 | $ 16,815.65 | $ 5,044.70 | $ 3,194.97 | Blank |
| East Houston | | | | | BlueAdvantage Administrators of Arkansas | $ 202.45 | | TYSON FOODS INC | | | $ 1,918.98 | $ 17,445.24 | $ 5,233.57 | $ 3,112.15 | Blank |
| Beaumont | | | | | BlueAdvantage Administrators of Arkansas | $ 784.49 | | WAL-MART STORES II | | | $ 1,851.41 | $ 16,831.01 | $ 5,049.30 | $ 2,413.40 | Blank |
| Plano | | | | | BlueAdvantage Administrators of Arkansas | $ 3,565.49 | | TYSON FOODS INC | | | $ 4,565.49 | $ 53,043.62 | $ 15,913.09 | $ 7,782.11 | Other |
| Plano | | | | | BlueAdvantage Administrators of Arkansas | $ - | | WAL-MART STORES II | | | $ 1,822.76 | $ 11,455.47 | $ 3,436.64 | $ 1,613.88 | Other |
| Plano | | | | | BlueAdvantage Administrators of Arkansas | $ 6,837.98 | | WAL-MART STORES II | | | $ 8,587.97 | $ 77,927.56 | $ 23,378.27 | $ 7,952.32 | Other |
| Plano | | | | | BlueAdvantage Administrators of Arkansas | $ 6,905.41 | | WAL-MART STORES II | | | $ 367.58 | $ 35,108.48 | $ 10,532.54 | $ 3,259.55 | Other |
| Plano | | | | | BlueAdvantage Administrators of Arkansas | $ 28,035.51 | | WAL-MART STORES II | | | $ 28,035.51 | $ 225,273.34 | $ 67,582.00 | $ 11,510.98 | Other |
| Plano | | | | | BlueAdvantage Administrators of Arkansas | $ 14,756.03 | | WAL-MART STORES II | | | $ 14,756.03 | $ 115,119.93 | $ 34,535.98 | $ 5,023.92 | Other |
| Plano | | | | | BlueAdvantage Administrators of Arkansas | $ 29,049.27 | | WAL-MART STORES II | | | $ 34,126.52 | $ 232,879.02 | $ 69,863.71 | $ 6,687.92 | Other |
| Mid-Cities | | REDACTED | | | BlueAdvantage Administrators of Arkansas | $ 902.42 | REDACTED | TYSON FOODS INC | | REDACTED | $ 983.26 | $ 16,803.09 | $ 5,040.93 | $ 3,155.25 | Other |
| Mid-Cities | | | | | BlueAdvantage Administrators of Arkansas | $ 4,823.40 | | TYSON FOODS INC | | | $ 5,823.35 | $ 87,564.36 | $ 26,269.31 | $ 15,622.56 | Other |
| Mid-Cities | | | | | BlueAdvantage Administrators of Arkansas | $ 18,647.25 | | TYSON FOODS INC | | | $ 18,647.24 | $ 166,241.02 | $ 49,872.31 | $ 12,577.82 | Other |
| Landmark | | | | | BlueAdvantage Administrators of Arkansas | $ - | | WAL-MART STORES II | | | $ 1,172.92 | $ 10,662.93 | $ 3,198.88 | $ 2,025.96 | Other |
| Landmark | | | | | BlueAdvantage Administrators of Arkansas | $ 2,057.95 | | WAL-MART STORES II | | | $ 3,807.95 | $ 41,642.73 | $ 10,410.68 | $ 4,544.78 | Other |
| Landmark | | | | | BlueAdvantage Administrators of Arkansas | $ 1,934.97 | | WAL-MART STORES II | | | $ 6,389.94 | $ 58,090.37 | $ 17,427.11 | $ 9,102.20 | Other |
| Landmark | | | | | BlueAdvantage Administrators of Arkansas | $ 770.29 | | TYSON FOODS INC | | | $ 1,246.80 | $ 13,829.88 | $ 4,148.96 | $ 2,131.87 | Other |
