California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 1,374,776.59 | $ 849,007.28 | $ 807,509.84 | $ 28,325.21 | $ 13,172.23 | 30 |
| R&C | $ 324,786.85 | $ 194,872.11 | $ 189,303.36 | $ 3,022.48 | $ 2,546.27 | 7 |
| U&C | $ 485,590.64 | $ 485,590.64 | $ 464,561.24 | $ 16,096.81 | $ 4,932.59 | 8 |

California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Payer Claim ID 2 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mid-Cities | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 350.00 | | ALLEN LUND CO | | | | $ 233.33 | $ 21,359.94 | $ 6,407.98 | $ 5,824.65 | Blank |
| Innova / Southcross | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 175.00 | | INTELLIGENT HEALT | | | | $ 175.00 | $ 67,383.22 | $ 20,214.97 | $ 19,864.97 | Blank |
| Craig Ranch | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ - | | HCL AMERICA INC | | PAABVFKBW0003 | | $ - | $ 62,020.87 | $ 18,606.26 | $ 18,606.26 | Blank |
| Plano | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ - | | ILLUMINA INC | | | | $ 194.93 | $ 19,920.07 | $ 5,976.02 | $ 5,781.09 | Other |
| Plano | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 210.00 | | ALEXANDER MOBILIT | | | | $ 140.00 | $ 35,628.48 | $ 10,688.54 | $ 10,338.54 | Other |
| Plano | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 420.00 | | RESPONSYS | | | | $ 180.00 | $ 49,286.93 | $ 14,786.08 | $ 14,186.08 | Other |
| Plano | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ - | | ANAPLAN INC | | | | $ 350.00 | $ 17,427.75 | $ 5,228.33 | $ 4,878.33 | Other |
| Plano | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 100.00 | | | | | | $ 250.00 | $ 17,413.86 | $ 5,224.16 | $ 4,874.16 | Other |
| Plano | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ - | | | | | | $ 350.00 | $ 17,400.86 | $ 5,220.26 | $ 4,870.26 | Other |
| Plano | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ - | | FRYS | | | | $ 600.00 | $ 18,293.60 | $ 5,488.08 | $ 4,888.08 | Other |
| Plano | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ - | | FRY'S ELECTRONICS | | | | $ 600.00 | $ 15,504.04 | $ 3,876.01 | $ 3,276.01 | Other |

California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California

Case 5:17-cv-00518-FB   Document 145-4   Filed 05/04/18   Page 3 of 4

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Payer Claim ID 2 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Innova / Southcross | REDACTED | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 244.99 | REDACTED | INGENUICY SYSTEM | | REDACTED | | $ 105.01 | $ 15,728.48 | $ 4,718.54 | $ 4,368.54 | Other |
| Innova / Southcross | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 888.31 | | INTELLIGENT HEALTH | | | | $ 1,511.69 | $ 97,962.47 | $ 29,388.74 | $ 26,988.74 | Other |
| Innova / Southcross | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 6,026.53 | | INTELLIGENT HEALTH | | | | $ - | $ 99,425.53 | $ 29,827.66 | $ 23,801.13 | Other |
| Plano | REDACTED | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 210.00 | REDACTED | DON MIGUEL MEXICA | | REDACTED | | $ 140.00 | $ 65,190.51 | $ 39,114.31 | $ 38,764.31 | R&C |
| Plano | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ - | | ALEXANDER MOBILIT | | | | $ 350.00 | $ 17,378.86 | $ 10,427.32 | $ 10,077.32 | R&C |
| Mid-Cities | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 420.00 | | DELTA DENTAL | | | | $ 180.00 | $ 79,320.54 | $ 47,592.32 | $ 46,992.32 | R&C |
| Mid-Cities | | REDACTED | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 360.00 | REDACTED | DIAMOND AND ASSO | | REDACTED | | $ 240.00 | $ 78,580.21 | $ 47,148.13 | $ 46,548.13 | R&C |
| Mid-Cities | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 210.00 | | DIAMOND AND ASSO | | | | $ 140.00 | $ 17,421.13 | $ 10,452.68 | $ 10,102.68 | R&C |
| Mid-Cities | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 420.00 | | DELTA DENTAL | | | | $ 180.00 | $ 19,856.62 | $ 11,913.97 | $ 11,313.97 | R&C |
| Craig Ranch | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 1,402.48 | | BENQ AMERICA CORP | | | | $ 1,316.27 | $ 47,038.98 | $ 28,223.39 | $ 25,504.64 | R&C |
| Plano | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 245.00 | | TRINET GRP INC | | | | $ 105.00 | $ 92,719.02 | $ 92,719.02 | $ 92,369.02 | U&C |

California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Payer Claim ID 2 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 175.00 | | 24 HOUR FITNESS | | | | $ 175.00 | $ 35,481.01 | $ 35,481.01 | $ 35,131.01 | U&C |
| Plano | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 360.00 | | ADRENT RESOURCES | | | | $ 240.00 | $ 37,679.30 | $ 37,679.30 | $ 37,079.30 | U&C |
| Plano | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 5,422.41 | | ADVENT RESOURCES | | | | $ 3,719.03 | $ 189,408.72 | $ 189,408.72 | $ 180,267.28 | U&C |
| Mid-Cities | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 350.00 | | ALLEN LUND COMPA | | | | $ 233.33 | $ 32,473.10 | $ 32,473.10 | $ 31,889.77 | U&C |
| Craig Ranch | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 210.00 | | CHINETTE GROUP IN | | | | $ 140.00 | $ 38,660.68 | $ 38,660.68 | $ 38,310.68 | U&C |
| Craig Ranch | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 29.77 | | HCL AMERICA INC | | | | $ 320.23 | $ 13,606.39 | $ 13,606.39 | $ 13,256.39 | U&C |
| Craig Ranch | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 9,304.63 | | LINEAR TECH CORP | | | | $ - | $ 45,562.42 | $ 45,562.42 | $ 36,257.79 | U&C |
| Plano | | | | | California Physicians' Service, previously identified as Blue Shield of California Life & Health Insurance Company d/b/a Blue Shield of California | $ 791.09 | | SADDLEBACK VALLEY | | | | $ 1,003.41 | $ 9,643.00 | $ 2,892.90 | $ 1,098.40 | Unknown |