Highmark BCBSD, Inc. d/b/a Highmark Blue Cross Blue Shield Delaware

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| Highmark BCBSD, Inc. d/b/a Highmark Blue Cross Blue Shield Delaware | $ 92,050.58 | $ 28,658.29 | $ 24,574.06 | $ 529.65 | $ 3,554.58 | 3 |
| R&C | $ 4,012.00 | $ 2,246.72 | $ 1,952.84 | $ 35.10 | $ 258.78 | 1 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mid-Cities | | REDACTED | | | Highmark BCBSD, Inc. d/b/a Highmark Blue Cross Blue Shield Delaware | $ - | REDACTED | WL GORE ASSOCIATE | REDACTED | | $ 2,462.86 | $ 73,948.57 | $ 22,184.57 | $ 19,721.71 | Blank |
| Mid-Cities | | | | | Highmark BCBSD, Inc. d/b/a Highmark Blue Cross Blue Shield Delaware | $ 494.55 | | CANNOT OBTAIN | | | $ 832.94 | $ 14,090.01 | $ 4,227.00 | $ 2,899.51 | Other |
| East Houston | | | | | Highmark BCBSD, Inc. d/b/a Highmark Blue Cross Blue Shield Delaware | $ 35.10 | | NOVAL DRUCE | | | $ 258.78 | $ 4,012.00 | $ 2,246.72 | $ 1,952.84 | R&C |