**Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue**

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 1,133,678.22 | $ 460,233.41 | $ 304,673.37 | $ 96,043.61 | $ 59,516.43 | 32 |
| R&C | $ 74,454.76 | $ 41,694.67 | $ 31,875.59 | $ 2,677.62 | $ 7,141.46 | 2 |
| U&C | $ 158,738.94 | $ 158,738.94 | $ 139,306.73 | $ 9,249.18 | $ 10,183.03 | 7 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Payer Claim ID 2 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 3,507.13 | | CEVA LOGISTICS US | | | | $ 876.69 | $ 41,829.52 | $ 12,548.86 | $ 8,165.04 | Blank |
| Plano | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 2,238.56 | | GEO GROUP | | | | $ 2,238.51 | $ 19,249.19 | $ 5,774.76 | $ 1,297.69 | Blank |
| East Houston | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ - | | AUTO NATION | | | | $ - | $ 10,455.62 | $ 3,136.69 | $ 3,136.69 | Blank |
| Plano | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ - | | ACOSTA | | | | $ - | $ 10,015.44 | $ 3,004.63 | $ 3,004.63 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 791.37 | | AUTO NATION | | | | $ 791.42 | $ 16,494.86 | $ 4,948.46 | $ 3,365.67 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 1,585.19 | | FIDELITY NATIONAL | | | | $ 6,335.26 | $ 43,161.48 | $ 12,948.44 | $ 5,027.99 | Other |
| Plano | | REDACTED | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 7,812.91 | REDACTED | RED LOBSTER | | REDACTED | | $ 3,505.59 | $ 102,159.83 | $ 30,647.95 | $ 19,329.45 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 3,676.88 | | COMMUNITY HEALTH | | | | $ 3,133.67 | $ 41,147.13 | $ 12,344.14 | $ 5,533.59 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 4,239.93 | | WATSCO INC | | | | $ - | $ 24,585.39 | $ 7,375.62 | $ 3,135.69 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 1,186.46 | | RED LOBSTER | | | | $ 5,114.80 | $ 35,396.55 | $ 10,618.97 | $ 4,317.71 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 857.91 | | ALLEN SYSTEM GROU | | | | $ 1,571.88 | $ 13,599.96 | $ 4,079.99 | $ 1,650.20 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 11,297.86 | | CEVA LOGISTICS | | | | $ 2,099.74 | $ 63,380.16 | $ 19,014.05 | $ 5,616.45 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 15,098.13 | | CITY OF PORT ST LUC | | | | $ - | $ 59,804.49 | $ 17,941.35 | $ 2,843.22 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 21,536.27 | | MAPEI CORPORATION | | | | $ 2,413.76 | $ 163,962.29 | $ 40,990.57 | $ 17,040.54 | Other |
| Landmark | | REDACTED | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 3,233.23 | REDACTED | FIDELITY NATIONAL | | REDACTED | | $ 6,235.96 | $ 89,085.10 | $ 26,725.53 | $ 17,256.34 | Other |
| Landmark | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ - | | US RENAL CARE | | | | $ - | $ 42,948.66 | $ 10,737.17 | $ 10,737.17 | Other |
| East Houston | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 7,030.94 | | METLIFE | | | | $ 4,089.75 | $ 58,425.05 | $ 17,527.52 | $ 6,406.82 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ - | | DARDEN RESTAURAN | | | | $ 3,274.33 | $ 54,572.15 | $ 16,371.65 | $ 13,097.32 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 1,328.48 | | FIS FIDELIRY SERV | | | | $ 6,828.54 | $ 54,568.19 | $ 30,558.19 | $ 22,401.17 | R&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 1,349.14 | | SWISHER INTERNATIO | | | | $ 312.92 | $ 19,886.57 | $ 11,136.48 | $ 9,474.42 | R&C |
| Plano | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ - | | BUILDING AIR SERVIC | | | | $ 1,429.73 | $ 17,451.94 | $ 17,451.94 | $ 16,022.21 | U&C |
| Plano | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 1,204.38 | | BLACKWOOD IND. | | | | $ 6,364.55 | $ 38,006.48 | $ 38,006.48 | $ 30,437.55 | U&C |
| Landmark | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ - | | RED LOBSTER | | | | $ 956.20 | $ 14,400.40 | $ 14,400.40 | $ 13,444.20 | U&C |
| Craig Ranch | | REDACTED | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 1,780.70 | REDACTED | MASTEC INC | | REDACTED | | $ - | $ 32,394.66 | $ 32,394.66 | $ 30,613.96 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 990.56 | | LFC MANAGEMENT S | | | | $ 217.71 | $ 13,632.87 | $ 13,632.87 | $ 12,424.60 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 949.12 | | TRISTAR REHAB | | | | $ 1,214.84 | $ 17,354.86 | $ 17,354.86 | $ 15,190.90 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 4,324.42 | | SWISHER INTERNATI | | | | $ - | $ 25,497.73 | $ 25,497.73 | $ 21,173.31 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ - | | G4S | | | | $ 286.69 | $ 5,733.73 | $ 1,720.12 | $ 1,433.43 | |
| Beaumont | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ - | | | | | | $ 24.25 | $ 485.00 | $ 145.50 | $ 121.25 | |
| Beaumont | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ - | | | | | | $ 100.72 | $ 2,014.32 | $ 604.30 | $ 503.58 | |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Payer Claim ID 2 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beaumont | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ - | | | | | | $ 80.18 | $ 1,603.60 | $ 481.08 | $ 400.90 | |
| Beaumont | | | | | Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue | $ 24.04 | | | | | | $ 18.75 | $ 375.00 | $ 112.50 | $ 69.71 | |