Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa d/b/a Blue Cross and Blue Shield of Iowa

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa d/b/a Blue Cross and Blue Shield of Iowa | $ 584,896.93 | $ 187,897.07 | $ 138,996.47 | $ 40,050.04 | $ 8,850.56 | 16 |
| U&C | $ 24,389.27 | $ 24,389.27 | $ 17,412.19 | $ 6,489.29 | $ 487.79 | 1 |

Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa d/b/a Blue Cross and Blue Shield of Iowa

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | REDACTED | | | Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa d/b/a Blue Cross and Blue Shield of Iowa | $ - | REDACTED | | REDACTED | REDACTED | $ - | 13,178.73 | $ 3,294.68 | $ 3,294.68 | Other |
| Plano | | | | | Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa d/b/a Blue Cross and Blue Shield of Iowa | $ - | | | | | $ - | 43,523.77 | $ 10,880.94 | $ 10,880.94 | Other |
| Plano | | | | | Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa d/b/a Blue Cross and Blue Shield of Iowa | $ - | | | | | $ - | 36,187.52 | $ 9,046.88 | $ 9,046.88 | Other |
| Plano | | | | | Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa d/b/a Blue Cross and Blue Shield of Iowa | $ - | | WELLMARK | | | $ - | 16,839.17 | $ 5,051.75 | $ 5,051.75 | Other |
| Plano | | | | | Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa d/b/a Blue Cross and Blue Shield of Iowa | $ 796.29 | | HOLMES MURPHY & . | | | $ 391.54 | 19,577.20 | $ 5,873.16 | $ 4,685.33 | Other |
| Plano | | | | | Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa d/b/a Blue Cross and Blue Shield of Iowa | $ 566.61 | | | | | $ 641.66 | 14,495.96 | $ 4,348.79 | $ 3,140.52 | Other |
| Plano | | | | | Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa d/b/a Blue Cross and Blue Shield of Iowa | $ 1,272.02 | | NONE | | | $ 818.01 | 17,435.40 | $ 5,230.62 | $ 3,140.59 | Other |
| Plano | | REDACTED | | | Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa d/b/a Blue Cross and Blue Shield of Iowa | $ 12,437.90 | REDACTED | WELLMARK | REDACTED | | $ 276.38 | 51,057.71 | $ 15,317.31 | $ 2,603.03 | Other |
| Mid-Cities | | | | | Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa d/b/a Blue Cross and Blue Shield of Iowa | $ 417.33 | | | | | $ 104.33 | 13,860.13 | $ 4,158.04 | $ 3,636.38 | Other |
| Mid-Cities | | | | | Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa d/b/a Blue Cross and Blue Shield of Iowa | $ 1,701.88 | | DUPONT PIONEER | | | $ - | 11,420.68 | $ 3,426.20 | $ 1,724.32 | Other |
| Landmark | | | | | Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa d/b/a Blue Cross and Blue Shield of Iowa | $ 14,147.75 | | | | | $ 5,020.46 | 251,023.21 | $ 75,306.96 | $ 56,138.75 | Other |
| Beaumont | | | | | Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa d/b/a Blue Cross and Blue Shield of Iowa | $ 1,148.96 | | DIRECT PAY ACH MO | | | $ 287.24 | 14,000.11 | $ 4,200.03 | $ 2,763.83 | Other |
| East Houston | | | | | Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa d/b/a Blue Cross and Blue Shield of Iowa | $ 6,489.29 | | TYSON FOODS, INC. | | | $ 487.79 | 24,389.27 | $ 24,389.27 | $ 17,412.19 | U&C |
| Plano | | | | | Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa d/b/a Blue Cross and Blue Shield of Iowa | $ - | | IOWA STAR SCHOOLS | | | $ - | 30,315.57 | $ 9,094.67 | $ 9,094.67 | Unknown |
| Plano | | REDACTED | | | Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa d/b/a Blue Cross and Blue Shield of Iowa | $ - | REDACTED | IOWA STAR SCHOOLS | REDACTED | | $ - | 11,129.64 | $ 3,338.89 | $ 3,338.89 | Unknown |
| Plano | | | | | Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa d/b/a Blue Cross and Blue Shield of Iowa | $ 1,072.01 | | Alliance Select | | | $ 823.14 | 16,462.86 | $ 4,938.86 | $ 3,043.71 | |