Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana** | $ 10,333,493.42 | $ 4,008,050.67 | $ 3,060,461.20 | $ 762,309.47 | $ 185,279.99 | 126 |
| R&C | $ 1,315,586.23 | $ 736,728.29 | $ 643,379.13 | $ 76,914.33 | $ 16,434.83 | 16 |
| U&C | $ 809,795.66 | $ 809,795.66 | $ 749,934.99 | $ 39,636.88 | $ 20,223.79 | 13 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 1,339.72 | | LSU HEALTH | | | $ 574.06 | $ 17,092.25 | $ 5,127.68 | $ 3,213.90 | Blank |
| Plano | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 12,738.60 | | LSU HEALTH | | | $ - | $ 50,811.84 | $ 15,243.55 | $ 2,504.95 | Blank |
| Plano | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 10,949.86 | | LSU HEALTH | | | $ 1,764.70 | $ 47,663.17 | $ 14,298.95 | $ 1,584.39 | Blank |
| Landmark | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ - | | PETROLEUM COORDI | | | $ - | $ 4,723.98 | $ 1,417.19 | $ 1,417.19 | Blank |
| Innova / Southcross | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ - | | | | | $ 278.22 | $ 16,389.30 | $ 4,916.79 | $ 4,638.57 | Blank |
| Innova / Southcross | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 309.00 | | LA CRANE & CONSTRU | | | $ 444.84 | $ 15,570.60 | $ 4,671.18 | $ 3,917.34 | Blank |
| Innova / Southcross | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 682.92 | | LEAM DRILLING SYS | | | $ 455.24 | $ 15,677.06 | $ 4,703.12 | $ 3,564.96 | Blank |
| Innova / Southcross | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 111.20 | | 77613FF2 | | | $ 1,111.19 | $ 16,460.82 | $ 4,938.25 | $ 3,715.86 | Blank |
| Innova / Southcross | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 5,854.97 | | THE SHAW GROUP | | | $ 1,463.64 | $ 47,590.85 | $ 14,277.26 | $ 6,958.65 | Blank |
| East Houston | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ - | | | | | $ 365.07 | $ 18,253.47 | $ 5,476.04 | $ 5,110.97 | Blank |
| East Houston | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 440.40 | | MG MAHER INC. | | | $ 405.85 | $ 20,292.26 | $ 6,087.68 | $ 5,241.43 | Blank |
| East Houston | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 431.59 | | MG MAHER INC. | | | $ 393.03 | $ 19,651.55 | $ 5,895.47 | $ 5,070.84 | Blank |
| East Houston | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ - | | SHELL | | | $ 1,011.69 | $ 16,861.54 | $ 5,058.46 | $ 4,046.77 | Blank |
| East Houston | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 3,886.86 | | CAJUN INDUSTRIES LL | | | $ 954.66 | $ 47,733.23 | $ 14,319.97 | $ 9,478.44 | Blank |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ - | | VACCO MARINE | | | $ - | $ 5,395.32 | $ 1,618.60 | $ 1,618.60 | Blank |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ - | | | | | $ 90.14 | $ 4,507.04 | $ 1,352.11 | $ 1,261.97 | Blank |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 102.52 | | | | | $ 113.54 | $ 5,676.76 | $ 1,703.03 | $ 1,486.97 | Blank |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 8,519.62 | | | | | $ 4,537.19 | $ 226,859.56 | $ 68,057.87 | $ 55,001.06 | Blank |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 506.66 | | PERFORMANCE CONT | | | $ 150.00 | $ 7,821.00 | $ 2,346.30 | $ 1,689.64 | Blank |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 25.72 | | | | | $ 425.86 | $ 5,269.80 | $ 1,580.94 | $ 1,129.36 | Blank |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 9,792.17 | | PRIMORIS SERVICES | | | $ 5,316.49 | $ 167,905.06 | $ 50,371.52 | $ 35,262.86 | Blank |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 3,845.57 | | | | | $ 1,041.10 | $ 52,054.95 | $ 15,616.49 | $ 10,729.82 | Blank |
| Plano | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 21,439.19 | | RATCLIFF CONSTRUCT | | | $ 1,584.20 | $ 352,025.91 | $ 105,607.77 | $ 82,584.38 | Other |
| Plano | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 710.51 | | ACADIAN AMBULANC | | | $ 710.48 | $ 17,515.60 | $ 5,254.68 | $ 3,833.69 | Other |
| Plano | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 300.82 | | STATE OF LT GROUP | | | $ 1,128.91 | $ 17,417.75 | $ 5,225.33 | $ 3,795.60 | Other |
