| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 2,177,970.42 | $ 1,406,398.12 | $ 1,220,693.71 | $ 144,619.48 | $ 41,084.93 | 53 |
| R&C | $ 149,598.77 | $ 83,775.31 | $ 78,872.85 | $ 1,124.77 | $ 3,777.69 | 8 |
| U&C | $ 1,026,336.53 | $ 1,026,336.53 | $ 929,007.19 | $ 73,514.80 | $ 23,814.54 | 21 |

Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Craig Ranch | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | BAIN & COMPANY | | | $ - | $ 24,063.59 | $ 7,219.08 | $ 7,219.08 | Blank |
| Plano | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | TJX MGT ACT PPO M | | | $ - | $ 25,701.15 | $ 7,710.35 | $ 7,710.35 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | LATTIMORE MATERIA | | | $ - | $ 40,997.09 | $ 12,299.13 | $ 12,299.13 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | LATTIMORE MATERIA | | | $ - | $ 17,313.49 | $ 5,194.05 | $ 5,194.05 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | FRESENIUS MEDICAL | | | $ - | $ 19,813.86 | $ 5,944.16 | $ 5,944.16 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | CDM STAND ACT | | | $ - | $ 16,725.73 | $ 4,181.43 | $ 4,181.43 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | CDM STAN ACT | | | $ - | $ 42,629.12 | $ 10,657.28 | $ 10,657.28 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 984.33 | | EBI BUSINESS | | | $ 139.21 | $ 14,698.44 | $ 4,409.53 | $ 3,285.99 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | PARAGON COMMUN | | | $ - | $ 17,042.21 | $ 5,112.66 | $ 5,112.66 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 881.68 | | AEGERION PHARMA | | | $ 720.73 | $ 21,955.23 | $ 6,586.57 | $ 4,984.16 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 14,565.50 | | BLACK DUCK SOFTWA | | | $ - | $ 86,320.48 | $ 25,896.14 | $ 11,330.64 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 12,449.42 | | PHILIPS 059 | | | $ 3,545.83 | $ 91,561.52 | $ 27,468.46 | $ 11,473.21 | Other |
| Landmark | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 16,333.99 | | TJ MAXX MANAGEME | | | $ 2,900.00 | $ 118,135.42 | $ 35,440.63 | $ 16,206.64 | Other |
| Innova / Southcr | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | FRESENIUS MEDICAL | | | $ - | $ 99,347.68 | $ 29,804.30 | $ 29,804.30 | Other |
| Innova / Southcr | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 10,000.00 | | FRESENIUS MEDICAL | | | $ 1,866.94 | $ 80,606.04 | $ 24,181.81 | $ 12,314.87 | Other |
| Craig Ranch | | | REDACTED | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | REDACTED | TJX INC | REDACTED | | $ - | $ 19,655.84 | $ 5,896.75 | $ 5,896.75 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 1,814.72 | | RUSSELECTRIC | | | $ 733.03 | $ 36,651.27 | $ 10,995.38 | $ 8,447.64 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 946.27 | | IROBOT CORP | | | $ 736.59 | $ 22,209.91 | $ 6,662.97 | $ 4,980.11 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | LATTIMORE MATERIA | | | $ 2,750.00 | $ 27,130.27 | $ 6,782.57 | $ 4,032.57 | Other |

Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | IRVING TX | | | $ - | $ 18,346.44 | $ 10,274.01 | $ 10,274.01 | R&C |
| Plano | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | IRVING TX | | | $ - | $ 17,929.28 | $ 10,040.40 | $ 10,040.40 | R&C |
| Plano | | REDACTED | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 1,124.77 | REDACTED | FRESENIUS MEDICAL | REDACTED | | $ 3,345.75 | $ 14,777.49 | $ 8,275.39 | $ 3,804.87 | R&C |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | LMN STD BLUE CARD | | | $ - | $ 16,906.37 | $ 9,467.57 | $ 9,467.57 | R&C |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | LMN STD BLUE CARD | | | $ - | $ 17,023.14 | $ 9,532.96 | $ 9,532.96 | R&C |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | LMH STD BLUE CARD | | | $ - | $ 13,801.09 | $ 7,728.61 | $ 7,728.61 | R&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | UNO RESTAURANTS | | | $ 431.94 | $ 19,140.88 | $ 10,718.89 | $ 10,286.95 | R&C |
| Beaumont | | REDACTED | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | REDACTED | JOHN HANCOCK | REDACTED | | $ - | $ 31,674.08 | $ 17,737.48 | $ 17,737.48 | R&C |
| Plano | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | INSTRUMENTATION | | | $ - | $ 45,606.45 | $ 45,606.45 | $ 45,606.45 | U&C |
| Plano | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | BAIM AND COMPANY | | | $ 1,000.00 | $ 29,206.10 | $ 29,206.10 | $ 28,206.10 | U&C |
| Plano | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 1,160.44 | | EXTREME REACH | | | $ 290.09 | $ 27,608.24 | $ 27,608.24 | $ 26,157.71 | U&C |
| Plano | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 3,116.42 | | LATTIMORE MATERIA | | | $ 3,106.36 | $ 81,173.05 | $ 81,173.05 | $ 74,950.27 | U&C |
| Plano | | REDACTED | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 1,309.65 | REDACTED | PHILLIPS | REDACTED | | $ 873.08 | $ 17,516.76 | $ 17,516.76 | $ 15,334.03 | U&C |
| Plano | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 34,149.57 | | HOLCIM | | | $ 2,648.40 | $ 196,087.98 | $ 196,087.98 | $ 159,290.01 | U&C |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 875.47 | | BLACK DUCK SOFTWA | | | $ - | $ 18,479.92 | $ 18,479.92 | $ 17,604.45 | U&C |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 1,055.05 | | ENVIRON BUSINESS | | | $ 223.27 | $ 22,649.70 | $ 22,649.70 | $ 21,371.38 | U&C |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 10,500.14 | | ENVIRON BUSINESS | | | $ 2,397.30 | $ 73,379.78 | $ 73,379.78 | $ 60,482.34 | U&C |
| Landmark | | REDACTED | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | REDACTED | NATIONAL GRID | REDACTED | | $ - | $ 80,172.26 | $ 80,172.26 | $ 80,172.26 | U&C |
| Innova / Southcr | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | FRESENIUS MEDICAL | | | $ - | $ 15,870.20 | $ 15,870.20 | $ 15,870.20 | U&C |

Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| East Houston | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | WOOD MACKENZIE IN | | | $ - | $ 18,083.12 | $ 18,083.12 | $ 18,083.12 | U&C |
| East Houston | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | TJM MANAGEMENT/I | | | $ - | $ 28,177.91 | $ 28,177.91 | $ 28,177.91 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | LATTIMORE MATERIA | | | $ - | $ 95,066.52 | $ 95,066.52 | $ 95,066.52 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 289.67 | | PEOPLE FLUENT | | | $ 498.23 | $ 18,971.31 | $ 18,971.31 | $ 18,183.41 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 154.56 | | ASPEN INS US SERV | | | $ 1,063.87 | $ 26,678.73 | $ 26,678.73 | $ 25,460.30 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 606.97 | | NUANCE HEALTHCAR | | | $ 1,826.82 | $ 33,758.61 | $ 33,758.61 | $ 31,324.82 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 663.66 | | LATTIMORE MATERIA | | | $ 663.67 | $ 14,083.42 | $ 14,083.42 | $ 12,756.09 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 15,957.44 | | | | | $ 1,630.00 | $ 121,316.75 | $ 121,316.75 | $ 103,729.31 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | CLEAN HARBOR | | | $ 1,667.68 | $ 14,795.43 | $ 14,795.43 | $ 13,127.75 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 3,675.76 | | CLEAN HARBORS IND | | | $ 5,925.77 | $ 47,654.29 | $ 47,654.29 | $ 38,052.76 | U&C |
| Plano | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ 12,004.00 | | LOJACK CORP | | | $ - | $ 104,910.43 | $ 31,473.13 | $ 19,469.13 | Unknown |
| Landmark | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | FRESENIUS MEDICAL | | | $ - | $ 21,799.84 | $ 6,539.95 | $ 6,539.95 | Unknown |
| Beaumont | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | FRESENIUS MEDICAL | | | $ - | $ 50,759.07 | $ 15,227.72 | $ 15,227.72 | Unknown |
| Beaumont | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | BABSON COLLEGE | | | $ 18.75 | $ 375.00 | $ 112.50 | $ 93.75 | |
| Beaumont | | | | | Blue Cross and Blue Shield of Massachusetts, Inc also doing business as Blue Benefit Administrators | $ - | | BABSON COLLEGE | | | $ 81.62 | $ 1,632.44 | $ 489.73 | $ 408.11 | |