| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota** | $ 6,182,335.66 | $ 2,051,769.23 | $ 1,453,811.91 | $ 434,574.00 | $ 163,383.32 | 83 |
| R&C | $ 393,914.61 | $ 220,592.18 | $ 166,747.04 | $ 44,310.83 | $ 9,534.31 | 9 |
| U&C | $ 200,876.58 | $ 200,876.58 | $ 177,471.68 | $ 20,029.55 | $ 3,375.35 | 4 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Payer Claim ID 2 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ - | | OLD REPUBLIC NATIONAL TITLE HOLDING COMPANY | | | | $ 523.33 | $ 19,291.57 | $ 5,787.47 | $ 5,264.14 | Blank |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ - | | WALTER INVESTMENT | | | | $ 523.33 | $ 16,618.91 | $ 4,985.67 | $ 4,462.34 | Blank |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 180.82 | | US BANK | | | | $ 475.07 | $ 19,585.49 | $ 5,875.65 | $ 5,219.76 | Blank |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ - | | PRIME THERAPEUTIC | | | | $ 605.19 | $ 17,567.60 | $ 5,270.28 | $ 4,665.09 | Blank |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ - | | US BANK | | | | $ 886.16 | $ 19,473.70 | $ 5,842.11 | $ 4,955.95 | Blank |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 1,941.59 | | EVANGELICAL LUTHE | | | | $ 3,941.55 | $ 78,880.07 | $ 23,664.02 | $ 17,780.88 | Blank |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 3,679.79 | | US BANK | | | | $ 3,010.73 | $ 71,742.98 | $ 21,522.89 | $ 14,832.37 | Blank |
| Mid-Cities | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 2,653.80 | | G & K SERVICES IN | | | | $ 2,558.54 | $ 83,433.32 | $ 25,030.00 | $ 19,817.66 | Blank |
| Mid-Cities | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 3,962.03 | | CARGILL INC | | | | $ 125.75 | $ 30,708.10 | $ 9,212.43 | $ 5,124.65 | Blank |
| Mid-Cities | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 73,162.95 | | MEDTRONIC INC | | | | $ 159.10 | $ 471,144.36 | $ 141,343.31 | $ 68,021.26 | Blank |
| East Houston | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 666.23 | | SYNGENTA | | | | $ 515.41 | $ 17,180.34 | $ 5,154.10 | $ 3,972.46 | Blank |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 2,307.85 | | DATALINK CORP | | | | $ 1,576.96 | $ 21,091.96 | $ 6,327.59 | $ 2,442.78 | Other |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ - | | EDMENTUM | | | | $ - | $ 48,822.51 | $ 12,205.63 | $ 12,205.63 | Other |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 60.95 | | BCBS | | | | $ - | $ 33,348.84 | $ 8,337.21 | $ 8,276.26 | Other |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 42.35 | | EDMENTUM | | | | $ - | $ 20,435.68 | $ 6,130.70 | $ 6,088.35 | Other |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 329.46 | | TRANSPORT CORP OF AMERICA | | | | $ 262.27 | $ 23,563.44 | $ 7,069.03 | $ 6,477.30 | Other |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 3,390.50 | | BITUMINOUS | | | | $ 2,527.00 | $ 218,095.20 | $ 65,428.56 | $ 59,511.06 | Other |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ - | | | | | | $ 523.33 | $ 18,426.47 | $ 5,527.94 | $ 5,004.61 | Other |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ - | | SECURE CHOICE | | | | $ 613.01 | $ 19,642.36 | $ 5,892.71 | $ 5,279.70 | Other |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 325.45 | | US BANK | | | | $ 266.28 | $ 18,200.86 | $ 5,460.26 | $ 4,868.53 | Other |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 26.47 | | WALTER INVEST CORP | | | | $ 617.64 | $ 16,612.60 | $ 4,983.78 | $ 4,339.67 | Other |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ - | | CARGILL INC | | | | $ 926.78 | $ 17,458.60 | $ 5,237.58 | $ 4,310.80 | Other |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 1,072.23 | | ST JUDE MEDICAL | | | | $ 459.51 | $ 27,249.26 | $ 8,174.78 | $ 6,643.04 | Other |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 450.00 | | RIDLE USA INC | | | | $ 192.86 | $ 11,408.73 | $ 3,422.62 | $ 2,779.76 | Other |
| Plano | | REDACTED | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 2,191.47 | REDACTED | G & K SERVICES IN | | REDACTED | | $ 2,660.98 | $ 75,962.72 | $ 22,788.82 | $ 17,936.37 | Other |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ - | | US BANK | | | | $ 1,238.51 | $ 19,058.60 | $ 5,717.58 | $ 4,479.07 | Other |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 722.85 | | MEDTRONIC INC | | | | $ 659.79 | $ 17,407.86 | $ 5,222.36 | $ 3,839.72 | Other |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 1,227.37 | | POHLAD COMPANIES | | | | $ 1,026.00 | $ 21,927.84 | $ 6,578.35 | $ 4,324.98 | Other |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 2,555.44 | | GREAT WEST | | | | $ 2,703.64 | $ 50,667.61 | $ 15,200.28 | $ 9,941.20 | Other |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 2,729.53 | | OLDER REPUBLIC NA | | | | $ 2,819.68 | $ 33,432.46 | $ 10,029.74 | $ 4,480.53 | Other |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 1,011.42 | | TRAVELERS | | | | $ 1,533.46 | $ 14,672.04 | $ 3,668.01 | $ 1,123.13 | Other |
