**Blue Cross & Blue Shield of Mississippi, a Mutual**
**Insurance Company**

| Entity Name | Claim Billed Amount | | Estimated Expected Reimbursement | | Estimated Amount Due | | TTL Insurance Payments | | Estimated Patient Copay, Deductible, Co-Insurance | | # of Accts |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company** | $ | **320,332.32** | $ | **109,662.76** | $ | **57,389.80** | $ | **41,098.27** | $ | **11,174.69** | **7** |
| R&C | $ | 52,165.64 | $ | 29,212.76 | $ | 21,217.92 | $ | 7,644.95 | $ | 349.89 | 1 |

Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Payer Claim ID 2 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beaumont | | REDACTED | | | Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company | $ 1,586.17 | REDACTED | GULF COAST SHIPYARD | | REDACTED | | $ 2,396.62 | $ 34,237.41 | $ 10,271.22 | $ 6,288.43 | Blank |
| Plano | | | | | Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company | $ 471.56 | | GULF COAST SHIPYARD | | | | $ 958.17 | $ 19,768.86 | $ 5,930.66 | $ 4,500.93 | Other |
| Plano | | | | | Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company | $ 1,050.13 | | GULF COAST SHIPYARD | | | | $ 700.08 | $ 11,283.81 | $ 3,385.14 | $ 1,634.93 | Other |
| Plano | | | | | Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company | $ 6,011.28 | | GULF COAST SHIPYARD | | | | $ 4,269.93 | $ 41,757.15 | $ 12,527.15 | $ 2,245.94 | Other |
| Landmark | | REDACTED | | | Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company | $ 13,815.92 | REDACTED | | | REDACTED | | $ 2,500.00 | $ 89,683.14 | $ 26,904.94 | $ 10,589.02 | Other |
| East Houston | | | | | Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company | $ 10,518.26 | | VACUUM TRUCK RENT | | | | $ - | $ 71,436.31 | $ 21,430.89 | $ 10,912.63 | Other |
| Craig Ranch | | | | | Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company | $ 7,644.95 | | UNIVERSITY MS FOR | | | | $ 349.89 | $ 52,165.64 | $ 29,212.76 | $ 21,217.92 | R&C |