Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey** | $ 1,295,636.18 | $ 871,267.71 | $ 615,408.31 | $ 214,436.74 | $ 41,422.66 | 41 |
| R&C | $ 557,324.62 | $ 312,101.79 | $ 213,700.48 | $ 77,813.72 | $ 20,587.59 | 20 |
| U&C | $ 482,389.22 | $ 482,389.22 | $ 356,637.09 | $ 109,759.96 | $ 15,992.17 | 9 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Innova / Southcross | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ - | | MATHESON TRIGAS P | | | $ - | $ 16,068.45 | $ 4,820.54 | $ 4,820.54 | Blank |
| Mid-Cities | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 131.80 | | NOVARTIS | | | $ - | $ 14,009.09 | $ 4,202.73 | $ 4,070.93 | Other |
| Mid-Cities | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 142.85 | | NOVARTIS | | | $ 76.94 | $ 14,043.13 | $ 4,212.94 | $ 3,993.15 | Other |
| Mid-Cities | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 1,229.48 | | NOVARTI | | | $ 662.06 | $ 31,229.09 | $ 9,368.73 | $ 7,477.19 | Other |
| Mid-Cities | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 872.79 | | NOVARTIS | | | $ 581.86 | $ 14,057.13 | $ 4,217.14 | $ 2,762.49 | Other |
| Mid-Cities | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 8,068.83 | | NATIONAL MG | | | $ - | $ 41,863.62 | $ 12,559.09 | $ 4,490.26 | Other |
| Mid-Cities | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 3,149.25 | | NOVARTIS | | | $ 1,695.75 | $ 20,143.84 | $ 6,043.15 | $ 1,198.15 | Other |
| Mid-Cities | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 13,268.06 | | TERUMO AMERICA | | | $ 1,615.92 | $ 56,798.96 | $ 17,039.69 | $ 2,155.71 | Other |
| Plano | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 1,748.61 | | POWELL ELECTRONIC | | | $ 2,328.23 | $ 14,234.73 | $ 7,971.45 | $ 3,894.61 | R&C |
| Plano | | REDACTED | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 3,529.40 | REDACTED | | REDACTED | | $ 1,512.60 | $ 17,510.60 | $ 9,805.94 | $ 4,763.94 | R&C |
| Plano | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 8,677.13 | | LG ELECTRONIC | | | $ 184.50 | $ 28,519.12 | $ 15,970.71 | $ 7,109.08 | R&C |
| Plano | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 14,781.90 | | ATLAS COPCO | | | $ 3,680.70 | $ 51,860.20 | $ 29,041.71 | $ 10,579.11 | R&C |
| Plano | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 9,617.22 | | SANOLFI-VENTIS | | | $ 2,500.00 | $ 31,712.01 | $ 17,758.73 | $ 5,641.51 | R&C |
| Mid-Cities | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 3,583.00 | | NATIONAL MG | | | $ - | $ 85,192.11 | $ 47,707.58 | $ 44,124.58 | R&C |
| Mid-Cities | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 489.83 | | NORVARTIS | | | $ 300.93 | $ 14,137.01 | $ 7,916.73 | $ 7,125.97 | R&C |
| Mid-Cities | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 1,086.00 | | SOUTH JERSEY | | | $ - | $ 17,494.11 | $ 9,796.70 | $ 8,710.70 | R&C |
| Mid-Cities | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 830.76 | | MERCEDES BENZ USA | | | $ 735.78 | $ 14,115.01 | $ 7,904.41 | $ 6,337.87 | R&C |
| Mid-Cities | | REDACTED | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 1,623.54 | REDACTED | NATIONAL MG | REDACTED | | $ - | $ 14,146.01 | $ 7,921.77 | $ 6,298.23 | R&C |
| Mid-Cities | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 2,825.00 | | SOUTH JERSEY | | | $ - | $ 16,966.38 | $ 9,501.17 | $ 6,676.17 | R&C |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mid-Cities | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 2,299.29 | | SOUTH JERSEY | | | $ 315.71 | $ 14,586.62 | $ 8,168.51 | $ 5,553.51 | R&C |
