| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Blue Cross and Blue Shield of North Carolina** | $ 2,312,640.64 | $ 1,300,718.01 | $ 973,691.11 | $ 187,379.48 | $ 139,647.42 | 38 |
| | | | | | | |
| R&C | $ 37,994.99 | $ 21,277.19 | $ 11,308.83 | $ 5,042.60 | $ 4,925.76 | 1 |
| U&C | $ 858,216.22 | $ 858,216.22 | $ 745,194.83 | $ 59,005.39 | $ 54,016.00 | 13 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mid-Cities | | | | | Blue Cross and Blue Shield of North Carolina | $ 47,123.91 | | SONIC AUTOMOTIVE | | | $ 4,297.35 | $ 189,674.96 | $ 56,902.49 | $ 5,481.23 | Blank |
| Landmark | | | | | Blue Cross and Blue Shield of North Carolina | $ - | | | | | $ 1,743.55 | $ 14,159.79 | $ 4,247.94 | $ 2,504.39 | Blank |
| Innova / Southcross | | | | | Blue Cross and Blue Shield of North Carolina | $ 7,193.64 | | WASTEQUIP INC | | | $ 4,038.37 | $ 67,306.12 | $ 20,191.84 | $ 8,959.83 | Blank |
| Plano | | REDACTED | | | Blue Cross and Blue Shield of North Carolina | $ 721.76 | REDACTED | INDIVIDUAL POLICY | REDACTED | | $ 481.09 | $ 19,875.59 | $ 5,962.68 | $ 4,759.83 | Other |
| Plano | | | | | Blue Cross and Blue Shield of North Carolina | $ 2,765.03 | | SPEEDWAY MOTORSF | | | $ 21,185.00 | $ 380,444.83 | $ 114,133.45 | $ 90,183.42 | Other |
| Plano | | | | | Blue Cross and Blue Shield of North Carolina | $ - | | SPEEDWAY MOTORSF | | | $ 1,139.55 | $ 14,503.80 | $ 4,351.14 | $ 3,211.59 | Other |
| Plano | | | | | Blue Cross and Blue Shield of North Carolina | $ 495.79 | | MARTIN MARITTA MA | | | $ 712.48 | $ 14,523.84 | $ 4,357.15 | $ 3,148.88 | Other |
| Plano | | | | | Blue Cross and Blue Shield of North Carolina | $ 10,318.03 | | SPEEDWAY MOTORSF | | | $ 2,579.41 | $ 74,084.74 | $ 18,521.19 | $ 5,623.75 | Other |
| Plano | | | | | Blue Cross and Blue Shield of North Carolina | $ 2,809.99 | | SONIC AUTOMOTIVE | | | $ 4,209.98 | $ 36,260.60 | $ 10,878.18 | $ 3,858.21 | Other |
| Plano | | | | | Blue Cross and Blue Shield of North Carolina | $ 3,698.18 | | KAYSER ROTH CORP | | | $ 3,825.78 | $ 37,678.74 | $ 11,303.62 | $ 3,779.66 | Other |
| Plano | | | | | Blue Cross and Blue Shield of North Carolina | $ 7,271.29 | | INDIVIDUAL POLICY | | | $ 4,788.58 | $ 50,271.78 | $ 15,081.53 | $ 3,021.66 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of North Carolina | $ 1,243.37 | | INDIVIDUAL POLICY | | | $ 1,721.10 | $ 47,067.67 | $ 14,120.30 | $ 11,155.83 | Other |
| Innova / Southcross | | REDACTED | | | Blue Cross and Blue Shield of North Carolina | $ 877.32 | REDACTED | MARTIN MARIETTA M | REDACTED | | $ 875.99 | $ 16,565.44 | $ 4,969.63 | $ 3,216.32 | Other |
| Innova / Southcross | | | | | Blue Cross and Blue Shield of North Carolina | $ 1,227.32 | | MARTIN MARITTA MA | | | $ 525.99 | $ 15,424.41 | $ 4,627.32 | $ 2,874.01 | Other |
| Innova / Southcross | | | | | Blue Cross and Blue Shield of North Carolina | $ 6,852.85 | | MARTIN MARITTA MA | | | $ 3,436.86 | $ 66,571.84 | $ 19,971.55 | $ 9,681.84 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of North Carolina | $ 977.16 | | BB AND T | | | $ 244.25 | $ 17,593.75 | $ 5,278.13 | $ 4,056.72 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of North Carolina | $ 4,939.70 | | FAMILY DOLLAR | | | $ 7,553.14 | $ 90,386.61 | $ 27,115.98 | $ 14,623.14 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of North Carolina | $ 1,141.51 | | NONE | | | $ 