Regence BlueCross BlueShield of Oregon

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Regence BlueCross BlueShield of Oregon** | $ 144,682.15 | $ 43,404.65 | $ 31,945.09 | $ 6,756.64 | $ 4,702.92 | 3 |

No R&C or U&C

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Landmark | | REDACTED | | | Regence BlueCross BlueShield of Oregon | $ 2,352.43 | REDACTED | SUNSHINE RETIREME | REDACTED | | $ 2,352.34 | $ 43,953.63 | $ 13,186.09 | $ 8,481.32 | Other |
| Beaumont | | REDACTED | | | Regence BlueCross BlueShield of Oregon | $ 3,071.17 | REDACTED | | REDACTED | | $ 1,316.05 | $ 81,525.54 | $ 24,457.66 | $ 20,070.44 | Other |
| Beaumont | | REDACTED | | | Regence BlueCross BlueShield of Oregon | $ 1,333.04 | REDACTED | | REDACTED | | $ 1,034.53 | $ 19,202.98 | $ 5,760.89 | $ 3,393.32 | Other |