Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield** | **$ 6,681,170.17** | **$ 2,592,346.16** | **$ 1,674,625.57** | **$ 607,524.71** | **$ 310,195.88** | **140** |
| R&C | $ 582,268.91 | $ 326,070.59 | $ 249,944.21 | $ 58,865.94 | $ 17,260.44 | 15 |
| U&C | $ 637,122.65 | $ 637,122.65 | $ 525,281.86 | $ 60,664.33 | $ 51,176.46 | 23 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 6,235.37 | | HORNBECK OFFSHOR | | | $ 2,672.31 | $ 35,141.81 | $ 10,542.54 | $ 1,634.86 | Blank |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 1,444.21 | | | | | $ 2,087.55 | $ 23,660.05 | $ 7,098.00 | $ 3,566.26 | Blank |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 4,622.37 | | GUIDESTONE FINANC | | | $ 2,431.04 | $ 51,645.88 | $ 15,493.76 | $ 8,440.35 | Blank |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 948.75 | | RPC INC | | | $ 632.50 | $ 9,658.83 | $ 2,897.65 | $ 1,316.40 | Blank |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 4,245.57 | | RPC INC | | | $ 3,830.33 | $ 42,340.46 | $ 12,702.14 | $ 4,626.24 | Blank |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 2,842.88 | | DICKS SPORTING GO | | | $ 4,195.26 | $ 30,229.47 | $ 9,068.84 | $ 2,030.70 | Blank |
| Innova / Southcross | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 3,418.01 | | UPRR | | | $ - | $ 36,227.74 | $ 10,868.32 | $ 7,450.31 | Blank |
| Innova / Southcross | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 7,555.43 | | | | | $ 7,555.49 | $ 111,561.36 | $ 33,468.41 | $ 18,357.49 | Blank |
| East Houston | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ - | | | | | $ 639.17 | $ 12,107.12 | $ 3,632.14 | $ 2,992.97 | Blank |
| East Houston | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 359.46 | | TURNER INDUSTRIES | | | $ 1,006.65 | $ 20,133.08 | $ 6,039.92 | $ 4,673.81 | Blank |
| East Houston | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 1,333.50 | | INDIVIDUAL | | | $ 1,246.72 | $ 17,810.30 | $ 5,343.09 | $ 2,762.87 | Blank |
| Craig Ranch | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 42,302.44 | | DEVILBIS HEALTHCA | | | $ 21,178.47 | $ 423,569.35 | $ 127,070.81 | $ 63,589.90 | Blank |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 583.34 | | PENN STATE | | | $ 100.00 | $ 5,757.00 | $ 1,727.10 | $ 1,043.76 | Blank |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 4,320.36 | | LANXESS | | | $ 6,603.29 | $ 94,332.78 | $ 28,299.83 | $ 17,376.18 | Blank |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 5,427.77 | | TURNER INDUSTRIES | | | $ 3,979.53 | $ 56,850.43 | $ 17,055.13 | $ 7,647.83 | Blank |
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 230.60 | | SELECT MEDICAL | | | $ 98.85 | $ 22,558.99 | $ 6,767.70 | $ 6,438.25 | Other |
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 1,379.47 | | HERSHEY | | | $ - | $ 17,088.49 | $ 5,126.55 | $ 3,747.08 | Other |
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 1,478.73 | | AC PRODUCTS INC. | | | $ 1,346.24 | $ 24,849.47 | $ 7,454.84 | $ 4,629.87 | Other |
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 32,145.37 | | SELECT MEDICAL | | | $ 2,470.61 | $ 157,917.28 | $ 47,375.18 | $ 12,759.20 | Other |
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ - | | COSOLE ENERGY | | | $ - | $ 26,332.29 | $ 7,899.69 | $ 7,899.69 | Other |
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 17,956.38 | | RPC INC | | | $ 3,098.24 | $ 305,718.21 | $ 91,715.46 | $ 70,660.84 | Other |
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 543.09 | | CONSOLE ENERGY | | | $ 732.77 | $ 16,983.49 | $ 5,095.05 | $ 3,819.19 | Other |
