Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 2,763,500.24 | $ 955,953.09 | $ 531,000.88 | $ 371,033.24 | $ 53,918.97 | 32 |
| R&C | $ 244,091.72 | $ 136,691.36 | $ 84,921.00 | $ 51,627.24 | $ 143.12 | 1 |
| U&C | $ 176,561.17 | $ 176,561.17 | $ 132,867.93 | $ 25,652.88 | $ 18,040.36 | 5 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Payer Claim ID 2 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Craig Ranch | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 343.41 | | PEP BOYS | | | | $ - | $ 18,453.19 | $ 5,535.96 | $ 5,192.55 | Blank |
| Plano | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 212.75 | | | | | | $ - | $ 34,753.52 | $ 8,688.38 | $ 8,475.63 | Other |
| Plano | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 900.00 | | CANNOT DISCLOSE | | | | $ - | $ 77,033.57 | $ 23,110.07 | $ 22,210.07 | Other |
| Plano | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 1,275.00 | | PEP BOYS | | | | $ - | $ 67,187.23 | $ 20,156.17 | $ 18,881.17 | Other |
| Plano | | REDACTED | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ - | REDACTED | | REDACTED | | | $ 405.32 | $ 14,453.96 | $ 3,613.49 | $ 3,208.17 | Other |
| Plano | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 384.29 | | | | | | $ - | $ 11,014.12 | $ 2,753.53 | $ 2,369.24 | Other |
| Plano | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 8,990.19 | | | | | | $ - | $ 154,146.87 | $ 38,536.72 | $ 29,546.53 | Other |
| Plano | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 1,268.10 | | RICHO AMERICAS CO | | | | $ - | $ 14,771.72 | $ 3,692.93 | $ 2,424.83 | Other |
| Mid-Cities | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 6,368.38 | | UNIVERSITY DREXEL | | | | $ 50.00 | $ 29,097.39 | $ 8,729.22 | $ 2,310.84 | Other |
| Mid-Cities | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 123.49 | | | | | | $ 1,082.32 | $ 23,485.06 | $ 5,871.27 | $ 4,665.46 | Other |
| Mid-Cities | | REDACTED | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 255.22 | REDACTED | CANNOT DISCLOSE | REDACTED | | | $ 570.15 | $ 18,471.47 | $ 5,541.44 | $ 4,716.07 | Other |
| Innova / Southcross | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 1,100.00 | | AQUA TEXAS | | | | $ 1,100.00 | $ 106,277.19 | $ 26,569.30 | $ 24,369.30 | Other |
| Innova / Southcross | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 2,562.58 | | QVC INC | | | | $ 1,178.89 | $ 85,671.13 | $ 21,417.78 | $ 17,676.31 | Other |
| Innova / Southcross | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 19,953.64 | | QVC INC | | | | $ 1,000.00 | $ 152,470.60 | $ 38,117.65 | $ 17,164.01 | Other |
| Innova / Southcross | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 17,384.80 | | AQUA TEXAS | | | | $ 7,825.93 | $ 132,264.42 | $ 33,066.11 | $ 7,855.38 | Other |

Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Payer Claim ID 2 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Innova / Southcross | REDACTED | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 162,756.52 | REDACTED | MACAULAY BROWN | REDACTED | | | $ 2,233.65 | $ 861,510.12 | $ 258,453.04 | $ 93,462.87 | Other |
| Craig Ranch | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 799.50 | | ARAMARK | | | | $ - | $ 22,634.34 | $ 5,658.59 | $ 4,859.09 | Other |
| Craig Ranch | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 2,101.06 | | ARAMARK CORP | | | | $ - | $ 28,926.14 | $ 7,231.54 | $ 5,130.48 | Other |
| Beaumont | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 64,879.03 | | CDI ENGINEERING | | | | $ 16,888.16 | $ 422,203.96 | $ 105,550.99 | $ 23,783.80 | Other |
| Innova / Southcross | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 51,627.24 | | MACAULAY BROWN | | | | $ 143.12 | $ 244,091.72 | $ 136,691.36 | $ 84,921.00 | R&C |
| Plano | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 5,600.00 | REDACTED | GENISUS HEALTH SYS | REDACTED | | | $ - | $ 66,205.10 | $ 66,205.10 | $ 60,605.10 | U&C |
| Plano | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 4,064.03 | | GENISUS HEALTH SYS | | | | $ 4,314.05 | $ 17,256.15 | $ 17,256.15 | $ 8,878.07 | U&C |
| Plano | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 15,381.44 | | GENISUS HEALTH SYS | | | | $ 10,499.86 | $ 51,762.59 | $ 51,762.59 | $ 25,881.29 | U&C |
| Mid-Cities | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 607.41 | | CARDONE | | | | $ 760.31 | $ 17,915.89 | $ 17,915.89 | $ 16,548.17 | U&C |
| Craig Ranch | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ - | | ALMOBASE | | | | $ 2,466.14 | $ 23,421.44 | $ 23,421.44 | $ 20,955.30 | U&C |
| Mid-Cities | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ - | | DRAEGER INTERLOCK | | | | $ 852.11 | $ 17,042.29 | $ 5,112.69 | $ 4,260.57 | |
| Landmark | | REDACTED | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 1,540.16 | REDACTED | | REDACTED | | | $ 1,947.22 | $ 38,944.32 | $ 11,683.30 | $ 8,195.92 | |
| Beaumont | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ - | | MOORE SUPPLY | | | | $ 121.45 | $ 2,429.00 | $ 728.70 | $ 607.25 | |
| Beaumont | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ - | | | | | | $ 154.95 | $ 3,099.00 | $ 929.70 | $ 774.75 | |
| Beaumont | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ - | | HAJOCA | | | | $ 55.80 | $ 1,116.00 | $ 334.80 | $ 279.00 | |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Payer Claim ID 2 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beaumont | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 254.00 | | HAJOCA | | | | $ 131.79 | $ 2,635.77 | $ 790.73 | $ 404.94 | |
| Beaumont | | | | | Independence Health Group, Inc., including its subsidiaries Independence Blue Cross, Independence Administrators, and QCC Insurance Company | $ 301.00 | | HAJOCA | | | | $ 137.75 | $ 2,754.97 | $ 826.49 | $ 387.74 | |