**Blue Cross & Blue Shield of Rhode Island**

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Blue Cross & Blue Shield of Rhode Island** | $ 457,859.23 | $ 158,516.06 | $ 100,040.80 | $ 45,326.46 | $ 13,148.80 | 13 |
| U&C | $ 30,226.13 | $ 30,226.13 | $ 28,300.11 | $ 1,140.89 | $ 785.13 | 2 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | REDACTED | REDACTED | | | Blue Cross & Blue Shield of Rhode Island | $ 1,913.78 | REDACTED | | REDACTED | REDACTED | $ - | $ 17,220.49 | $ 5,166.15 | $ 3,252.37 | Blank |
| Plano | | | | | Blue Cross & Blue Shield of Rhode Island | $ 12,714.28 | | | | | $ - | $ 73,173.40 | $ 21,952.02 | $ 9,237.74 | Blank |
| Plano | | | | | Blue Cross & Blue Shield of Rhode Island | $ 12,622.50 | | | | | $ 91.78 | $ 56,257.99 | $ 16,877.40 | $ 4,163.12 | Blank |
| Innova / Southcross | | | | | Blue Cross & Blue Shield of Rhode Island | $ 5,330.10 | | AMWINS GROUP | | | $ 1,832.49 | $ 78,283.29 | $ 23,484.99 | $ 16,322.40 | Blank |
| Mid-Cities | | | | | Blue Cross & Blue Shield of Rhode Island | $ 4,883.52 | | WESTIN DFW | | | $ 5,255.56 | $ 96,863.08 | $ 29,058.92 | $ 18,919.84 | Other |
| Mid-Cities | | | | | Blue Cross & Blue Shield of Rhode Island | $ 2,571.81 | | AMNINS GRP | | | $ 1,142.92 | $ 28,360.21 | $ 8,508.06 | $ 4,793.33 | Other |
| Landmark | | | | | Blue Cross & Blue Shield of Rhode Island | $ 412.93 | | FGX INTERNATIONAL INC | | | $ 466.86 | $ 15,562.08 | $ 4,668.62 | $ 3,788.83 | Other |
| Landmark | | | | | Blue Cross & Blue Shield of Rhode Island | $ 2,870.40 | | AMWINS GROUP | | | $ 1,217.53 | $ 33,528.81 | $ 10,058.64 | $ 5,970.71 | Other |
| East Houston | | | | | Blue Cross & Blue Shield of Rhode Island | $ - | | ACS | | | $ 1,463.55 | $ 10,524.15 | $ 3,157.25 | $ 1,693.70 | Other |
| Innova / Southcross | REDACTED | | | | Blue Cross & Blue Shield of Rhode Island | $ 563.75 | REDACTED | FGX INTERNATIONAL | | REDACTED | $ 140.86 | $ 15,064.18 | $ 15,064.18 | $ 14,359.57 | U&C |
| Craig Ranch | | | | | Blue Cross & Blue Shield of Rhode Island | $ 577.14 | | AMWINS GROUP LLC | | | $ 644.27 | $ 15,161.95 | $ 15,161.95 | $ 13,940.54 | U&C |
| Plano | | | | | Blue Cross & Blue Shield of Rhode Island | $ 866.25 | | AMWINS GROUP LLC | | | $ 874.23 | $ 17,484.60 | $ 5,245.38 | $ 3,504.90 | |
| Beaumont | | | | | Blue Cross & Blue Shield of Rhode Island | $ - | | | | | $ 18.75 | $ 375.00 | $ 112.50 | $ 93.75 | |