| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Blue Cross and Blue Shield of South Carolina** | $ 1,720,722.08 | $ 605,333.52 | $ 320,999.79 | $ 190,471.70 | $ 93,862.03 | 24 |
| R&C | $ 43,926.23 | $ 24,598.69 | $ 17,667.56 | $ 2,621.35 | $ 4,309.78 | 2 |
| U&C | $ 112,758.21 | $ 112,758.21 | $ 79,352.83 | $ 14,372.35 | $ 19,033.03 | 4 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Payer Claim ID 2 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | REDACTED | REDACTED | | | Blue Cross and Blue Shield of South Carolina | $ - | REDACTED | SONEPAR MGMT | REDACTED | | | $ 1,178.38 | $ 19,595.11 | $ 5,878.53 | $ 4,700.15 | Blank |
| Plano | | | | | Blue Cross and Blue Shield of South Carolina | $ - | | SONEPAR MGMT | | | | $ 1,180.20 | $ 16,939.40 | $ 5,081.82 | $ 3,901.62 | Blank |
| Plano | | | | | Blue Cross and Blue Shield of South Carolina | $ 85,433.94 | | HILEX POLY | | | | $ 2,562.18 | $ 304,104.38 | $ 91,231.31 | $ 3,235.19 | Blank |
| Landmark | | | | | Blue Cross and Blue Shield of South Carolina | $ 2,916.32 | | SOUTHERN TANK TRA | | | | $ 3,916.28 | $ 61,241.30 | $ 18,372.39 | $ 11,539.79 | Blank |
| Innova / Southcross | | | | | Blue Cross and Blue Shield of South Carolina | $ 55,524.96 | | SECURITY GROUP INC | | | | $ 30,420.89 | $ 507,014.77 | $ 152,104.43 | $ 66,158.58 | Blank |
| Beaumont | | | | | Blue Cross and Blue Shield of South Carolina | $ - | | SONEPAR MGMT | | | | $ - | $ 97,569.21 | $ 29,270.76 | $ 29,270.76 | Blank |
| Beaumont | | | | | Blue Cross and Blue Shield of South Carolina | $ 3,253.65 | | SECURITY FINANCE | | | | $ 5,228.07 | $ 87,134.42 | $ 26,140.33 | $ 17,658.61 | Blank |
| Beaumont | | | | | Blue Cross and Blue Shield of South Carolina | $ 932.37 | | SONPAR MANAGEMENT US II | | | | $ 1,061.87 | $ 17,697.76 | $ 5,309.33 | $ 3,315.09 | Blank |
| Mid-Cities | REDACTED | REDACTED | | | Blue Cross and Blue Shield of South Carolina | $ 831.42 | REDACTED | SECURITY GROUP INC | REDACTED | | | $ 1,054.26 | $ 16,691.71 | $ 5,007.51 | $ 3,121.83 | Other |
| Innova / Southcross | | | | | Blue Cross and Blue Shield of South Carolina | $ 1,134.80 | | SOUTHERN TANK | | | | $ 486.29 | $ 16,028.56 | $ 4,808.57 | $ 3,187.48 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of South Carolina | $ 6,300.47 | | STATE HEALTH PLAN | | | | $ 4,290.17 | $ 69,177.15 | $ 20,753.15 | $ 10,162.51 | Other |
| Beaumont | | | | | Blue Cross and Blue Shield of South Carolina | $ 905.68 | | SECURITY GROUP INC | | | | $ 1,103.70 | $ 24,693.38 | $ 6,173.35 | $ 4,163.97 | Other |
| Beaumont | | | | | Blue Cross and Blue Shield of South Carolina | $ - | | SONEPAR MANAGEMENT | | | | $ 1,676.69 | $ 18,977.76 | $ 5,693.33 | $ 4,016.64 | Other |
| Beaumont | | | | | Blue Cross and Blue Shield of South Carolina | $ 1,376.23 | | SONEPAR MGMT | | | | $ 2,616.70 | $ 43,611.65 | $ 13,083.50 | $ 9,090.57 | Other |
| Beaumont | | | | | Blue Cross and Blue Shield of South Carolina | $ 5,790.88 | | SONEPAR MGMT | | | | $ 10,388.79 | $ 173,146.43 | $ 51,943.93 | $ 35,764.26 | Other |
| Beaumont | REDACTED | REDACTED | | | Blue Cross and Blue Shield of South Carolina | $ 1,771.12 | REDACTED | SONPAR MANAGEMENT US II | REDACTED | | | $ 1,055.12 | $ 17,585.29 | $ 5,275.59 | $ 2,449.35 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of South Carolina | $ - | | HILEX POLY | | | | $ 1,562.32 | $ 20,699.76 | $ 11,591.87 | $ 10,029.55 | R&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of South Carolina | $ 2,621.35 | | CONSOLIDATED SYST | | | | $ 2,747.46 | $ 23,226.47 | $ 13,006.82 | $ 7,638.01 | R&C |
| Mid-Cities | | | | | Blue Cross and Blue Shield of South Carolina | $ 4,260.20 | | EAF | | | | $ 3,270.31 | $ 54,505.09 | $ 54,505.09 | $ 46,974.58 | U&C |
| Landmark | | | | | Blue Cross and Blue Shield of South Carolina | $ 3,835.74 | | | | | | $ 5,985.68 | $ 16,646.48 | $ 16,646.48 | $ 6,825.06 | U&C |
| Innova / Southcross | | | | | Blue Cross and Blue Shield of South Carolina | $ 6,276.41 | | | | | | $ 6,426.36 | $ 21,530.12 | $ 21,530.12 | $ 8,827.35 | U&C |
| Craig Ranch | REDACTED | REDACTED | | | Blue Cross and Blue Shield of South Carolina | $ - | REDACTED | PALMETTO HEALTH | REDACTED | | | $ 3,350.68 | $ 20,076.52 | $ 20,076.52 | $ 16,725.84 | U&C |
| Mid-Cities | | | | | Blue Cross and Blue Shield of South Carolina | $ 7,038.90 | | PORTER WARNER | | | | $ - | $ 26,836.17 | $ 8,050.85 | $ 1,011.95 | Unknown |
| Beaumont | | | | | Blue Cross and Blue Shield of South Carolina | $ 267.26 | | Sonepoar Management US IN | | | | $ 2,299.66 | $ 45,993.19 | $ 13,797.96 | $ 11,231.04 | |