| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Regence BlueCross BlueShield of Utah** | $ 319,291.97 | $ 127,642.12 | $ 87,781.79 | $ 33,977.75 | $ 5,882.58 | 10 |
| U&C | $ 45,506.47 | $ 45,506.47 | $ 37,175.23 | $ 7,790.44 | $ 540.80 | 2 |

Regence BlueCross BlueShield of Utah

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Payer Claim ID 2 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | REDACTED | | | Regence BlueCross BlueShield of Utah | $ 893.15 | REDACTED | REGIONS | REDACTED | | REDACTED | $ 382.71 | $ 16,845.49 | $ 5,053.65 | $ 3,777.79 | Other |
| Plano | | | | | Regence BlueCross BlueShield of Utah | $ 9,362.15 | | REGIONS | | | | $ 3,352.13 | $ 83,801.30 | $ 25,140.39 | $ 12,426.11 | Other |
| Mid-Cities | | | | | Regence BlueCross BlueShield of Utah | $ 1,356.20 | | WEIR GRP | | | | $ - | $ 17,218.67 | $ 5,165.60 | $ 3,809.40 | Other |
| Mid-Cities | | | | | Regence BlueCross BlueShield of Utah | $ 2,090.00 | | WEIR GRP | | | | $ 1,127.68 | $ 24,913.31 | $ 7,473.99 | $ 4,256.31 | Other |
| Landmark | | | | | Regence BlueCross BlueShield of Utah | $ 12,373.47 | | WEIR GRP | | | | $ - | $ 117,193.51 | $ 35,158.05 | $ 22,784.58 | Other |
| East Houston | | | | | Regence BlueCross BlueShield of Utah | $ 112.34 | | WEIR GRP | | | | $ 317.10 | $ 10,569.98 | $ 3,170.99 | $ 2,741.55 | Other |
| Landmark | | REDACTED | | | Regence BlueCross BlueShield of Utah | $ 811.42 | REDACTED | LUMENIS INC. | REDACTED | | | $ 540.80 | $ 24,334.48 | $ 24,334.48 | $ 22,982.26 | U&C |
| Landmark | | | | | Regence BlueCross BlueShield of Utah | $ 6,979.02 | | LUMENIS INC. | | | | $ - | $ 21,171.99 | $ 21,171.99 | $ 14,192.97 | U&C |
| Beaumont | | | | | Regence BlueCross BlueShield of Utah | $ - | | | | | | $ 41.94 | $ 838.80 | $ 251.64 | $ 209.70 | |
| Beaumont | | | | | Regence BlueCross BlueShield of Utah | $ - | | | | | | $ 120.22 | $ 2,404.44 | $ 721.33 | $ 601.11 | |