Regence BlueShield, also doing business as Regence Group Administrators

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| Regence BlueShield, also doing business as Regence Group Administrators | $ 713,108.15 | $ 213,932.45 | $ 164,657.33 | $ 29,486.09 | $ 19,789.03 | 7 |

No R&C or U&C

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Innova / Southcross | REDACTED | REDACTED | | | Regence BlueShield, also doing business as Regence Group Administrators | $ 698.54 | REDACTED | WASHINGTON STATE | REDACTED | | $ 465.61 | $ 16,069.45 | $ 4,820.84 | $ 3,656.69 | Blank |
| Plano | | | | | Regence BlueShield, also doing business as Regence Group Administrators | $ 1,650.99 | | KIRKLAND SHARED S | | | $ 1,142.04 | $ 17,488.44 | $ 5,246.53 | $ 2,453.50 | Other |
| Innova / Southcross | | | | | Regence BlueShield, also doing business as Regence Group Administrators | $ 24,206.54 | | HEALTHCARE AUTHO | | | $ 16,137.58 | $ 636,973.61 | $ 191,092.08 | $ 150,747.96 | Other |
| Innova / Southcross | | | | | Regence BlueShield, also doing business as Regence Group Administrators | $ 878.63 | | WASHINGTON STATE | | | $ 585.69 | $ 16,060.08 | $ 4,818.02 | $ 3,353.70 | Other |
| Innova / Southcross | | | | | Regence BlueShield, also doing business as Regence Group Administrators | $ 1,407.96 | | WASHINGTON STATE | | | $ 938.58 | $ 16,126.04 | $ 4,837.81 | $ 2,491.27 | Other |
| Landmark | | REDACTED | | | Regence BlueShield, also doing business as Regence Group Administrators | $ - | REDACTED | SUNSHINE RETIREME | REDACTED | | $ 4.79 | $ 95.78 | $ 28.73 | $ 23.95 | |
| Landmark | | | | | Regence BlueShield, also doing business as Regence Group Administrators | $ 643.43 | | HOLIDAY RETIREMEN | | | $ 514.74 | $ 10,294.75 | $ 3,088.43 | $ 1,930.26 | |