| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Premera Blue Cross** | **$ 1,389,186.00** | **$ 480,867.88** | **$ 289,923.56** | **$ 141,674.86** | **$ 49,269.46** | **36** |
| R&C | $ 28,554.24 | $ 12,426.76 | $ 9,709.50 | $ 1,374.94 | $ 1,342.32 | 2 |
| U&C | $ 391,565.49 | $ 177,721.24 | $ 130,088.37 | $ 33,597.63 | $ 14,035.24 | 6 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | REDACTED | | | Premera Blue Cross | $ 737.10 | REDACTED | MICROSOFT | REDACTED | | $ 315.80 | $ 22,724.61 | $ 6,817.38 | $ 5,764.48 | Blank |
| Plano | | | | | Premera Blue Cross | $ - | | MICROSOFT | | | $ 1,479.13 | $ 16,640.18 | $ 4,992.05 | $ 3,512.92 | Blank |
| East Houston | | | | | Premera Blue Cross | $ 7,114.42 | | | | | $ 1,735.36 | $ 36,083.19 | $ 10,824.96 | $ 1,975.18 | Blank |
| Plano | | | | | Premera Blue Cross | $ - | | UNIVAR | | | $ 1,247.23 | $ 17,482.76 | $ 5,244.83 | $ 3,997.60 | Other |
| Plano | | | | | Premera Blue Cross | $ 580.83 | | EXPEDIA | | | $ 848.90 | $ 18,217.75 | $ 5,465.33 | $ 4,035.60 | Other |
| Plano | | | | | Premera Blue Cross | $ 309.33 | | STARBUCKS | | | $ 1,120.40 | $ 17,445.86 | $ 5,233.76 | $ 3,804.03 | Other |
| Plano | | | | | Premera Blue Cross | $ 1,895.16 | | MILLIMAN INC | | | $ 1,398.06 | $ 38,666.62 | $ 11,599.99 | $ 8,306.77 | Other |
| Plano | | | | | Premera Blue Cross | $ 1,327.89 | | UNIVAR USA INC | | | $ - | $ 14,676.44 | $ 4,402.93 | $ 3,075.04 | Other |
| Plano | | | | | Premera Blue Cross | $ 1,051.14 | | CLEARWATER PAPER | | | $ 700.70 | $ 14,937.40 | $ 4,481.22 | $ 2,729.38 | Other |
| Plano | | | | | Premera Blue Cross | $ 44,202.15 | | COINSTAR | | | $ 1,898.78 | $ 309,675.59 | $ 92,902.68 | $ 46,801.75 | Other |
| Plano | | | | | Premera Blue Cross | $ 774.19 | | VISTA GROUP | | | $ 774.25 | $ 9,931.25 | $ 2,979.38 | $ 1,430.94 | Other |
| Plano | | | | | Premera Blue Cross | $ 5,142.17 | | COLLIERIS INTERNATI | | | $ 5,800.24 | $ 68,949.18 | $ 20,684.75 | $ 9,742.34 | Other |
| Plano | | | | | Premera Blue Cross | $ 1,596.59 | | MILLIMAN INC | | | $ 1,383.42 | $ 16,670.48 | $ 5,001.14 | $ 2,021.13 | Other |
| Plano | | | | | Premera Blue Cross | $ 7,961.32 | | MICROSOFT | | | $ 812.93 | $ 48,401.25 | $ 14,520.38 | $ 5,746.13 | Other |
| Mid-Cities | | | | | Premera Blue Cross | $ 177.79 | | MICROSOFT | | | $ 76.11 | $ 17,827.76 | $ 5,348.33 | $ 5,094.43 | Other |
| Mid-Cities | | | | | Premera Blue Cross | $ 944.00 | | AMAZON | | | $ 383.49 | $ 14,141.01 | $ 4,242.30 | $ 2,914.81 | Other |
| Mid-Cities | | | | | Premera Blue Cross | $ 2,712.20 | | AMAZON | | | $ 1,168.45 | $ 35,374.95 | $ 10,612.49 | $ 6,731.84 | Other |
