| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Premera Blue Cross and Blue Shield of Alaska** | **$ 276,303.28** | **$ 276,303.28** | **$ 158,829.36** | **$ 66,477.61** | **$ 50,996.31** | **4** |
| U&C | $ 276,303.28 | $ 276,303.28 | $ 158,829.36 | $ 66,477.61 | $ 50,996.31 | 4 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | REDACTED | | | Premera Blue Cross and Blue Shield of Alaska | $ 956.92 | REDACTED | NANA WHORLEY PAR | REDACTED | | $ 956.86 | $ 17,096.73 | $ 17,096.73 | $ 15,182.95 | U&C |
| Plano | | | | | Premera Blue Cross and Blue Shield of Alaska | $ 8,476.42 | | NANA WHORLEY PAR | | | $ 8,476.26 | $ 46,353.55 | $ 46,353.55 | $ 29,400.87 | U&C |
| Plano | | | | | Premera Blue Cross and Blue Shield of Alaska | $ 10,650.56 | | NANA WHORLEY PAR | | | $ 10,634.08 | $ 54,720.43 | $ 54,720.43 | $ 33,435.79 | U&C |
| Innova / Southcross | | | | | Premera Blue Cross and Blue Shield of Alaska | $ 46,393.71 | | BROOKS RANGE CON | | | $ 30,929.11 | $ 158,132.57 | $ 158,132.57 | $ 80,809.75 | U&C |