Highmark West Virginia Inc.

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Highmark West Virginia Inc.** | $ 169,833.42 | $ 42,458.36 | $ 3,917.05 | $ 38,541.31 | $ - | 1 |

No R&C or U&C

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mid-Cities | | REDACTED | | | Highmark West Virginia Inc. | $ 38,541.31 | REDACTED | APUS | REDACTED | REDACTED | $ - | $ 169,833.42 | $ 42,458.36 | $ 3,917.05 | Other |