**Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield Connecticut**

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield Connecticut | $ 316,750.31 | $ 243,758.06 | $ 166,937.51 | $ 49,151.39 | $ 27,669.16 | 10 |
| R&C | $ 131,685.74 | $ 72,616.37 | $ 44,552.79 | $ 19,238.79 | $ 8,824.79 | 3 |
| U&C | $ 165,174.74 | $ 165,174.74 | $ 117,412.26 | $ 29,912.60 | $ 17,849.88 | 6 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mid-Cities | | REDACTED | | | Blue Cross of California d/b/a Anthem Blue Cross | $ 354.52 | REDACTED | CANNOT DISCLOSE | REDACTED | | $ 354.51 | $ 19,762.26 | $ 5,928.68 | $ 5,219.65 | Other |
| Plano | | | | | Blue Cross of California d/b/a Anthem Blue Cross | $ 664.20 | | ANDREWS INTNL | | | $ 765.53 | $ 17,490.60 | $ 10,494.36 | $ 9,064.63 | R&C |
| Plano | | | | | Blue Cross of California d/b/a Anthem Blue Cross | $ 1,593.76 | | CIBA INS SERVICES | | | $ 2,062.50 | $ 34,648.51 | $ 20,789.11 | $ 17,132.85 | R&C |
| Mid-Cities | | | | | Blue Cross of California d/b/a Anthem Blue Cross | $ 12,696.61 | | ADVANTAGE SALES | | | $ 7,435.87 | $ 148,717.37 | $ 44,615.21 | $ 24,482.73 | |
| Beaumont | | | | | Blue Cross of California d/b/a Anthem Blue Cross | $ - | | Andrews International | | | $ 18.75 | $ 375.00 | $ 112.50 | $ 93.75 | |
| Beaumont | | | | | Blue Cross of California d/b/a Anthem Blue Cross | $ - | | | | | $ 225.67 | $ 4,513.32 | $ 1,354.00 | $ 1,128.33 | |