Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California
Summary

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California** | **$ 6,123,367.36** | **$ 3,509,174.33** | **$ 2,454,684.31** | **$ 748,699.09** | **$ 305,790.93** | **136** |
| **Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California** | **$ 4,521,350.46** | **$ 3,032,388.49** | **$ 2,213,814.19** | **$ 590,840.99** | **$ 227,733.32** | **99** |
| R&C | $ 3,698,652.60 | $ 2,209,690.63 | $ 1,575,934.04 | $ 469,027.11 | $ 164,729.48 | 82 |
| U&C | $ 822,697.86 | $ 822,697.86 | $ 637,880.14 | $ 121,813.88 | $ 63,003.84 | 17 |

**Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California**
Detail

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beaumont | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 605.42 | | FIRETROL | | | $ 686.36 | $ 22,878.67 | $ 6,863.60 | $ 5,571.82 | Blank |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 2,584.09 | | C&C JEWELRY | | | $ 4,585.33 | $ 36,821.64 | $ 11,046.49 | $ 3,877.07 | Blank |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 2,815.77 | | YARDI SYSTEMS | | | $ 1,206.64 | $ 30,743.84 | $ 9,223.15 | $ 5,200.74 | Blank |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 1,873.44 | | HYUNDAI MOTOR AMERICA | | | $ 1,998.86 | $ 23,412.96 | $ 7,023.89 | $ 3,151.59 | Blank |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 3,755.24 | | FEDEX | | | $ 2,459.39 | $ 24,479.45 | $ 7,343.84 | $ 1,129.21 | Blank |
| East Houston | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 2,021.53 | | UNITED RENTALS INC | | | $ 2,021.43 | $ 44,728.13 | $ 13,418.44 | $ 9,375.48 | Blank |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 1,789.71 | | TRADER JOE'S CO | | | $ - | $ 13,949.79 | $ 4,184.94 | $ 2,395.23 | Blank |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 2,721.59 | | COBMHAM | | | $ 6,194.00 | $ 37,065.75 | $ 11,119.73 | $ 2,204.14 | Blank |
| East Houston | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 1,157.53 | | | | | $ 897.93 | $ 17,958.50 | $ 5,387.55 | $ 3,332.10 | Blank |
| Beaumont | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ - | | Secure Care Securities | | | $ 47.38 | $ 947.58 | $ 284.27 | $ 236.90 | Blank |
| Beaumont | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 997.06 | | Secure Care Securities | | | $ 2,594.40 | $ 51,888.04 | $ 15,566.41 | $ 11,974.95 | Blank |
| Beaumont | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 821.82 | | UNITED RENTALS INC | | | $ 929.55 | $ 18,590.99 | $ 5,577.30 | $ 3,825.93 | Blank |
| Beaumont | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 3,352.74 | | FIRETROL PROTECTION SYSTEMS | | | $ 2,222.24 | $ 44,444.80 | $ 13,333.44 | $ 7,758.46 | Blank |
| Beaumont | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 354.25 | | UNITED RENTALS INC | | | $ 164.80 | $ 3,296.00 | $ 988.80 | $ 469.75 | Blank |
| Beaumont | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 10,935.18 | | BRANCH OFFICE ADMINISTRATORS | | | $ 4,281.48 | $ 85,629.67 | $ 25,688.90 | $ 10,472.24 | Blank |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ - | | FEDEX | | | $ - | $ 16,552.60 | $ 4,965.78 | $ 4,965.78 | Other |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 350.00 | | PARTS CHANEL | | | $ 698.62 | $ 14,008.20 | $ 4,202.46 | $ 3,153.84 | Other |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 1,000.84 | | HYUNDAI CAPITAL CA | | | $ 428.89 | $ 17,490.75 | $ 5,247.23 | $ 3,817.50 | Other |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 475.87 | | INOGEN INC | | | $ 953.86 | $ 13,353.60 | $ 4,006.08 | $ 2,576.35 | Other |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 1,370.35 | | MULLIN TBG | | | $ 587.20 | $ 16,885.21 | $ 5,065.56 | $ 3,108.01 | Other |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 823.32 | | EXPERIAN | | | $ 929.99 | $ 14,447.96 | $ 4,334.39 | $ 2,581.08 | Other |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 5,441.69 | | FINIFER CORP | | | $ 3,627.66 | $ 53,022.52 | $ 15,906.76 | $ 6,837.41 | Other |

**Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California**
Detail

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $  4,792.26 | | branch office administrator | | | $  1,333.88 | $  30,905.45 | $  9,271.64 | $  3,145.50 | Other |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $  20,396.16 | | NORTHROP GRUMMAN | | | $  1,156.62 | $  91,975.67 | $  27,592.70 | $  6,039.92 | Other |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $  2,134.07 | | PARTS CHANEL | | | $  500.00 | $  24,125.90 | $  6,031.48 | $  3,397.41 | Other |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $  712.13 | | EXCEL GARDEN PROD | | | $  1,324.64 | $  16,191.93 | $  4,857.58 | $  2,820.81 | Other |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $  6,754.13 | | AMERICAN SPECIALT | | | $  4,502.61 | $  51,104.68 | $  15,331.40 | $  4,074.66 | Other |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $  6,540.08 | | FEDEX | | | $  5,130.80 | $  50,180.63 | $  15,054.19 | $  3,383.31 | Other |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $  6,647.04 | | UNITED RENTALS INC | | | $  6,646.94 | $  53,958.25 | $  16,187.48 | $  2,893.50 | Other |
| Landmark | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $  9,681.99 | | CAL PERS | | | $  6,454.56 | $  138,887.75 | $  41,666.33 | $  25,529.78 | Other |
| Innova / Southcross | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $  15,967.03 | | CHRISTIE DIGITAL SYSTEMS | | | $  3,847.01 | $  116,762.68 | $  35,028.80 | $  15,214.76 | Other |
| East Houston | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $  - | | FEDEX | | | $  - | $  52,258.65 | $  13,064.66 | $  13,064.66 | Other |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $  720.43 | | CALPRES | | | $  487.84 | $  14,836.19 | $  4,450.86 | $  3,242.59 | Other |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $  15,143.72 | | TRADER JOE'S CO | | | $  - | $  96,608.03 | $  28,982.41 | $  13,838.69 | Other |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $  7,466.48 | | CALPERS | | | $  4,977.55 | $  62,652.17 | $  18,795.65 | $  6,351.62 | Other |
| Beaumont | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $  847.96 | | FEDEX | | | $  2,715.28 | $  14,101.52 | $  8,460.91 | $  4,897.67 | R&C |
| Beaumont | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $  2,682.01 | | FEDEXFREIGHT | | | $  526.22 | $  17,540.55 | $  10,524.33 | $  7,316.10 | R&C |
| Beaumont | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $  3,846.77 | | SEMPRA ENERGY | | | $  383.88 | $  23,513.11 | $  14,107.87 | $  9,877.22 | R&C |
| Beaumont | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $  5,315.64 | | RECOMMIND  INC | | | $  2,277.93 | $  43,202.25 | $  25,921.35 | $  18,327.78 | R&C |
| Beaumont | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $  14,229.88 | | OCCIDENTAL PETROLEUM | | | $  878.78 | $  112,590.36 | $  67,554.22 | $  52,445.56 | R&C |
| Beaumont | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $  2,344.53 | | SEMPRA ENERGY | | | $  786.12 | $  25,832.65 | $  15,499.59 | $  12,368.94 | R&C |
| Beaumont | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $  575.51 | | FIRETROL PROTECTION SYSTEMS | | | $  983.63 | $  14,001.15 | $  8,400.69 | $  6,841.55 | R&C |
| Beaumont | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $  935.51 | | FIRETROL PROTECTION SYSTEMS | | | $  623.63 | $  14,159.47 | $  8,495.68 | $  6,936.54 | R&C |
| Beaumont | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $  844.14 | | UNITED RENTALS INC | | | $  844.09 | $  18,562.99 | $  11,137.79 | $  9,449.56 | R&C |

**Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California**
Detail

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beaumont | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 4,992.48 | | OCCIDENTAL PETROLEUM | | | $ 2,028.23 | $ 77,579.35 | $ 46,547.61 | $ 39,526.90 | R&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 2,363.05 | | PACIFIC DENTAL | | | $ 3,464.17 | $ 19,643.27 | $ 11,785.96 | $ 5,958.74 | R&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ - | | RSI HOME PRODUCTS | | | $ - | $ 86,295.18 | $ 51,777.11 | $ 51,777.11 | R&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 3,088.62 | | TELEPLAN HOLDING | | | $ - | $ 73,721.63 | $ 44,232.98 | $ 41,144.36 | R&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 326.51 | | EXCEL GARDEN PRODUC | | | $ 798.26 | $ 18,812.49 | $ 11,287.49 | $ 10,162.72 | R&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ - | | RESASON FOUNDATION | | | $ 1,275.86 | $ 16,743.91 | $ 10,046.35 | $ 8,770.49 | R&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 710.51 | | TELEPLAN HOLDING | | | $ 710.48 | $ 17,886.86 | $ 10,732.12 | $ 9,311.13 | R&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 252.64 | | | | | $ 1,168.35 | $ 17,455.86 | $ 10,473.52 | $ 9,052.53 | R&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ - | | EXPERIAN | | | $ 1,208.27 | $ 14,618.96 | $ 8,771.38 | $ 7,563.11 | R&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 279.54 | | NORTHROP GRUMMAN | | | $ 1,279.49 | $ 17,372.86 | $ 10,423.72 | $ 8,864.69 | R&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 843.88 | | INTUITIVE SURGICAL | | | $ 843.81 | $ 16,946.79 | $ 10,168.07 | $ 8,480.38 | R&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 652.86 | | BELKIN INTERNATIO | | | $ 1,035.17 | $ 14,825.28 | $ 8,895.17 | $ 7,207.14 | R&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 5,018.93 | | NAMCO BANDI | | | $ 2,150.84 | $ 60,124.26 | $ 36,074.56 | $ 28,904.79 | R&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 2,407.47 | | RIMINI ST | | | $ 2,354.82 | $ 38,676.16 | $ 23,205.70 | $ 18,443.41 | R&C |
| Plano | REDACTED | REDACTED | REDACTED | REDACTED | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 171.51 | REDACTED | CARE FINANCE CAPITAL | REDACTED | | $ 2,114.28 | $ 18,563.49 | $ 11,138.09 | $ 8,852.30 | R&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 389.67 | | REASON FOUNDATION | | | $ 1,362.17 | $ 14,218.93 | $ 8,531.36 | $ 6,779.52 | R&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 19,458.12 | | SUCCESS FACTORS INC. | | | $ 600.00 | $ 144,200.87 | $ 86,520.52 | $ 66,462.40 | R&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 19,904.81 | | FIRETROL PROTECTION SYSTEMS | | | $ - | $ 131,476.58 | $ 78,885.95 | $ 58,981.14 | R&C |
| Plano | REDACTED | REDACTED | REDACTED | REDACTED | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 11,583.18 | REDACTED | branch office administrator | REDACTED | | $ 230.67 | $ 62,888.16 | $ 37,732.90 | $ 25,919.05 | R&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 1,839.50 | | YARDI SYSTEMS INC | | | $ 788.26 | $ 13,875.28 | $ 8,325.17 | $ 5,697.41 | R&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 6,906.40 | | BCBS CLASSIC PPO | | | $ 2,959.60 | $ 38,360.64 | $ 23,016.38 | $ 13,150.38 | R&C |
| Plano | R | R | R | R | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 2,627.76 | R | PARTS CHANEL | R | | $ - | $ 9,773.48 | $ 5,864.09 | $ 3,236.33 | R&C |

Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California

Detail

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | REDACTED | REDACTED | REDACTED | REDACTED | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 1,633.92 | REDACTED | FEDEX | REDACTED | REDACTED | $ 1,089.28 | $ 8,941.76 | $ 5,365.06 | $ 2,641.86 | R&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 5,015.08 | | OCCIDENTAL PETROLEUM | | | $ 599.48 | $ 17,388.86 | $ 10,433.32 | $ 4,818.76 | R&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 4,932.64 | | Bio Rad Laboratories | | | $ 4,932.61 | $ 27,550.10 | $ 16,530.06 | $ 6,664.81 | R&C |
| Plano | REDACTED | REDACTED | REDACTED | REDACTED | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 6,392.11 | REDACTED | INTUITIVE SURGICA | REDACTED | | $ 6,392.01 | $ 32,508.23 | $ 19,504.94 | $ 6,720.82 | R&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 5,796.97 | | FEDEX | | | $ 3,284.39 | $ 20,731.61 | $ 12,438.97 | $ 3,357.61 | R&C |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 663.78 | | PACIFIC DENTAL | | | $ 663.71 | $ 14,103.09 | $ 8,461.85 | $ 7,134.36 | R&C |
| Mid-Cities | REDACTED | REDACTED | REDACTED | REDACTED | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 17,215.81 | REDACTED | PACIFIC DENTAL | REDACTED | | $ - | $ 72,716.48 | $ 43,629.89 | $ 26,414.08 | R&C |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 1,061.95 | | MOTION PICTURE INSURANCE | | | $ 1,061.95 | $ 57,596.42 | $ 34,557.85 | $ 32,433.95 | R&C |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 4,439.24 | | HEAT & CONTROL INC | | | $ 3,959.30 | $ 155,662.34 | $ 93,397.40 | $ 84,998.86 | R&C |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 940.00 | | NORTHROP GRUMMAN | | | $ - | $ 14,142.84 | $ 8,485.70 | $ 7,545.70 | R&C |
| Mid-Cities | REDACTED | REDACTED | REDACTED | REDACTED | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 733.56 | REDACTED | CENTRAL GARDEN AND PET | REDACTED | | $ 864.34 | $ 17,099.33 | $ 10,259.60 | $ 8,661.70 | R&C |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 4,588.16 | | ROBBINS BROS JEWE | | | $ 3,308.70 | $ 62,332.70 | $ 37,399.62 | $ 29,502.76 | R&C |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 10,181.13 | | NORTHROP GRUMMAN | | | $ 1,618.76 | $ 82,663.68 | $ 49,598.21 | $ 37,798.32 | R&C |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 15,531.98 | | CENTRAL GARDEN AND PET | | | $ 3,067.33 | $ 78,934.48 | $ 47,360.69 | $ 28,761.38 | R&C |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 5,532.43 | | FEDEX | | | $ 3,221.04 | $ 31,342.75 | $ 18,805.65 | $ 10,052.18 | R&C |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 3,411.22 | | FEDEX | | | $ 1,511.99 | $ 17,001.23 | $ 10,200.74 | $ 5,277.53 | R&C |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 19,282.52 | | FEDEX | | | $ 3,073.18 | $ 70,003.31 | $ 42,001.99 | $ 19,646.29 | R&C |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 1,419.82 | | FEDEX | | | $ 3,346.54 | $ 14,089.01 | $ 8,453.41 | $ 3,687.05 | R&C |
| Landmark | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 3,552.86 | | PACIFIC DENTAL | | | $ 3,552.86 | $ 72,502.52 | $ 43,501.51 | $ 36,395.79 | R&C |
| Landmark | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 738.70 | | AMERICAN FUNDS | | | $ 766.48 | $ 9,972.10 | $ 5,983.26 | $ 4,478.08 | R&C |
| Landmark | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 8,292.95 | | OCCIDENTAL PETROLEUM | | | $ 396.81 | $ 45,572.11 | $ 27,343.27 | $ 18,653.51 | R&C |
| Innova / Southcross | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 611.01 | | PACIFIC DENTAL | | | $ 610.96 | $ 33,940.44 | $ 20,364.26 | $ 19,142.29 | R&C |

Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California

Detail

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Innova / Southcross | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 2,889.27 | | PACIFIC DENTAL | | | $ 4,577.96 | $ 64,781.92 | $ 38,869.15 | $ 31,401.92 | R&C |
| Innova / Southcross | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 3,875.58 | | SECURITAS SECURITY | | | $ 4,583.63 | $ 100,519.49 | $ 60,311.69 | $ 51,852.48 | R&C |
| Innova / Southcross | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 1,313.49 | | FEDEX | | | $ 1,362.92 | $ 15,940.44 | $ 9,564.26 | $ 6,887.85 | R&C |
| East Houston | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 1,380.83 | | SECURITAS SECURITY | | | $ 2,177.87 | $ 33,211.76 | $ 18,598.59 | $ 15,039.89 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 27.09 | | NOVEMBER RESEARCH | | | $ 3,632.65 | $ 20,417.38 | $ 12,250.43 | $ 8,590.69 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ - | | AUTO CLUB ENTERPR | | | $ 1,182.70 | $ 16,399.47 | $ 9,839.68 | $ 8,656.98 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 728.11 | | KENNEDY WILSON HOLDINGS | | | $ 485.32 | $ 14,431.85 | $ 8,659.11 | $ 7,445.68 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 927.73 | | | | | $ 618.41 | $ 17,144.83 | $ 10,286.90 | $ 8,740.76 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 3,691.41 | | LOAN DEPOT, LLC | | | $ 3,824.61 | $ 83,144.04 | $ 49,886.42 | $ 42,370.40 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 1,555.00 | | FUJITSU | | | $ - | $ 13,639.79 | $ 8,183.87 | $ 6,628.87 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 124.36 | | NORTHROP GRUMMAN | | | $ 1,627.48 | $ 14,820.79 | $ 8,892.47 | $ 7,140.63 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 1,684.56 | | TRADER JOE'S CO | | | $ 105.15 | $ 14,018.79 | $ 8,411.27 | $ 6,621.56 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 894.86 | | TRADER JOE'S CO | | | $ 894.85 | $ 13,956.79 | $ 8,374.07 | $ 6,584.36 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 9,875.99 | | OCCIDENTAL PETROLEUM | | | $ 1,757.10 | $ 76,866.23 | $ 46,119.74 | $ 34,486.65 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 65,582.94 | | TRADER JOE'S CO | | | $ - | $ 394,751.60 | $ 236,830.96 | $ 171,268.02 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 1,159.65 | | TRADER JOE'S CO | | | $ 1,159.56 | $ 13,915.79 | $ 8,349.47 | $ 6,030.26 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 1,141.02 | | TRADER JOE'S CO | | | $ 1,170.77 | $ 13,653.79 | $ 8,192.27 | $ 5,880.48 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 1,839.50 | | ROBERT HALF | | | $ 788.26 | $ 14,011.63 | $ 8,406.98 | $ 5,779.22 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 2,399.31 | | ROBERT HALF | | | $ 1,804.48 | $ 21,755.69 | $ 12,183.19 | $ 7,979.40 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 2,740.88 | | EXPERIAN | | | $ 2,391.94 | $ 22,431.12 | $ 13,458.67 | $ 8,325.85 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 40,846.30 | | NORTHROP GRUMMAN | | | $ - | $ 162,041.13 | $ 90,743.03 | $ 49,896.73 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 27,069.03 | | FUJITSU | | | $ 646.80 | $ 96,030.89 | $ 57,618.53 | $ 29,902.70 | R&C |

**Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California**
Detail

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 4,596.60 | | SOURCE REFRIGERATION | | | $ 3,864.27 | $ 27,613.83 | $ 16,568.30 | $ 8,107.43 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 23,804.38 | | FEDEX | | | $ 15,051.98 | $ 125,433.18 | $ 75,259.91 | $ 36,403.55 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 8,458.33 | | EXPERIAN | | | $ 6,216.90 | $ 38,346.82 | $ 23,008.09 | $ 8,332.86 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 8,513.80 | | EXPERIAN | | | $ 6,175.83 | $ 37,283.47 | $ 22,370.08 | $ 7,680.45 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 6,940.42 | | AUTO CLUB ENTERPR | | | $ 2,974.44 | $ 23,926.24 | $ 14,355.74 | $ 4,440.88 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 4,000.52 | | FEDEX | | | $ 5,067.01 | $ 20,514.64 | $ 11,488.20 | $ 2,420.67 | R&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 3,558.92 | | FEDEX | | | $ 6,872.58 | $ 23,289.48 | $ 13,973.69 | $ 3,542.19 | R&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 57.11 | | CENTRAL GARDEN AND PET | | | $ 6.28 | $ 1,462.00 | $ 1,462.00 | $ 1,398.61 | U&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 9,326.41 | | TREND MICRO | | | $ 9,326.29 | $ 104,008.61 | $ 104,008.61 | $ 85,355.91 | U&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 6,235.42 | | CENTRAL GARDEN AND PET | | | $ 2,672.25 | $ 47,960.01 | $ 47,960.01 | $ 39,052.34 | U&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 2,330.77 | | NORTHROP GRUMMAN | | | $ 3,330.77 | $ 17,495.44 | $ 17,495.44 | $ 11,833.90 | U&C |
| Plano | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 10,662.87 | | INTUITIVE SURGICA | | | $ 10,662.73 | $ 36,607.50 | $ 36,607.50 | $ 15,281.90 | U&C |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 978.11 | | SUCCESS FACTORS INC | | | $ 706.73 | $ 23,557.57 | $ 23,557.57 | $ 21,872.73 | U&C |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 5,227.81 | | AECOM | | | $ 2,240.46 | $ 45,780.75 | $ 45,780.75 | $ 38,312.48 | U&C |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 12,526.81 | | FEDEX | | | $ 6,218.56 | $ 77,284.08 | $ 77,284.08 | $ 58,538.71 | U&C |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 37,753.67 | | TRAND MICRO | | | $ 16,180.05 | $ 214,182.74 | $ 214,182.74 | $ 160,249.02 | U&C |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 2,148.74 | | NORTHROP GRUMMAN | | | $ 3,148.74 | $ 17,039.33 | $ 17,039.33 | $ 11,741.85 | U&C |
| Mid-Cities | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 4,052.64 | | SAFEWAY INC | | | $ 2,701.76 | $ 19,701.97 | $ 19,701.97 | $ 12,947.57 | U&C |
| Landmark | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 325.51 | | EXPERIAN | | | $ 216.98 | $ 2,000.00 | $ 2,000.00 | $ 1,457.51 | U&C |
| Landmark | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 325.51 | | EXPERIAN | | | $ 216.98 | $ 2,000.00 | $ 2,000.00 | $ 1,457.51 | U&C |
| Innova / Southcross | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 1,372.88 | | EXPERIAN | | | $ 1,331.67 | $ 15,948.29 | $ 15,948.29 | $ 13,243.74 | U&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 1,541.19 | | NORTHROP GRUMMAN | | | $ - | $ 14,032.03 | $ 14,032.03 | $ 12,490.84 | U&C |

**Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California**

Detail

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 20,882.82 | | TECHNOLOGENT | | | $ - | $ 160,183.87 | $ 160,183.87 | $ 139,301.05 | U&C |
| Craig Ranch | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 6,065.61 | | GREEN HILLS SOFTW | | | $ 4,043.59 | $ 23,453.67 | $ 23,453.67 | $ 13,344.47 | U&C |
| Beaumont | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 3,018.59 | | FEDEX | | | $ 679.16 | $ 22,638.59 | $ 6,791.58 | $ 3,093.83 | Unknown |
| Landmark | | | | | Anthem Blue Cross Life and Health Insurance Company, also known as Blue Cross Blue Shield of California | $ 12,636.55 | | RED BULL | | | $ 3,500.00 | $ 176,333.68 | $ 52,900.10 | $ 36,763.55 | Unknown |