Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield of Colorado and also d/b/a Anthem Health Insurance Company of Nevada or Anthem

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield of Colorado and also d/b/a Anthem Health Insurance Company of Nevada or Anthem Blue Cross Blue Shield of Nevada** | $ 3,524,962.22 | $ 2,113,783.45 | $ 1,706,931.27 | $ 278,333.42 | $ 128,518.76 | 44 |
| R&C | $ 2,635,432.27 | $ 1,637,519.57 | $ 1,367,368.07 | $ 199,734.35 | $ 70,417.16 | 18 |
| U&C | $ 299,149.85 | $ 299,149.85 | $ 239,561.41 | $ 32,584.52 | $ 27,003.92 | 9 |

Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield of Colorado and also d/b/a Anthem Health Insurance Company of Nevada or Anthem Blue Cross Blue Shield of Nevada

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | REDACTED | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 772.83 | REDACTED | DCP MIDSTREAM LP | REDACTED | | $ 979.01 | $ 14,779.60 | $ 4,433.88 | $ 2,682.04 | Blank |
| Mid-Cities | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 7,020.48 | | UNION PACIFIC RAI | | | $ 10,530.72 | $ 112,563.02 | $ 33,768.91 | $ 16,217.71 | Blank |
| Innova / Southcross | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 1,255.91 | | GARY JOB CORPS | | | $ 1,987.27 | $ 16,495.96 | $ 4,948.79 | $ 1,705.61 | Blank |
| Craig Ranch | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 34.99 | | EAST TEXAS INTERM | | | $ 1,173.28 | $ 13,619.43 | $ 4,085.83 | $ 2,877.56 | Blank |
| Beaumont | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 1,046.09 | | DCP MIDSTREAM LP | | | $ 963.29 | $ 20,720.39 | $ 6,216.12 | $ 4,206.74 | Blank |
| Plano | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 13,018.25 | | HSA QUAL PLAN | | | $ - | $ 67,422.93 | $ 20,226.88 | $ 7,208.63 | Other |
| Mid-Cities | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 10,000.00 | | ENVISION HEALTH C | | | $ 3,628.40 | $ 75,524.83 | $ 22,657.45 | $ 9,029.05 | Other |
| Landmark | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ - | | SAN JEL USA INC | | | $ 908.63 | $ 14,812.80 | $ 4,443.84 | $ 3,535.21 | Other |
| Beaumont | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ - | | UNION PACIFIC RAI | | | $ - | $ 30,982.82 | $ 9,294.85 | $ 9,294.85 | Other |
| Beaumont | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 1,378.70 | | DCP MIDSTREAM LP | | | $ 1,142.38 | $ 18,379.15 | $ 5,513.75 | $ 2,992.67 | Other |
| Plano | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ - | | AARONS RENTALS | | | $ 4,228.71 | $ 20,986.57 | $ 11,752.48 | $ 7,523.77 | R&C |
| Mid-Cities | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 6,573.71 | | MTC | | | $ - | $ 49,579.75 | $ 33,218.43 | $ 26,644.72 | R&C |
| Mid-Cities | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 760.81 | | ERP AND ERP CORP | | | $ 1,760.80 | $ 17,725.97 | $ 9,926.54 | $ 7,404.93 | R&C |
| Mid-Cities | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 4,670.70 | | MTC | | | $ 3,400.00 | $ 37,669.00 | $ 24,108.16 | $ 16,037.46 | R&C |
| Mid-Cities | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 39,419.84 | | INVISION HEALTHCA | | | $ 4,524.29 | $ 199,187.43 | $ 107,561.21 | $ 63,617.08 | R&C |
| Landmark | REDACTED | REDACTED | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 7,405.49 | REDACTED | | REDACTED | REDACTED | $ 5,218.35 | $ 352,738.54 | $ 236,334.82 | $ 223,710.98 | R&C |
| Landmark | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 35,900.09 | | SAN JEL USA INC | | | $ - | $ 771,446.02 | $ 516,868.83 | $ 480,968.74 | R&C |
| Landmark | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 10,537.36 | | SAN JEL USA INC | | | $ 5,365.90 | $ 268,294.94 | $ 179,757.61 | $ 163,854.35 | R&C |
| Landmark | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 9,723.47 | | DCP MIDSTREAM LP | | | $ 2,650.00 | $ 122,427.40 | $ 66,110.80 | $ 53,737.33 | R&C |
| Landmark | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 778.70 | | UNION PACIFIC | | | $ 1,168.05 | $ 13,742.62 | $ 7,421.01 | $ 5,474.26 | R&C |
