Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield Connecticut

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield Connecticut | $ 316,750.31 | $ 243,758.06 | $ 166,937.51 | $ 49,151.39 | $ 27,669.16 | 10 |
| | | | | | | |
| R&C | $ 131,685.74 | $ 72,616.37 | $ 44,552.79 | $ 19,238.79 | $ 8,824.79 | 3 |
| U&C | $ 165,174.74 | $ 165,174.74 | $ 117,412.26 | $ 29,912.60 | $ 17,849.88 | 6 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Policy Number | Payer Claim ID 1 | Payer Claim ID 2 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | REDACTED | REDACTED | REDACTED | REDACTED | Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield Connecticut | $ 11,622.55 | REDACTED | REDACTED | REDACTED | REDACTED | $ 1,255.59 | $ 75,303.66 | $ 42,170.05 | $ 29,291.91 | R&C |
| Plano | | | | | Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield Connecticut | $ 1,988.05 | | | | | $ 2,988.07 | $ 14,735.44 | $ 7,957.14 | $ 2,981.02 | R&C |
| Landmark | | | | | Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield Connecticut | $ 5,628.19 | | | | | $ 4,581.13 | $ 41,646.64 | $ 22,489.19 | $ 12,279.87 | R&C |
| Plano | | | | | Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield Connecticut | $ 1,972.73 | | | | | $ - | $ 11,123.28 | $ 11,123.28 | $ 9,150.55 | U&C |
| Plano | | | | | Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield Connecticut | $ 8,876.14 | | | | | $ 5,917.45 | $ 78,115.66 | $ 78,115.66 | $ 63,322.07 | U&C |
| Plano | | | | | Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield Connecticut | $ 6,280.75 | | | | | $ 933.74 | $ 22,551.12 | $ 22,551.12 | $ 15,336.63 | U&C |
| Plano | | | | | Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield Connecticut | $ 6,271.50 | | | | | $ 6,271.53 | $ 25,626.61 | $ 25,626.61 | $ 13,083.58 | U&C |
| Craig Ranch | | | | | Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield Connecticut | $ 5,080.30 | | | | | $ 3,295.95 | $ 17,836.24 | $ 17,836.24 | $ 9,459.99 | U&C |
| Beaumont | | | | | Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield Connecticut | $ 1,431.18 | | | | | $ 1,431.21 | $ 9,921.83 | $ 9,921.83 | $ 7,059.44 | U&C |
| Beaumont | | | | | Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield Connecticut | $ - | | | | | $ 994.49 | $ 19,889.83 | $ 5,966.95 | $ 4,972.46 | |