**Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana**

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana** | **$ 16,446,132.50** | **$ 11,216,946.33** | **$ 8,158,972.97** | **$ 2,404,707.06** | **$ 649,985.45** | **203** |
| R&C | $ 3,960,596.21 | $ 2,175,056.66 | $ 1,536,976.57 | $ 443,980.67 | $ 194,099.41 | 57 |
| U&C | $ 7,555,283.51 | $ 7,555,283.51 | $ 6,029,668.73 | $ 1,203,444.70 | $ 318,889.24 | 88 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beaumont | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 187.10 | | | | | $ 3,187.10 | $ 23,330.09 | $ 6,999.03 | $ 3,624.83 | Blank |
| Beaumont | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,004.44 | | TIME WARNER CABLE | | | $ 2,204.52 | $ 24,965.54 | $ 7,489.66 | $ 4,280.70 | Blank |
| Beaumont | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ - | | LILLY | | | $ 111.79 | $ 3,726.32 | $ 1,117.90 | $ 1,006.11 | Blank |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 10,812.28 | | WELLSFARGO | | | $ 5,171.37 | $ 89,021.88 | $ 26,706.56 | $ 10,722.91 | Blank |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 13,391.01 | | VERIZON | | | $ 2,200.00 | $ 65,919.84 | $ 19,775.95 | $ 4,184.94 | Blank |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 7,105.82 | | WELLSFARGO | | | $ 1,142.72 | $ 44,243.95 | $ 13,273.19 | $ 5,024.65 | Blank |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 9,822.67 | | WELLSFARGO | | | $ 1,640.02 | $ 54,667.21 | $ 16,400.16 | $ 4,937.48 | Blank |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,698.08 | | INTERTEK | | | $ 1,055.88 | $ 16,125.21 | $ 4,837.56 | $ 2,083.60 | Blank |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 4,879.11 | | UNITE HERE NATL HLTH FUND-JAA | | | $ 1,638.52 | $ 36,991.06 | $ 11,097.32 | $ 4,579.69 | Blank |
| East Housto | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 25.68 | | WELLSFARGO | | | $ 2,151.99 | $ 19,563.50 | $ 5,869.05 | $ 3,691.39 | Blank |
| East Housto | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 121.03 | | WELLSFARGO | | | $ 2,152.52 | $ 19,568.40 | $ 5,870.52 | $ 3,596.97 | Blank |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ - | | PEPSI CO | | | $ 1,405.97 | $ 17,413.86 | $ 5,224.16 | $ 3,818.19 | Other |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 752.73 | | HMS HOST | | | $ 752.80 | $ 16,811.73 | $ 5,043.52 | $ 3,537.99 | Other |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 364.13 | | PEPSI CO | | | $ 1,864.18 | $ 19,386.64 | $ 4,846.66 | $ 2,618.35 | Other |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,071.71 | | HMS HOST | | | $ 1,071.75 | $ 18,640.53 | $ 5,592.16 | $ 3,448.70 | Other |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 4,459.77 | | TIME WARNER CABLE | | | $ 4,909.90 | $ 77,943.00 | $ 23,382.90 | $ 14,013.23 | Other |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,162.77 | | HMS HOST | | | $ 1,162.83 | $ 17,302.01 | $ 5,190.60 | $ 2,865.00 | Other |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 937.07 | | HMS HOST | | | $ 1,472.62 | $ 17,819.84 | $ 5,345.95 | $ 2,936.26 | Other |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 32,890.41 | | ALLY FINANCIAL | | | $ - | $ 218,331.95 | $ 65,499.59 | $ 32,609.18 | Other |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 8,533.76 | | VERIZON | | | $ 2,200.00 | $ 53,323.19 | $ 15,996.96 | $ 5,263.20 | Other |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 42,588.28 | | VERIZON | | | $ - | $ 185,779.60 | $ 55,733.88 | $ 13,145.60 | Other |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 23,458.15 | | VERIZON WIRELESS | | | $ 362.22 | $ 90,951.29 | $ 27,285.39 | $ 3,465.02 | Other |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 62,457.52 | | PEPSI CO | | | $ - | $ 232,160.27 | $ 