**Blue Cross and Blue Shield of Georgia, Inc.**

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Blue Cross and Blue Shield of Georgia, Inc.** | $ 5,858,017.70 | $ 4,489,589.55 | $ 3,447,754.83 | $ 799,046.51 | $ 242,788.21 | 85 |
| | | | | | | |
| R&C | $ 982,259.71 | $ 615,115.86 | $ 434,613.66 | $ 129,844.23 | $ 50,657.97 | 20 |
| U&C | $ 3,455,297.56 | $ 3,455,297.56 | $ 2,803,741.59 | $ 549,221.24 | $ 102,334.73 | 28 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mid-Cities | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 10,869.95 | | OLD CASTLE | | | $ 7,467.83 | $ 112,866.22 | $ 33,859.87 | $ 15,522.09 | Blank |
| Innova / Southcross | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 6,509.86 | | KIMBERLY CLARK COR | | | $ 2,458.10 | $ 66,147.80 | $ 19,844.34 | $ 10,876.38 | Blank |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 546.49 | | KOCH INDUSTRIES | | | $ 60.73 | $ 5,746.56 | $ 1,723.97 | $ 1,116.75 | Blank |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 608.83 | | KOCH INDUSTRIES | | | $ 62.17 | $ 6,216.52 | $ 1,864.96 | $ 1,193.96 | Blank |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 1,680.58 | | KOCH INDUSTRIES | | | $ 186.75 | $ 11,823.92 | $ 3,547.18 | $ 1,679.85 | Blank |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 2,606.20 | | STANARDAR ALLOYS, | | | $ 472.97 | $ 15,765.60 | $ 4,729.68 | $ 1,650.51 | Blank |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 3,288.25 | | KOCH INDUSTRIES | | | $ 4,288.29 | $ 31,450.39 | $ 9,435.12 | $ 1,858.58 | Blank |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 4,885.63 | | KOCH INDUSTRIES | | | $ 4,657.37 | $ 42,339.75 | $ 12,701.93 | $ 3,158.92 | Blank |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 5,017.70 | | KOCH INDUSTRIES | | | $ 6,017.72 | $ 50,597.97 | $ 15,179.39 | $ 4,143.97 | Blank |
| Plano | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 997.05 | | PEGASUS RESIDENTI | | | $ 1,686.20 | $ 33,723.93 | $ 10,117.18 | $ 7,433.93 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ - | | SUPERIOR INTERNAT | | | $ 1,208.27 | $ 14,532.80 | $ 4,359.84 | $ 3,151.57 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 18,273.72 | | OLD CASTLE | | | $ 12,182.50 | $ 358,500.34 | $ 107,550.10 | $ 77,093.88 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 5,344.60 | | OLD CASTLE | | | $ 3,563.07 | $ 60,853.11 | $ 15,213.28 | $ 6,305.61 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 1,454.18 | | ROLLINS INC | | | $ 1,777.37 | $ 18,083.80 | $ 5,425.14 | $ 2,193.59 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 857.88 | | OLD CASTLE | | | $ 1,571.91 | $ 13,548.96 | $ 4,064.69 | $ 1,634.90 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ - | | POWER WAISON | | | $ 2,627.76 | $ 14,525.04 | $ 4,357.51 | $ 1,729.75 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 1,454.18 | | ROLLINS INC. | | | $ 1,777.37 | $ 16,852.55 | $ 5,055.77 | $ 1,824.22 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 4,712.69 | | THYSSENKRUPP ELEV | | | $ 3,241.60 | $ 78,386.88 | $ 19,596.72 | $ 11,642.43 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 8,677.43 | | COVERGENT | | | $ 5,784.81 | $ 54,926.65 | $ 16,478.00 | $ 2,015.76 | Other |
| Landmark | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 13,787.44 | | KOCH INDUSTRIES | | | $ 8,912.20 | $ 81,020.01 | $ 24,306.00 | $ 1,606.36 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 1,468.43 | | OLD CASTLE | | | $ 1,091.07 | $ 36,368.89 | $ 10,910.67 | $ 8,351.17 | Other |
| Beaumont | | REDACTED | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 1,042.61 | REDACTED | KOCH INDUSTRIES | REDACTED | | $ 3,819.56 | $ 34,723.24 | $ 10,416.97 | $ 5,554.81 | Other |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 1,744.12 | | KOCH INDUSTRIES | | | $ 2,744.14 | $ 18,744.24 | $ 5,623.27 | $ 1,135.01 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ - | | DR PEPPER SNAPPLE | | | $ - | $ 232,113.17 | $ 171,763.75 | $ 171,763.75 | R&C |
| Plano | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ - | | THE WENDYS COMPA | | | $ 2,090.03 | $ 19,058.60 | $ 14,103.36 | $ 12,013.33 | R&C |
| Plano | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 8,368.40 | | CORPORATE US FIEL | | | $ 4,805.28 | $ 28,251.88 | $ 20,906.39 | $ 7,732.71 | R&C |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 5,573.28 | | KIMBERLY CLARK COR | | | $ 2,746.90 | $ 32,303.06 | $ 17,443.65 | $ 9,123.47 | R&C |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 17,338.08 | | BANK OF AMERICA | | | $ 2,438.54 | $ 61,374.83 | $ 45,417.37 | $ 25,640.75 | R&C |
