Blue Cross and Blue Shield Healthcare Plan of Georgia

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| Blue Cross and Blue Shield Healthcare Plan of Georgia | $ 699,053.10 | $ 310,909.32 | $ 229,959.78 | $ 49,507.56 | $ 31,441.98 | 13 |
| R&C | $ 42,106.43 | $ 31,158.76 | $ 13,215.51 | $ 10,766.01 | $ 7,177.24 | 1 |
| U&C | $ 118,095.09 | $ 118,095.09 | $ 93,904.45 | $ 12,757.61 | $ 11,433.03 | 4 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | REDACTED | | | | Blue Cross and Blue Shield Healthcare Plan of Georgia | $ - | REDACTED | PROFILE EXCLUSION | REDACTED | | $ - | $ 234,858.53 | $ 70,457.56 | $ 70,457.56 | Blank |
| Craig Ranch | | | | | Blue Cross and Blue Shield Healthcare Plan of Georgia | $ 5,801.60 | | CONVERGENT RESOUR | | | $ 3,867.60 | $ 56,255.89 | $ 16,876.77 | $ 7,207.57 | Blank |
| Plano | | | | | Blue Cross and Blue Shield Healthcare Plan of Georgia | $ - | | PEACHTREE BUSINESS PARTNER LLC | | | $ 1,420.99 | $ 17,535.60 | $ 5,260.68 | $ 3,839.69 | Other |
| Plano | | | | | Blue Cross and Blue Shield Healthcare Plan of Georgia | $ 7,974.21 | | NATION WIDE | | | $ - | $ 67,126.76 | $ 20,138.03 | $ 12,163.82 | Other |
| Landmark | | | | | Blue Cross and Blue Shield Healthcare Plan of Georgia | $ - | | STATE HEALTH BENEFITS | | | $ 1,814.14 | $ 14,968.86 | $ 4,490.66 | $ 2,676.52 | Other |
| Landmark | | | | | Blue Cross and Blue Shield Healthcare Plan of Georgia | $ 2,809.09 | | STATE HEALTH BENEFITS | | | $ 2,582.48 | $ 24,457.43 | $ 7,337.23 | $ 1,945.66 | Other |
| Plano | REDACTED | | | | Blue Cross and Blue Shield Healthcare Plan of Georgia | $ 10,766.01 | REDACTED | | REDACTED | | $ 7,177.24 | $ 42,106.43 | $ 31,158.76 | $ 13,215.51 | R&C |
| Plano | | | | | Blue Cross and Blue Shield Healthcare Plan of Georgia | $ 1,424.73 | | CONVERGENT RESOURCES INC | | | $ 2,732.38 | $ 31,808.57 | $ 31,808.57 | $ 27,651.46 | U&C |
| Plano | | | | | Blue Cross and Blue Shield Healthcare Plan of Georgia | $ 9,819.61 | | CONVERGENT RESOUR | | | $ 3,879.64 | $ 32,694.70 | $ 32,694.70 | $ 18,995.45 | U&C |
| Mid-Cities | | | | | Blue Cross and Blue Shield Healthcare Plan of Georgia | $ 788.28 | | TRIUMP MOTORCYCLE AMERICA | | | $ 4,337.73 | $ 39,850.95 | $ 39,850.95 | $ 34,724.94 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield Healthcare Plan of Georgia | $ 724.99 | | CONVERGENT RESOUR | | | $ 483.28 | $ 13,740.87 | $ 13,740.87 | $ 12,532.60 | U&C |
| Plano | | | | | Blue Cross and Blue Shield Healthcare Plan of Georgia | $ 147.53 | | PARK AND FLY | | | $ 1,098.32 | $ 15,262.96 | $ 4,578.89 | $ 3,333.04 | Unknown |
| Craig Ranch | | RE | | | Blue Cross and Blue Shield Healthcare Plan of Georgia | $ 9,251.51 | RE | MMR RESEARCH ASSO | RE | | $ 2,048.18 | $ 108,385.55 | $ 32,515.67 | $ 21,215.98 | Unknown |