**Anthem Health Plans of Kentucky, Inc.**

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Anthem Health Plans of Kentucky, Inc.** | $ 2,812,288.99 | $ 1,500,214.09 | $ 1,111,386.09 | $ 302,672.90 | $ 86,155.10 | 23 |
|  | $ 1,428,855.56 | $ 1,085,184.06 | $ 833,007.46 | $ 181,493.31 | $ 70,683.29 | 17 |
| R&C | $ 751,969.26 | $ 408,297.76 | $ 299,005.44 | $ 56,796.51 | $ 52,495.81 | 5 |
| U&C | $ 676,886.30 | $ 676,886.30 | $ 534,002.02 | $ 124,696.80 | $ 18,187.48 | 12 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 2 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mid-Cities | | | | | Anthem Health Plans of Kentucky, Inc. | $ 8,478.46 | | MARION POLICE DEPT | | | $ 6,000.00 | $ 55,542.66 | $ 16,662.80 | $ 2,184.34 | Blank |
| Beaumont | | | | | Anthem Health Plans of Kentucky, Inc. | $ - | | ASHLAND INCORPORA | | | $ - | $ 10,066.77 | $ 3,020.03 | $ 3,020.03 | Blank |
| Innova / Southcross | | | | | Anthem Health Plans of Kentucky, Inc. | $ 88,421.46 | | TOYOTA MOTOR SALES | | | $ - | $ 954,601.54 | $ 286,380.46 | $ 197,959.00 | Blank |
| Plano | REDACTED | REDACTED | | | Anthem Health Plans of Kentucky, Inc. | $ 17,954.71 | REDACTED | AAF-MCQUAY | REDACTED | REDACTED | $ 4,065.84 | $ 294,958.35 | $ 88,487.51 | $ 66,466.96 | Other |
| Plano | | | | | Anthem Health Plans of Kentucky, Inc. | $ - | | FIRST SOURCE USA INK | | | $ 1,405.97 | $ 17,393.86 | $ 5,218.16 | $ 3,812.19 | Other |
| Mid-Cities | | | | | Anthem Health Plans of Kentucky, Inc. | $ 6,324.96 | | VIA MEDIA | | | $ 4,000.00 | $ 50,870.25 | $ 15,261.08 | $ 4,936.12 | Other |
| Mid-Cities | | | | | Anthem Health Plans of Kentucky, Inc. | $ 6,667.47 | | COMPUTER SERVICES | | | $ 5,644.89 | $ 74,478.66 | $ 42,452.84 | $ 30,140.48 | R&C |
| Landmark | | | | | Anthem Health Plans of Kentucky, Inc. | $ 18,050.62 | | TOYOTA MOTOR SALES | | | $ 44,112.77 | $ 401,025.22 | $ 216,553.62 | $ 154,390.22 | R&C |
| Landmark | | | | | Anthem Health Plans of Kentucky, Inc. | $ 6,043.08 | | TOYOTA MOTOR SALES | | | $ - | $ 26,743.92 | $ 14,441.72 | $ 8,398.64 | R&C |
| Innova / Southcross | | | | | Anthem Health Plans of Kentucky, Inc. | $ 15,923.42 | | TOYOTA MOTOR SALES | | | $ 1,672.75 | $ 162,241.03 | $ 87,610.16 | $ 70,013.99 | R&C |
| Innova / Southcross | | | | | Anthem Health Plans of Kentucky, Inc. | $ 10,111.92 | | TOYOTA MOTOR SALES | | | $ 1,065.40 | $ 87,480.43 | $ 47,239.43 | $ 36,062.11 | R&C |
| Mid-Cities | | | | | Anthem Health Plans of Kentucky, Inc. | $ 824.96 | | TEMPUR SEALY INT. | | | $ 549.98 | $ 13,967.10 | $ 13,967.10 | $ 12,592.16 | U&C |
| Mid-Cities | | | | | Anthem Health Plans of Kentucky, Inc. | $ 673.36 | | TEMPUR SEALY INT. | | | $ 1,498.91 | $ 14,908.05 | $ 14,908.05 | $ 12,735.78 | U&C |
| Landmark | | | | | Anthem Health Plans of Kentucky, Inc. | $ 8,486.85 | | TOYOTA MOTOR SALES | | | $ 1,500.00 | $ 50,311.51 | $ 50,311.51 | $ 40,324.66 | U&C |
| Landmark | | | | | Anthem Health Plans of Kentucky, Inc. | $ 75,260.02 | | TOYOTA MOTOR SALES | | | $ - | $ 351,702.15 | $ 351,702.15 | $ 276,442.13 | U&C |
| Landmark | | | | | Anthem Health Plans of Kentucky, Inc. | $ 7,324.58 | | TOYOTA MOTOR SALES | | | $ 1,500.00 | $ 36,868.90 | $ 36,868.90 | $ 28,044.32 | U&C |
| Landmark | | REDACTED | | | Anthem Health Plans of Kentucky, Inc. | $ 12,453.72 | REDACTED | TOYOTA MOTOR SALES | REDACTED | | $ 1,500.00 | $ 53,744.22 | $ 53,744.22 | $ 39,790.50 | U&C |
| Landmark | | | | | Anthem Health Plans of Kentucky, Inc. | $ 5,388.11 | | TOYOTA MOTOR SALES | | | $ - | $ 20,002.37 | $ 20,002.37 | $ 14,614.26 | U&C |
| Landmark | | | | | Anthem Health Plans of Kentucky, Inc. | $ 4,195.65 | | TOYOTA MOTOR SALES | | | $ 1,500.00 | $ 21,128.57 | $ 21,128.57 | $ 15,432.92 | U&C |
| Innova / Southcross | | | | | Anthem Health Plans of Kentucky, Inc. | $ 889.15 | | TOYOTA MOTOR SALES | | | $ - | $ 7,429.52 | $ 7,429.52 | $ 6,540.37 | U&C |
| Innova / Southcross | | | | | Anthem Health Plans of Kentucky, Inc. | $ 4,962.77 | | TOYOTA MOTOR SALES | | | $ 1,500.00 | $ 41,607.58 | $ 41,607.58 | $ 35,144.81 | U&C |
| Innova / Southcross | | | | | Anthem Health Plans of Kentucky, Inc. | $ 2,927.53 | | TOYOTA MOTOR SALES | | | $ 2,751.68 | $ 36,478.19 | $ 36,478.19 | $ 30,798.98 | U&C |
| East Houston | | | | | Anthem Health Plans of Kentucky, Inc. | $ 1,310.10 | | ASHLAND, INC | | | $ 5,886.91 | $ 28,738.14 | $ 28,738.14 | $ 21,541.13 | U&C |