| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **RightCHOICE Managed Care, Inc. d/b/a Anthem Blue Cross and Blue Shield Missouri d/b/a Blue Cross and Blue Shield of Missouri** | $ 843,738.91 | $ 385,815.27 | $ 283,549.13 | $ 69,935.74 | $ 32,330.40 | 12 |
| R&C | $ 21,141.73 | $ 11,416.53 | $ 5,717.93 | $ 2,226.87 | $ 3,471.73 | 1 |
| U&C | $ 182,313.69 | $ 182,313.69 | $ 155,017.87 | $ 16,910.78 | $ 10,385.04 | 3 |

Case 5:17-cv-00518-FB   Document 145-32   Filed 05/04/18   Page 2 of 3

RightCHOICE Managed Care, Inc. d/b/a Anthem Blue Cross and Blue Shield Missouri d/b/a Blue Cross and Blue Shield of Missouri

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mid-Cities | REDACTED | REDACTED | | | RightCHOICE Managed Care, Inc. d/b/a Anthem Blue Cross and Blue Shield Missouri d/b/a Blue Cross and Blue Shield of Missouri | $ - | REDACTED | TACONY CORP | | REDACTED | $ 991.61 | $ 19,832.20 | $ 5,949.66 | $ 4,958.05 | Blank |
| Mid-Cities | | | | | RightCHOICE Managed Care, Inc. d/b/a Anthem Blue Cross and Blue Shield Missouri d/b/a Blue Cross and Blue Shield of Missouri | $ - | | TACONY CORP | | | $ 1,162.86 | $ 19,717.30 | $ 5,915.19 | $ 4,752.33 | Blank |
| Plano | | | | | RightCHOICE Managed Care, Inc. d/b/a Anthem Blue Cross and Blue Shield Missouri d/b/a Blue Cross and Blue Shield of Missouri | $ - | | QINETIQ N AMERICA | | | $ - | $ 36,031.79 | $ 10,809.54 | $ 10,809.54 | Other |
| Plano | REDACTED | | | | RightCHOICE Managed Care, Inc. d/b/a Anthem Blue Cross and Blue Shield Missouri d/b/a Blue Cross and Blue Shield of Missouri | $ 2,764.95 | REDACTED | CASSIDY TURLEY MI | | REDACTED | $ 1,573.60 | $ 81,381.57 | $ 24,414.47 | $ 20,075.92 | Other |
| Mid-Cities | | | | | RightCHOICE Managed Care, Inc. d/b/a Anthem Blue Cross and Blue Shield Missouri d/b/a Blue Cross and Blue Shield of Missouri | $ 29,065.88 | | GRAYBAR ELECTRIC | | | $ 3,726.64 | $ 132,839.93 | $ 39,851.98 | $ 7,059.46 | Other |
| Landmark | | | | | RightCHOICE Managed Care, Inc. d/b/a Anthem Blue Cross and Blue Shield Missouri d/b/a Blue Cross and Blue Shield of Missouri | $ 11,477.85 | | TRICORBRAUN INC | | | $ 5,648.00 | $ 282,399.87 | $ 84,719.96 | $ 67,594.11 | Other |
| Beaumont | REDACTED | | | | RightCHOICE Managed Care, Inc. d/b/a Anthem Blue Cross and Blue Shield Missouri d/b/a Blue Cross and Blue Shield of Missouri | $ 1,508.48 | REDACTED | SOUTHERN LINK COM | | REDACTED | $ 2,896.84 | $ 18,599.05 | $ 5,579.72 | $ 1,174.40 | Other |
| Beaumont | | | | | RightCHOICE Managed Care, Inc. d/b/a Anthem Blue Cross and Blue Shield Missouri d/b/a Blue Cross and Blue Shield of Missouri | $ 2,226.87 | | SUDDENLINK COMM | | | $ 3,471.73 | $ 21,141.73 | $ 11,416.53 | $ 5,717.93 | R&C |
| East Houston | | | | | RightCHOICE Managed Care, Inc. d/b/a Anthem Blue Cross and Blue Shield Missouri d/b/a Blue Cross and Blue Shield of Missouri | $ 4,210.47 | | ANHEUSER BUSCH | | | $ 2,833.94 | $ 25,763.06 | $ 25,763.06 | $ 18,718.65 | U&C |
| Beaumont | | | | | RightCHOICE Managed Care, Inc. d/b/a Anthem Blue Cross and Blue Shield Missouri d/b/a Blue Cross and Blue Shield of Missouri | $ 9,890.01 | | GRAYBAR | | | $ 3,435.38 | $ 114,512.67 | $ 114,512.67 | $ 101,187.28 | U&C |
| Beaumont | REDACTED | | | | RightCHOICE Managed Care, Inc. d/b/a Anthem Blue Cross and Blue Shield Missouri d/b/a Blue Cross and Blue Shield of Missouri | $ 2,810.30 | REDACTED | SUDDEN LINK COMM | | REDACTED | $ 4,115.72 | $ 42,037.96 | $ 42,037.96 | $ 35,111.94 | U&C |

| Beaumont | RightCHOICE Managed Care, Inc. d/b/a Anthem Blue Cross and Blue Shield Missouri d/b/a Blue Cross and Blue Shield of Missouri | $ | 5,980.93 | HOLY ONE PSS, LLC | $ | 2,474.09 | $ | 49,481.78 | $ | 14,844.53 | $ | 6,389.52 |