| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield and as Blue Cross Blue Shield of New York | $ 1,469,542.41 | $ 755,965.32 | $ 550,261.72 | $ 165,565.08 | $ 40,138.52 | 16 |
| R&C | $ 203,871.42 | $ 150,864.85 | $ 104,784.29 | $ 41,789.86 | $ 4,290.70 | 2 |
| U&C | $ 39,354.41 | $ 39,354.41 | $ 39,354.41 | $ - | $ - | 1 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Innova / Southcross | REDACTED | | | | Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield and as Blue Cross Blue Shield of New York | $ - | REDACTED | CITI GROUP | REDACTED | | $ - | $ 111,518.23 | $ 33,455.47 | $ 33,455.47 | Blank |
| Innova / Southcross | | | | | Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield and as Blue Cross Blue Shield of New York | $ 1,750.38 | | TOTAL HEALTH PLUS | | | $ 1,078.30 | $ 16,211.71 | $ 4,863.51 | $ 2,034.83 | Blank |
| Beaumont | | | | | Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield and as Blue Cross Blue Shield of New York | $ 10,344.75 | | DCI BIOLOGICALS | | | $ 5,039.17 | $ 83,986.23 | $ 25,195.87 | $ 9,811.95 | Blank |
| Plano | | | | | Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield and as Blue Cross Blue Shield of New York | $ 5,701.04 | | LOUISVILLE 4 SEASON | | | $ 3,065.45 | $ 58,761.10 | $ 17,628.33 | $ 8,861.84 | Other |
| Plano | | | | | Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield and as Blue Cross Blue Shield of New York | $ 37,996.31 | | CITI BANK | | | $ 3,190.54 | $ 185,824.68 | $ 46,456.17 | $ 5,269.32 | Other |
| Mid-Cities | REDACTED | | | | Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield and as Blue Cross Blue Shield of New York | $ 12,873.26 | REDACTED | CITI GROUP | REDACTED | | $ 8,186.88 | $ 90,708.29 | $ 22,677.07 | $ 1,616.93 | Other |
| Mid-Cities | | | | | Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield and as Blue Cross Blue Shield of New York | $ 15,870.37 | | ASS ABLOY | | | $ 4,830.94 | $ 73,924.67 | $ 62,835.97 | $ 42,134.66 | Other |
| Landmark | | | | | Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield and as Blue Cross Blue Shield of New York | $ 6,425.79 | | CITI GROUP | | | $ 1,358.48 | $ 67,923.79 | $ 16,980.95 | $ 9,196.68 | Other |
| Innova / Southcross | | | | | Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield and as Blue Cross Blue Shield of New York | $ - | | CITI GROUP | | | $ - | $ 323,093.95 | $ 206,780.13 | $ 206,780.13 | Other |
| Innova / Southcross | | | | | Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield and as Blue Cross Blue Shield of New York | $ 8,391.54 | | CITI GROUP | | | $ 4,596.33 | $ 86,826.06 | $ 55,568.68 | $ 42,580.81 | Other |
| Innova / Southcross | REDACTED | | | | Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield and as Blue Cross Blue Shield of New York | $ 4,089.98 | REDACTED | CITI GROUP | REDACTED | | $ 2,596.82 | $ 37,495.59 | $ 9,373.90 | $ 2,687.10 | Other |
| Innova / Southcross | | | | | Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield and as Blue Cross Blue Shield of New York | $ 3,187.26 | | CITI GROUP | | | $ - | $ 16,220.07 | $ 11,516.25 | $ 8,328.99 | Other |
| Innova / Southcross | | | | | Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield and as Blue Cross Blue Shield of New York | $ 17,144.54 | | CITI GROUP | | | $ 1,904.91 | $ 73,822.21 | $ 52,413.77 | $ 33,364.32 | Other |

Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield and as Blue Cross Blue Shield of New York

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Landmark | | | | | Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield and as Blue Cross Blue Shield of New York | $ 40,528.22 | | J CREW | | | $ 3,250.00 | $ 194,056.65 | $ 143,601.92 | $ 99,823.70 | R&C |
| Landmark | | REDACTED | REDACTED | | Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield and as Blue Cross Blue Shield of New York | $ 1,261.64 | REDACTED | J CREW | REDACTED | | $ 1,040.70 | $ 9,814.77 | $ 7,262.93 | $ 4,960.59 | R&C |
| Plano | | | | | Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield and as Blue Cross Blue Shield of New York | $ - | | 90 ACCOUNT PLAN A | | | $ - | $ 39,354.41 | $ 39,354.41 | $ 39,354.41 | U&C |