Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc.

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 1,481,194.13 | $ 795,633.09 | $ 549,627.22 | $ 182,398.10 | $ 63,607.77 | 36 |
| R&C | $ 34,412.89 | $ 17,894.70 | $ 14,750.84 | $ 3,143.86 | $ - | 2 |
| U&C | $ 508,095.79 | $ 496,132.76 | $ 430,717.43 | $ 41,787.98 | $ 23,627.35 | 13 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 843.59 | | ALLEGIS | | | $ 562.38 | $ 17,378.86 | $ 5,213.66 | $ 3,807.69 | Blank |
| Mid-Cities | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 1,327.49 | | MCKINNEY DRILLING | | | $ - | $ 14,145.01 | $ 4,243.50 | $ 2,916.01 | Blank |
| Landmark | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 112.28 | | | | | $ 48.12 | $ 43,454.05 | $ 13,036.22 | $ 12,875.82 | Blank |
| Innova / Sc | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 8,784.06 | | KEY WEST CORP | | | $ - | $ 40,707.54 | $ 12,212.26 | $ 3,428.20 | Blank |
| Plano | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 702.99 | | ARBITRON INC | | | $ - | $ 16,393.96 | $ 4,918.19 | $ 4,215.20 | Other |
| Plano | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 721.68 | | EDUCATION AFFILIAT | | | $ 684.29 | $ 18,178.86 | $ 5,453.66 | $ 4,047.69 | Other |
| Plano | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 1,255.16 | | | | | $ 313.71 | $ 17,860.51 | $ 5,358.15 | $ 3,789.28 | Other |
| Plano | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 1,051.11 | | INDIVIDUAL | | | $ 700.73 | $ 11,722.52 | $ 3,516.76 | $ 1,764.92 | Other |
| Plano | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 45,437.71 | | ALLEGIS | | | $ 5,983.55 | $ 192,848.03 | $ 57,854.41 | $ 6,433.15 | Other |
| Mid-Cities | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 2,557.72 | | CAREFIRST | | | $ 1,196.19 | $ 25,429.91 | $ 7,628.97 | $ 3,875.06 | Other |
| Mid-Cities | | REDACTED | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 45,216.89 | REDACTED | ARINC | REDACTED | | $ 19,378.66 | $ 244,902.12 | $ 73,470.64 | $ 8,875.09 | Other |
| Innova / Sc | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 614.95 | | ALLEGIS | | | $ 1,029.42 | $ 25,077.77 | $ 7,523.33 | $ 5,878.96 | Other |
| Innova / Sc | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 8,784.06 | | K WEST CORP | | | $ - | $ 51,884.96 | $ 15,565.49 | $ 6,781.43 | Other |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mid-Cities | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 1,841.83 | | HANLEY WOOD | | | $ - | $ 23,673.70 | $ 12,310.32 | $ 10,468.49 | R&C |
| Innova / Sc | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 1,302.03 | | LYRIC HEALTHCARE IN | | | $ - | $ 10,739.19 | $ 5,584.38 | $ 4,282.35 | R&C |
| Plano | | REDACTED | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 6,791.08 | REDACTED | ALLEGIS | REDACTED | | $ 4,527.42 | $ 187,374.54 | $ 187,374.54 | $ 176,056.04 | U&C |
| Plano | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 1,275.86 | | SAFE NET INCORP | | | $ - | $ 17,043.73 | $ 17,043.73 | $ 15,767.87 | U&C |
| Plano | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 480.24 | | AREVAE | | | $ 767.01 | $ 14,764.70 | $ 14,764.70 | $ 13,517.45 | U&C |
| Plano | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 6,971.39 | | ARBITRON INC | | | $ - | $ 50,434.15 | $ 50,434.15 | $ 43,462.76 | U&C |
| Mid-Cities | | REDACTED | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ - | REDACTED | SYNOPTICS | REDACTED | | $ 1,459.34 | $ 17,090.05 | $ 5,127.02 | $ 3,667.68 | U&C |
| Landmark | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ - | | | | | $ - | $ 52,120.29 | $ 52,120.29 | $ 52,120.29 | U&C |
| Landmark | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 1,239.44 | | LYRIC HEALTHCARE | | | $ - | $ 13,890.46 | $ 13,890.46 | $ 12,651.02 | U&C |
| Landmark | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 2,952.74 | | LYRIC HEALTHCARE | | | $ 3,377.87 | $ 23,777.41 | $ 23,777.41 | $ 17,446.80 | U&C |
| Innova / Sc | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 4,954.76 | | LYRIC HEALTHCARE | | | $ 6,304.88 | $ 43,051.22 | $ 43,051.22 | $ 31,791.58 | U&C |
| Craig Rancl | | REDACTED | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 732.86 | REDACTED | ALLEGIS | REDACTED | | $ 488.55 | $ 15,172.35 | $ 15,172.35 | $ 13,950.94 | U&C |
| Craig Rancl | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 4,188.80 | | ALLEGIS | | | $ 2,792.55 | $ 25,440.39 | $ 25,440.39 | $ 18,459.04 | U&C |

Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc.

Case 5:17-cv-00518-FB   Document 145-34   Filed 05/04/18   Page 4 of 4

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Craig Ranch | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 5,864.57 | | ALLEGIS | | | $ 3,909.73 | $ 22,087.86 | $ 22,087.86 | $ 12,313.56 | U&C |
| Craig Ranch | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 6,336.24 | | TELECOMMUNICATIC | | | $ - | $ 25,848.64 | $ 25,848.64 | $ 19,512.40 | U&C |
| Beaumont | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 1,309.18 | | INTERNATIONAL UNI | | | $ 661.10 | $ 30,255.91 | $ 9,076.77 | $ 7,106.49 | Unknown |
| Innova / Sc | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ - | | | | | $ 138.89 | $ 2,777.74 | $ 833.32 | $ 694.44 | |
| Plano | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ - | | VILLAGE OF REIDOS | | | $ 1,841.60 | $ 36,831.93 | $ 11,049.58 | $ 9,207.98 | |
| Mid-Cities | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 17,073.89 | | Bureau Veritas | | | $ 5,919.22 | $ 118,384.31 | $ 35,515.29 | $ 12,522.19 | |
| Beaumont | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ - | | IUOEP | | | $ 19.18 | $ 383.50 | $ 115.05 | $ 95.88 | |
| Beaumont | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ - | | | | | $ 169.39 | $ 3,387.88 | $ 1,016.36 | $ 846.97 | |
| Beaumont | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 927.90 | | IUOEP | | | $ 504.25 | $ 10,085.00 | $ 3,025.50 | $ 1,593.35 | |
| Innova / Sc | | | | | Healthnow New York Inc. d/b/a Blue Cross and Blue Shield of Western New York, Inc. | $ 745.60 | | ALLEGIS | | | $ 829.75 | $ 16,595.08 | $ 4,978.52 | $ 3,403.17 | |