Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 3,902,979.86 | $ 2,193,762.50 | $ 1,525,441.47 | $ 416,836.08 | $ 251,484.95 | 77 |
| R&C | $ 1,387,066.81 | $ 755,267.43 | $ 524,559.49 | $ 189,527.53 | $ 41,180.41 | 16 |
| U&C | $ 977,518.44 | $ 977,518.44 | $ 696,370.98 | $ 167,083.78 | $ 114,063.68 | 35 |

Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| East Houston | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ - | | INDIVIDUAL/RETAIL P | | | $ - | $ 10,160.64 | $ 3,048.19 | $ 3,048.19 | Blank |
| Beaumont | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 2,842.37 | | GOODYEAR | | | $ 2,894.91 | $ 52,250.13 | $ 15,675.04 | $ 9,937.76 | Blank |
| Beaumont | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 21,425.25 | | GOODYEAR | | | $ 65,902.53 | $ 599,113.93 | $ 179,734.18 | $ 92,406.40 | Blank |
| Plano | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 1,444.17 | | THE GARLAND CO | | | $ 264.27 | $ 17,091.49 | $ 5,127.45 | $ 3,419.01 | Other |
| Plano | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 4,719.38 | | BOB EVANS FARMS | | | $ 4,100.99 | $ 37,735.54 | $ 11,320.66 | $ 2,500.29 | Other |
| Mid-Cities | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 524.49 | | ACUSPORT CORP | | | $ 3,349.61 | $ 34,251.07 | $ 10,275.32 | $ 6,401.22 | Other |
| Mid-Cities | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 1,369.99 | | JOANNES | | | $ 1,788.31 | $ 22,466.05 | $ 6,739.82 | $ 3,581.52 | Other |
| Innova / Southcross | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ - | | CINTAS CORP | | | $ - | $ 45,160.72 | $ 13,548.22 | $ 13,548.22 | Other |
| Innova / Southcross | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 10,562.25 | | GED INTEGRATED SO | | | $ - | $ 471,775.53 | $ 141,532.66 | $ 130,970.41 | Other |
| Innova / Southcross | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 911.39 | | AMERICAN ELECTRIC | | | $ 390.64 | $ 15,426.56 | $ 4,627.97 | $ 3,325.94 | Other |
| East Houston | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ - | | INDIVIDUAL/RETAIL P | | | $ - | $ 10,835.03 | $ 2,708.76 | $ 2,708.76 | Other |
| East Houston | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ - | | MULTIBAND INC | | | $ 1,162.24 | $ 10,565.79 | $ 3,169.74 | $ 2,007.50 | Other |
| Craig Ranch | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 805.66 | | APTALIS PHARMA | | | $ 701.39 | $ 14,199.51 | $ 4,259.85 | $ 2,752.80 | Other |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beaumont | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ - | | KROGER | | | $ 6,813.13 | $ 29,151.36 | $ 8,745.41 | $ 1,932.28 | Other |
| Plano | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 196.74 | | AM TRUST FINANCIA | | | $ 1,131.15 | $ 14,760.44 | $ 8,265.85 | $ 6,937.96 | R&C |
| Plano | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 1,632.87 | | | | | $ 3,129.42 | $ 39,757.37 | $ 21,468.98 | $ 16,706.69 | R&C |
| Plano | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 6,528.75 | | AMERISURE MUTUAL | | | $ 2,870.58 | $ 37,920.73 | $ 20,477.19 | $ 11,077.86 | R&C |
| Mid-Cities | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 80,233.62 | | MOTOROLLA SOLUTI( | | | $ 7,520.44 | $ 550,273.11 | $ 297,147.48 | $ 209,393.42 | R&C |
| Mid-Cities | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 1,514.93 | | GOODYEAR | | | $ 3,340.99 | $ 18,449.18 | $ 9,962.56 | $ 5,106.64 | R&C |
| Mid-Cities | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 2,440.62 | | CINTAS CORP | | | $ 1,627.08 | $ 13,645.01 | $ 7,368.31 | $ 3,300.61 | R&C |
| Innova / Southcross | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 5,227.05 | | AMERICAN ELECTRIC | | | $ 2,240.18 | $ 87,421.19 | $ 47,207.44 | $ 39,740.21 | R&C |
| Innova / Southcross | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 5,481.27 | | DRUREY HOTEL CO | | | $ 6,831.31 | $ 95,867.03 | $ 51,768.20 | $ 39,455.62 | R&C |
| Innova / Southcross | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 21,246.74 | | CINTAS CORP | | | $ 2,538.81 | $ 74,247.03 | $ 40,093.40 | $ 16,307.85 | R&C |
| East Houston | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 1,005.69 | | KENAN ADVANTAGE | | | $ 511.35 | $ 17,045.05 | $ 9,204.33 | $ 7,687.29 | R&C |
