Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 2,740,499.30 | $ 1,588,310.87 | $ 1,109,241.03 | $ 387,256.41 | $ 91,813.43 | 39 |
| R&C | $ 1,347,567.77 | $ 729,625.91 | $ 425,927.63 | $ 254,158.51 | $ 49,539.76 | 16 |
| U&C | $ 629,722.14 | $ 629,722.14 | $ 539,376.77 | $ 73,519.87 | $ 16,825.50 | 8 |

Case 5:17-cv-00518-FB   Document 145-36   Filed 05/04/18   Page 2 of 4

Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 5,898.37 | | SMS ACTIVE | | | $ - | $ 40,577.23 | $ 12,173.17 | $ 6,274.80 | Blank |
| Mid-Cities | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 272.65 | | URS FEDERAL SERVI | | | $ 986.66 | $ 18,430.18 | $ 5,529.05 | $ 4,269.74 | Blank |
| Mid-Cities | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 5,026.81 | | URS FEDERAL SERVI | | | $ 7,206.90 | $ 109,914.93 | $ 32,974.48 | $ 20,740.77 | Blank |
| Beaumont | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 26,054.70 | | MEAD WESTVACO | | | $ 1,193.82 | $ 312,973.28 | $ 93,891.98 | $ 66,643.46 | Blank |
| Craig Ranch | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 1,457.93 | | HEALTH DIAGNOSTI( | | | $ 971.86 | $ 15,758.51 | $ 4,727.55 | $ 2,297.76 | Blank |
| Plano | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 2,538.65 | | HILTON | | | $ 3,288.57 | $ 30,065.94 | $ 9,019.78 | $ 3,192.56 | Other |
| Plano | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 5,481.42 | | SELERITY IT | | | $ 2,849.10 | $ 40,252.73 | $ 12,075.82 | $ 3,745.30 | Other |
| Plano | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 2,583.45 | | MASONITE CORP | | | $ 3,583.56 | $ 28,127.57 | $ 8,438.27 | $ 2,271.26 | Other |
| Mid-Cities | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 500.78 | | BASSETT DIRECT | | | $ 1,073.36 | $ 16,994.76 | $ 5,098.43 | $ 3,524.29 | Other |
| Beaumont | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 1,413.91 | | ALBLEMARLE | | | $ 2,293.01 | $ 20,845.53 | $ 6,253.66 | $ 2,546.74 | Other |
| Innova / Southcr | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 6,965.02 | | AMERICAN WOODM | | | $ 52.61 | $ 80,096.49 | $ 24,028.95 | $ 17,011.32 | Other |
| Craig Ranch | | REDACTED | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ - | REDACTED | DIGITAL INTELLIGE | | REDACTED | $ - | $ 10,197.92 | $ 3,059.38 | $ 3,059.38 | Other |
| Mid-Cities | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 2,308.42 | | DOMINION DISTRIBL | | | $ 2,619.00 | $ 18,604.70 | $ 8,930.26 | $ 4,002.84 | R&C |
| Beaumont | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 3,748.43 | | MEAD WESTVACO | | | $ 3,498.95 | $ 18,626.10 | $ 10,430.62 | $ 3,183.24 | R&C |
| Beaumont | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ - | | | | | $ 3,733.96 | $ 14,023.19 | $ 8,413.91 | $ 4,679.95 | R&C |

Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia

Case 5:17-cv-00518-FB   Document 145-36   Filed 05/04/18   Page 3 of 4

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beaumont | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 4,092.09 | | MEAD WESTVACO | | | $ 3,917.67 | $ 31,949.75 | $ 17,891.86 | $ 9,882.10 | R&C |
| Beaumont | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 4,443.47 | | MEAD WESTVACO | | | $ 6,821.08 | $ 50,910.24 | $ 29,018.84 | $ 17,754.29 | R&C |
| Beaumont | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 6,857.64 | | MEAD WESTVACO | | | $ 468.51 | $ 46,851.43 | $ 26,236.80 | $ 18,910.65 | R&C |
| Beaumont | | REDACTED | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 1,806.45 | REDACTED | ALLOY POLYMERS | REDACTED | | $ 173.08 | $ 17,307.58 | $ 9,692.24 | $ 7,712.72 | R&C |
| Beaumont | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 566.97 | | ALLOY POLYMERS | | | $ 172.41 | $ 17,241.48 | $ 9,655.23 | $ 8,915.84 | R&C |
| Mid-Cities | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 4,087.07 | | SWEDISH MATCH NC | | | $ 3,524.68 | $ 26,344.51 | $ 12,645.36 | $ 5,033.61 | R&C |
| Mid-Cities | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 69,683.65 | | VALVE OPTIONS | | | $ 14,673.32 | $ 243,441.19 | $ 116,851.77 | $ 32,494.80 | R&C |
| Innova / Southcr | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 146,160.76 | | AMERICAN WOODM | | | $ 1,627.34 | $ 775,281.64 | $ 434,157.72 | $ 286,369.62 | R&C |
| Innova / Southcr | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 6,095.90 | | ADVANCE AUTO PAR | | | $ 4,813.92 | $ 41,527.60 | $ 23,255.46 | $ 12,345.64 | R&C |
| East Houston | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 1,172.60 | | TRYDENT | | | $ 1,002.50 | $ 10,430.47 | $ 5,632.45 | $ 3,457.35 | R&C |
| Craig Ranch | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 604.14 | | HILTON | | | $ 604.13 | $ 14,529.58 | $ 6,974.20 | $ 5,765.93 | R&C |
| Craig Ranch | | REDACTED | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 638.77 | REDACTED | HEALTH DIAGNOSTIC | REDACTED | | $ 607.08 | $ 10,235.99 | $ 4,913.28 | $ 3,667.43 | R&C |
| Craig Ranch | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 1,892.15 | | DIGITAL INTELLIGE | | | $ 1,282.13 | $ 10,262.32 | $ 4,925.91 | $ 1,751.63 | R&C |
| Plano | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 1,497.49 | | PLY GEM BUILDING | | | $ 2,997.50 | $ 14,066.89 | $ 14,066.89 | $ 9,571.90 | U&C |
| Mid-Cities | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 2,396.83 | | FERGUSON ENTERPR | | | $ 2,438.33 | $ 18,498.56 | $ 18,498.56 | $ 13,663.40 | U&C |

Case 5:17-cv-00518-FB   Document 145-36   Filed 05/04/18   Page 4 of 4
Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beaumont | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 660.97 | | MEAD WESTVACO | | | $ 1,569.03 | $ 24,664.27 | $ 24,664.27 | $ 22,434.27 | U&C |
| Landmark | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 9,058.31 | | MAXIMUS | | | $ - | $ 285,219.42 | $ 285,219.42 | $ 276,161.11 | U&C |
| Landmark | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 52,505.94 | | FERGUSON ENTERPR | | | $ 2,059.21 | $ 205,920.63 | $ 205,920.63 | $ 151,355.48 | U&C |
| Innova / Southcr | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 4,339.37 | | MAXIMUS | | | $ 3,392.89 | $ 56,479.59 | $ 56,479.59 | $ 48,747.33 | U&C |
| Craig Ranch | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ - | | HILTON | | | $ 1,327.89 | $ 14,049.95 | $ 14,049.95 | $ 12,722.06 | U&C |
| Craig Ranch | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 3,060.96 | | MAXIMUS | | | $ 3,040.65 | $ 10,822.83 | $ 10,822.83 | $ 4,721.22 | U&C |
| East Houston | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ - | | ALBEMARLE CORP | | | $ 857.73 | $ 17,154.50 | $ 5,146.35 | $ 4,288.63 | |
| Plano | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 1,263.03 | | DOLLAR TREE INC. | | | $ 984.45 | $ 19,688.94 | $ 5,906.68 | $ 3,659.21 | |
| Beaumont | | | | | Anthem Health Plans of Virginia, Inc. d/b/a Blue Cross and Blue Shield of Virginia and/or Anthem Blue Cross Blue Shield of Virginia | $ 121.31 | | FERGUSON ENTERPR | | | $ 106.54 | $ 2,130.88 | $ 639.26 | $ 411.41 | |