Blue Cross of Idaho Care Plus, Inc. and Blue Cross of Idaho Health Service, Inc. d/b/a Blue Cross of Idaho

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| Blue Cross of Idaho Care Plus, Inc. and Blue Cross of Idaho Health Service, Inc. d/b/a Blue Cross of Idaho | $ 398,061.96 | $ 118,530.70 | $ 70,740.18 | $ 28,956.34 | $ 18,834.18 | 10 |

No R&C or U&C

Blue Cross of Idaho Care Plus, Inc. and Blue Cross of Idaho Health Service, Inc. d/b/a Blue Cross of Idaho

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mid-Cities | | REDACTED | | | Blue Cross of Idaho Care Plus, Inc. and Blue Cross of Idaho Health Service, Inc. d/b/a Blue Cross of Idaho | $ 795.08 | REDACTED | ALBERTSONS | REDACTED | | $ 529.95 | $ 16,943.56 | $ 5,083.07 | $ 3,758.04 | Blank |
| Plano | | | | | Blue Cross of Idaho Care Plus, Inc. and Blue Cross of Idaho Health Service, Inc. d/b/a Blue Cross of Idaho | $ - | | | | | $ - | $ 51,552.42 | $ 15,465.73 | $ 15,465.73 | Other |
| Plano | | | | | Blue Cross of Idaho Care Plus, Inc. and Blue Cross of Idaho Health Service, Inc. d/b/a Blue Cross of Idaho | $ 739.52 | | CANNOT DISCLOSE | | | $ 816.92 | $ 10,870.69 | $ 3,261.21 | $ 1,704.77 | Other |
| Plano | | | | | Blue Cross of Idaho Care Plus, Inc. and Blue Cross of Idaho Health Service, Inc. d/b/a Blue Cross of Idaho | $ 4,990.29 | | ALBERTSONS LLC | | | $ 3,326.77 | $ 53,397.59 | $ 16,019.28 | $ 7,702.22 | Other |
| Plano | | REDACTED | | | Blue Cross of Idaho Care Plus, Inc. and Blue Cross of Idaho Health Service, Inc. d/b/a Blue Cross of Idaho | $ 9,027.31 | REDACTED | SIMPLOT | REDACTED | | $ 3,687.25 | $ 62,175.45 | $ 18,652.64 | $ 5,938.08 | Other |
| Mid-Cities | | | | | Blue Cross of Idaho Care Plus, Inc. and Blue Cross of Idaho Health Service, Inc. d/b/a Blue Cross of Idaho | $ 394.28 | | ALBERTSONS | | | $ 862.83 | $ 16,937.19 | $ 5,081.16 | $ 3,824.05 | Other |
| Mid-Cities | | | | | Blue Cross of Idaho Care Plus, Inc. and Blue Cross of Idaho Health Service, Inc. d/b/a Blue Cross of Idaho | $ 763.03 | | ALBERTSONS | | | $ 508.62 | $ 16,831.91 | $ 5,049.57 | $ 3,777.92 | Other |
| Mid-Cities | | | | | Blue Cross of Idaho Care Plus, Inc. and Blue Cross of Idaho Health Service, Inc. d/b/a Blue Cross of Idaho | $ 10,470.72 | | ALBERTSONS | | | $ 7,080.48 | $ 134,503.09 | $ 40,350.93 | $ 22,799.73 | Other |
| Mid-Cities | | | | | Blue Cross of Idaho Care Plus, Inc. and Blue Cross of Idaho Health Service, Inc. d/b/a Blue Cross of Idaho | $ 1,513.00 | | ALBERTSONS | | | $ 1,008.61 | $ 17,757.81 | $ 4,439.45 | $ 1,917.84 | Other |
| Plano | | REDACTED | | | Blue Cross of Idaho Care Plus, Inc. and Blue Cross of Idaho Health Service, Inc. d/b/a Blue Cross of Idaho | $ 263.11 | REDACTED | SIMPLOT | REDACTED | | $ 1,012.75 | $ 17,092.25 | $ 5,127.68 | $ 3,851.82 | Unknown |