**Blue Cross Blue Shield of Kansas, Inc.**

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Blue Cross Blue Shield of Kansas, Inc.** | $ 318,275.44 | $ 95,482.63 | $ 86,579.29 | $ 7,309.40 | $ 1,593.94 | 11 |

No R&C or U&C

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | | | | Blue Cross Blue Shield of Kansas, Inc. | $ 321.55 | | | | | $ 80.30 | $ 11,151.84 | $ 3,345.55 | $ 2,943.70 | Blank |
| Mid-Cities | | | | | Blue Cross Blue Shield of Kansas, Inc. | $ 203.52 | | LUBRICATION ENGINE | | | $ - | $ 19,068.08 | $ 5,720.42 | $ 5,516.90 | Blank |
| Mid-Cities | | | | | Blue Cross Blue Shield of Kansas, Inc. | $ 171.20 | | LUBRICATION ENGINE | | | $ 39.14 | $ 15,609.90 | $ 4,682.97 | $ 4,472.63 | Blank |
| Mid-Cities | | | | | Blue Cross Blue Shield of Kansas, Inc. | $ 166.82 | | LUBRICATION ENGINE | | | $ 39.12 | $ 13,957.60 | $ 4,187.28 | $ 3,981.34 | Blank |
| Plano | REDACTED | REDACTED | REDACTED | REDACTED | Blue Cross Blue Shield of Kansas, Inc. | $ 255.07 | REDACTED | | REDACTED | REDACTED | $ 63.29 | $ 17,135.49 | $ 5,140.65 | $ 4,822.29 | Other |
| Mid-Cities | | | | | Blue Cross Blue Shield of Kansas, Inc. | $ 203.05 | | LUBRICATION ENGINE | | | $ - | $ 22,767.72 | $ 6,830.32 | $ 6,627.27 | Other |
| Mid-Cities | | | | | Blue Cross Blue Shield of Kansas, Inc. | $ 209.73 | | LUBRICATION ENGINE | | | $ - | $ 19,694.28 | $ 5,908.28 | $ 5,698.55 | Other |
| Mid-Cities | | | | | Blue Cross Blue Shield of Kansas, Inc. | $ 353.49 | | DESTINY SUPPORTS | | | $ - | $ 11,191.21 | $ 3,357.36 | $ 3,003.87 | Other |
| Mid-Cities | | | | | Blue Cross Blue Shield of Kansas, Inc. | $ 104.02 | | PIONEER BALLOON | | | $ 804.35 | $ 20,553.49 | $ 6,166.05 | $ 5,257.68 | Other |
| Mid-Cities | | | | | Blue Cross Blue Shield of Kansas, Inc. | $ 2,476.76 | | LUBRICATION ENGINE | | | $ 567.74 | $ 34,519.02 | $ 10,355.71 | $ 7,311.21 | Other |
| Innova / Southcross | | | | | Blue Cross Blue Shield of Kansas, Inc. | $ 2,844.19 | | SCHILLING CONSTRU | | | $ - | $ 132,626.81 | $ 39,788.04 | $ 36,943.85 | Other |