**Blue Cross and Blue Shield of Kansas City**

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Blue Cross and Blue Shield of Kansas City** | $ 1,136,185.86 | $ 678,023.61 | $ 460,434.78 | $ 175,376.00 | $ 42,212.84 | 18 |
| R&C | $ 358,839.21 | $ 200,949.96 | $ 130,554.71 | $ 54,848.58 | $ 15,546.67 | 4 |
| U&C | $ 348,385.23 | $ 348,385.23 | $ 277,018.14 | $ 66,477.13 | $ 4,889.96 | 4 |

Case 5:17-cv-00518-FB   Document 145-39   Filed 05/04/18   Page 2 of 2

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | | | | Blue Cross and Blue Shield of Kansas City | $ 619.50 | | BCBS DIRECT PAY | | | $ 656.36 | $ 17,020.49 | $ 5,106.15 | $ 3,830.29 | Blank |
| Plano | | | | | Blue Cross and Blue Shield of Kansas City | $ 9,016.36 | | BCBS DIRECT PAY | | | $ 3,777.92 | $ 84,103.75 | $ 25,231.13 | $ 12,436.85 | Blank |
| Plano | | REDACTED | | | Blue Cross and Blue Shield of Kansas City | $ 1,579.44 | REDACTED | DAIRY FARMERS OF | REDACTED | | $ 850.35 | $ 15,303.80 | $ 4,591.14 | $ 2,161.35 | Blank |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Kansas City | $ 20,724.74 | | SEVEN ELEVEN | | | $ 5,181.06 | $ 116,329.41 | $ 34,898.82 | $ 8,993.02 | Blank |
| Plano | | | | | Blue Cross and Blue Shield of Kansas City | $ 1,374.04 | | DAIRY FARMERS OF | | | $ 739.75 | $ 17,936.62 | $ 5,380.99 | $ 3,267.20 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Kansas City | $ 1,186.74 | | DAIRY FARMERS OF AMERICA | | | $ 638.91 | $ 12,645.05 | $ 3,793.52 | $ 1,967.87 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Kansas City | $ 16,639.65 | | WESTLAKE HARDWARE | | | $ 7,310.38 | $ 117,038.76 | $ 35,111.63 | $ 11,161.60 | Other |
| East Houston | | | | | Blue Cross and Blue Shield of Kansas City | $ 634.01 | | SEABOARD CORP | | | $ 922.67 | $ 10,548.55 | $ 3,164.57 | $ 1,607.89 | Other |
| Plano | | REDACTED | | | Blue Cross and Blue Shield of Kansas City | $ 24,365.05 | REDACTED | B.E. SMITH INTEROM SERVICES | REDACTED | | $ 6,091.17 | $ 202,053.40 | $ 113,149.90 | $ 82,693.68 | R&C |
| Plano | | | | | Blue Cross and Blue Shield of Kansas City | $ 5,308.25 | | EXECUTIVE FLIGHT SERVICES INC | | | $ 1,906.24 | $ 22,941.08 | $ 12,847.00 | $ 5,632.51 | R&C |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Kansas City | $ 25,165.99 | | QUALITY TECHNOLOG | | | $ 5,492.69 | $ 109,853.81 | $ 61,518.13 | $ 30,859.45 | R&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Kansas City | $ 9.29 | | ORTRAN | | | $ 2,056.57 | $ 23,990.92 | $ 13,434.92 | $ 11,369.06 | R&C |
| Plano | | | | | Blue Cross and Blue Shield of Kansas City | $ 58,316.65 | | | | | $ 2,920.11 | $ 268,704.73 | $ 268,704.73 | $ 207,467.97 | U&C |
| East Houston | | REDACTED | | | Blue Cross and Blue Shield of Kansas City | $ 934.04 | REDACTED | SEABOARD CORP | REDACTED | | $ 622.64 | $ 10,574.38 | $ 10,574.38 | $ 9,017.70 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Kansas City | $ 1,837.17 | | PCG | | | $ - | $ 42,774.39 | $ 42,774.39 | $ 40,937.22 | U&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Kansas City | $ 5,389.27 | | NUETERRA | | | $ 1,347.21 | $ 26,331.73 | $ 26,331.73 | $ 19,595.25 | U&C |
| Plano | | | | | Blue Cross and Blue Shield of Kansas City | $ 1,430.98 | | DAIRY FARMERS OF AMERICA | | | $ 770.40 | $ 19,466.83 | $ 5,840.05 | $ 3,638.67 | Unknown |
| Plano | | | | | Blue Cross and Blue Shield of Kansas City | $ 844.83 | | Dairy Farmers | | | $ 928.41 | $ 18,568.16 | $ 5,570.45 | $ 3,797.21 | |