**Blue Cross and Blue Shield of Nebraska**

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Blue Cross and Blue Shield of Nebraska** | $ 1,663,308.39 | $ 675,234.21 | $ 396,309.30 | $ 215,325.41 | $ 63,599.50 | 37 |
| R&C | $ 235,318.00 | $ 131,778.08 | $ 92,718.30 | $ 32,039.84 | $ 7,019.94 | 5 |
| U&C | $ 164,370.02 | $ 164,370.02 | $ 133,376.14 | $ 17,293.27 | $ 13,700.61 | 7 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | REDACTED | | | Blue Cross and Blue Shield of Nebraska | $ 227.21 | REDACTED | | | REDACTED | $ 1,202.52 | $ 18,325.60 | $ 5,497.68 | $ 4,067.95 | Blank |
| Plano | | | | | Blue Cross and Blue Shield of Nebraska | $ 4,813.02 | | | | | $ 519.37 | $ 35,569.46 | $ 10,670.84 | $ 5,338.45 | Blank |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Nebraska | $ 2,239.05 | | CONAGRA FOODS | | | $ 185.50 | $ 14,225.96 | $ 4,267.79 | $ 1,843.24 | Blank |
| Plano | | | | | Blue Cross and Blue Shield of Nebraska | $ 1,379.47 | | NEBRASKA PUBLIC POWER | | | $ - | $ 17,418.49 | $ 5,225.55 | $ 3,846.08 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Nebraska | $ 1,247.23 | | VALMONT INDUSTRIE | | | $ - | $ 14,759.76 | $ 4,427.93 | $ 3,180.70 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Nebraska | $ 11,584.16 | | | | | $ - | $ 101,651.85 | $ 30,495.56 | $ 18,911.40 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Nebraska | $ 2,099.70 | | CHIEF INDUSTRIES INC. | | | $ 899.88 | $ 14,343.52 | $ 4,303.06 | $ 1,303.48 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Nebraska | $ 62,219.74 | | VALMONT | | | $ 3,363.20 | $ 307,170.96 | $ 92,151.29 | $ 26,568.35 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Nebraska | $ 31,275.72 | | VALMONT INDUSTRIE | | | $ 6,259.84 | $ 166,935.59 | $ 50,080.68 | $ 12,545.12 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Nebraska | $ - | | STANDARD NUTRITION COM | | | $ 1,541.44 | $ 14,939.36 | $ 4,481.81 | $ 2,940.37 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Nebraska | $ 1,158.23 | | CONAGRA FOODS | | | $ 772.15 | $ 17,107.98 | $ 5,132.39 | $ 3,202.01 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Nebraska | $ 1,158.23 | | CONAGRA FOODS | | | $ 772.15 | $ 17,063.67 | $ 5,119.10 | $ 3,188.72 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Nebraska | $ 1,709.48 | | CONAGRA FOODS | | | $ 777.60 | $ 18,913.86 | $ 5,674.16 | $ 3,187.08 | Other |
| Mid-Cities | | REDACTED | | | Blue Cross and Blue Shield of Nebraska | $ 361.62 | REDACTED | CONAGRA FOODS | | REDACTED | $ 3,470.82 | $ 22,941.13 | $ 6,882.34 | $ 3,049.90 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Nebraska | $ 2,565.31 | | CONAGRA FOODS | | | $ - | $ 14,088.67 | $ 4,226.60 | $ 1,661.29 | Other |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Nebraska | $ 2,355.83 | | TABELIAS | | | $ 3,570.55 | $ 27,284.07 | $ 8,185.22 | $ 2,258.84 | Other |
