Noridian Mutual Insurance Company d/b/a Blue Cross Blue Shield of North Dakota

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Noridian Mutual Insurance Company d/b/a Blue Cross Blue Shield of North Dakota** | $ 64,480.40 | $ 29,502.56 | $ 16,998.84 | $ 12,048.00 | $ 455.72 | 4 |
| R&C | $ 41,374.19 | $ 23,169.55 | $ 14,141.72 | $ 9,027.83 | $ - | 2 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | | | | Noridian Mutual Insurance Company d/b/a Blue Cross Blue Shield of North Dakota | $ 1,367.04 | | | | | $ 455.72 | $ 11,977.03 | $ 2,994.26 | $ 1,171.50 | Other |
| Mid-Cities | | REDACTED | | | Noridian Mutual Insurance Company d/b/a Blue Cross Blue Shield of North Dakota | $ 1,653.13 | REDACTED | | | REDACTED | $ - | $ 11,129.18 | $ 3,338.75 | $ 1,685.62 | Other |
| Plano | | | | | Noridian Mutual Insurance Company d/b/a Blue Cross Blue Shield of North Dakota | $ 1,751.84 | | | | | $ - | $ 14,272.12 | $ 7,992.39 | $ 6,240.55 | R&C |
| Plano | | | | | Noridian Mutual Insurance Company d/b/a Blue Cross Blue Shield of North Dakota | $ 7,275.99 | | | | | $ - | $ 27,102.07 | $ 15,177.16 | $ 7,901.17 | R&C |