Capital BlueCross also known as Capital Blue Cross Blue Shield and Capital Hospital Service

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Capital BlueCross also known as Capital Blue Cross Blue Shield and Capital Hospital Service** | $ 674,577.49 | $ 298,408.22 | $ 192,693.48 | $ 90,493.57 | $ 15,221.17 | 15 |
| R&C | $ 142,339.00 | $ 79,709.84 | $ 60,006.27 | $ 19,703.57 | $ - | 1 |
| U&C | $ 84,324.04 | $ 84,324.04 | $ 79,630.82 | $ 1,525.25 | $ 3,167.97 | 5 |

Capital BlueCross also known as Capital Blue Cross Blue Shield and Capital Hospital Service

Case 5:17-cv-00518-FB   Document 145-42   Filed 05/04/18   Page 2 of 3

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| East Houston | | | | | Capital BlueCross also known as Capital Blue Cross Blue Shield and Capital Hospital Service | $ 5,735.01 | | AIR PRODUCTS & CHE | | | $ 786.06 | $ 39,302.77 | $ 11,790.83 | $ 5,269.77 | Blank |
| Landmark | | | | | Capital BlueCross also known as Capital Blue Cross Blue Shield and Capital Hospital Service | $ - | | POST ACUTE MEDICA | | | $ 394.76 | $ 13,414.32 | $ 4,024.30 | $ 3,629.54 | Other |
| Innova / Southcros | REDACTED | | | | Capital BlueCross also known as Capital Blue Cross Blue Shield and Capital Hospital Service | $ - | REDACTED | CAPITAL BLUE CROS | REDACTED | | $ 582.11 | $ 16,224.41 | $ 4,867.32 | $ 4,285.21 | Other |
| Innova / Southcros | | | | | Capital BlueCross also known as Capital Blue Cross Blue Shield and Capital Hospital Service | $ 55,498.30 | | POST ACUTE MEDICA | | | $ 4,652.42 | $ 232,621.24 | $ 69,786.37 | $ 9,635.65 | Other |
| Beaumont | | | | | Capital BlueCross also known as Capital Blue Cross Blue Shield and Capital Hospital Service | $ 838.58 | | | | | $ 500.00 | $ 14,257.34 | $ 4,277.20 | $ 2,938.62 | Other |
| Beaumont | REDACTED | | | | Capital BlueCross also known as Capital Blue Cross Blue Shield and Capital Hospital Service | $ 19,703.57 | REDACTED | AIR PRODUCTS & CHE | REDACTED | | $ - | $ 142,339.00 | $ 79,709.84 | $ 60,006.27 | R&C |
| Plano | | | | | Capital BlueCross also known as Capital Blue Cross Blue Shield and Capital Hospital Service | $ 205.27 | | ENERSYS DELAWARE | | | $ 700.00 | $ 14,370.74 | $ 14,370.74 | $ 13,465.47 | U&C |
| Innova / Southcros | | | | | Capital BlueCross also known as Capital Blue Cross Blue Shield and Capital Hospital Service | $ 582.11 | | POST ACUTE MEDICA | | | $ - | $ 15,845.68 | $ 15,845.68 | $ 15,263.57 | U&C |
| Innova / Southcros | REDACTED | | | | Capital BlueCross also known as Capital Blue Cross Blue Shield and Capital Hospital Service | $ 114.11 | REDACTED | POST ACUTE MEDICA | REDACTED | | $ 467.97 | $ 15,637.60 | $ 15,637.60 | $ 15,055.52 | U&C |
| Craig Ranch | | | | | Capital BlueCross also known as Capital Blue Cross Blue Shield and Capital Hospital Service | $ 146.05 | | POST ACUTE MEDICA | | | $ 1,500.00 | $ 19,661.82 | $ 19,661.82 | $ 18,015.77 | U&C |
| Beaumont | | | | | Capital BlueCross also known as Capital Blue Cross Blue Shield and Capital Hospital Service | $ 477.71 | | AIR PRODUCTS & CH | | | $ 500.00 | $ 18,808.20 | $ 18,808.20 | $ 17,830.49 | U&C |
| Landmark | REDACTED | | | | Capital BlueCross also known as Capital Blue Cross Blue Shield and Capital Hospital Service | $ 3,097.51 | REDACTED | POST ACUTE MEDICA | REDACTED | | $ 1,247.40 | $ 54,285.43 | $ 16,285.63 | $ 11,940.72 | Unknown |
| Mid-Cities | | | | | Capital BlueCross also known as Capital Blue Cross Blue Shield and Capital Hospital Service | $ - | | Braun | | | $ 37.94 | $ 758.83 | $ 227.65 | $ 189.71 | |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Landmark | | | | | Capital BlueCross also known as Capital Blue Cross Blue Shield and Capital Hospital Service | $ 3,191.34 | | POST ACUTE MEDICA | | | $ 2,822.64 | $ 56,452.89 | $ 16,935.87 | $ 10,921.88 | |
| Beaumont | | | | | Capital BlueCross also known as Capital Blue Cross Blue Shield and Capital Hospital Service | $ 904.01 | | AIR PRODUCTS AND | | | $ 1,029.86 | $ 20,597.22 | $ 6,179.17 | $ 4,245.30 | |