Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield** | **$ 2,931,654.94** | **$ 893,707.08** | **$ 611,628.81** | **$ 243,896.51** | **$ 38,181.76** | **30** |
| U&C | $ 20,300.85 | $ 20,300.85 | $ 18,261.86 | $ 1,429.96 | $ 609.03 | 1 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 14,788.86 | | GEICO | | | $ - | $ 90,685.57 | $ 27,205.67 | $ 12,416.81 | Blank |
| Innova / Southcro | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 1,294.85 | | AXIOM SYSTEMS | | | $ 554.87 | $ 17,275.60 | $ 5,182.68 | $ 3,332.96 | Blank |
| Innova / Southcro | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 5,341.25 | | AQUILENT INC | | | $ 1,960.54 | $ 49,013.38 | $ 14,704.01 | $ 7,402.23 | Blank |
| East Houston | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 3,240.29 | | GEICO | | | $ 786.07 | $ 19,651.84 | $ 5,895.55 | $ 1,869.19 | Blank |
| Plano | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 613.10 | | GEICO | | | $ 662.76 | $ 17,309.32 | $ 5,192.80 | $ 3,916.94 | Other |
| Plano | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 313.53 | | CANNOT DISCLOSE | | | $ 1,092.44 | $ 17,373.86 | $ 5,212.16 | $ 3,806.19 | Other |
| Plano | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 1,015.94 | | HUBLY COUNTY ACCC | | | $ 912.33 | $ 22,808.16 | $ 6,842.45 | $ 4,914.18 | Other |
| Plano | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 13,827.74 | | GEICO | | | $ 3,064.03 | $ 175,743.04 | $ 52,722.91 | $ 35,831.14 | Other |
| Plano | | REDACTED | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 3,545.68 | REDACTED | GEICO | REDACTED | | $ - | $ 35,181.89 | $ 10,554.57 | $ 7,008.89 | Other |
| Plano | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 9,914.78 | | CANNOT DISCLOSE | | | $ 1,885.11 | $ 93,927.97 | $ 28,178.39 | $ 16,378.50 | Other |
| Plano | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 45,865.51 | | ALARM SECURITY GRC | | | $ 235.42 | $ 360,156.03 | $ 108,046.81 | $ 61,945.88 | Other |
| Plano | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 3,047.76 | | UNITY SYSTEMS INC | | | $ 761.85 | $ 28,136.60 | $ 8,440.98 | $ 4,631.37 | Other |
| Plano | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 29,105.67 | | GEICO | | | $ 3,784.74 | $ 210,759.11 | $ 63,227.73 | $ 30,337.32 | Other |
| Plano | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 5,210.03 | | GEICO | | | $ - | $ 28,564.58 | $ 8,569.37 | $ 3,359.34 | Other |
| Plano | | REDACTED | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 15,619.73 | REDACTED | ALARM SECURITY GRC | REDACTED | | $ 678.04 | $ 83,560.23 | $ 25,068.07 | $ 8,770.30 | Other |
| Plano | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 5,374.75 | | VERTICLE MARKET S | | | $ 1,343.64 | $ 31,674.09 | $ 9,502.23 | $ 2,783.84 | Other |
| Mid-Cities | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 1,734.64 | | GEICO | | | $ - | $ 19,904.28 | $ 5,971.28 | $ 4,236.64 | Other |
| Mid-Cities | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 5,588.34 | | GEICO | | | $ 2,795.02 | $ 66,945.27 | $ 20,083.58 | $ 11,700.22 | Other |
| Mid-Cities | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 10,473.07 | | GEICO | | | $ 1,326.82 | $ 88,845.76 | $ 26,653.73 | $ 14,853.84 | Other |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Landmark | REDACTED | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 8,896.54 | REDACTED | CONVERGENT SOLUT | REDACTED | | $ 279.77 | $ 578,224.33 | $ 173,467.30 | $ 164,290.99 | Other |
| Landmark | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ - | | CR ASSOCIATES INC | | | $ 316.59 | $ 10,553.00 | $ 3,165.90 | $ 2,849.31 | Other |
| Landmark | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 1,014.65 | | CR ASSOCIATES INC | | | $ 300.31 | $ 10,010.20 | $ 3,003.06 | $ 1,688.10 | Other |
| Landmark | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 8,723.62 | | CONVERGENT SOLUT | | | $ 1,234.93 | $ 69,122.35 | $ 20,736.71 | $ 10,778.16 | Other |
| Landmark | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 1,394.89 | | CONVERGENT SOLUT | | | $ 348.66 | $ 10,383.92 | $ 3,115.18 | $ 1,371.63 | Other |
| Innova / Southcro | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 16,732.93 | | CR ASSOCIATES INC | | | $ 3,500.00 | $ 407,350.50 | $ 122,205.15 | $ 101,972.22 | Other |
| Innova / Southcro | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 5,513.58 | | JB MGMNT INC | | | $ 1,626.51 | $ 98,837.72 | $ 29,651.32 | $ 22,511.23 | Other |
| Innova / Southcro | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 5,207.37 | | 454136346/W | | | $ 1,780.30 | $ 59,343.33 | $ 17,803.00 | $ 10,815.33 | Other |
| Innova / Southcro | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 14,769.35 | | NAVMAR APPLIED SC | | | $ 3,500.00 | $ 127,649.18 | $ 38,294.75 | $ 20,025.40 | Other |
| East Houston | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 1,429.96 | | GEICO | | | $ 609.03 | $ 20,300.85 | $ 20,300.85 | $ 18,261.86 | U&C |
| Innova / Southcro | | | | | Group Hospitalization and Medical Services, Inc. d/b/a CareFirst Blue Cross Blue Shield | $ 4,298.10 | | AXIOM SYSTEMS | | | $ 2,841.99 | $ 82,362.98 | $ 24,708.89 | $ 17,568.80 | Unknown |