| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **Blue Cross Blue Shield of Michigan** | $ 1,555,386.24 | $ 535,230.02 | $ 441,050.05 | $ 73,110.33 | $ 21,069.65 | 38 |
| U&C | $ 106,127.98 | $ 106,127.98 | $ 96,532.35 | $ 7,166.76 | $ 2,428.87 | 2 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | REDACTED | | | Blue Cross Blue Shield of Michigan | $ - | REDACTED | | REDACTED | | $ - | $ 16,783.35 | $ 5,035.01 | $ 5,035.01 | Blank |
| Plano | | | | | Blue Cross Blue Shield of Michigan | $ - | | CANNOT DISCLOSE | | | $ - | $ 82,884.71 | $ 24,865.41 | $ 24,865.41 | Blank |
| Mid-Cities | | | | | Blue Cross Blue Shield of Michigan | $ - | | | | | $ - | $ 14,173.17 | $ 4,251.95 | $ 4,251.95 | Blank |
| Mid-Cities | | | | | Blue Cross Blue Shield of Michigan | $ - | | | | | $ - | $ 26,204.16 | $ 7,861.25 | $ 7,861.25 | Blank |
| Mid-Cities | | | | | Blue Cross Blue Shield of Michigan | $ 9.05 | | N/A | | | $ 25.95 | $ 10,235.78 | $ 3,070.73 | $ 3,035.73 | Blank |
| Mid-Cities | | | | | Blue Cross Blue Shield of Michigan | $ 13,487.65 | | | | | $ 930.91 | $ 66,116.10 | $ 19,834.83 | $ 5,416.27 | Blank |
| Innova / Southcross | | | | | Blue Cross Blue Shield of Michigan | $ - | | 281420155/H | | | $ - | $ 15,425.05 | $ 4,627.52 | $ 4,627.52 | Blank |
| Innova / Southcross | | | | | Blue Cross Blue Shield of Michigan | $ 363.94 | | TK HOLDINGS INC. | | | $ 819.35 | $ 16,108.41 | $ 4,832.52 | $ 3,649.23 | Blank |
| Innova / Southcross | | | | | Blue Cross Blue Shield of Michigan | $ 783.00 | | | | | $ 832.28 | $ 15,384.84 | $ 4,615.45 | $ 3,000.17 | Blank |
| Innova / Southcross | | | | | Blue Cross Blue Shield of Michigan | $ 20,815.43 | | MINACS | | | $ 6,200.00 | $ 204,968.06 | $ 61,490.42 | $ 34,474.99 | Blank |
| Plano | | | | | Blue Cross Blue Shield of Michigan | $ - | | | | | $ - | $ 37,538.93 | $ 11,261.68 | $ 11,261.68 | Other |
| Plano | | REDACTED | | | Blue Cross Blue Shield of Michigan | $ - | REDACTED | DRC/GLOBAL SYSTEM | REDACTED | | $ - | $ 128,013.66 | $ 38,404.10 | $ 38,404.10 | Other |
| Plano | | | | | Blue Cross Blue Shield of Michigan | $ - | | COMMERCIAL INC | | | $ - | $ 72,163.30 | $ 21,648.99 | $ 21,648.99 | Other |
| Plano | | | | | Blue Cross Blue Shield of Michigan | $ - | | CANNOT DISCLOSE | | | $ - | $ 16,844.64 | $ 5,053.39 | $ 5,053.39 | Other |
| Plano | | | | | Blue Cross Blue Shield of Michigan | $ 62.87 | | GENERAL MOTORS | | | $ 7.13 | $ 107,480.88 | $ 32,244.26 | $ 32,174.26 | Other |
| Plano | | | | | Blue Cross Blue Shield of Michigan | $ 79.06 | | FSP921792667 | | | $ - | $ 40,012.06 | $ 12,003.62 | $ 11,924.56 | Other |
| Plano | | | | | Blue Cross Blue Shield of Michigan | $ 1,504.24 | | | | | $ 2,116.24 | $ 47,657.77 | $ 11,914.44 | $ 8,293.96 | Other |
| Plano | | | | | Blue Cross Blue Shield of Michigan | $ 2,435.23 | | ACUMENT GLOBAL TE | | | $ 1.53 | $ 25,517.31 | $ 6,379.33 | $ 3,942.57 | Other |
