| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| **BlueCross BlueShield of Tennessee, Inc.** | $ 8,327,558.17 | $ 5,168,914.25 | $ 3,923,787.72 | $ 934,006.11 | $ 311,120.42 | 107 |
| | | | | | | |
| R&C | $ 330,785.65 | $ 185,239.96 | $ 131,180.37 | $ 31,404.75 | $ 22,654.85 | 10 |
| U&C | $ 3,663,652.19 | $ 3,663,652.19 | $ 3,056,841.84 | $ 505,851.96 | $ 100,958.39 | 30 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plano | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | NISSAN NORTH AMER. | | | $ 783.09 | $ 19,577.20 | $ 5,873.16 | $ 5,090.07 | Blank |
| Plano | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 1,051.13 | | K-VA-T FOOD STORE | | | $ 700.71 | $ 10,515.76 | $ 3,154.73 | $ 1,402.89 | Blank |
| Plano | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 3,400.54 | | NISSAN NORTH AMER. | | | $ 3,199.63 | $ 37,639.19 | $ 11,291.76 | $ 4,691.59 | Blank |
| Plano | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 7,573.98 | | SERVICEMASTER | | | $ 1,576.10 | $ 39,402.42 | $ 11,820.73 | $ 2,670.65 | Blank |
| Mid-Cities | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 636.00 | | COMMUNITY HLTH SE | | | $ 635.92 | $ 16,962.79 | $ 5,088.84 | $ 3,816.92 | Blank |
| Mid-Cities | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 798.98 | | COMMUNITY HEALTH SYSTEMS | | | $ 798.92 | $ 17,202.12 | $ 5,160.64 | $ 3,562.74 | Blank |
| Mid-Cities | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | VARSITY BRANDS | | | $ 1,462.98 | $ 14,595.09 | $ 4,378.53 | $ 2,915.55 | Blank |
| Mid-Cities | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 12,366.39 | | COMMUNITY HEALTH SYSTEMS | | | $ 5,997.45 | $ 86,218.63 | $ 25,865.59 | $ 7,501.75 | Blank |
| Landmark | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 3,070.40 | | BRIDGESTONE | | | $ 2,046.83 | $ 34,796.51 | $ 10,438.95 | $ 5,321.72 | Blank |
| Innova / Southcross | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 3,561.82 | | HARPETH VALLEY UTILITIES | | | $ - | $ 18,712.26 | $ 5,613.68 | $ 2,051.86 | Blank |
| East Houston | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | JACOBS TECHNOLOGY | | | $ 1,788.36 | $ 12,374.30 | $ 3,712.29 | $ 1,923.93 | Blank |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 401.00 | | BRIDGESTONE | | | $ 679.30 | $ 16,982.47 | $ 5,094.74 | $ 4,014.44 | Blank |
| Plano | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | NISSAN NORTH AMER. | | | $ 1,247.23 | $ 17,484.49 | $ 5,245.35 | $ 3,998.12 | Other |
| Plano | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 137.84 | | BRIDGESTONE | | | $ 1,291.89 | $ 17,520.44 | $ 4,380.11 | $ 2,950.38 | Other |
| Plano | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 889.11 | | NISSAN NORTH AMER. | | | $ 592.67 | $ 16,914.61 | $ 5,074.38 | $ 3,592.60 | Other |
| Plano | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | NISSAN NORTH AMER. | | | $ 1,559.03 | $ 17,737.66 | $ 5,321.30 | $ 3,762.27 | Other |
| Plano | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | NISSAN NORTH AMER. | | | $ 1,957.55 | $ 16,751.09 | $ 5,025.33 | $ 3,067.78 | Other |
| Plano | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 4,605.54 | | NISSAN NORTH AMER. | | | $ - | $ 34,371.06 | $ 8,592.77 | $ 3,987.23 | Other |
| Plano | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 928.14 | | BRIDGESTONE | | | $ 618.67 | $ 11,121.64 | $ 3,336.49 | $ 1,789.68 | Other |
