Lifetime Healthcare, Inc. d/b/a Excellus BlueCross BlueShield

| Entity Name | Claim Billed Amount | | Estimated Expected Reimbursement | | Estimated Amount Due | | TTL Insurance Payments | | Estimated Patient Copay, Deductible, Co-Insurance | | # of Accts |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lifetime Healthcare, Inc. d/b/a Excellus BlueCross BlueShield | $ | 354,759.71 | $ | 106,427.91 | $ | 51,238.45 | $ | 48,122.15 | $ | 7,067.31 | 8 |

No R&C or U&C

**Lifetime Healthcare, Inc. d/b/a Excellus BlueCross BlueShield**

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity  Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Innova / Southcross | | REDACTED | | | Lifetime Healthcare, Inc. d/b/a Excellus BlueCross BlueShield | $ 5,786.36 | REDACTED | 462780277/W | REDACTED | | $ 930.96 | $ 46,548.23 | $ 13,964.47 | $ 7,247.14 | Blank |
| Mid-Cities | | | | | Lifetime Healthcare, Inc. d/b/a Excellus BlueCross BlueShield | $ 9,182.94 | | HOUSATONIC PARTN | | | $ - | $ 62,383.82 | $ 18,715.15 | $ 9,532.21 | Other |
| Mid-Cities | | | | | Lifetime Healthcare, Inc. d/b/a Excellus BlueCross BlueShield | $ 1,465.79 | | NY AIR BREAK | | | $ 1,621.49 | $ 18,377.84 | $ 5,513.35 | $ 2,426.07 | Other |
| Innova / Southcross | | | | | Lifetime Healthcare, Inc. d/b/a Excellus BlueCross BlueShield | $ 4,490.64 | | | | | $ 1,967.81 | $ 49,861.80 | $ 14,958.54 | $ 8,500.09 | Other |
| Innova / Southcross | | | | | Lifetime Healthcare, Inc. d/b/a Excellus BlueCross BlueShield | $ 14,526.49 | | | | | $ 1,218.49 | $ 105,128.12 | $ 31,538.44 | $ 15,793.46 | Other |
| Innova / Southcross | | | | | Lifetime Healthcare, Inc. d/b/a Excellus BlueCross BlueShield | $ 6,530.90 | | 375042806/H | | | $ - | $ 32,036.49 | $ 9,610.95 | $ 3,080.05 | Unknown |
| Innova / Southcross | | | | | Lifetime Healthcare, Inc. d/b/a Excellus BlueCross BlueShield | $ 2,855.77 | | 461838937/H | | | $ - | $ 13,852.22 | $ 4,155.67 | $ 1,299.90 | Unknown |
| Beaumont | | | | | Lifetime Healthcare, Inc. d/b/a Excellus BlueCross BlueShield | $ 3,283.26 | | DAIRYLEE OUTSIDE | | | $ 1,328.56 | $ 26,571.19 | $ 7,971.36 | $ 3,359.54 | |