Blue Cross Blue Shield of Wisconsin d/b/a Anthem Blue Cross and Blue Shield of Wisconsin

| Entity Name | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | TTL Insurance Payments | Estimated Patient Copay, Deductible, Co-Insurance | # of Accts |
|---|---|---|---|---|---|---|
| Blue Cross Blue Shield of Wisconsin d/b/a Anthem Blue Cross and Blue Shield of Wisconsin | $ 549,696.55 | $ 335,572.24 | $ 249,692.01 | $ 74,436.72 | $ 11,443.50 | 9 |
| U&C | $ 245,277.14 | $ 245,277.14 | $ 190,408.56 | $ 47,244.42 | $ 7,624.16 | 5 |

| Facility Name | Account Number | Patient Initials/Name | Service Date | Discharge Date | Entity Name - Legal | Total Insurance Payments | Group Number | Group Name | Policy Number | Payer Claim ID 1 | Estimated Patient Copay, Deductible, Co-Insurance | Claim Billed Amount | Estimated Expected Reimbursement | Estimated Amount Due | OON Benefit Methodology |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mid-Cities | | | | | Blue Cross Blue Shield of Wisconsin d/b/a Anthem Blue Cross and Blue Shield of Wisconsin | $ - | | MANITOWOC CO. | | | $ - | $ 26,565.48 | $ 7,969.64 | $ 7,969.64 | Blank |
| East Houston | REDACTED | REDACTED | REDACTED | REDACTED | Blue Cross Blue Shield of Wisconsin d/b/a Anthem Blue Cross and Blue Shield of Wisconsin | $ 2,597.42 | REDACTED | SAFEWAY SERVICES | REDACTED | REDACTED | $ 3,063.03 | $ 27,845.77 | $ 8,353.73 | $ 2,693.28 | Blank |
| Craig Ranch | | | | | Blue Cross Blue Shield of Wisconsin d/b/a Anthem Blue Cross and Blue Shield of Wisconsin | $ 1,764.75 | | CASE NEW HOLLAND | | | $ 756.31 | $ 20,614.49 | $ 5,153.62 | $ 2,632.56 | Other |
| Mid-Cities | | | | | Blue Cross Blue Shield of Wisconsin d/b/a Anthem Blue Cross and Blue Shield of Wisconsin | $ 428.61 | | MANITOWOC CO. | | | $ 830.83 | $ 14,113.01 | $ 14,113.01 | $ 12,853.57 | U&C |
| Mid-Cities | | | | | Blue Cross Blue Shield of Wisconsin d/b/a Anthem Blue Cross and Blue Shield of Wisconsin | $ 3,050.12 | | MANITOWOC CO. | | | $ 1,307.18 | $ 15,572.26 | $ 15,572.26 | $ 11,214.96 | U&C |
| Mid-Cities | REDACTED | REDACTED | REDACTED | REDACTED | Blue Cross Blue Shield of Wisconsin d/b/a Anthem Blue Cross and Blue Shield of Wisconsin | $ 2,569.95 | REDACTED | ABC SUPPLY CO INC | REDACTED | REDACTED | $ 1,701.41 | $ 14,098.01 | $ 14,098.01 | $ 9,826.65 | U&C |
| Craig Ranch | | | | | Blue Cross Blue Shield of Wisconsin d/b/a Anthem Blue Cross and Blue Shield of Wisconsin | $ 22,861.25 | | REXNORD, LLC | | | $ 3,784.74 | $ 132,461.73 | $ 132,461.73 | $ 105,815.74 | U&C |
| Craig Ranch | | | | | Blue Cross Blue Shield of Wisconsin d/b/a Anthem Blue Cross and Blue Shield of Wisconsin | $ 18,334.49 | | CASE NEW HOLLAND | | | $ - | $ 69,032.13 | $ 69,032.13 | $ 50,697.64 | U&C |
| Plano | | | | | Blue Cross Blue Shield of Wisconsin d/b/a Anthem Blue Cross and Blue Shield of Wisconsin | $ 22,830.13 | | GREAT WOLF RESORT | | | $ - | $ 229,393.67 | $ 68,818.10 | $ 45,987.97 | Unknown |