| Innova / Southcross | | | | | BlueAdvantage Administrators of Arkansas | $ 535.45 | | WAL-MART STORES II | | | $ 535.45 | $ 15,772.42 | $ 4,731.73 | $ 3,660.83 | Other |
| Innova / Southcross | | | | | BlueAdvantage Administrators of Arkansas | $ 380.96 | | WAL-MART STORES II | | | $ 697.18 | $ 15,172.69 | $ 4,551.81 | $ 3,473.67 | Other |
| Innova / Southcross | | | | | BlueAdvantage Administrators of Arkansas | $ 946.45 | | WAL-MART STORES II | | | $ 946.44 | $ 15,596.45 | $ 4,678.94 | $ 2,786.05 | Other |
| East Houston | | | | | BlueAdvantage Administrators of Arkansas | $ - | | WAL-MART STORES II | | | $ 2,184.34 | $ 19,857.62 | $ 5,957.29 | $ 3,772.95 | Other |
| East Houston | | | | | BlueAdvantage Administrators of Arkansas | $ - | | WAL-MART STORES II | | | $ 2,427.11 | $ 22,064.64 | $ 6,619.39 | $ 4,192.28 | Other |
| East Houston | | REDACTED | | | BlueAdvantage Administrators of Arkansas | $ 833.73 | REDACTED | WAL-MART STORES II | | REDACTED | $ 1,922.52 | $ 17,477.49 | $ 5,243.25 | $ 2,486.99 | Other |
| Craig Ranch | | | | | BlueAdvantage Administrators of Arkansas | $ - | | TYSON FOODS INC | | | $ - | $ 13,677.79 | $ 4,103.34 | $ 4,103.34 | Other |
| Craig Ranch | | | | | BlueAdvantage Administrators of Arkansas | $ - | | WAL-MART STORES II | | | $ 4,112.98 | $ 49,840.54 | $ 14,952.16 | $ 10,839.18 | Other |
| Craig Ranch | | | | | BlueAdvantage Administrators of Arkansas | $ 104.14 | | TYSON FOODS, INC | | | $ 1,104.13 | $ 14,372.59 | $ 3,593.15 | $ 2,384.88 | Other |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Craig Ranch | | | | | BlueAdvantage Administrators of Arkansas | $ - | | WAL-MART STORES II | | | $ 1,221.41 | $ 13,661.35 | $ 4,098.41 | $ 2,877.00 | Other |
| Craig Ranch | | | | | BlueAdvantage Administrators of Arkansas | $ 1,753.87 | | TYSON FOODS INC | | | $ 2,753.82 | $ 36,180.50 | $ 10,854.15 | $ 6,346.46 | Other |
| Craig Ranch | | | | | BlueAdvantage Administrators of Arkansas | $ 609.80 | | WAL-MART STORES II | | | $ 4,331.24 | $ 39,374.88 | $ 11,812.46 | $ 6,871.43 | Other |
| Craig Ranch | | | | | BlueAdvantage Administrators of Arkansas | $ 5,016.63 | | WAL-MART STORES II | | | $ 8,073.79 | $ 73,398.08 | $ 22,019.42 | $ 8,929.01 | Other |
| Craig Ranch | | | | | BlueAdvantage Administrators of Arkansas | $ 1,247.14 | | WAL-MART STORES II | | | $ 6,747.14 | $ 42,145.53 | $ 12,643.66 | $ 4,649.38 | Other |
| Craig Ranch | | | | | BlueAdvantage Administrators of Arkansas | $ 3,766.70 | | MURPHY USA | | | $ 1,595.42 | $ 25,268.63 | $ 7,580.59 | $ 2,218.47 | Other |