| Plano | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 12,855.43 | | VERSABAR INC | | | $ - | $ 109,343.63 | $ 32,803.09 | $ 19,947.66 | Other |
| Plano | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 3,782.35 | | EQUITY PARTNERS | | | $ 1,727.99 | $ 43,730.13 | $ 13,119.04 | $ 7,608.70 | Other |
| Plano | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 888.71 | | OUACHITA PARISH S | | | $ 592.39 | $ 10,490.73 | $ 3,147.22 | $ 1,666.12 | Other |
| Plano | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 20,068.73 | | ACADIAN AMBULANC | | | $ 1,759.96 | $ 150,329.67 | $ 45,098.90 | $ 23,270.21 | Other |
| Plano | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 22,521.89 | | INDIVIDUAL | | | $ 2,200.00 | $ 152,610.66 | $ 45,783.20 | $ 21,061.31 | Other |
| Plano | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 47,365.92 | | MORRIS AND EXPENS | | | $ 31,577.13 | $ 280,588.24 | $ 84,176.47 | $ 5,233.42 | Other |
| Mid-Cities | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 880.02 | | COOK YANCEY KING | | | $ - | $ 16,860.27 | $ 5,058.08 | $ 4,178.06 | Other |
| Mid-Cities | REDACTED | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 46,100.93 | REDACTED | MEDICAL TECH OF LA | REDACTED | | $ - | $ 461,982.23 | $ 138,594.67 | $ 92,493.74 | Other |
| Mid-Cities | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 1,888.11 | | COOK NANCY KING G | | | $ - | $ 16,952.91 | $ 5,085.87 | $ 3,197.76 | Other |
| Landmark | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ - | | GLADIATOR ENERGY | | | $ 271.22 | $ 13,560.97 | $ 4,068.29 | $ 3,797.07 | Other |
| Landmark | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 10,594.50 | | ACADIAN AMBULANC | | | $ 4,600.58 | $ 230,029.15 | $ 69,008.75 | $ 53,813.66 | Other |
| Landmark | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 15,050.62 | | ACADIAN AMBULANC | | | $ 4,312.97 | $ 215,648.35 | $ 64,694.51 | $ 45,330.92 | Other |
| Innova / Southcross | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ - | | QUALITY CONSTRUCT | | | $ - | $ 622,815.95 | $ 186,844.79 | $ 186,844.79 | Other |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Innova / Southcross | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 39,992.06 | | MMR GROUP INC | | | $ 352.06 | $ 1,050,282.91 | $ 315,084.87 | $ 274,740.75 | Other |
| Innova / Southcross | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 10,168.13 | | MMR GROUP INC | | | $ 100.00 | $ 204,709.43 | $ 61,412.83 | $ 51,144.70 | Other |
| Innova / Southcross | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 682.95 | | LEAM DRILLING SYS | | | $ 455.22 | $ 15,934.65 | $ 4,780.40 | $ 3,642.23 | Other |
| Innova / Southcross | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 219.20 | | SUPERIOR PERFORMA | | | $ 1,304.73 | $ 16,153.06 | $ 4,845.92 | $ 3,321.99 | Other |
| Innova / Southcross | | REDACTED | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 997.40 | REDACTED | SUPERIOR PERFORMA | REDACTED | | $ 1,495.96 | $ 19,733.30 | $ 5,919.99 | $ 3,426.63 | Other |
| Innova / Southcross | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 9,341.60 | | GULF MARINE FABRI | | | $ - | $ 71,732.31 | $ 21,519.69 | $ 12,178.09 | Other |
| Innova / Southcross | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 143,990.26 | | SUPERIOR PERFORMA | | | $ - | $ 1,063,657.00 | $ 319,097.10 | $ 175,106.84 | Other |
| East Houston | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 500.39 | | NEEB KEARNEY & COI | | | $ 359.74 | $ 17,987.24 | $ 5,396.17 | $ 4,536.04 | Other |
| East Houston | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 842.73 | | ANALYTIC STRESS R | | | $ 362.70 | $ 18,134.84 | $ 4,533.71 | $ 3,328.28 | Other |
| East Houston | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 53.84 | | MASTER VAC INDUST | | | $ 1,035.88 | $ 10,642.55 | $ 3,192.77 | $ 2,103.05 | Other |
| East Houston | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 1,148.64 | | K & B INDUSTRIES | | | $ 2,431.33 | $ 28,381.78 | $ 8,514.53 | $ 4,934.56 | Other |