| Mid-Cities | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ - | | STROM AVIATIONS | | | | $ - | $ 19,719.33 | $ 5,915.80 | $ 5,915.80 | Other |
| Mid-Cities | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ - | | LOND O LAKES | | | | $ - | $ 450,074.83 | $ 112,518.71 | $ 112,518.71 | Other |
| Mid-Cities | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 607.11 | | AWARE CARE | | | | $ - | $ 18,758.50 | $ 5,627.55 | $ 5,020.44 | Other |
| Mid-Cities | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 1,699.52 | | PRIME THERAPEUTICS | | | | $ 1,883.01 | $ 39,082.16 | $ 11,724.65 | $ 8,142.12 | Other |
| Beaumont | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 16,349.43 | | ST JUDE MEDICAL | | | | $ 3,300.00 | $ 74,095.07 | $ 22,228.52 | $ 2,579.09 | Other |
| Landmark | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ - | | 3M | | | | $ 405.65 | $ 13,521.81 | $ 4,056.54 | $ 3,650.89 | Other |
| Landmark | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 8,899.58 | | 3M | | | | $ 9,404.12 | $ 332,846.97 | $ 99,854.09 | $ 81,550.39 | Other |
| Landmark | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 46,653.06 | | MEDTRONIC INC | | | | $ 22,663.14 | $ 755,438.04 | $ 226,631.41 | $ 157,315.21 | Other |
| Landmark | | REDACTED | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 46,653.06 | REDACTED | MEDTRONIC INC | | REDACTED | | $ 13,122.08 | $ 437,402.51 | $ 131,220.75 | $ 71,445.62 | Other |
| Landmark | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 24,176.50 | | MEDTRONIC INC | | | | $ 2,400.00 | $ 185,084.85 | $ 55,525.46 | $ 28,948.96 | Other |
| Innova / Sou | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ - | | CARGILL | | | | $ - | $ 25,252.22 | $ 7,575.67 | $ 7,575.67 | Other |
| Innova / Sou | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ - | | 3M | | | | $ - | $ 11,856.48 | $ 11,856.48 | $ 11,856.48 | Other |
| Innova / Sou | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ - | | CARGILL INC | | | | $ 4,115.36 | $ 41,507.96 | $ 10,376.99 | $ 6,261.63 | Other |
| Innova / Sou | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 9,714.30 | | LAND O LAKES | | | | $ 2,866.97 | $ 46,534.56 | $ 13,960.37 | $ 1,379.10 | Other |
| East Houston | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 257.66 | | SYNGENTA | | | | $ 550.64 | $ 18,354.62 | $ 5,506.39 | $ 4,698.09 | Other |
| East Houston | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 736.84 | | SCHWANS | | | | $ - | $ 11,405.12 | $ 3,421.54 | $ 2,684.70 | Other |
| Craig Ranch | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 361.13 | | CONCORDIA HEALTH | | | | $ 970.76 | $ 46,193.11 | $ 13,857.93 | $ 12,526.04 | Other |
| Craig Ranch | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 1,668.14 | | DOUGLAS MACHINE I | | | | $ 2,212.09 | $ 79,737.17 | $ 23,921.15 | $ 20,040.92 | Other |
| Craig Ranch | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 1,090.18 | | CONCORDIA | | | | $ 1,111.20 | $ 37,039.85 | $ 11,111.96 | $ 8,910.58 | Other |
| Craig Ranch | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 1,065.57 | | CARGILL INC | | | | $ 5,077.98 | $ 83,195.52 | $ 20,798.88 | $ 14,655.33 | Other |
| Craig Ranch | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 854.76 | | SAINT JUDE | | | | $ 866.33 | $ 22,115.82 | $ 5,528.96 | $ 3,807.87 | Other |
| Craig Ranch | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 990.65 | | US BANK | | | | $ 1,283.30 | $ 24,795.21 | $ 6,198.80 | $ 3,924.85 | Other |
| Craig Ranch | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 4,907.95 | | ST JUDE MEDICAL | | | | $ 2,103.39 | $ 62,905.23 | $ 15,726.31 | $ 8,714.97 | Other |
| Craig Ranch | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 5,495.80 | | CONCORDIA | | | 201402904017011C0 | $ 4,663.86 | $ 89,457.27 | $ 26,837.18 | $ 16,677.52 | Other |
| Craig Ranch | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 35,360.99 | | LIFETOUCH, INC | | | | $ 1,107.99 | $ 281,189.05 | $ 70,297.36 | $ 33,828.28 | Other |