| Mid-Cities | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 3,520.80 | | NJ DIRECT TEN | | | $ 980.20 | $ 14,167.01 | $ 7,933.53 | $ 3,432.53 | R&C |
| Landmark | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ - | | AER0POSTEL | | | $ - | $ 10,379.00 | $ 5,812.24 | $ 5,812.24 | R&C |
| Landmark | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 3,309.16 | | AEROPOSTALE | | | $ 1,518.20 | $ 42,881.78 | $ 24,013.80 | $ 19,186.44 | R&C |
| Landmark | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 13,219.76 | | MISTRAS GROUP COR | | | $ 3,245.06 | $ 86,693.69 | $ 48,548.47 | $ 32,083.65 | R&C |
| Innova / Southcross | REDACTED | REDACTED | REDACTED | REDACTED | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ - | REDACTED | MATHESON TRIGAS P | REDACTED | REDACTED | $ - | $ 16,046.23 | $ 8,985.89 | $ 8,985.89 | R&C |
| East Houston | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 739.67 | | DANA TRANSPORT | | | $ 743.11 | $ 11,406.60 | $ 6,387.70 | $ 4,904.92 | R&C |
| Craig Ranch | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ - | | AUDIOLOGY ASSOC O | | | $ - | $ 22,262.67 | $ 12,467.10 | $ 12,467.10 | R&C |
| Craig Ranch | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 5,932.65 | | RAD DATA | | | $ 2,542.57 | $ 33,013.73 | $ 18,487.69 | $ 10,012.47 | R&C |
| Mid-Cities | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 14,430.94 | | INGERSOLL RAND | | | $ - | $ 71,319.83 | $ 71,319.83 | $ 56,888.89 | U&C |
| Mid-Cities | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 7,623.90 | | BASE CORP | | | $ 3,750.00 | $ 37,633.67 | $ 37,633.67 | $ 26,259.77 | U&C |
| Mid-Cities | REDACTED | REDACTED | REDACTED | REDACTED | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ - | REDACTED | INGERSOLL RAND | REDACTED | REDACTED | $ 4,413.92 | $ 14,128.01 | $ 14,128.01 | $ 9,714.09 | U&C |
| Innova / Southcross | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ - | | INTAPLAST GROUP | | | $ - | $ 15,878.26 | $ 15,878.26 | $ 15,878.26 | U&C |
| Craig Ranch | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 3,484.80 | | ATLAS COPCO | | | $ 1,793.48 | $ 25,185.54 | $ 25,185.54 | $ 19,907.26 | U&C |
| Craig Ranch | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 2,395.20 | | NONE | | | $ 1,280.50 | $ 16,006.29 | $ 16,006.29 | $ 12,330.59 | U&C |
| Craig Ranch | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 1,301.88 | | INGERSOLL RAND. IN | | | $ 2,367.92 | $ 13,945.87 | $ 13,945.87 | $ 10,276.07 | U&C |
| Craig Ranch | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 2,172.38 | | INGERSOLL RAND | | | $ 1,839.62 | $ 13,957.79 | $ 13,957.79 | $ 9,945.79 | U&C |
| Craig Ranch | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ 78,350.86 | | DATA TECH COMPUT | | | $ 546.73 | $ 274,333.96 | $ 274,333.96 | $ 195,436.37 | U&C |
| Innova / Southcross | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ - | | INTEPLAST GROUP | | | $ - | $ 27,744.07 | $ 8,323.22 | $ 8,323.22 | Unknown |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Innova / Southcross | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ - | | INTEPLAST GROUP | | | $ - | $ 15,757.68 | $ 4,727.30 | $ 4,727.30 | Unknown |
| Mid-Cities | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ - | | Wurth Group | | | $ 169.01 | $ 3,380.28 | $ 1,014.08 | $ 845.07 | |
| Beaumont | | | | | Horizon Blue Cross and Blue Shield of New Jersey also known as Blue Cross Blue Shield of New Jersey | $ - | | | | | $ 41.35 | $ 827.00 | $ 248.10 | $ 206.75 | |