2,160.95 | $ 19,780.18 | $ 5,934.05 | $ 2,631.59 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of North Carolina | $ 5,083.70 | | BB AND T | | | $ 255.75 | $ 26,040.57 | $ 7,812.17 | $ 2,472.72 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of North Carolina | $ 442.41 | | FAMILY DOLLAR | | | $ 3,442.40 | $ 18,937.15 | $ 5,681.15 | $ 1,796.34 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of North Carolina | $ 4,999.42 | | MARTIN MARITTA MA | | | $ 2,427.08 | $ 35,291.91 | $ 10,587.57 | $ 3,161.07 | Other |
| Beaumont | | | | | Blue Cross and Blue Shield of North Carolina | $ 3,271.19 | | MARTIN MARITTA MA | | | $ 1,859.15 | $ 43,954.07 | $ 13,186.22 | $ 8,055.88 | Other |
| Plano | | | | | Blue Cross and Blue Shield of North Carolina | $ 5,042.60 | | KAYSER ROTH CORP | | | $ 4,925.76 | $ 37,994.99 | $ 21,277.19 | $ 11,308.83 | R&C |
| Plano | | REDACTED | | | Blue Cross and Blue Shield of North Carolina | $ - | REDACTED | ANYTIME MORTGAGE | REDACTED | | $ 1,299.62 | $ 17,086.49 | $ 17,086.49 | $ 15,786.87 | U&C |
| Plano | | | | | Blue Cross and Blue Shield of North Carolina | $ 57.43 | | COMMSCOPE | | | $ 1,270.46 | $ 16,266.44 | $ 16,266.44 | $ 14,938.55 | U&C |
| Plano | | | | | Blue Cross and Blue Shield of North Carolina | $ 857.50 | | | | | $ 701.53 | $ 18,147.76 | $ 18,147.76 | $ 16,588.73 | U&C |
| Plano | | | | | Blue Cross and Blue Shield of North Carolina | $ 8,215.70 | | ANYTIME MORTGAGE | | | $ 8,736.68 | $ 54,831.04 | $ 54,831.04 | $ 37,878.66 | U&C |
| Landmark | | | | | Blue Cross and Blue Shield of North Carolina | $ 1,797.74 | | MARTIN MARITTA MA | | | $ 1,270.45 | $ 42,187.18 | $ 42,187.18 | $ 39,118.99 | U&C |
| Landmark | | | | | Blue Cross and Blue Shield of North Carolina | $ 14,812.14 | | MARTIN MARITTA MA | | | $ 7,348.06 | $ 290,320.51 | $ 290,320.51 | $ 268,160.31 | U&C |
| Landmark | | | | | Blue Cross and Blue Shield of North Carolina | $ 3,775.99 | | FAMILY DOLLAR | | | $ 4,913.77 | $ 88,898.60 | $ 88,898.60 | $ 80,208.84 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of North Carolina | $ - | | HAFELE AMERICA CO | | | $ 3,245.68 | $ 25,264.56 | $ 25,264.56 | $ 22,018.88 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of North Carolina | $ 23,547.86 | | COMMSCOPE | | | $ 15,698.47 | $ 165,855.28 | $ 165,855.28 | $ 126,608.95 | U&C |
| Beaumont | | REDACTED | | | Blue Cross and Blue Shield of North Carolina | $ 2,519.71 | REDACTED | FAMILY DOLLAR | REDACTED | | $ 3,298.20 | $ 54,970.02 | $ 54,970.02 | $ 49,152.11 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of North Carolina | $ 79.57 | | SONIC AUTOMOTIVE | | | $ 1,479.57 | $ 14,197.43 | $ 14,197.43 | $ 12,638.29 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of North Carolina | $ 1,878.45 | | SONIC AUTOMOTIVE | | | $ 3,278.39 | $ 45,605.62 | $ 45,605.62 | $ 40,448.78 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of North Carolina | $ 1,463.30 | | FAMILY DOLLAR | | | $ 1,475.12 | $ 24,585.29 | $ 24,585.29 | $ 21,646.87 | U&C |
| Innova / Southcross | | | | | Blue Cross and Blue Shield of North Carolina | $ 2,779.57 | | FAMILY DOLLAR | | | $ 4,419.67 | $ 73,661.19 | $ 22,098.36 | $ 14,899.12 | Unknown |
| Innova / Southcross | | | | | Blue Cross and Blue Shield of North Carolina | $ 7,098.35 | | 400087531/W | | | $ 2,782.19 | $ 46,369.85 | $ 13,910.96 | $ 4,030.41 | Unknown |