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 2,673.34 | | LAMAR MEDICA COR | | | $ - | $ 34,828.51 | $ 10,448.55 | $ 7,775.21 | Other |
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 243.58 | | TURNER INDUSTRIES | | | $ 1,162.39 | $ 17,385.75 | $ 5,215.73 | $ 3,809.76 | Other |
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 243.58 | | TURNER INDUSTRIES | | | $ 1,162.39 | $ 17,378.86 | $ 5,213.66 | $ 3,807.69 | Other |
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 10,193.70 | | ALCOA | | | $ 4,413.62 | $ 162,795.34 | $ 48,838.60 | $ 34,231.28 | Other |
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 8,799.89 | | GENCO | | | $ 3,000.00 | $ 105,509.60 | $ 31,652.88 | $ 19,852.99 | Other |
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 918.40 | | GUIDESTONE FINANC | | | $ 904.36 | $ 14,898.20 | $ 4,469.46 | $ 2,646.70 | Other |

Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 417.45 | | GUIDESTONE FINANC | | | $ 4,344.56 | $ 37,212.88 | $ 11,163.86 | $ 6,401.85 | Other |
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 11,641.59 | | GUIDESTONE FINANC | | | $ 10,378.96 | $ 158,478.78 | $ 47,543.63 | $ 25,523.08 | Other |
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 7,782.66 | | DICKS SPORTING GO | | | $ 4,181.85 | $ 76,254.26 | $ 22,876.28 | $ 10,911.77 | Other |
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 2,742.93 | | GUIDESTONE FINANC | | | $ 1,878.72 | $ 25,387.45 | $ 7,616.24 | $ 2,994.59 | Other |
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 13,969.10 | | MASTECK COBRA | | | $ 3,687.73 | $ 90,704.63 | $ 27,211.39 | $ 9,554.56 | Other |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 881.51 | | SELECT MEDICAL | | | $ 377.80 | $ 15,593.30 | $ 4,677.99 | $ 3,418.68 | Other |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 885.67 | | SELECT MEDICAL | | | $ 379.57 | $ 15,585.42 | $ 4,675.63 | $ 3,410.39 | Other |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 9,028.21 | | SELECT MEDICAL | | | $ 3,869.24 | $ 72,087.21 | $ 21,626.16 | $ 8,728.71 | Other |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 9,028.21 | | SELECT MEDICAL | | | $ 3,869.24 | $ 69,507.26 | $ 20,852.18 | $ 7,954.73 | Other |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 567.34 | | RPC INC | | | $ 1,013.91 | $ 20,277.74 | $ 6,083.32 | $ 4,502.07 | Other |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 599.20 | | CHRISTIAN CHURCH | | | $ 660.11 | $ 15,562.42 | $ 4,668.73 | $ 3,409.42 | Other |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ - | | GUIDESTONE FINANC | | | $ 1,597.90 | $ 19,126.44 | $ 5,737.93 | $ 4,140.03 | Other |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 379.70 | | GUIDESTONE FINANC | | | $ 879.74 | $ 14,062.92 | $ 4,218.88 | $ 2,959.44 | Other |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 502.71 | | GUIDESTONE FINANC | | | $ 1,078.54 | $ 17,005.96 | $ 5,101.79 | $ 3,520.54 | Other |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 496.50 | | GENCO | | | $ 830.99 | $ 14,120.01 | $ 3,530.00 | $ 2,202.51 | Other |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 805.15 | | GENCO | | | $ 536.77 | $ 14,118.01 | $ 4,235.40 | $ 2,893.48 | Other |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 8,157.31 | | GUIDESTONE FINANC | | | $ 10,207.53 | $ 151,838.90 | $ 45,551.67 | $ 27,186.83 | Other |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 674.95 | | | | | $ 1,039.29 | $ 13,856.25 | $ 4,156.88 | $ 2,442.64 | Other |