| Mid-Cities | | | | | Premera Blue Cross | $ 1,338.55 | | MICROSOFT | | | $ 1,674.39 | $ 22,038.38 | $ 6,611.51 | $ 3,598.57 | Other |
| Mid-Cities | | | | | Premera Blue Cross | $ 2,047.53 | | MICROSOFT | | | $ 768.59 | $ 20,430.64 | $ 6,129.19 | $ 3,313.07 | Other |
| Mid-Cities | | REDACTED | | | Premera Blue Cross | $ 239.85 | REDACTED | ECOVA INC | REDACTED | | $ 3,239.84 | $ 22,932.57 | $ 6,879.77 | $ 3,400.08 | Other |
| Mid-Cities | | | | | Premera Blue Cross | $ 1,209.81 | | | | | $ 518.43 | $ 10,756.95 | $ 3,227.09 | $ 1,498.85 | Other |
| Mid-Cities | | | | | Premera Blue Cross | $ 1,908.99 | | MICROSOFT | | | $ 4,235.11 | $ 37,582.47 | $ 11,274.74 | $ 5,130.64 | Other |
| Mid-Cities | | | | | Premera Blue Cross | $ 20,878.41 | | MICROSOFT | | | $ 1,142.14 | $ 114,076.04 | $ 34,222.81 | $ 12,202.26 | Other |
| Mid-Cities | | | | | Premera Blue Cross | $ 1,374.94 | | AMAZON | | | $ - | $ 13,706.21 | $ 4,111.86 | $ 2,736.92 | R&C |
| Craig Ranch | | | | | Premera Blue Cross | $ - | | MICROSOFT | | | $ 1,342.32 | $ 14,848.03 | $ 8,314.90 | $ 6,972.58 | R&C |
| Mid-Cities | | | | | Premera Blue Cross | $ - | | CTS TECHNICAL SER | | | $ 1,728.24 | $ 10,041.13 | $ 3,012.34 | $ 1,284.10 | U&C |
| Mid-Cities | | | | | Premera Blue Cross | $ 18,419.90 | | AMAZON & SUBSIDIA | | | $ 3,330.41 | $ 83,345.14 | $ 25,003.54 | $ 3,253.23 | U&C |
| Landmark | | | | | Premera Blue Cross | $ 8,901.58 | | AMAZON & SUBSIDIA | | | $ 3,471.89 | $ 212,105.52 | $ 63,631.66 | $ 51,258.19 | U&C |
| Craig Ranch | | | | | Premera Blue Cross | $ 291.23 | | ECOVA INC | | | $ 124.72 | $ 28,499.28 | $ 28,499.28 | $ 28,083.33 | U&C |
| Craig Ranch | | | | | Premera Blue Cross | $ 2,584.12 | | EXPEDIA, INC | | | $ 1,221.53 | $ 23,803.94 | $ 23,803.94 | $ 19,998.29 | U&C |
| Craig Ranch | | | | | Premera Blue Cross | $ 3,400.80 | | MICROSOFT | | | $ 4,158.45 | $ 33,770.48 | $ 33,770.48 | $ 26,211.23 | U&C |
| Mid-Cities | | | | | Premera Blue Cross | $ 1,876.18 | | PROVIDENCE | | | $ 714.59 | $ 14,291.85 | $ 4,287.56 | $ 1,696.78 | |
| Beaumont | | | | | Premera Blue Cross | $ - | | CARRIX, INC | | | $ 46.50 | $ 930.00 | $ 279.00 | $ 232.50 | |
| Beaumont | | | | | Premera Blue Cross | $ - | | CARRIX, INC | | | $ 109.80 | $ 2,196.00 | $ 658.80 | $ 549.00 | |
| Beaumont | | | | | Premera Blue Cross | $ 73.67 | | STARBUCKS | | | $ 88.75 | $ 1,775.00 | $ 532.50 | $ 370.08 | |
| Beaumont | | | | | Premera Blue Cross | $ 603.02 | | STARBUCKS | | | $ 210.50 | $ 4,210.09 | $ 1,263.03 | $ 449.50 | |