| Landmark | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 3,201.59 | | UNION PACIFIC | | | $ 4,802.39 | $ 39,107.37 | $ 21,117.98 | $ 13,114.00 | R&C |
| Landmark | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 1,778.02 | | GUARDIAN HEALTHC | | | $ 3,278.05 | $ 13,028.04 | $ 7,035.14 | $ 1,979.07 | R&C |
| Innova / Southcross | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 65,187.43 | | 454930535/W | | | $ 30,532.92 | $ 610,658.33 | $ 341,968.66 | $ 246,248.32 | R&C |
| East Houston | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ - | | PINNACLE ENTERTAI | | | $ - | $ 20,596.44 | $ 13,181.72 | $ 13,181.72 | R&C |
| East Houston | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 1,767.23 | | MTC | | | $ 368.48 | $ 18,423.77 | $ 12,343.93 | $ 10,208.22 | R&C |
| Craig Ranch | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 602.46 | | SIERRA NEVADA COR | | | $ 865.54 | $ 15,865.79 | $ 8,884.84 | $ 7,416.84 | R&C |
| Craig Ranch | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 8,851.15 | | E TX INTERMEDIATE | | | $ 1,150.00 | $ 53,920.79 | $ 34,509.31 | $ 24,508.16 | R&C |
| Craig Ranch | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 2,576.30 | | ENVISION HEALTHCA | | | $ 1,103.69 | $ 10,033.50 | $ 5,418.09 | $ 1,738.11 | R&C |
| Innova / Southcross | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 17,964.60 | | DCP MIDSTREAM LP | | | $ 2,985.75 | $ 142,478.66 | $ 142,478.66 | $ 121,528.31 | U&C |
| East Houston | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 3,392.76 | | PINNACLE ENTERTAI | | | $ 3,261.83 | $ 29,074.07 | $ 29,074.07 | $ 22,419.48 | U&C |
| Craig Ranch | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ - | | ENVISION HEALTHCA | | | $ - | $ 15,528.00 | $ 15,528.00 | $ 15,528.00 | U&C |
| Craig Ranch | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ - | | ENVISION HEALTHCA | | | $ - | $ 18,864.68 | $ 18,864.68 | $ 18,864.68 | U&C |
| Craig Ranch | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 765.64 | | MPC | | | $ 2,240.64 | $ 13,608.43 | $ 13,608.43 | $ 10,602.15 | U&C |
| Craig Ranch | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 2,063.52 | | ENVISION HEALTHCA | | | $ 5,592.38 | $ 14,039.89 | $ 14,039.89 | $ 6,383.99 | U&C |
| Craig Ranch | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 3,050.76 | | ENVISION HEALTHCA | | | $ 4,576.15 | $ 13,971.73 | $ 13,971.73 | $ 6,344.82 | U&C |
| Craig Ranch | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 3,433.08 | | ENVISION HEALTHCA | | | $ 3,433.10 | $ 11,573.12 | $ 11,573.12 | $ 4,706.94 | U&C |
| Beaumont | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 1,914.16 | | HD SUPPLY | | | $ 4,914.07 | $ 40,011.27 | $ 40,011.27 | $ 33,183.04 | U&C |
| Plano | REDACTED | REDACTED | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ - | REDACTED | ERP AND ERP CORP | REDACTED | REDACTED | $ 1,245.85 | $ 16,217.44 | $ 4,865.23 | $ 3,619.38 | Unknown |
| Landmark | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 2,895.97 | | SAN JEL USA INC | | | $ 2,826.41 | $ 49,182.80 | $ 14,754.84 | $ 9,032.46 | Unknown |
| Innova / Southcross | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 4,897.10 | | DCP MIDSTREAM LP | | | $ 3,036.90 | $ 73,251.66 | $ 21,975.50 | $ 14,041.50 | Unknown |
| Beaumont | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ - | | UNION PACIFIC RAI | | | $ - | $ 26,489.80 | $ 7,946.94 | $ 7,946.94 | Unknown |
| Beaumont | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 2,266.64 | | DCP MIDSTREAM LP | | | $ 1,620.49 | $ 18,836.34 | $ 5,650.90 | $ 1,763.77 | Unknown |
| East Houston | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 101.10 | | Union Pacific Railroa | | | $ 37.50 | $ 750.00 | $ 225.00 | 86.40 | |
| Beaumont | | | | | Rocky Mountain Hospital and Medical Service, Inc. d/b/ | $ 1,326.49 | | DCP MIDSTREAM LP | | | $ 1,017.56 | $ 20,351.13 | $ 6,105.34 | 3,761.29 | |