69,648.08 | $ 7,190.56 | Other |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 4,625.37 | | XEROX CORPORATION | | | $ 1,385.21 | $ 17,485.44 | $ 13,114.08 | $ 7,103.50 | Other |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 743.61 | | LDI | | | $ 854.29 | $ 17,162.71 | $ 4,290.68 | $ 2,692.78 | Other |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,327.49 | | CITI GROUP | | | $ - | $ 14,112.01 | $ 3,528.00 | $ 2,200.51 | Other |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,996.17 | | TIME WARNER CABLE | | | $ 3,596.28 | $ 42,929.98 | $ 12,878.99 | $ 6,286.54 | Other |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 14,689.70 | | WELLSFARGO | | | $ 4,566.07 | $ 111,344.41 | $ 27,836.10 | $ 8,580.33 | Other |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 107,166.13 | | WELLSFARGO | | | $ - | $ 388,610.39 | $ 116,583.12 | $ 9,416.99 | Other |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 23,131.69 | | INTERTEK | | | $ 4,293.54 | $ 166,377.89 | $ 49,913.37 | $ 22,488.14 | Other |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,000.16 | | VERIZON | | | $ 1,661.59 | $ 15,615.22 | $ 4,684.57 | $ 2,022.82 | Other |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,639.61 | | WELLSFARGO | | | $ 1,093.07 | $ 16,001.49 | $ 4,800.45 | $ 2,067.77 | Other |
| East Houst | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ - | | HALTERMANN LTD | | | $ 101.06 | $ 10,105.50 | $ 3,031.65 | $ 2,930.60 | Other |
| East Houst | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 350.48 | | INTERTEK | | | $ 3,525.72 | $ 27,421.91 | $ 8,226.57 | $ 4,350.37 | Other |
| Craig Ranch | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,073.82 | | EATON CORPORATION | | | $ 715.89 | $ 14,113.03 | $ 11,996.08 | $ 10,206.37 | Other |
| Craig Ranch | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 17,275.34 | | WELLSFARGO | | | $ 9,658.95 | $ 119,124.57 | $ 35,737.37 | $ 8,803.08 | Other |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ - | | TIME WARNER CABLE | | | $ - | $ 24,956.84 | $ 13,476.69 | $ 13,476.69 | R&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ - | | CITI GROUP | | | $ 265.62 | $ 20,894.42 | $ 11,700.88 | $ 11,435.26 | R&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ - | | PEPSI CO | | | $ 1,299.62 | $ 17,066.00 | $ 9,215.64 | $ 7,916.02 | R&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ - | | CELNTON | | | $ 1,358.20 | $ 16,692.46 | $ 9,013.93 | $ 7,655.73 | R&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 752.72 | | HMS HOST | | | $ 752.81 | $ 17,673.01 | $ 9,543.43 | $ 8,037.90 | R&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 363.94 | | TIME WARNER CABLE | | | $ 963.95 | $ 13,608.80 | $ 7,348.75 | $ 6,020.86 | R&C |
| Beaumont | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 5,451.49 | | PEPSI CO | | | $ 5,451.57 | $ 31,054.16 | $ 16,769.25 | $ 5,866.19 | R&C |
| Beaumont | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,604.33 | | TIME WARNER CABLE | | | $ 3,804.33 | $ 20,822.67 | $ 11,244.24 | $ 4,835.58 | R&C |
| Beaumont | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 86.40 | | TIME WARNER CABLE | | | $ 1,858.94 | $ 16,899.47 | $ 9,125.71 | $ 7,180.37 | R&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 23,100.74 | | VERIZON | | | $ - | $ 133,780.07 | $ 72,241.24 | $ 49,140.50 | R&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 6,206.54 | | VERIZON | | | $ 1,468.76 | $ 38,353.96 | $ 20,711.14 | $ 13,035.84 | R&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 12,149.33 | | WELLSFARGO | | | $ 519.69 | $ 61,849.57 | $ 33,398.77 | $ 20,729.75 | R&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 3,989.92 | | PEPSI CO | | | $ 4,881.58 | $ 41,190.59 | $ 22,242.92 | $ 13,371.42 | R&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 9,760.45 | | VERIZON | | | $ - | $ 45,217.77 | $ 24,417.60 | $ 14,657.15 | R&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 11,746.87 | | PEPSI CO | | | $ 5,363.00 | $ 78,291.11 | $ 43,843.02 | $ 26,733.15 | R&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 20,468.36 | | CITI GROUP | | | $ 3,481.67 | $ 90,280.25 | $ 50,556.94 | $ 26,606.91 | R&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 4,157.84 | | CITI GROUP | | | $ 654.61 | $ 16,340.44 | $ 8,823.84 | $ 4,011.39 | R&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 345.44 | | WELLSFARGO | | | $ 5,249.08 | $ 17,523.86 | $ 9,462.88 | $ 3,868.36 | R&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 3,472.26 | | DEUTSCHE BANK | | | $ 1,488.11 | $ 14,650.44 | $ 7,911.24 | $ 2,950.87 | R&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 5,961.12 | | CITI GROUP | | | $ 3,554.76 | $ 26,949.21 | $ 14,552.57 | $ 5,036.69 | R&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,454.79 | | WELLSFARGO | | | $ 3,972.70 | $ 14,789.44 | $ 10,944.19 | $ 5,516.70 | R&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 3,330.48 | | MERCEDEZ BENZ | | | $ 851.71 | $ 10,035.96 | $ 5,620.14 | $ 1,437.95 | R&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 880.02 | | INSIGHNT IMAGING | | | $ 377.09 | $ 17,081.13 | $ 10,248.68 | $ 8,991.57 | R&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 880.02 | | INSIGHNT IMAGING | | | $ 377.09 | $ 16,900.39 | $ 10,140.23 | $ 8,883.12 | R&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,943.58 | | PEPSI CO | | | $ 3,443.63 | $ 28,489.85 | $ 15,384.52 | $ 9,997.31 | R&C |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 20,042.99 | | VERIZON | | | $ 1,009.50 | $ 104,515.04 | $ 56,438.12 | $ 35,385.63 | R&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,391.30 | | US AIRWAYS | | | $ 1,474.85 | $ 18,376.85 | $ 9,923.50 | $ 6,057.35 | R&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,458.86 | | WELLSFARGO | | | $ 3,972.58 | $ 24,020.38 | $ 13,451.41 | $ 8,019.97 | R&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 18,012.72 | | CITI GROUP | | | $ 2,998.47 | $ 82,829.92 | $ 44,728.16 | $ 23,716.97 | R&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 17,869.05 | | PEPSI CO | | | $ 6,866.00 | $ 94,956.22 | $ 63,620.67 | $ 38,885.62 | R&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,568.09 | | WELLPOINT | | | $ 1,712.06 | $ 14,109.21 | $ 7,618.97 | $ 3,338.82 | R&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,522.81 | | WELLSFARGO | | | $ 2,966.08 | $ 17,582.07 | $ 9,494.32 | $ 4,005.43 | R&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 14,820.63 | | VERIZON | | | $ - | $ 42,916.67 | $ 23,175.00 | $ 8,354.37 | R&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 14,850.62 | | THE HARTFORD | | | $ 58,175.91 | $ 528,871.95 | $ 285,590.85 | $ 212,564.32 | R&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 3,423.74 | | GRIFOLS INC | | | $ 2,543.55 | $ 31,309.01 | $ 16,906.87 | $ 10,939.58 | R&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 6,395.45 | | SHOE CARNIVAL | | | $ 5,022.47 | $ 52,353.28 | $ 29,317.84 | $ 17,899.92 | R&C |
| Landmark | | REDACTED | | REDACTED | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 9,708.37 | REDACTED | WELLSFARGO | REDACTED | | $ 6,209.86 | $ 64,674.42 | $ 36,217.68 | $ 20,299.45 | R&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,092.64 | | WELLSFARGO | | | $ 728.41 | $ 6,635.60 | $ 3,583.22 | $ 1,762.17 | R&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 15,783.67 | | WELLSFARGO | | | $ 592.51 | $ 59,251.34 | $ 33,180.75 | $ 16,804.57 | R&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,080.47 | | WELLSFARGO | | | $ 3,720.32 | $ 16,549.00 | $ 8,936.46 | $ 4,135.67 | R&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 7,674.98 | | VERIZON WIRELESS | | | $ 1,596.08 | $ 26,030.60 | $ 14,577.14 | $ 5,306.08 | R&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 47,399.68 | | INTERTEK | | | $ - | $ 567,650.58 | $ 306,531.31 | $ 259,131.63 | R&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,633.91 | | TIME WARNER CABLE | | | $ 1,685.97 | $ 51,069.72 | $ 27,577.65 | $ 23,257.77 | R&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 87,314.56 | | VERIZON | | | $ - | $ 888,258.67 | $ 479,659.68 | $ 392,345.12 | R&C |
| Innova / Sc | | REDACTED | | REDACTED | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 4,900.67 | REDACTED | TIME WARNER CABLE | REDACTED | | $ 5,507.16 | $ 87,411.87 | $ 47,202.41 | $ 36,794.58 | R&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,920.58 | | INTERTEK | | | $ 823.10 | $ 16,014.33 | $ 8,647.74 | $ 5,904.06 | R&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,722.96 | | WELLSFARGO | | | $ 1,148.64 | $ 16,288.85 | $ 8,795.98 | $ 5,924.38 | R&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 757.91 | | WELLSFARGO | | | $ 2,141.62 | $ 15,827.38 | $ 8,546.79 | $ 5,647.26 | R&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 10,484.20 | | WELLSFARGO | | | $ 8,154.45 | $ 89,148.81 | $ 48,140.36 | $ 29,501.71 | R&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 4,817.59 | | WELL POINT | | | $ 3,211.73 | $ 33,605.88 | $ 18,147.18 | $ 10,117.86 | R&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ - | | WELLSFARGO | | | $ 2,786.30 | $ 10,681.56 | $ 5,768.04 | $ 2,981.74 | R&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 12,226.27 | | GRIFOLS | | | $ 7,633.38 | $ 56,368.56 | $ 30,439.02 | $ 10,579.37 | R&C |
| East Houst | | REDACTED | | REDACTED | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,197.33 | REDACTED | WELLSFARGO | REDACTED | | $ 295.08 | $ 10,396.20 | $ 5,821.87 | $ 3,329.46 | R&C |
| Craig Rancl | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,295.77 | | EATON CORPORATION | | | $ 3,448.20 | $ 49,260.06 | $ 36,452.44 | $ 31,708.47 | R&C |
| Craig Rancl | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 119.99 | | EATON CORPORATION | | | $ 1,631.85 | $ 16,539.63 | $ 8,931.40 | $ 7,179.56 | R&C |
| Craig Rancl | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,051.09 | | EATON CORPORATION | | | $ 700.75 | $ 14,848.46 | $ 8,018.17 | $ 6,266.33 | R&C |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Craig Rancl | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 6,335.13 | | CITI GROUP | | | $ 3,904.00 | $ 20,852.22 | $ 11,677.24 | $ 1,438.11 | R&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 885.30 | | TIME WARNER CABLE | | | $ 512.64 | $ 17,088.00 | $ 17,088.00 | $ 15,690.06 | U&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,707.54 | | THE HARTFORD | | | $ 2,177.27 | $ 35,032.60 | $ 35,032.60 | $ 31,147.79 | U&C |
| Beaumont | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,420.86 | | INTERTEK | | | $ 6,499.01 | $ 18,838.95 | $ 18,838.95 | $ 9,919.08 | U&C |
| Beaumont | | REDACTED | | REDACTED | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,668.59 | REDACTED | TIME WARNER CABLE | | REDACTED | $ 3,268.60 | $ 20,349.87 | $ 20,349.87 | $ 14,412.68 | U&C |
| Beaumont | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 3,767.03 | | TIME WARNER CABLE | | | $ 4,967.07 | $ 31,463.09 | $ 31,463.09 | $ 22,728.99 | U&C |
| Beaumont | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,923.86 | | TIME WARNER CABLE | | | $ 3,123.88 | $ 18,605.12 | $ 18,605.12 | $ 13,557.38 | U&C |
| Beaumont | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,895.05 | | SMITHS GROUP SERIVCES | | | $ 2,122.54 | $ 18,621.07 | $ 18,621.07 | $ 13,603.48 | U&C |