| Landmark | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 1,058.73 | | KSL | | | $ 1,272.18 | $ 10,601.52 | $ 6,360.91 | $ 4,030.00 | R&C |
| Landmark | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 15,122.68 | | KOCH INDUSTRIES | | | $ - | $ 67,868.50 | $ 36,648.99 | $ 21,526.31 | R&C |
| Landmark | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 16,075.43 | | KOHLS | | | $ 5,776.90 | $ 56,368.68 | $ 30,439.09 | $ 8,586.76 | R&C |
| Innova / Southcross | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 4,666.09 | | ITPE HEALTHWELFAR | | | $ 2,207.07 | $ 38,175.31 | $ 20,614.67 | $ 13,741.51 | R&C |
| East Houston | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ - | | KOCH INDUSTRIES | | | $ 659.05 | $ 11,427.24 | $ 6,170.71 | $ 5,511.66 | R&C |
| East Houston | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 4,464.87 | | IMERYS INC | | | $ 1,698.21 | $ 56,607.01 | $ 30,567.79 | $ 24,404.71 | R&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 3,436.41 | | THYSSENKRUPP ELEV | | | $ 2,390.81 | $ 46,902.94 | $ 34,708.18 | $ 28,880.96 | R&C |
| Craig Ranch | | REDACTED | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 2,139.75 | REDACTED | CORPORATE US FIEL | REDACTED | | $ 1,070.50 | $ 14,059.29 | $ 10,403.87 | $ 7,193.62 | R&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 3,570.25 | | TMX FINANCE | | | $ 4,780.16 | $ 14,815.12 | $ 10,963.19 | $ 2,612.78 | R&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 433.99 | | APEC | | | $ 1,289.31 | $ 18,736.12 | $ 10,117.50 | $ 8,394.20 | R&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 3,233.16 | | BANK OF AMERICA | | | $ 2,455.42 | $ 43,164.32 | $ 23,308.73 | $ 17,620.15 | R&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 442.84 | | OLD CASTLE | | | $ 1,866.09 | $ 16,964.46 | $ 9,160.81 | $ 6,851.88 | R&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 2,832.62 | | KOCH INDUSTRIES | | | $ 4,488.68 | $ 40,806.14 | $ 22,035.32 | $ 14,714.02 | R&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 6,995.11 | | OLD CASTLE | | | $ 372.18 | $ 37,217.95 | $ 20,842.05 | $ 13,474.76 | R&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 34,092.54 | | KOCH INDUSTRIES | | | $ 8,250.66 | $ 135,443.57 | $ 73,139.53 | $ 30,796.33 | R&C |
| Plano | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 5,830.16 | | HAVERTYS | | | $ 5,886.77 | $ 69,947.48 | $ 69,947.48 | $ 58,230.55 | U&C |
| Plano | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 14,102.66 | | OLD CASTLE | | | $ 9,847.37 | $ 119,276.26 | $ 119,276.26 | $ 95,326.23 | U&C |
| Plano | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 4,349.35 | | KIMBERLY CLARK COR | | | $ 3,000.00 | $ 23,958.79 | $ 23,958.79 | $ 16,609.44 | U&C |
| Plano | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 1,654.36 | | ROLLINS INC. | | | $ 4,858.17 | $ 16,801.39 | $ 16,801.39 | $ 10,288.86 | U&C |
| Mid-Cities | | REDACTED | | | Blue Cross and Blue Shield of Georgia, Inc. | $ - | REDACTED | SUMMIT MIDSTREAM | REDACTED | | $ - | $ 179,829.15 | $ 179,829.15 | $ 179,829.15 | U&C |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 1,936.27 | | COMMUNITY LOANS | | | $ 1,534.34 | $ 22,652.36 | $ 22,652.36 | $ 19,181.75 | U&C |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 5,304.81 | | CONVERGENT INC | | | $ 3,536.37 | $ 46,553.66 | $ 46,553.66 | $ 37,712.48 | U&C |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 1,964.53 | | SUPERIOR ESSEX,IN | | | $ 3,384.68 | $ 17,191.12 | $ 17,191.12 | $ 11,841.91 | U&C |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 6,570.00 | | OLD CASTLE | | | $ 4,737.27 | $ 33,276.07 | $ 33,276.07 | $ 21,968.80 | U&C |
| Landmark | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 4,249.97 | | KOCH INDUSTRIES | | | $ 5,249.99 | $ 32,855.43 | $ 32,855.43 | $ 23,355.47 | U&C |
| Landmark | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 4,440.12 | | ITTE HEALTH WELFA | | | $ 2,390.84 | $ 20,102.32 | $ 20,102.32 | $ 13,271.36 | U&C |
| Innova / Southcross | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 17,075.66 | | AGC GLASS CORP | | | $ 2,777.74 | $ 168,038.84 | $ 168,038.84 | $ 148,185.44 | U&C |