| East Houston | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 3,664.21 | | POLYONE | | | $ 531.20 | $ 17,706.64 | $ 9,561.59 | $ 5,366.18 | R&C |
| Craig Ranch | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 3,605.50 | | WOOLPERT, INC | | | $ 4,538.82 | $ 62,939.80 | $ 33,987.49 | $ 25,843.17 | R&C |

Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Craig Ranch | | REDACTED | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 5,247.65 | REDACTED | DANA LIMITED | REDACTED | | $ 3,498.21 | $ 62,591.21 | $ 33,799.25 | $ 25,053.39 | R&C |
| Craig Ranch | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 11,111.52 | | DANA LIMITED | | | $ - | $ 66,876.11 | $ 36,113.10 | $ 25,001.58 | R&C |
| Craig Ranch | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 37,343.49 | | DANA LIMITED | | | $ - | $ 198,537.99 | $ 113,166.65 | $ 75,823.16 | R&C |
| Beaumont | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 3,046.88 | | GOODYEAR | | | $ 870.87 | $ 29,028.92 | $ 15,675.62 | $ 11,757.87 | R&C |
| Plano | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 1,027.17 | | STERLING JEWELERS | | | $ 1,827.30 | $ 23,231.23 | $ 23,231.23 | $ 20,376.76 | U&C |
| Plano | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 5,255.23 | | GOODYEAR | | | $ 3,503.51 | $ 47,960.34 | $ 47,960.34 | $ 39,201.60 | U&C |
| Plano | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 1,511.04 | | BOB EVANS FARMS | | | $ 4,063.93 | $ 17,465.86 | $ 17,465.86 | $ 11,890.89 | U&C |
| Plano | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 2,482.76 | | AMERICAN ELETRIC | | | $ 1,064.03 | $ 10,815.79 | $ 10,815.79 | $ 7,269.00 | U&C |
| Plano | | REDACTED | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 19,196.45 | REDACTED | BOB EVANS FARMS | REDACTED | | $ 6,864.74 | $ 77,497.97 | $ 77,497.97 | $ 51,436.78 | U&C |
| Plano | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 1,201.98 | | GOODYEAR | | | $ 3,801.98 | $ 14,717.28 | $ 14,717.28 | $ 9,713.32 | U&C |
| Plano | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 3,352.58 | | GOODYEAR | | | $ 3,000.00 | $ 18,320.44 | $ 18,320.44 | $ 11,967.86 | U&C |
| Plano | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 2,274.08 | | GOODYEAR | | | $ 2,995.90 | $ 14,294.30 | $ 14,294.30 | $ 9,024.32 | U&C |
| Plano | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 6,721.37 | | JOANN FABRIC AND C | | | $ 5,355.91 | $ 31,373.77 | $ 31,373.77 | $ 19,296.49 | U&C |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 5,361.27 | | AMERICAN ELETRIC | | | $ 4,633.60 | $ 22,070.20 | $ 22,070.20 | $ 12,075.33 | U&C |
| Plano | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 4,232.43 | | GOODYEAR | | | $ 3,400.00 | $ 15,998.28 | $ 15,998.28 | $ 8,365.85 | U&C |
| Plano | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 3,570.72 | | KROGER | | | $ 6,570.72 | $ 13,766.44 | $ 13,766.44 | $ 3,625.00 | U&C |
| Mid-Cities | | | REDACTED | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 5,258.47 | REDACTED | CINTAS CORP | | REDACTED | $ 3,347.77 | $ 77,546.30 | $ 77,546.30 | $ 68,940.06 | U&C |
| Mid-Cities | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 2,189.43 | | KENAN ADVANTAGE | | | $ - | $ 13,717.42 | $ 13,717.42 | $ 11,527.99 | U&C |
| Mid-Cities | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 2,478.32 | | CINTAS CORP | | | $ 2,652.23 | $ 20,495.75 | $ 20,495.75 | $ 15,365.20 | U&C |
| Mid-Cities | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 3,671.15 | | CINTAS CORP | | | $ 3,447.43 | $ 27,160.25 | $ 27,160.25 | $ 20,041.67 | U&C |
| Mid-Cities | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 9,510.35 | | CINTAS CORP | | | $ 3,800.00 | $ 45,830.47 | $ 45,830.47 | $ 32,520.12 | U&C |
| Mid-Cities | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ - | | KROGER | | | $ 5,768.05 | $ 19,843.05 | $ 19,843.05 | $ 14,075.00 | U&C |
| Mid-Cities | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 4,945.39 | | CINTAS CORP | | | $ 4,296.92 | $ 31,516.16 | $ 31,516.16 | $ 22,273.85 | U&C |
| Mid-Cities | | | REDACTED | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 4,231.71 | REDACTED | NET JETS | | REDACTED | $ 1,057.93 | $ 17,108.52 | $ 17,108.52 | $ 11,818.88 | U&C |