| East Houston | | | | | Blue Cross and Blue Shield of Nebraska | $ 409.30 | | TRANSCANADA USA | | | $ 991.12 | $ 19,822.36 | $ 5,946.71 | $ 4,546.29 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Nebraska | $ 327.35 | | BH MEDIA GRP WORL | | | $ 1,969.08 | $ 21,466.79 | $ 6,440.04 | $ 4,143.61 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Nebraska | $ 9,947.20 | | WERNER ENTERPRISE | | | $ 7,604.00 | $ 159,018.75 | $ 47,705.63 | $ 30,154.43 | Other |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Nebraska | $ 8,360.17 | | WERNER ENTERPRISE | | | $ - | $ 47,939.30 | $ 14,381.79 | $ 6,021.62 | Other |
| Beaumont | | | | | Blue Cross and Blue Shield of Nebraska | $ - | | UNION PACIFIC CORP. | | | $ 933.33 | $ 20,273.66 | $ 6,082.10 | $ 5,148.77 | Other |
| Plano | | | | | Blue Cross and Blue Shield of Nebraska | $ - | | VALMONT INDUSTRIE | | | $ - | $ 21,143.34 | $ 11,840.27 | $ 11,840.27 | R&C |
| Plano | | | | | Blue Cross and Blue Shield of Nebraska | $ 7,279.95 | | CONAGRA FOODS | | | $ 4,019.94 | $ 97,349.44 | $ 54,515.69 | $ 43,215.80 | R&C |
| Plano | | | | | Blue Cross and Blue Shield of Nebraska | $ 1,751.84 | | VELMONT INDUSTRIES | | | $ - | $ 14,203.76 | $ 7,954.11 | $ 6,202.27 | R&C |
| Plano | | | | | Blue Cross and Blue Shield of Nebraska | $ 12,694.61 | | ATLAS MEDSTAFF | | | $ 3,000.00 | $ 43,715.19 | $ 24,480.51 | $ 8,785.90 | R&C |
| Craig Ranch | | | | | Blue Cross and Blue Shield of Nebraska | $ 10,313.44 | | WERNER ENTERPRISE | | | $ - | $ 58,906.27 | $ 32,987.51 | $ 22,674.07 | R&C |
| Plano | | | | | Blue Cross and Blue Shield of Nebraska | $ 725.66 | | CHIEF INDUSTRIES INC. | | | $ 1,511.00 | $ 14,458.72 | $ 14,458.72 | $ 12,222.06 | U&C |
| Plano | | | | | Blue Cross and Blue Shield of Nebraska | $ 1,548.44 | | HEAVY CO | | | $ - | $ 9,934.25 | $ 9,934.25 | $ 8,385.81 | U&C |
| Plano | | REDACTED | | | Blue Cross and Blue Shield of Nebraska | $ 3,780.95 | REDACTED | HEAVY CO | | REDACTED | $ 3,000.00 | $ 32,972.58 | $ 32,972.58 | $ 26,191.63 | U&C |
| Innova / Southcross | | | | | Blue Cross and Blue Shield of Nebraska | $ 5,573.10 | | CABELAS | | | $ 5,715.41 | $ 25,618.35 | $ 25,618.35 | $ 14,329.84 | U&C |
| East Houston | | | | | Blue Cross and Blue Shield of Nebraska | $ 4,377.02 | | TRANS CANADA USA | | | $ 2,381.94 | $ 47,638.80 | $ 47,638.80 | $ 40,879.84 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Nebraska | $ 1,072.84 | | CRATE CARRIER COR | | | $ - | $ 16,910.59 | $ 16,910.59 | $ 15,837.75 | U&C |
| Beaumont | | | | | Blue Cross and Blue Shield of Nebraska | $ 215.26 | | CRETE CARRIER CORP | | | $ 1,092.26 | $ 16,836.73 | $ 16,836.73 | $ 15,529.21 | U&C |
| Plano | | | | | Blue Cross and Blue Shield of Nebraska | $ 41.05 | | HDR INC | | | $ 1,258.57 | $ 16,858.99 | $ 5,057.70 | $ 3,758.08 | Unknown |
| Plano | | | | | Blue Cross and Blue Shield of Nebraska | $ 1,053.87 | | HDR INC | | | $ 451.66 | $ 19,334.43 | $ 5,800.33 | $ 4,294.80 | Unknown |
| Plano | | | | | Blue Cross and Blue Shield of Nebraska | $ 19,008.41 | | HDR INC | | | $ 6,163.67 | $ 132,716.16 | $ 39,814.85 | $ 14,642.77 | Unknown |
| Mid-Cities | | | | | Blue Cross and Blue Shield of Nebraska | $ 450.95 | | CABELAS | | | $ 172.50 | $ 3,450.00 | $ 1,035.00 | $ 411.55 | |