| Plano | | | | | Blue Cross Blue Shield of Michigan | $ 2,833.00 | | SAF HOLLAND INC | | | $ - | $ 19,464.08 | $ 4,866.02 | $ 2,033.02 | Other |
| Plano | | | | | Blue Cross Blue Shield of Michigan | $ 6,225.05 | | COMERICA INCORPOR | | | $ - | $ 39,311.76 | $ 11,793.53 | $ 5,568.48 | Other |
| Mid-Cities | | | | | Blue Cross Blue Shield of Michigan | $ - | | | | | $ - | $ 28,344.59 | $ 8,503.38 | $ 8,503.38 | Other |
| Mid-Cities | | | | | Blue Cross Blue Shield of Michigan | $ - | | | | | $ - | $ 17,032.85 | $ 5,109.86 | $ 5,109.86 | Other |
| Mid-Cities | | | | | Blue Cross Blue Shield of Michigan | $ - | | UNK | | | $ - | $ 91,699.76 | $ 27,509.93 | $ 27,509.93 | Other |
| Mid-Cities | | | | | Blue Cross Blue Shield of Michigan | $ 35.00 | | GENERAL MOTORS | | | $ - | $ 28,820.17 | $ 8,646.05 | $ 8,611.05 | Other |
| Mid-Cities | | REDACTED | | | Blue Cross Blue Shield of Michigan | $ 520.15 | REDACTED | LEAR CORP | REDACTED | | $ 821.77 | $ 14,144.97 | $ 4,243.49 | $ 2,901.57 | Other |
| Mid-Cities | | | | | Blue Cross Blue Shield of Michigan | $ 983.34 | | LEAR CORP | | | $ 1,401.53 | $ 17,489.17 | $ 5,246.75 | $ 2,861.88 | Other |
| Landmark | | | | | Blue Cross Blue Shield of Michigan | $ - | | | | | $ - | $ 14,702.04 | $ 4,410.61 | $ 4,410.61 | Other |
| Innova / Southcross | | | | | Blue Cross Blue Shield of Michigan | $ - | | TK HOLDINGS INC. | | | $ - | $ 16,104.53 | $ 4,831.36 | $ 4,831.36 | Other |
| Innova / Southcross | | | | | Blue Cross Blue Shield of Michigan | $ 6,491.82 | | MINACS | | | $ 975.41 | $ 87,123.25 | $ 26,136.98 | $ 18,669.75 | Other |
| Innova / Southcross | | | | | Blue Cross Blue Shield of Michigan | $ 1,842.59 | | MINACS | | | $ - | $ 17,967.53 | $ 5,390.26 | $ 3,547.67 | Other |
| East Houston | | | | | Blue Cross Blue Shield of Michigan | $ 3,315.52 | | | | | $ 595.99 | $ 29,799.62 | $ 8,939.89 | $ 5,028.37 | Other |
| East Houston | | | | | Blue Cross Blue Shield of Michigan | $ 3,673.47 | | MESSA | | | $ 417.39 | $ 20,869.59 | $ 5,217.40 | $ 1,126.54 | Other |
| Craig Ranch | | | | | Blue Cross Blue Shield of Michigan | $ - | | ANDRIE INC. | | | $ - | $ 27,166.80 | $ 8,150.04 | $ 8,150.04 | Other |
| Craig Ranch | | | | | Blue Cross Blue Shield of Michigan | $ - | | COMERICA | | | $ 2,429.79 | $ 14,395.35 | $ 4,318.61 | $ 1,888.82 | Other |
| Plano | | | | | Blue Cross Blue Shield of Michigan | $ 7,166.76 | | LEAR CORP | | | $ 2,428.87 | $ 81,017.93 | $ 81,017.93 | $ 71,422.30 | U&C |
| Landmark | | REDACTED | | | Blue Cross Blue Shield of Michigan | $ - | REDACTED | | REDACTED | | $ - | $ 25,110.05 | $ 25,110.05 | $ 25,110.05 | U&C |
| Plano | | | | | Blue Cross Blue Shield of Michigan | $ - | | UAW RETIREE | | | $ 848.54 | $ 16,970.79 | $ 5,091.24 | $ 4,242.70 | |
| Beaumont | | | | | Blue Cross Blue Shield of Michigan | $ 483.16 | | STATE HEALTH PLAN | | | $ 216.96 | $ 4,339.23 | $ 1,301.77 | $ 601.65 | |