| Plano | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 4,363.88 | | BRIDGESTONE | | | $ 2,909.11 | $ 38,360.52 | $ 11,508.16 | $ 4,235.17 | Other |
| Plano | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 30,850.67 | | BRIDGESTONE | | | $ 6,013.12 | $ 163,694.39 | $ 49,108.32 | $ 12,244.53 | Other |
| Mid-Cities | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | HEALTHWAY INC | | | $ 1,374.94 | $ 13,719.21 | $ 4,115.76 | $ 2,740.82 | Other |
| Mid-Cities | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 601.26 | | NISSAN NORTH AMER. | | | $ 2,386.74 | $ 23,986.48 | $ 7,195.94 | $ 4,207.94 | Other |
| Mid-Cities | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 2,366.81 | | VALERO ENERGY CORP | | | $ 1,414.28 | $ 28,251.29 | $ 8,475.39 | $ 4,694.30 | Other |
| Mid-Cities | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 5,867.54 | | COMMUNITY HEALTH | | | $ 2,421.35 | $ 56,346.57 | $ 16,903.97 | $ 8,615.08 | Other |
| Mid-Cities | | REDACTED | | | BlueCross BlueShield of Tennessee, Inc. | $ 40,522.10 | REDACTED | BRIDGESTONE | REDACTED | | $ 5,578.83 | $ 305,995.18 | $ 91,798.55 | $ 45,697.62 | Other |
| Mid-Cities | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 1,352.34 | | COMMUNITY HLTH SE | | | $ 1,352.28 | $ 16,916.33 | $ 5,074.90 | $ 2,370.28 | Other |
| Mid-Cities | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 2,276.53 | | US EXPRESS | | | $ 2,717.60 | $ 30,405.97 | $ 9,121.79 | $ 4,127.66 | Other |
| Mid-Cities | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 9,137.75 | | DOLLAR GENERAL | | | $ 10,207.59 | $ 89,489.14 | $ 26,846.74 | $ 7,501.40 | Other |
| Landmark | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 6,524.09 | | BRIDGESTONE | | | $ 5,849.38 | $ 252,526.03 | $ 75,757.81 | $ 63,384.34 | Other |
| Landmark | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 291.18 | | AESSEAL INC | | | $ 494.08 | $ 12,352.12 | $ 3,705.64 | $ 2,920.37 | Other |
| Landmark | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | WESTERN EXPRESS | | | $ 868.67 | $ 10,808.36 | $ 3,242.51 | $ 2,373.84 | Other |
| Landmark | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 18,550.62 | | SERVICEMASTER | | | $ 16,824.53 | $ 420,613.13 | $ 126,183.94 | $ 90,808.79 | Other |
| Landmark | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 19,471.94 | | COMMUNITY HEALTH | | | $ 15,482.81 | $ 387,070.19 | $ 116,121.06 | $ 81,166.31 | Other |
| Landmark | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 4,998.54 | | DOLLAR GENERAL | | | $ 3,612.36 | $ 57,300.69 | $ 17,190.21 | $ 8,579.31 | Other |
| Landmark | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 367.62 | | BRIDGESTONE | | | $ 1,745.05 | $ 11,165.87 | $ 3,349.76 | $ 1,237.09 | Other |
| Landmark | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 21,050.62 | | SERVICEMASTER | | | $ 4,868.97 | $ 121,724.30 | $ 36,517.29 | $ 10,597.70 | Other |
| Innova / Southcross | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | TLD LOGISTICS | | | $ 871.94 | $ 15,140.96 | $ 4,542.29 | $ 3,670.35 | Other |
| Innova / Southcross | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | TLD LOGISTICS | | | $ 3,541.28 | $ 35,949.81 | $ 35,949.81 | $ 32,408.53 | Other |
| Innova / Southcross | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 13,603.21 | | COMMUNITY HEALTH SYSTEMS | | | $ 6,308.91 | $ 167,218.79 | $ 50,165.64 | $ 30,253.52 | Other |