| Craig Ranch | | REDACTED | REDACTED | REDACTED | BlueAdvantage Administrators of Arkansas | $ 18,127.48 | REDACTED | SIMMONS FOODS, IN | REDACTED | REDACTED | $ - | $ 79,426.65 | $ 23,828.00 | $ 5,700.52 | Other |
| Beaumont | | | | | BlueAdvantage Administrators of Arkansas | $ 200.09 | | WAL-MART STORES II | | | $ 1,064.23 | $ 9,674.81 | $ 2,902.44 | $ 1,638.12 | Other |
| Beaumont | | | | | BlueAdvantage Administrators of Arkansas | $ 653.76 | | WAL-MART STORES II | | | $ 1,901.94 | $ 17,290.37 | $ 5,187.11 | $ 2,631.41 | Other |
| Beaumont | | | | | BlueAdvantage Administrators of Arkansas | $ 3,622.23 | | MURPHY OIL | | | $ 4,191.29 | $ 38,102.68 | $ 11,430.80 | $ 3,617.28 | Other |
| Beaumont | | | | | BlueAdvantage Administrators of Arkansas | $ 13,529.04 | | MURPHY OIL | | | $ 9,656.92 | $ 87,790.16 | $ 26,337.05 | $ 3,151.09 | Other |
| Landmark | | | | | BlueAdvantage Administrators of Arkansas | $ 4,172.39 | | WAL-MART STORES II | | | $ 8,760.32 | $ 79,639.31 | $ 57,340.30 | $ 44,407.59 | R&C |
| Craig Ranch | | | | | BlueAdvantage Administrators of Arkansas | $ 8,227.18 | | WAL-MART STORES II | | | $ 15,971.86 | $ 145,198.75 | $ 104,543.10 | $ 80,344.06 | R&C |
| Craig Ranch | | | | | BlueAdvantage Administrators of Arkansas | $ 11,598.29 | | SIMMONS FOODS, IN | | | $ 1,479.09 | $ 67,088.50 | $ 36,227.79 | $ 23,150.41 | R&C |
| Mid-Cities | | | | | BlueAdvantage Administrators of Arkansas | $ 976.82 | | TYSON FOODS INC | | | $ 976.78 | $ 17,108.08 | $ 17,108.08 | $ 15,154.48 | U&C |
| East Houston | | | | | BlueAdvantage Administrators of Arkansas | $ 97.64 | | TYSON FOODS INC | | | $ 1,970.14 | $ 17,910.39 | $ 17,910.39 | $ 15,842.61 | U&C |
| East Houston | | | | | BlueAdvantage Administrators of Arkansas | $ 546.82 | | TYSON FOODS INC | | | $ 3,075.39 | $ 27,958.05 | $ 27,958.05 | $ 24,335.84 | U&C |
| Plano | | | | | BlueAdvantage Administrators of Arkansas | $ 794.45 | | WAL-MART STORES II | | | $ 1,203.97 | $ 16,584.36 | $ 4,975.31 | $ 2,976.89 | Unknown |
| Plano | | | | | BlueAdvantage Administrators of Arkansas | $ 591.76 | | WAL-MART STORES II | | | $ 923.60 | $ 18,472.04 | $ 5,541.61 | $ 4,026.25 | |
| Plano | | | | | BlueAdvantage Administrators of Arkansas | $ 601.43 | | WAL-MART STORES II | | | $ 858.07 | $ 17,161.40 | $ 5,148.42 | $ 3,688.92 | |
| Plano | | | | | BlueAdvantage Administrators of Arkansas | $ 5,475.42 | | THYSSENKUPP ELEVA | | | $ 2,479.05 | $ 49,580.97 | $ 14,874.29 | $ 6,919.82 | |
| Mid-Cities | | | | | BlueAdvantage Administrators of Arkansas | $ - | | WAL-MART STORES II | | | $ 716.79 | $ 14,335.85 | $ 4,300.76 | $ 3,583.96 | |
| Beaumont | | | | | BlueAdvantage Administrators of Arkansas | $ - | | WAL-MART STORES II | | | $ 852.51 | $ 17,050.27 | $ 5,115.08 | $ 4,262.57 | |