| East Houston | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 731.80 | | ACADIAN AMBULANC | | | $ 731.75 | $ 10,544.79 | $ 3,163.44 | $ 1,699.89 | Other |
| East Houston | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 11,639.29 | | GALLIANO MARINE S | | | $ 2,800.00 | $ 87,351.44 | $ 26,205.43 | $ 11,766.14 | Other |
| East Houston | | REDACTED | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 4,404.46 | REDACTED | GALLIANO MARINE S | REDACTED | | $ 1,887.63 | $ 35,626.56 | $ 10,687.97 | $ 4,395.88 | Other |
| East Houston | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 14,633.88 | | WEST LOUISIANA HE | | | $ 381.84 | $ 70,784.73 | $ 21,235.42 | $ 6,219.70 | Other |
| East Houston | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 12,446.06 | | TUSK IMAGING | | | $ 6,495.18 | $ 76,227.90 | $ 22,868.37 | $ 3,927.13 | Other |
| Craig Ranch | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 735.86 | | BROYLES GROUP | | | $ 490.49 | $ 13,674.52 | $ 4,102.36 | $ 2,876.01 | Other |
| Craig Ranch | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 2,841.19 | | AMESBURY MNGMT | | | $ 763.87 | $ 38,193.29 | $ 11,457.99 | $ 7,852.93 | Other |
| Craig Ranch | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 3,397.95 | | CRESENT BANK & TR | | | $ 4,513.59 | $ 77,926.01 | $ 23,377.80 | $ 15,466.26 | Other |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Craig Ranch | REDACTED | REDACTED | REDACTED | REDACTED | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 2,423.17 | REDACTED | MCELROY METAL MIL | REDACTED | REDACTED | $ 2,423.04 | $ 31,447.48 | $ 9,434.24 | $ 4,588.03 | Other |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 412.87 | | DUPHIL, INC. | | | $ 865.20 | $ 43,260.01 | $ 12,978.00 | $ 11,699.93 | Other |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 1,097.31 | | BLAKE INTERNATION | | | $ 1,097.21 | $ 55,405.64 | $ 16,621.69 | $ 14,427.17 | Other |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 480.76 | | MID JEFFERSON EXT | | | $ 370.36 | $ 18,517.94 | $ 5,555.38 | $ 4,704.26 | Other |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 664.39 | | ACADIAN AMBULANC | | | $ 343.49 | $ 17,174.40 | $ 5,152.32 | $ 4,144.44 | Other |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 664.36 | | ACADIAN AMBULANC | | | $ 339.58 | $ 16,979.05 | $ 5,093.72 | $ 4,089.77 | Other |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 972.77 | | DUBOIS SHEET META | | | $ 648.34 | $ 21,104.90 | $ 6,331.47 | $ 4,710.36 | Other |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 2,855.52 | | DMC CARTER CHAMB | | | $ 713.78 | $ 46,017.31 | $ 13,805.19 | $ 10,235.89 | Other |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 1,041.03 | | | | | $ 693.87 | $ 21,880.93 | $ 6,564.28 | $ 4,829.38 | Other |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 6,126.80 | | ACADIAN AMBULANC | | | $ 1,959.63 | $ 97,981.67 | $ 29,394.50 | $ 21,308.07 | Other |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 1,716.62 | | DMC CARTER CHAMB | | | $ 459.72 | $ 22,985.90 | $ 6,895.77 | $ 4,719.43 | Other |
| Beaumont | | REDACTED | REDACTED | REDACTED | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 1,763.05 | REDACTED | GALLIANO MARINE S | REDACTED | REDACTED | $ 460.07 | $ 23,003.40 | $ 6,901.02 | $ 4,677.90 | Other |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 3,771.99 | | STATE OF LA OAG | | | $ 971.83 | $ 48,591.30 | $ 14,577.39 | $ 9,833.57 | Other |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 5,754.02 | | ISC GROUP NEVADA L | | | $ - | $ 57,545.35 | $ 17,263.61 | $ 11,509.59 | Other |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 1,736.58 | | PRIMORIS SERVICES | | | $ 2,157.58 | $ 38,853.93 | $ 11,656.18 | $ 7,762.02 | Other |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 2,171.63 | | DUBOIS SHEET | | | $ 512.20 | $ 25,610.24 | $ 7,683.07 | $ 4,999.24 | Other |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 13,079.81 | | ISC | | | $ 2,833.43 | $ 141,671.38 | $ 42,501.41 | $ 26,588.18 | Other |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 3,103.76 | | CALCASIEU PARISH SC | | | $ 643.49 | $ 32,174.40 | $ 9,652.32 | $ 5,905.07 | Other |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 9,000.65 | | LINEAR CONTROLS | | | $ 832.73 | $ 41,636.41 | $ 12,490.92 | $ 2,657.54 | Other |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 893.15 | | UNIQUE MANUFACT | | | $ - | $ 17,039.25 | $ 9,541.98 | $ 8,648.83 | R&C |