| Craig Ranch | | REDACTED | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 6,442.00 | REDACTED | TRAVELERS | | REDACTED | | $ 3,430.07 | $ 57,372.00 | $ 17,211.60 | $ 7,339.53 | Other |
| Craig Ranch | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 2,175.76 | | PATTERSON COMPANI | | | | $ 2,250.52 | $ 22,620.78 | $ 5,655.20 | $ 1,228.92 | Other |
| Craig Ranch | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 3,531.86 | | G & K SERVICES IN | | | | $ 1,500.00 | $ 25,596.80 | $ 7,679.04 | $ 2,647.18 | Other |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 146.83 | | PORTICOA | | | | $ 498.76 | $ 10,797.48 | $ 6,046.59 | $ 5,401.00 | R&C |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 33,811.61 | | POHLAD COMPANIES | | | | $ 630.39 | $ 218,209.37 | $ 122,197.25 | $ 87,755.25 | R&C |
| Beaumont | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 2,693.79 | | MDU RESOURCE GROU | | | | $ 1,795.60 | $ 85,287.69 | $ 47,761.11 | $ 43,271.72 | R&C |
| Landmark | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 953.73 | | BCBS | | | | $ 780.27 | $ 11,346.00 | $ 6,353.76 | $ 4,619.76 | R&C |
| Landmark | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 1,867.43 | | BCBS | | | | $ 2,427.90 | $ 10,738.32 | $ 6,013.46 | $ 1,718.13 | R&C |
| Innova / Sou | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 1,142.02 | | 3M | | | | $ - | $ 11,373.74 | $ 6,369.29 | $ 5,227.27 | R&C |
| Innova / Sou | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 3,695.42 | | 3M | | | | $ 2,254.00 | $ 15,905.69 | $ 8,907.19 | $ 2,957.77 | R&C |
| East Houston | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ - | | SYNGENTA | | | | $ - | $ 15,144.87 | $ 8,481.13 | $ 8,481.13 | R&C |
| Craig Ranch | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ - | | API GROUP | | | | $ 1,147.39 | $ 15,111.45 | $ 8,462.41 | $ 7,315.02 | R&C |
| Mid-Cities | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 1,492.44 | | ST JUDE MEDICAL | | | | $ 1,139.60 | $ 33,386.69 | $ 33,386.69 | $ 30,754.65 | U&C |
| Beaumont | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 16,511.59 | | FASTENAL COMPANY & SUBSIDIARIES | | | | $ 595.67 | $ 105,982.70 | $ 105,982.70 | $ 88,875.44 | U&C |
| Beaumont | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 124.76 | | MDU RESOURCE GROU | | | | $ 233.17 | $ 14,610.19 | $ 14,610.19 | $ 14,252.26 | U&C |
| Craig Ranch | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 1,900.76 | | FASTENAL COMPANY | | | | $ 1,406.91 | $ 46,897.00 | $ 46,897.00 | $ 43,589.33 | U&C |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 367.79 | | PRIME THERAPEUTICS | | | | $ 245.22 | $ 19,708.70 | $ 5,912.61 | $ 5,299.60 | Unknown |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 1,889.94 | | TRAVELERS | | | | $ 1,809.96 | $ 38,251.24 | $ 11,475.37 | $ 7,775.47 | Unknown |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 2,603.16 | | PRIME THERAPEUTICS | | | | $ 2,406.70 | $ 37,774.81 | $ 11,332.44 | $ 6,322.58 | Unknown |
| Beaumont | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 3,195.09 | | MEDTRONIC INC | | | | $ 2,362.12 | $ 63,770.17 | $ 19,131.05 | $ 13,573.84 | Unknown |
| Beaumont | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 7,903.85 | | MDU RESOURCE GROU | | | | $ 7,173.76 | $ 239,125.33 | $ 71,737.60 | $ 56,659.99 | Unknown |
| Landmark | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 4,810.89 | | MEDTRONIC INC | | | | $ 2,727.29 | $ 52,082.93 | $ 15,624.88 | $ 8,086.70 | Unknown |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ - | | THE DOLAN COMPANY | | | | $ 850.71 | $ 17,014.12 | $ 5,104.24 | $ 4,253.53 | |
| Plano | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 31.08 | | THE DOLAN COMPANY | | | | $ 977.63 | $ 19,552.51 | $ 5,865.75 | $ 4,857.05 | |

BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Payer Claim ID 2 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mid-Cities | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ - | | Lanier Architecture Inc. | | | | $ 748.71 | $ 14,974.25 | $ 4,492.28 | $ 3,743.56 | |
| Landmark | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ 25,049.42 | | MEDTRONIC INC | | | | $ 9,909.40 | $ 198,188.09 | $ 59,456.43 | $ 24,497.60 | |
| Beaumont | | | | | BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | $ - | | SCHWAN'S SHARED SERVICES, LLC | | | | $ 41.85 | $ 837.00 | $ 251.10 | $ 209.25 | |