| Mid-Cities | | REDACTED | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 44,777.46 | REDACTED | GUIDESTONE FINANC | REDACTED | | $ 6,643.80 | $ 411,665.96 | $ 123,499.79 | $ 72,078.53 | Other |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 965.17 | | | | | $ 1,013.64 | $ 14,532.73 | $ 4,359.82 | $ 2,381.01 | Other |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 7,435.19 | | HJ HEINZ CO | | | $ 5,956.82 | $ 91,164.56 | $ 27,349.37 | $ 13,957.36 | Other |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 22,045.92 | | ALCOA | | | $ 4,377.71 | $ 173,493.19 | $ 43,373.30 | $ 16,949.67 | Other |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 948.75 | | RPC INC | | | $ 632.50 | $ 10,091.76 | $ 3,027.53 | $ 1,446.28 | Other |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 8,821.60 | | CHRISTIAN CHURCH | | | $ 4,075.87 | $ 81,598.81 | $ 24,479.64 | $ 11,582.17 | Other |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 11,056.16 | | PPG INDUSTRIES | | | $ 3,756.60 | $ 70,265.51 | $ 21,079.65 | $ 6,266.89 | Other |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 8,524.80 | | GUIDESTONE FINANC | | | $ 10,314.88 | $ 86,697.49 | $ 26,009.25 | $ 7,169.57 | Other |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 37,897.25 | | GENCO | | | $ 3,000.00 | $ 176,757.64 | $ 53,027.29 | $ 12,130.04 | Other |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 27,956.22 | | PPG INDUSTRIES | | | $ 2,500.00 | $ 113,455.42 | $ 34,036.63 | $ 3,580.41 | Other |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Landmark | | REDACTED | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 5,296.53 | REDACTED | UNION PACIFIC RAI | REDACTED | | $ 3,928.18 | $ 78,563.62 | $ 23,569.09 | $ 14,344.38 | Other |
| Landmark | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ - | | GUIDESTONE FINANC | | | $ 1,472.48 | $ 11,208.67 | $ 3,362.60 | $ 1,890.12 | Other |
| Landmark | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 2,169.36 | | NATIONAL RAILWAY | | | $ 1,023.15 | $ 23,133.20 | $ 6,939.96 | $ 3,747.45 | Other |
| Landmark | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 206.14 | | HVHC | | | $ 1,537.41 | $ 11,800.39 | $ 3,540.12 | $ 1,796.57 | Other |
| Landmark | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 8,169.20 | | RPC INC | | | $ - | $ 40,695.80 | $ 12,208.74 | $ 4,039.54 | Other |
| Innova / Southcross | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 5,451.22 | | UNKN | | | $ - | $ 94,249.80 | $ 28,274.94 | $ 22,823.72 | Other |
| Innova / Southcross | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 3,580.33 | | RPC INC | | | $ 3,886.90 | $ 98,142.50 | $ 29,442.75 | $ 21,975.52 | Other |
| Innova / Southcross | | REDACTED | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 781.21 | REDACTED | RPC INC | REDACTED | | $ 520.82 | $ 11,411.46 | $ 3,423.44 | $ 2,121.41 | Other |
| Innova / Southcross | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ - | | GUIDESTONE FINANC | | | $ 1,476.36 | $ 10,815.08 | $ 3,244.52 | $ 1,768.16 | Other |
| East Houston | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ - | | LEHIGH VALLEY PLA | | | $ 1,556.68 | $ 10,601.35 | $ 3,180.41 | $ 1,623.73 | Other |
| East Houston | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 549.96 | | RPC INC | | | $ 228.12 | $ 11,406.10 | $ 3,421.83 | $ 2,643.75 | Other |
| East Houston | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 381.41 | | USS CORPORATION | | | $ 848.57 | $ 16,971.38 | $ 5,091.41 | $ 3,861.44 | Other |