| Beaumont | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 5,325.39 | | TIME WARNER CABLE | | | $ 5,325.43 | $ 39,656.71 | $ 39,656.71 | $ 29,005.89 | U&C |
| Beaumont | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,368.73 | | ASCENA RETAIL GRO | | | $ 2,629.17 | $ 19,222.85 | $ 19,222.85 | $ 14,224.95 | U&C |
| Beaumont | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 47,760.27 | | CITI GROUP | | | $ 3,000.00 | $ 221,684.32 | $ 221,684.32 | $ 170,924.05 | U&C |
| Beaumont | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 39,048.94 | | INTERTEK | | | $ 36,649.83 | $ 333,180.31 | $ 333,180.31 | $ 257,481.54 | U&C |
| Beaumont | | REDACTED | | REDACTED | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,211.12 | REDACTED | VERIZON | | REDACTED | $ 1,585.57 | $ 14,386.07 | $ 14,386.07 | $ 11,589.38 | U&C |
| Beaumont | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,616.73 | | TIME WARNER CABLE | | | $ 2,216.73 | $ 20,522.93 | $ 20,522.93 | $ 16,689.47 | U&C |
| Beaumont | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,184.07 | | INTERTEK | | | $ 4,776.11 | $ 44,094.45 | $ 44,094.45 | $ 38,134.27 | U&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 863.90 | | TIME WARNER CABLE | | | $ 887.94 | $ 14,019.44 | $ 14,019.44 | $ 12,267.60 | U&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 21,311.82 | | ALLIE FINANCIAL CORP | | | $ 9,144.40 | $ 222,157.39 | $ 222,157.39 | $ 191,701.17 | U&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,523.76 | | HMS HOST | | | $ - | $ 17,095.47 | $ 17,095.47 | $ 14,571.71 | U&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,835.80 | | XEROX CORPORATION | | | $ 1,223.87 | $ 17,457.34 | $ 17,457.34 | $ 14,397.67 | U&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 11,031.31 | | WELLSFARGO | | | $ 9,124.86 | $ 107,258.25 | $ 107,258.25 | $ 87,102.08 | U&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 42,861.12 | | TIME WARNER CABLE | | | $ 8,560.14 | $ 259,882.28 | $ 259,882.28 | $ 208,461.02 | U&C |
| Plano | | REDACTED | | REDACTED | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 58,732.06 | REDACTED | TIME WARNER CABLE | | REDACTED | $ 6,000.00 | $ 245,295.40 | $ 245,295.40 | $ 180,563.34 | U&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | Anthem Insurance Cc | | Anthem Insurance Companies, Inc. | | | $ 2,238.57 | $ 19,879.88 | $ 19,879.88 | $ 14,360.47 | U&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 8,522.94 | | WELLSFARGO | | | $ 3,261.69 | $ 41,311.87 | $ 41,311.87 | $ 29,527.24 | U&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,220.92 | | WELLSFARGO | | | $ 1,480.61 | $ 12,474.45 | $ 12,474.45 | $ 8,772.92 | U&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 40,726.80 | | LDI | | | $ 1,732.87 | $ 140,475.54 | $ 140,475.54 | $ 98,015.87 | U&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,266.12 | | CITI GROUP | | | $ 2,288.15 | $ 14,369.28 | $ 14,369.28 | $ 9,815.01 | U&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 4,871.76 | | CITI GROUP | | | $ 3,087.89 | $ 24,691.56 | $ 24,691.56 | $ 16,731.91 | U&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,432.26 | | PEPSI CO | | | $ 3,549.04 | $ 14,479.80 | $ 14,479.80 | $ 9,498.50 | U&C |
| Plano | | REDACTED | | REDACTED | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,202.95 | REDACTED | WELLSFARGO | | REDACTED | $ 1,468.63 | $ 9,956.45 | $ 9,956.45 | $ 6,284.87 | U&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 11,210.22 | | TIME WARNER CABLE | | | $ 7,500.00 | $ 43,358.43 | $ 43,358.43 | $ 24,648.21 | U&C |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 17,311.12 | | VERIZON | | | $ 1,095.99 | $ 93,302.82 | $ 93,302.82 | $ 74,895.71 | U&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 17,368.35 | | MASCO CORPORATION | | | $ 7,174.93 | $ 111,162.42 | $ 111,162.42 | $ 86,619.14 | U&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 6,812.76 | | ELI LILLY | | | $ 1,867.48 | $ 39,227.10 | $ 39,227.10 | $ 30,546.86 | U&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 4,405.74 | | WELLSFARGO | | | $ 1,453.57 | $ 24,175.91 | $ 24,175.91 | $ 18,316.60 | U&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,658.82 | | WELLSFARGO | | | $ 3,772.54 | $ 23,727.67 | $ 23,727.67 | $ 17,296.31 | U&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 3,644.75 | | WELLSFARGO | | | $ 1,350.97 | $ 17,750.62 | $ 17,750.62 | $ 12,754.90 | U&C |
| Mid-Cities | | REDACTED | | REDACTED | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 23,186.38 | REDACTED | WELLSFARGO | | REDACTED | $ 1,890.03 | $ 84,787.92 | $ 84,787.92 | $ 59,711.51 | U&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 3,101.05 | | VERIZON | | | $ 2,200.00 | $ 17,146.69 | $ 17,146.69 | $ 11,845.64 | U&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,966.17 | | QUAD GRAPHICS | | | $ 2,377.45 | $ 17,198.97 | $ 17,198.97 | $ 11,855.35 | U&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,634.82 | | MASCO CORPORATION | | | $ 1,756.55 | $ 13,691.77 | $ 13,691.77 | $ 9,300.40 | U&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 403.49 | | WELLSFARGO | | | $ 6,027.02 | $ 19,863.09 | $ 19,863.09 | $ 13,432.58 | U&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 3,297.40 | | TIME WARNER CABLE | | | $ 4,497.43 | $ 23,494.89 | $ 23,494.89 | $ 15,700.06 | U&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,456.14 | | PEPSI CO | | | $ 4,456.16 | $ 20,258.79 | $ 20,258.79 | $ 13,346.49 | U&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,918.02 | | CITI GROUP | | | $ 2,250.59 | $ 13,796.13 | $ 13,796.13 | $ 8,627.52 | U&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,266.94 | | MASCO CORPORATION | | | $ 3,254.92 | $ 14,430.77 | $ 14,430.77 | $ 8,908.91 | U&C |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 4,025.61 | | MASCO CORPORATION | | | $ 3,683.76 | $ 19,628.77 | $ 19,628.77 | $ 11,919.40 | U&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 9,036.23 | | COLGATE PALMOLIVE | | | $ 14,714.48 | $ 490,482.81 | $ 490,482.81 | $ 466,732.10 | U&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 7,015.59 | | WELLSFARGO | | | $ 2,436.76 | $ 81,225.18 | $ 81,225.18 | $ 71,772.83 | U&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 684.84 | | CITI | | | $ 1,058.71 | $ 13,998.32 | $ 13,998.32 | $ 12,254.77 | U&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 918.67 | | TIME WARNER CABLE | | | $ 566.67 | $ 10,767.62 | $ 10,767.62 | $ 9,282.28 | U&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 7,664.89 | | TIME WARNER CABLE | | | $ 8,494.35 | $ 85,575.13 | $ 85,575.13 | $ 69,415.89 | U&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 183,957.42 | | WELLSFARGO | | | $ 2,939.04 | $ 982,425.05 | $ 982,425.05 | $ 795,528.59 | U&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 103,181.65 | | GRIFOLS INC | | | $ 6,141.56 | $ 514,924.99 | $ 514,924.99 | $ 405,601.78 | U&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 3,366.09 | | GRIFOLS INC | | | $ 1,812.50 | $ 24,271.52 | $ 24,271.52 | $ 19,092.93 | U&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 3,406.48 | | GRIFOLS INC | | | $ 1,104.54 | $ 20,139.29 | $ 20,139.29 | $ 15,628.27 | U&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 4,245.43 | | WELLSFARGO | | | $ 4,120.18 | $ 36,591.47 | $ 36,591.47 | $ 28,225.86 | U&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 4,432.30 | | GRIFOLS INC | | | $ - | $ 19,048.52 | $ 19,048.52 | $ 14,616.22 | U&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 90,549.89 | | WELLSFARGO | | | $ 4,599.59 | $ 404,519.58 | $ 