| Innova / Southcross | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 3,584.84 | | KOCH INDUSTRIES | | | $ 7,330.01 | $ 74,808.40 | $ 74,808.40 | $ 63,893.55 | U&C |
| Innova / Southcross | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 44,738.87 | | ITPE HEALTHWELFAR | | | $ 4,214.14 | $ 272,888.59 | $ 272,888.59 | $ 223,935.58 | U&C |
| Innova / Southcross | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 359,461.05 | | AGC GLASS CORP | | | $ 405.68 | $ 1,833,933.33 | $ 1,833,933.33 | $ 1,474,066.60 | U&C |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Innova / Southcross | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 12,193.80 | | KOCH INDUSTRIES | | | $ 7,000.00 | $ 77,401.19 | $ 77,401.19 | $ 58,207.39 | U&C |
| Innova / Southcross | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 2,353.29 | | ITPE HEALTH WELFA | | | $ 1,267.16 | $ 10,615.08 | $ 10,615.08 | $ 6,994.63 | U&C |
| Innova / Southcross | | REDACTED | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 13,849.27 | REDACTED | KOCH INDUSTRIES | REDACTED | | $ 10,735.41 | $ 59,049.23 | $ 59,049.23 | $ 34,464.55 | U&C |
| East Houston | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 5,226.94 | | ITPE HEALTHWELFAR | | | $ 2,108.24 | $ 70,274.60 | $ 70,274.60 | $ 62,939.42 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 15,432.50 | | KIMBERLY CLARK COR | | | $ 1,500.00 | $ 79,213.87 | $ 79,213.87 | $ 62,281.37 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 2,993.82 | | SUPERIOR INTERNAT | | | $ 6,724.25 | $ 32,696.56 | $ 32,696.56 | $ 22,978.49 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 6,440.81 | | KOCH INDUSTRIES | | | $ - | $ 54,938.61 | $ 54,938.61 | $ 48,497.80 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 1,271.61 | | OLD CASTLE | | | $ 847.74 | $ 14,941.71 | $ 14,941.71 | $ 12,822.36 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 5,150.46 | | KOCH INDUSTRIES | | | $ 668.88 | $ 28,246.02 | $ 28,246.02 | $ 22,426.68 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 1,042.63 | | KOCH INDUSTRIES | | | $ 2,042.64 | $ 9,958.68 | $ 9,958.68 | $ 6,873.41 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 1,596.80 | | KOCH INDUSTRIES | | | $ 2,596.85 | $ 19,351.13 | $ 19,351.13 | $ 15,157.48 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 3,747.00 | | KOCH INDUSTRIES | | | $ 4,030.51 | $ 36,641.03 | $ 36,641.03 | $ 28,863.52 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 2,659.66 | | KOCH INDUSTRIES | | | $ 3,659.68 | $ 29,856.66 | $ 29,856.66 | $ 23,537.32 | U&C |
| East Houston | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ - | | | | | $ 46.23 | $ 924.54 | $ 277.36 | $ 231.14 | |
| Landmark | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 6,526.96 | | KOCH INDUSTRIES | | | $ 2,423.07 | $ 48,461.43 | $ 14,538.43 | $ 5,588.40 | |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ - | | OLD CASTLE | | | $ 18.75 | $ 375.00 | $ 112.50 | $ 93.75 | |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ - | | KOCH INDUSTRIES | | | $ 19.00 | $ 380.00 | $ 114.00 | $ 95.00 | |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ - | | KOCH INDUSTRIES | | | $ 52.52 | $ 1,050.32 | $ 315.10 | $ 262.58 | |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ - | | KOCH INDUSTRIES | | | $ 68.09 | $ 1,361.76 | $ 408.53 | $ 340.44 | |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ - | | KOCH INDUSTRIES | | | $ 178.85 | $ 3,577.00 | $ 1,073.10 | $ 894.25 | |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ - | | KOCH INDUSTRIES | | | $ 267.54 | $ 5,350.79 | $ 1,605.24 | $ 1,337.70 | |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 237.43 | | OLD CASTLE | | | $ 1,422.81 | $ 28,456.28 | $ 8,536.88 | $ 6,876.64 | |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 2,121.28 | | KOCH INDUSTRIES | | | $ 1,440.41 | $ 28,808.26 | $ 8,642.48 | $ 5,080.79 | |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 578.55 | | KOCH INDUSTRIES | | | $ 312.81 | $ 6,256.21 | $ 1,876.86 | $ 985.50 | |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 3,667.24 | | KOCH INDUSTRIES | | | $ 1,887.30 | $ 37,746.03 | $ 11,323.81 | $ 5,769.27 | |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 2,644.96 | | KOCH INDUSTRIES | | | $ 1,156.89 | $ 23,137.82 | $ 6,941.35 | $ 3,139.50 | |
| Beaumont | | | | | Blue Cross and Blue Shield of Georgia, Inc. | $ 8,376.80 | | Axiall Corporations | | | $ 2,841.49 | $ 56,829.82 | $ 17,048.95 | $ 5,830.66 | |