| Landmark | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 418.75 | | TRAVEL CENTER | | | $ 2,918.79 | $ 10,891.12 | $ 10,891.12 | $ 7,553.58 | U&C |
| Innova / Southcross | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 25,838.83 | | CENTER'S CORP | | | $ 3,000.00 | $ 86,245.35 | $ 86,245.35 | $ 57,406.52 | U&C |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| East Houston | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 1,017.35 | | BIG LOTS INC. | | | $ 63.67 | $ 19,636.85 | $ 19,636.85 | $ 18,555.83 | U&C |
| East Houston | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 1,905.55 | | MARATHON OIL COM | | | $ 1,026.07 | $ 19,727.79 | $ 19,727.79 | $ 16,796.17 | U&C |
| East Houston | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 1,391.62 | | BIG LOTS | | | $ 1,955.26 | $ 17,775.13 | $ 17,775.13 | $ 14,428.25 | U&C |
| East Houston | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 2,473.14 | | KROGER | | | $ - | $ 10,254.24 | $ 10,254.24 | $ 7,781.10 | U&C |
| Craig Ranch | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 927.67 | | STERLING JEWELERS | | | $ 618.47 | $ 13,951.06 | $ 13,951.06 | $ 12,404.92 | U&C |
| Craig Ranch | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 1,479.63 | | BOB EVANS FARMS | | | $ 943.74 | $ 20,451.53 | $ 20,451.53 | $ 18,028.16 | U&C |
| Craig Ranch | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 227.87 | | AMERICAN MODERN | | | $ 2,201.92 | $ 14,608.59 | $ 14,608.59 | $ 12,178.80 | U&C |
| Craig Ranch | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 1,606.10 | | NETJETS INC | | | $ 6,606.12 | $ 19,431.60 | $ 19,431.60 | $ 11,219.38 | U&C |
| Craig Ranch | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 4,567.06 | | STERIS CORP | | | $ 4,044.70 | $ 15,696.52 | $ 15,696.52 | $ 7,084.76 | U&C |
| Craig Ranch | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 1,604.75 | | NETJETS, INC | | | $ 6,604.78 | $ 14,063.87 | $ 14,063.87 | $ 5,854.34 | U&C |
| Beaumont | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 3,531.41 | | GOODYEAR | | | $ 2,649.60 | $ 24,087.27 | $ 24,087.27 | $ 17,906.26 | U&C |
| Beaumont | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 4,767.91 | | GOODYEAR | | | $ 4,578.61 | $ 31,518.69 | $ 31,518.69 | $ 22,172.17 | U&C |
| Beaumont | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 26,854.24 | | GOODYEAR | | | $ 5,400.00 | $ 98,449.01 | $ 98,449.01 | $ 66,194.77 | U&C |

Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 470.43 | | AM TRUST FINANCIA | | | $ 1,201.60 | $ 14,786.48 | $ 4,435.94 | $ 2,763.91 | Unknown |
| Plano | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 542.03 | | KERRY AMERICAS | | | $ 432.71 | $ 8,654.20 | $ 2,596.26 | $ 1,621.52 | |
| Craig Ranch | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 135.51 | | Cintas Corporation | | | $ 68.83 | $ 1,376.56 | $ 412.97 | $ 208.63 | |
| Beaumont | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ - | | GOODYEAR | | | $ 18.75 | $ 375.00 | $ 112.50 | $ 93.75 | |
| Beaumont | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ - | | GOODYEAR | | | $ 49.09 | $ 981.73 | $ 294.52 | $ 245.43 | |
| Beaumont | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ - | | GOODYEAR | | | $ 126.90 | $ 2,538.00 | $ 761.40 | $ 634.50 | |
| Beaumont | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 31.53 | | | | | $ 20.02 | $ 400.40 | $ 120.12 | $ 68.57 | |
| Beaumont | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 8,018.71 | | GOODYEAR | | | $ 3,625.43 | $ 72,508.62 | $ 21,752.59 | $ 10,108.45 | |
| Beaumont | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 146.20 | | GOODYEAR | | | $ 64.88 | $ 1,297.64 | $ 389.29 | $ 178.21 | |
| Beaumont | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 4,176.19 | | GOODYEAR | | | $ 1,709.58 | $ 34,191.68 | $ 10,257.50 | $ 4,371.73 | |
| Innova / Southcross | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 767.44 | | DRURY HOTELS COMI | | | $ 778.75 | $ 15,575.06 | $ 4,672.52 | $ 3,126.33 | |
| Innova / Southcross | | | | | Community Insurance Company d/b/a Anthem Blue Cross of Ohio and/or Blue Cross Blue Shield of Ohio | $ 1,331.78 | | DRURY HOTELS COMI | | | $ 776.29 | $ 15,525.89 | $ 4,657.77 | $ 2,549.69 | |