| Innova / Southcross | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | DEN CO HOLDINGS | | | $ 1,980.62 | $ 15,949.41 | $ 3,987.35 | $ 2,006.73 | Other |
| Innova / Southcross | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 61,785.38 | | COMMUNITY HEALTH | | | $ 2,748.36 | $ 375,596.20 | $ 112,678.86 | $ 48,145.12 | Other |
| East Houston | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 792.95 | | LUCITE INTERNATIONAL | | | $ 699.41 | $ 17,485.14 | $ 5,245.54 | $ 3,753.19 | Other |
| Craig Ranch | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | BUILDING PLASTICS | | | $ 1,348.85 | $ 20,222.00 | $ 6,066.60 | $ 4,717.75 | Other |
| Craig Ranch | | REDACTED | | | BlueCross BlueShield of Tennessee, Inc. | $ 8,388.59 | REDACTED | WALDEN LINSDEN DO | REDACTED | | $ 1,483.19 | $ 143,477.69 | $ 43,043.31 | $ 33,171.53 | Other |
| Craig Ranch | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 2,620.25 | | 31 W INSULATION C | | | $ 8,620.25 | $ 45,124.96 | $ 13,537.49 | $ 2,296.99 | Other |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | SERVICEMASTER | | | $ 697.95 | $ 17,448.87 | $ 5,234.66 | $ 4,536.71 | Other |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | SERVICEMASTER | | | $ 795.53 | $ 19,888.24 | $ 5,966.47 | $ 5,170.94 | Other |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 1,917.71 | | LOUISIANA PACIFIC | | | $ 2,776.99 | $ 68,072.96 | $ 20,421.89 | $ 15,727.19 | Other |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 1,014.86 | | BRIDGESTONE | | | $ 2,176.49 | $ 45,838.30 | $ 13,751.49 | $ 10,560.14 | Other |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 995.20 | | BRIDGESTONE | | | $ 985.12 | $ 24,628.05 | $ 7,388.42 | $ 5,408.09 | Other |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 905.68 | | LUCITE INTERNATIONAL | | | $ 1,103.70 | $ 24,420.05 | $ 7,326.02 | $ 5,316.64 | Other |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 1,110.16 | | LOUISIANA PACIFIC | | | $ 930.87 | $ 23,271.87 | $ 6,981.56 | $ 4,940.53 | Other |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 1,230.68 | | LUCITE INTERNATIONAL | | | $ 940.68 | $ 23,516.90 | $ 7,055.07 | $ 4,883.71 | Other |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 1,122.82 | | BRIDGESTONE | | | $ 2,248.45 | $ 33,736.43 | $ 8,434.11 | $ 5,062.84 | Other |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 18,241.11 | | BRIDGESTONE | | | $ 8,677.69 | $ 216,942.24 | $ 65,082.67 | $ 38,163.87 | Other |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 1,532.86 | | LOUISIANA PACIFIC | | | $ 1,921.83 | $ 27,448.34 | $ 8,234.50 | $ 4,779.81 | Other |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 1,944.93 | | UNITED CENTRAL SU | | | $ 607.51 | $ 18,940.84 | $ 5,682.25 | $ 3,129.81 | Other |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 29,446.17 | | BRIDGESTONE | | | $ 6,643.93 | $ 166,098.35 | $ 49,829.51 | $ 13,739.40 | Other |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 34,324.04 | | LOUISIANA PACIFIC | | | $ 6,435.84 | $ 160,895.98 | $ 48,268.79 | $ 7,508.91 | Other |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 4,026.54 | | BRIDGESTONE | | | $ 4,184.28 | $ 31,746.01 | $ 9,523.80 | $ 1,312.98 | Other |
| Plano | | REDACTED | | | BlueCross BlueShield of Tennessee, Inc. | $ 5,301.48 | REDACTED | NISSAN NORTH AMER. | REDACTED | | $ 5,734.23 | $ 46,744.37 | $ 26,176.85 | $ 15,141.14 | R&C |
| Mid-Cities | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 3,562.96 | | NISSAN NORTH AMER. | | | $ 4,375.22 | $ 51,667.13 | $ 28,933.59 | $ 20,995.41 | R&C |