| Plano | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 4,088.96 | | UNIQUE MANUFACT | | | $ 1,844.68 | $ 73,537.65 | $ 41,181.08 | $ 35,247.44 | R&C |
| Plano | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 12,855.45 | | LEAM DRILLING SYS | | | $ - | $ 153,294.84 | $ 85,845.11 | $ 72,989.66 | R&C |
| Plano | | REDACTED | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 1,369.83 | REDACTED | ORR MOTORS OF SHR | REDACTED | | $ 298.89 | $ 10,439.25 | $ 5,845.98 | $ 4,177.26 | R&C |
| Plano | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 6,521.23 | | TOWN OF OBLINE | | | $ 1,563.46 | $ 37,390.57 | $ 20,938.72 | $ 12,854.03 | R&C |
| Mid-Cities | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 710.11 | | COOK YANCEY KING | | | $ - | $ 16,559.83 | $ 9,273.50 | $ 8,563.39 | R&C |
| Innova / Southcross | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 28,240.98 | | MASTER VAC INDUST | | | $ - | $ 703,694.41 | $ 394,068.87 | $ 365,827.89 | R&C |
| Innova / Southcross | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 1,246.75 | | LA CRANE & CONSTR | | | $ 1,246.62 | $ 19,615.70 | $ 10,984.79 | $ 8,491.42 | R&C |
| Innova / Southcross | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 2,799.07 | | MMR GROUP INC | | | $ 762.75 | $ 27,651.13 | $ 15,484.63 | $ 11,922.81 | R&C |
| East Houston | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 498.04 | | | | | $ 357.56 | $ 17,878.19 | $ 10,011.79 | $ 9,156.18 | R&C |
| East Houston | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 12,252.97 | | STAR SERVICE OF HOU | | | $ 835.65 | $ 41,782.69 | $ 23,398.31 | $ 10,309.68 | R&C |
| Craig Ranch | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 1,150.08 | | CRESENT BANK & TR | | | $ 3,035.62 | $ 38,395.95 | $ 21,501.73 | $ 17,316.03 | R&C |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 1,389.61 | | DUPHIL, INC. | | | $ 1,135.22 | $ 56,760.87 | $ 31,786.09 | $ 29,261.26 | R&C |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ - | | | | | $ 846.74 | $ 18,914.53 | $ 10,592.14 | $ 9,745.40 | R&C |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 2,300.39 | | CALCASIEU PARISH SC | | | $ 3,382.04 | $ 64,209.19 | $ 35,957.15 | $ 30,274.72 | R&C |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 597.71 | | ACADIAN AMBULANC | | | $ 1,125.59 | $ 18,422.18 | $ 10,316.42 | $ 8,593.12 | R&C |
| Landmark | | REDACTED | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 23,800.40 | REDACTED | GLADIATOR ENERGY | REDACTED | | $ 8,357.16 | $ 506,536.18 | $ 506,536.18 | $ 474,378.62 | U&C |
| East Houston | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 420.76 | | MG MAHER INC. | | | $ 439.12 | $ 21,955.86 | $ 21,955.86 | $ 21,095.98 | U&C |
| East Houston | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ - | | PRIMORIS SERVICES | | | $ 639.17 | $ 11,397.60 | $ 11,397.60 | $ 10,758.43 | U&C |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| East Houston | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 2,569.11 | | GALLIANO MARINE S | | | $ 1,207.86 | $ 30,626.50 | $ 30,626.50 | $ 26,849.53 | U&C |
| East Houston | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 722.74 | | ACADIAN AMBULANC | | | $ 722.68 | $ 10,597.52 | $ 10,597.52 | $ 9,152.10 | U&C |
| East Houston | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 148.21 | | ACADIAN AMBULANC | | | $ 1,315.34 | $ 10,524.15 | $ 10,524.15 | $ 9,060.60 | U&C |
| East Houston | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 731.65 | | ACADIAN AMBULANC | | | $ 731.60 | $ 10,142.64 | $ 10,142.64 | $ 8,679.39 | U&C |