| Craig Ranch | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 3,057.51 | | SELECT SPECIALTY | | | $ 3,368.38 | $ 78,361.27 | $ 23,508.38 | $ 17,082.49 | Other |
| Craig Ranch | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ - | | GUIDESTONE FINANC | | | $ 809.01 | $ 19,039.52 | $ 5,711.86 | $ 4,902.85 | Other |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Craig Ranch | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ - | | CORAM DEO ACADEM | | | $ 4,797.05 | $ 23,422.63 | $ 7,026.79 | $ 2,229.74 | Other |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ - | | LANXESS | | | $ 1,470.75 | $ 36,768.64 | $ 11,030.59 | $ 9,559.85 | Other |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 238.43 | | TURNER INDUSTRIES | | | $ 1,365.58 | $ 34,139.50 | $ 10,241.85 | $ 8,637.84 | Other |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 1,155.12 | | GUIDESTONE FINANC | | | $ 2,932.13 | $ 82,738.78 | $ 24,821.63 | $ 20,734.38 | Other |
| Beaumont | | REDACTED | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ - | REDACTED | LANXESS | REDACTED | | $ 1,414.58 | $ 25,220.03 | $ 7,566.01 | $ 6,151.43 | Other |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ - | | TURNER INDUSTRIES | | | $ 1,531.35 | $ 19,074.97 | $ 5,722.49 | $ 4,191.14 | Other |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 1,110.67 | | LANXESS | | | $ 914.07 | $ 22,851.80 | $ 6,855.54 | $ 4,830.80 | Other |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 1,067.46 | | RR EMPLOYEE HEALT | | | $ 655.84 | $ 18,687.44 | $ 5,606.23 | $ 3,882.93 | Other |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 540.48 | | GUIDESTONE FINANC | | | $ 1,626.16 | $ 23,230.89 | $ 6,969.27 | $ 4,802.62 | Other |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 2,453.49 | | TURNER INDUSTRIES | | | $ 1,486.80 | $ 29,735.93 | $ 8,920.78 | $ 4,980.49 | Other |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 13,635.94 | | KVAERNER NORTH AI | | | $ 7,860.51 | $ 157,210.27 | $ 47,163.08 | $ 25,666.63 | Other |
| Beaumont | | REDACTED | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 4,362.01 | REDACTED | NRC/UTU | REDACTED | | $ 1,319.95 | $ 26,398.99 | $ 7,919.70 | $ 2,237.74 | Other |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 2,160.84 | | LANXESS | | | $ 2,140.56 | $ 19,098.11 | $ 5,729.43 | $ 1,428.03 | Other |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 4,251.07 | | D M PERTOLEUM | | | $ 1,602.74 | $ 22,896.27 | $ 6,868.88 | $ 1,015.07 | Other |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 1,299.62 | | COMPLETE CARE | | | $ - | $ 17,264.73 | $ 9,668.25 | $ 8,368.63 | R&C |
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 12,738.32 | | COMPLETE CARE | | | $ - | $ 73,653.68 | $ 41,246.06 | $ 28,507.74 | R&C |
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ - | | GUIDESTONE FINANC | | | $ 1,309.27 | $ 24,239.92 | $ 13,574.36 | $ 12,265.09 | R&C |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 5,714.17 | | SELECT MEDICAL | | | $ 3,155.57 | $ 66,072.32 | $ 37,000.50 | $ 28,130.76 | R&C |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 737.81 | | GENCO | | | $ 991.87 | $ 13,899.05 | $ 7,783.47 | $ 6,053.79 | R&C |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 21,310.23 | | GENCO | | | $ 2,447.73 | $ 75,116.48 | $ 42,065.23 | $ 18,307.27 | R&C |
| Innova / Southcross | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 8,262.25 | | NH&W | | | $ 2,300.00 | $ 176,254.30 | $ 98,702.41 | $ 88,140.16 | R&C |
| East Houston | | REDACTED | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 332.21 | REDACTED | IMPACT HOUSTON CI | REDACTED | | $ 285.43 | $ 10,153.95 | $ 5,686.21 | $ 5,068.57 | R&C |