404,519.58 | $ 309,370.10 | U&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 16,688.57 | | CITI GROUP | | | $ - | $ 67,663.83 | $ 67,663.83 | $ 50,975.26 | U&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,307.66 | | TIME WARNER CABLE | | | $ 1,307.69 | $ 10,451.00 | $ 10,451.00 | $ 7,835.65 | U&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 5,358.55 | | GRIFOLS INC | | | $ - | $ 20,732.56 | $ 20,732.56 | $ 15,374.01 | U&C |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 27,016.61 | | ASCENA RETAIL | | | $ - | $ 104,259.21 | $ 104,259.21 | $ 77,242.60 | U&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 124,154.87 | | TIME WARNER CABLE | | | $ 7,232.58 | $ 475,119.08 | $ 475,119.08 | $ 343,731.63 | U&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,674.79 | | WELLSFARGO | | | $ 1,099.58 | $ 9,996.20 | $ 9,996.20 | $ 7,221.83 | U&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,256.76 | | WELLSFARGO | | | $ 1,504.51 | $ 10,587.00 | $ 10,587.00 | $ 6,825.73 | U&C |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,026.55 | | WELLSFARGO | | | $ 3,278.93 | $ 11,249.36 | $ 11,249.36 | $ 6,943.88 | U&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ - | | WELLSFARGO | | | $ - | $ 11,585.72 | $ 11,585.72 | $ 11,585.72 | U&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ - | | COLGATE PALMOLIVE | | | $ - | $ 13,263.84 | $ 13,263.84 | $ 13,263.84 | U&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 82,614.03 | | WELLSFARGO | | | $ 3,393.67 | $ 894,735.66 | $ 894,735.66 | $ 808,727.96 | U&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 4,468.49 | | SHOE CARNIVAL INC | | | $ - | $ 41,180.72 | $ 41,180.72 | $ 36,712.23 | U&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,362.31 | | THE HARTFORD | | | $ 1,574.83 | $ 32,269.66 | $ 32,269.66 | $ 28,332.52 | U&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 150.29 | | TIME WARNER CABLE | | | $ 1,350.34 | $ 10,652.08 | $ 10,652.08 | $ 9,151.45 | U&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 316.09 | | WELLSFARGO | | | $ 2,446.04 | $ 15,990.53 | $ 15,990.53 | $ 13,228.40 | U&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,721.47 | | KAR AUCTION SERVICES | | | $ 1,147.64 | $ 15,564.49 | $ 15,564.49 | $ 12,695.38 | U&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 4,105.78 | | WELLSFARGO | | | $ 4,737.16 | $ 47,125.92 | $ 47,125.92 | $ 38,282.98 | U&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 13,859.65 | | SUMMIT MATERIALS | | | $ 6,000.00 | $ 103,195.14 | $ 103,195.14 | $ 83,335.49 | U&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ - | | WELLSFARGO | | | $ 3,192.33 | $ 16,421.72 | $ 16,421.72 | $ 13,229.39 | U&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 3,919.95 | | WELLSFARGO | | | $ - | $ 15,084.46 | $ 15,084.46 | $ 11,164.51 | U&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 5,455.81 | | KAR AUCTION SERVICES | | | $ 212.99 | $ 19,328.94 | $ 19,328.94 | $ 13,660.14 | U&C |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,784.43 | | WELLSFARGO | | | $ 2,359.19 | $ 10,652.00 | $ 10,652.00 | $ 6,508.38 | U&C |
| East Houst | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 4,172.83 | | BAYER | | | $ 3,039.31 | $ 27,630.07 | $ 27,630.07 | $ 20,417.93 | U&C |
| Craig Rancl | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 8,501.71 | | TIME WARNER CABLE | | | $ 4,751.69 | $ 81,649.02 | $ 81,649.02 | $ 68,395.62 | U&C |
| Craig Rancl | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 16,557.72 | | WELLPOINT | | | $ - | $ 58,651.20 | $ 58,651.20 | $ 42,093.48 | U&C |
| Craig Rancl | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 9,978.96 | | WELLSFARGO | | | $ 8,000.00 | $ 47,919.09 | $ 47,919.09 | $ 29,940.13 | U&C |