| Mid-Cities | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 2,237.34 | | COMMUNITY HEALTH SYSTEMS | | | $ 800.00 | $ 19,104.50 | $ 10,698.52 | $ 7,661.18 | R&C |
| Mid-Cities | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 1,352.35 | | COMMUNITY HEALTH SYSTEMS | | | $ 1,352.27 | $ 16,964.47 | $ 9,500.10 | $ 6,795.48 | R&C |
| Landmark | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 3,180.22 | | DSI RENAL | | | $ 1,454.18 | $ 36,354.55 | $ 20,358.55 | $ 15,724.15 | R&C |
| Innova / Southcross | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | US EXPRESS | | | $ 375.76 | $ 15,237.72 | $ 8,533.12 | $ 8,157.36 | R&C |
| Innova / Southcross | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 4,878.76 | | COMMUNITY HLTH SY | | | $ 5,678.69 | $ 37,341.51 | $ 20,911.25 | $ 10,353.80 | R&C |
| East Houston | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | BRIDGESTONE | | | $ 22.87 | $ 16,317.75 | $ 9,137.94 | $ 9,115.07 | R&C |
| Craig Ranch | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 7,811.99 | | LOCHINVAR LLC | | | $ 1,573.07 | $ 58,839.76 | $ 32,950.27 | $ 23,565.21 | R&C |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 3,079.65 | | LUCITE INTERNATIONAL | | | $ 1,288.56 | $ 32,213.89 | $ 18,039.78 | $ 13,671.57 | R&C |
| Plano | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 4,590.56 | | COMMUNITY HEALTH | | | $ 3,390.82 | $ 68,159.98 | $ 68,159.98 | $ 60,178.46 | U&C |
| Plano | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 869.31 | | COMMUNITY HEALTH | | | $ 869.23 | $ 11,108.25 | $ 11,108.25 | $ 9,369.71 | U&C |
| Plano | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 1,751.84 | | COMMUNITY HEALTH | | | $ - | $ 11,035.16 | $ 11,035.16 | $ 9,283.32 | U&C |
| Plano | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 2,092.26 | | VARSITY BRANDS INC. | | | $ 5,829.79 | $ 42,612.56 | $ 42,612.56 | $ 34,690.51 | U&C |
| Plano | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 4,568.45 | | TRACTOR SUPPLY CO | | | $ 3,295.59 | $ 39,109.63 | $ 39,109.63 | $ 31,245.59 | U&C |
| Plano | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 378.59 | | NISSAN NORTH AMER. | | | $ 1,947.01 | $ 10,136.25 | $ 10,136.25 | $ 7,810.65 | U&C |
| Plano | | REDACTED | | | BlueCross BlueShield of Tennessee, Inc. | $ 3,302.39 | REDACTED | COMMUNITY HEALTH | REDACTED | | $ 4,102.23 | $ 30,788.40 | $ 30,788.40 | $ 23,383.78 | U&C |
| Plano | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 10,204.95 | | COMMUNITY HEALTH | | | $ 5,501.32 | $ 37,969.55 | $ 37,969.55 | $ 22,263.28 | U&C |
| Mid-Cities | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 7,424.27 | | BRIDGESTONE | | | $ - | $ 57,301.10 | $ 57,301.10 | $ 49,876.83 | U&C |
| Mid-Cities | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 1,446.48 | | AVERITT | | | $ 3,129.33 | $ 29,803.09 | $ 29,803.09 | $ 25,227.28 | U&C |
| Mid-Cities | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 1,228.10 | | ENSAFE | | | $ 2,526.27 | $ 20,533.71 | $ 20,533.71 | $ 16,779.34 | U&C |
| Landmark | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 9,935.31 | | DOLLAR GENERAL | | | $ 11,553.47 | $ 418,110.37 | $ 418,110.37 | $ 396,621.59 | U&C |
| Landmark | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 7,095.17 | | US EXPRESS | | | $ 4,730.11 | $ 127,571.22 | $ 127,571.22 | $ 115,745.94 | U&C |