| Craig Ranch | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 735.84 | | BROYLES GROUP | | | $ 490.50 | $ 14,445.74 | $ 14,445.74 | $ 13,219.40 | U&C |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ - | | DANOS AND CUROLE | | | $ 1,199.94 | $ 28,406.95 | $ 28,406.95 | $ 27,207.01 | U&C |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 534.32 | | J&B OPERATING | | | $ 2,856.12 | $ 62,973.22 | $ 62,973.22 | $ 59,582.78 | U&C |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 608.63 | | ACADIAN AMBULANC | | | $ 608.54 | $ 19,401.02 | $ 19,401.02 | $ 18,183.85 | U&C |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 4,148.28 | | DMC CARTER CHAMB | | | $ 883.05 | $ 44,152.35 | $ 44,152.35 | $ 39,121.02 | U&C |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 5,216.94 | | ACADIAN AMBULANC | | | $ 772.72 | $ 38,635.93 | $ 38,635.93 | $ 32,646.27 | U&C |
| Plano | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 153.19 | | UNIVERSITY DEVELOP | | | $ 1,073.18 | $ 16,922.45 | $ 5,076.74 | $ 3,850.37 | Unknown |
| Plano | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 229.53 | | HAMMERMAN & GAI | | | $ 1,098.36 | $ 14,489.80 | $ 4,346.94 | $ 3,019.05 | Unknown |
| Plano | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 9,207.22 | | ACADIAN AMBULANC | | | $ 2,248.36 | $ 112,418.10 | $ 33,725.43 | $ 22,269.85 | Unknown |
| Plano | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 2,562.46 | | UNIVERSITY DEVELOP | | | $ 2,562.33 | $ 28,360.40 | $ 8,508.12 | $ 3,383.33 | Unknown |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 3,056.41 | | BLAKE INTERNATION/ | | | $ 65.74 | $ 64,003.93 | $ 19,201.18 | $ 16,079.03 | Unknown |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 1,395.45 | | MID JEFFERSON EXTE | | | $ 759.48 | $ 37,973.84 | $ 11,392.15 | $ 9,237.23 | Unknown |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 978.42 | | | | | $ 800.38 | $ 27,583.60 | $ 8,275.08 | $ 6,496.28 | Unknown |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ - | | MONCLA COMPANIES | | | $ 1,361.74 | $ 20,112.98 | $ 6,033.89 | $ 4,672.15 | Unknown |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ - | | RECON | | | $ 1,333.80 | $ 19,692.04 | $ 5,907.61 | $ 4,573.81 | Unknown |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 125.38 | | OMI ENVIRONMENTA | | | $ 3,083.58 | $ 34,886.02 | $ 10,465.81 | $ 7,256.85 | Unknown |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 11,549.65 | | LEVINGSTON GRP | | | $ 3,170.32 | $ 158,516.00 | $ 47,554.80 | $ 32,834.83 | Unknown |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 6,459.45 | | HOWELL INDUSTRIES | | | $ 1,456.71 | $ 76,752.86 | $ 23,025.86 | $ 15,109.70 | Unknown |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 1,808.52 | | ACADIAN AMBULANC | | | $ 1,808.35 | $ 33,809.26 | $ 10,142.78 | $ 6,525.91 | Unknown |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 13,651.39 | | ISC GROUP NEVADA L | | | $ 1,457.27 | $ 133,311.76 | $ 39,993.53 | $ 24,884.87 | Unknown |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 2,509.09 | | MMR GROUP INC | | | $ 556.21 | $ 19,195.48 | $ 5,758.64 | $ 2,693.34 | Unknown |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 1,642.08 | | OFFICE OF GROUP BE | | | $ 703.68 | $ 14,613.66 | $ 4,384.10 | $ 2,038.34 | Unknown |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 954.87 | | OFFICE OF GROUP BE | | | $ 1,409.22 | $ 14,517.47 | $ 4,355.24 | $ 1,991.15 | Unknown |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 7,788.77 | | DMC CARTER CHAMB | | | $ 6,993.63 | $ 88,684.63 | $ 26,605.39 | $ 11,822.99 | Unknown |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ - | | STAR SERVICE OF HO | | | $ 200.00 | $ 4,000.00 | $ 1,200.00 | $ 1,000.00 | |
| Beaumont | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ 96.49 | | | | | $ 51.50 | $ 1,030.00 | $ 309.00 | $ 161.01 | |
| Innova / Southcross | | | | | Louisiana Health Service & Indemnity Company d/b/a Blue Cross Blue Shield of Louisiana | $ - | | LA CRANE & CONSTR | | | $ 777.69 | $ 15,553.74 | $ 4,666.12 | $ 3,888.44 | |