| East Houston | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 1,008.63 | | ALCOA | | | $ 548.05 | $ 11,337.19 | $ 6,348.83 | $ 4,792.15 | R&C |
| East Houston | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 1,517.80 | | ALCOA | | | $ 817.24 | $ 10,159.35 | $ 5,689.24 | $ 3,354.20 | R&C |
| Craig Ranch | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 2,371.19 | | USS CORPORATION | | | $ 1,922.12 | $ 38,442.34 | $ 21,527.71 | $ 17,234.40 | R&C |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 1,143.20 | | BOLTTECH MANNING | | | $ 285.81 | $ 15,599.83 | $ 8,735.90 | $ 7,306.89 | R&C |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 181.71 | | | | | $ 1,681.79 | $ 18,636.88 | $ 10,436.65 | $ 8,573.15 | R&C |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 971.61 | | LANXESS | | | $ 647.74 | $ 14,082.52 | $ 7,886.21 | $ 6,266.86 | R&C |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 1,277.19 | | LANXESS | | | $ 867.82 | $ 17,356.37 | $ 9,719.57 | $ 7,574.56 | R&C |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 293.06 | | BOMBARDIER TRANS | | | $ 1,125.63 | $ 19,352.62 | $ 19,352.62 | $ 17,933.93 | U&C |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 1,442.11 | | BOMBARDIER TRANS | | | $ 618.06 | $ 19,431.54 | $ 19,431.54 | $ 17,371.37 | U&C |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 843.70 | | GENCO | | | $ 1,062.49 | $ 14,625.05 | $ 14,625.05 | $ 12,718.86 | U&C |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 5,348.04 | | GENCO | | | $ 1,865.19 | $ 26,401.26 | $ 26,401.26 | $ 19,188.03 | U&C |
| Mid-Cities | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 8,196.60 | | GUIDESTONE FINANC | | | $ 12,196.71 | $ 64,568.37 | $ 64,568.37 | $ 44,175.06 | U&C |
| Landmark | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 8,856.99 | | NRC/UTU | | | $ 1,029.53 | $ 25,738.23 | $ 25,738.23 | $ 15,851.71 | U&C |
| Innova / Southcross | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 737.17 | | NRC/UTU | | | $ 545.72 | $ 10,024.46 | $ 10,024.46 | $ 8,741.57 | U&C |
| Innova / Southcross | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 1,154.69 | | | | | $ 288.65 | $ 10,914.52 | $ 10,914.52 | $ 9,471.18 | U&C |
| Innova / Southcross | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 8,229.42 | | NRC/UTU | | | $ 2,300.00 | $ 52,834.30 | $ 52,834.30 | $ 42,304.88 | U&C |
| East Houston | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ - | | TESTEX | | | $ 756.90 | $ 10,812.79 | $ 10,812.79 | $ 10,055.89 | U&C |
| East Houston | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 951.13 | | ALCOA | | | $ 512.12 | $ 13,133.64 | $ 13,133.64 | $ 11,670.39 | U&C |
| Craig Ranch | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 862.63 | | SELECT MEDICAL | | | $ 957.51 | $ 13,968.85 | $ 13,968.85 | $ 12,148.71 | U&C |
| Craig Ranch | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 3,729.04 | | SELECT MEDICAL | | | $ 2,098.18 | $ 32,105.56 | $ 32,105.56 | $ 26,278.34 | U&C |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Craig Ranch | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 981.08 | | TURNER INDUSTRIES | | | $ 3,481.15 | $ 21,853.48 | $ 21,853.48 | $ 17,391.25 | U&C |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 575.98 | | GUIDESTONE FINANC | | | $ 686.42 | $ 17,160.50 | $ 17,160.50 | $ 15,898.10 | U&C |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 615.06 | | GUIDESTONE FINANC | | | $ 685.72 | $ 17,142.90 | $ 17,142.90 | $ 15,842.12 | U&C |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ - | | | | | $ 1,889.80 | $ 21,183.11 | $ 21,183.11 | $ 19,293.31 | U&C |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ - | | TURNER INDUSTRIES | | | $ 1,953.79 | $ 21,828.39 | $ 21,828.39 | $ 19,874.60 | U&C |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 6,287.17 | | LANXESS | | | $ 8,194.49 | $ 118,039.58 | $ 118,039.58 | $ 103,557.92 | U&C |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 3,119.13 | | RAILROAD | | | $ 1,870.98 | $ 37,419.53 | $ 37,419.53 | $ 32,429.42 | U&C |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 2,466.72 | | TURNER INDUSTRIES | | | $ 2,477.91 | $ 35,398.75 | $ 35,398.75 | $ 30,454.12 | U&C |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 2,126.02 | | LANXESS | | | $ 2,117.36 | $ 18,785.39 | $ 18,785.39 | $ 14,542.01 | U&C |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 3,848.59 | | | | | $ 2,462.16 | $ 14,399.83 | $ 14,399.83 | $ 8,089.08 | U&C |
| Landmark | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ - | | | | | $ 1,180.84 | $ 14,633.40 | $ 4,390.02 | $ 3,209.18 | Unknown |
| Landmark | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 1,046.14 | | HVHC | | | $ 697.41 | $ 11,198.32 | $ 3,359.50 | $ 1,615.95 | Unknown |
| Landmark | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 6,064.43 | | CENTENE CORP | | | $ 2,625.33 | $ 45,755.38 | $ 13,726.61 | $ 5,036.85 | Unknown |
| Craig Ranch | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 203.85 | | JC EHRLICH | | | $ 1,203.92 | $ 22,042.09 | $ 6,612.63 | $ 5,204.86 | Unknown |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 9,893.44 | | TURNER INDUSTRIES | | | $ 2,348.56 | $ 117,428.22 | $ 35,228.47 | $ 22,986.46 | Unknown |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 446.05 | | TURNER INDUSTRIES | | | $ 1,914.79 | $ 19,434.81 | $ 5,830.44 | $ 3,469.60 | Unknown |
| East Houston | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ - | | TURNER INDUSTRIES | | | $ 2,240.91 | $ 44,818.25 | $ 13,445.48 | $ 11,204.56 | |
| East Houston | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 789.96 | | USS Corp. | | | $ 893.82 | $ 17,876.34 | $ 5,362.90 | $ 3,679.13 | |
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ - | | RPC INC. | | | $ 873.43 | $ 17,468.60 | $ 5,240.58 | $ 4,367.15 | |
| Plano | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 4,000.00 | | Mobuns Inc. | | | $ 1,107.17 | $ 22,143.36 | $ 6,643.01 | $ 1,535.84 | |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ - | | LANXESS | | | $ 24.96 | $ 499.24 | $ 149.77 | $ 124.81 | |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ - | | TURNER INDUSTRIES | | | $ 25.75 | $ 515.00 | $ 154.50 | $ 128.75 | |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ - | | MAXIM CRANE | | | $ 86.50 | $ 1,730.00 | $ 519.00 | $ 432.50 | |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ - | | LANXESS | | | $ 104.75 | $ 2,095.00 | $ 628.50 | $ 523.75 | |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 2,278.48 | | | | | $ 3,999.05 | $ 79,980.91 | $ 23,994.27 | $ 17,716.75 | |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 1,067.46 | | National Health & We | | | $ 963.31 | $ 19,266.25 | $ 5,779.88 | $ 3,749.10 | |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 63.77 | | TURNER INDUSTRIES | | | $ 29.10 | $ 582.00 | $ 174.60 | $ 81.73 | |
| Beaumont | | | | | Highmark, Inc. d/b/a Highmark Blue Cross Blue Shield d/b/a Highmark Blue Shield | $ 88.18 | | | | | $ 33.20 | $ 664.00 | $ 199.20 | $ 77.82 | |