| Craig Rancl | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,097.64 | | WELLSFARGO | | | $ 4,832.93 | $ 17,865.08 | $ 17,865.08 | $ 10,934.51 | U&C |
| Craig Rancl | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 3,645.48 | | TIME WARNER CABLE | | | $ 4,845.49 | $ 17,875.28 | $ 17,875.28 | $ 9,384.31 | U&C |
| Craig Rancl | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 3,082.03 | | PEPSI CO | | | $ 7,082.06 | $ 19,083.31 | $ 19,083.31 | $ 8,919.22 | U&C |
| Craig Rancl | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 9,851.41 | | PEPSI CO | | | $ 8,000.00 | $ 32,978.36 | $ 32,978.36 | $ 15,126.95 | U&C |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 906.13 | | ASCENA RETAIL GROUP | | | $ 517.47 | $ 17,248.90 | $ 5,174.67 | $ 3,751.07 | Unknown |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 913.09 | | EATON CORPORATION | | | $ 2,576.10 | $ 23,419.05 | $ 7,025.72 | $ 3,536.53 | Unknown |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 125,257.86 | | WELLSFARGO | | | $ - | $ 590,889.15 | $ 177,266.75 | $ 52,008.89 | Unknown |
| Landmark | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 77,410.57 | | TIME WARNER CABLE | | | $ 10,500.00 | $ 358,941.04 | $ 107,682.31 | $ 19,771.74 | Unknown |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 48,220.31 | | KAR AUCTION SERVICES | | | $ - | $ 533,505.71 | $ 160,051.71 | $ 111,831.40 | Unknown |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ - | | Independent Stationers Inc. | | | $ 13.60 | $ 272.00 | $ 81.60 | $ 68.00 | |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ - | | Independent Stationers Inc. | | | $ 2,077.83 | $ 41,556.67 | $ 12,467.00 | $ 10,389.17 | |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 441.73 | | TIME WARNER CABLE | | | $ 873.23 | $ 17,464.63 | $ 5,239.39 | $ 3,924.43 | |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 4,537.28 | | PEPSI CO | | | $ 2,189.30 | $ 43,785.97 | $ 13,135.79 | $ 6,409.21 | |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,900.71 | | WELLSFARGO | | | $ 837.40 | $ 16,747.99 | $ 5,024.40 | $ 2,286.29 | |
| Plano | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 2,732.34 | | WELLSFARGO | | | $ 986.92 | $ 19,738.43 | $ 5,921.53 | $ 2,202.27 | |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ - | | Ally | | | $ 955.61 | $ 19,112.23 | $ 5,733.67 | $ 4,778.06 | |
| Mid-Cities | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 129.35 | | CINTAS CORP | | | $ 75.00 | $ 1,500.00 | $ 450.00 | $ 245.65 | |
| Beaumont | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ - | | NISOURCE | | | $ 101.88 | $ 2,037.65 | $ 611.30 | $ 509.41 | |
| Beaumont | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,519.01 | | TIME WARNER CABLE | | | $ 907.94 | $ 18,158.81 | $ 5,447.64 | $ 3,020.69 | |
| Beaumont | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,678.58 | | PEPSI CO | | | $ 848.95 | $ 16,979.06 | $ 5,093.72 | $ 2,566.19 | |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ - | | WELLSFARGO | | | $ 778.91 | $ 15,578.24 | $ 4,673.47 | $ 3,894.56 | |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ - | | SUMMIT MATERIALS | | | $ 789.86 | $ 15,797.24 | $ 4,739.17 | $ 3,949.31 | |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 134.31 | | WELLSFARGO | | | $ 796.04 | $ 15,920.85 | $ 4,776.26 | $ 3,845.90 | |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 507.48 | | WELLSFARGO | | | $ 773.20 | $ 15,464.04 | $ 4,639.21 | $ 3,358.53 | |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 85,567.76 | | WELLSFARGO | | | $ 40,307.49 | $ 806,149.77 | $ 241,844.93 | $ 115,969.68 | |
| Innova / Sc | | | | | Anthem Insurance Companies, Inc. also d/b/a Blue Cross Blue Shield of Indiana | $ 1,682.09 | | WELLSFARGO | | | $ 779.69 | $ 15,593.89 | $ 4,678.17 | $ 2,216.38 | |