| Landmark | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | DSI RENAL | | | $ 2,038.46 | $ 15,177.40 | $ 15,177.40 | $ 13,138.94 | U&C |
| Landmark | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 2,032.56 | | AESSEAL INC | | | $ 4,278.29 | $ 20,865.96 | $ 20,865.96 | $ 14,555.11 | U&C |
| Innova / Southcross | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | US EXPRESS | | | $ 526.28 | $ 10,978.48 | $ 10,978.48 | $ 10,452.20 | U&C |
| Innova / Southcross | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 389,187.67 | | HARPETH VALLEY UTILITIES | | | $ 10,972.61 | $ 2,015,489.98 | $ 2,015,489.98 | $ 1,615,329.70 | U&C |
| East Houston | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | COMPASS GROUP | | | $ 956.23 | $ 14,931.36 | $ 14,931.36 | $ 13,975.13 | U&C |
| Craig Ranch | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | SANTA ROSA INC | | | $ 1,208.27 | $ 13,666.35 | $ 13,666.35 | $ 12,458.08 | U&C |
| Craig Ranch | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 9,762.32 | | LOCHINOVAR LLC | | | $ 7,345.63 | $ 105,247.54 | $ 105,247.54 | $ 88,139.59 | U&C |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | BRIDGESTONE | | | $ 1,250.08 | $ 19,276.73 | $ 19,276.73 | $ 18,026.65 | U&C |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 932.10 | | LUCITE INTERNATIONAL | | | $ 1,055.97 | $ 20,375.64 | $ 20,375.64 | $ 18,387.57 | U&C |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 3,997.37 | | LOUISIANA PACIFIC | | | $ 2,664.90 | $ 67,110.13 | $ 67,110.13 | $ 60,447.86 | U&C |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 19,948.62 | | BRIDGESTONE | | | $ 6,562.02 | $ 221,524.39 | $ 221,524.39 | $ 195,013.75 | U&C |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 3,725.41 | | LOUISIANA PACIFIC | | | $ 1,745.08 | $ 43,627.04 | $ 43,627.04 | $ 38,156.55 | U&C |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 3,347.65 | | BRIDGESTONE | | | $ 3,705.72 | $ 55,941.02 | $ 55,941.02 | $ 48,887.65 | U&C |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 7,174.32 | | LOUISIANA PACIFIC | | | $ 2,149.24 | $ 53,731.08 | $ 53,731.08 | $ 44,407.52 | U&C |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 6,537.42 | | CELLULAR SALES | | | $ 1,498.52 | $ 37,462.89 | $ 37,462.89 | $ 29,426.95 | U&C |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 181.47 | | BRIDGESTONE | | | $ 5,120.98 | $ 23,477.86 | $ 23,477.86 | $ 18,175.41 | U&C |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 4,137.37 | | LUCITE INTERNATIONAL | | | $ 1,004.80 | $ 20,529.07 | $ 20,529.07 | $ 15,386.90 | U&C |
| Mid-Cities | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 929.01 | | DISTRIBUTING SERV | | | $ 1,869.34 | $ 14,811.53 | $ 4,443.46 | $ 1,645.11 | Unknown |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | CELLULAR SALES OF KNOXVILLE | | | $ 928.35 | $ 23,208.86 | $ 6,962.66 | $ 6,034.30 | Unknown |
| Plano | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 2,137.24 | | BRIDGESTONE | | | $ 2,349.66 | $ 46,993.17 | $ 14,097.95 | $ 9,611.05 | |
| Mid-Cities | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 598.82 | | community Health Sys. | | | $ 500.04 | $ 10,000.88 | $ 3,000.26 | $ 1,901.40 | |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ - | | DOLLAR GENERAL | | | $ 30.85 | $ 617.00 | $ 185.10 | $ 154.25 | |
| Beaumont | | | | | BlueCross BlueShield of Tennessee, Inc. | $ 66.83 | | BRIDGESTONE | | | $ 41.25 | $ 825.00 | $ 247.50 | $ 139.42 | |