## IRREVOCABLE ASSIGNMENT AND TRANSFER OF CAUSES OF ACTION AND CLAIMS

In consideration of Victory Parent Company, LLC d/b/a "Victory Medical Center Mid-Cities" (hereinafter referred to simply as "VMCMC") providing to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (hereinafter referred to as Patient) hospital care and treatment including, but not limited to, the implantation of valuable and costly medical / orthopedic devices and other medical / surgical equipment and supplies (hereinafter collectively referred to as "medical devices and treatment"), and other good and valuable consideration, the receipt and sufficiency of which is hereby agreed and acknowledged, and in order to induce VMCMC to provide the Patient with care, medical devices and treatment the undersigned, acting hereby as an Assignor (hereinafter sometimes referred to simply as the "Assignor"), of his/her own free will and after a reasonable opportunity to discuss this irrevocable assignment with anyone of Assignor's choosing, does hereby sell, transfer, convey, grant and irrevocably and forever assign to VMCMC all known and unknown, past, present, and future rights, title and interest in all claims, causes of action (i.e., pursuant to common law, statute, or in equity and whether based upon tort, breach of contract, breach of fiduciary duty, or otherwise), insurance benefits, health care benefits and all other legal rights or recovery from / against: (i) Assignor's employer; (ii) any and all health plans pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment; (iii) any and all Administrators and / or Fiduciaries of all health plans pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment, damages or loss (i.e., for breaches of any fiduciary duties by said Administrators and / or Fiduciaries); (iv) any and all insurance companies pursuant to which Assignor and / or Patient are entitled to receive any benefits, proceeds and / or money to pay for medical care, hospital care, medical devices or treatment, damages, losses, bodily injury, and / or property damages including, but not limited to, all insurance companies which issued Group and / or Individual Health Insurance, Group and / or Individual Accident Insurance, Liability Insurance, Automobile Insurance (including all benefits available under the provisions thereof which provide any coverage for Liability, Underinsured / Un-Insured, Personal Injury Protection and / or Med-Pay), Homeowner's Insurance (including all benefits available under the provisions thereof which provide any coverage for Liability, Personal Injury Protection and / or Med-Pay), and / or any other type of policy or coverage however described or identified; (v) any and all Health Maintenance Organizations ("HMO") pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment; (vi) any and all Preferred Provider Organizations ("PPO") pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment; (vii) any and all individuals, companies, governmental agencies, governmental entities, and all other responsible third parties which are, or may be, legally and / or financially responsible in any way for the injuries or damages to the Patient and / or the Assignor for any and / or all damages, loss or expense suffered / incurred by the Patient and / or Assignor as a result of any negligence, recklessness, intentional action or inaction, or for any violation of / failure to comply with any statute or regulation.

This Irrevocable Assignment shall be IRREVOCABLE, FULLY BINDING AND FOREVER; and is intended to be broadly construed to assign, transfer, grant, and convey to VMCMC all of the rights, title, and interest which Assignor now has, or may hereinafter acquire, to make demands, submit claims, receive proceeds, give binding releases to Payors and other responsible parties referenced above, file suit to collect, negotiate settlement, prosecute law suits to judgment, appeal adverse claim determinations, appeal adverse judgments, levy execution on judgments, release judgments, recover and keep all payments from: (i) Assignor's employer; (ii) any and all health plans; (iii) any and all Administrators and / or Fiduciaries of all health plans; (iv) any and all insurance companies; (v) any and all Health Maintenance Organizations ("HMO"); (vi) any and all Preferred Provider Organizations ("PPO"); and (vii) any and all individuals, companies, governmental agencies, governmental entities, and all other responsible third parties which are, or may be, legally and / or financially responsible in any way for the injuries or damages to the Patient and / or the Assignor for any and / or all damages, loss or expense suffered / incurred by the Patient and / or Assignor as a result of any negligence, recklessness, intentional action or inaction, or for any violation of / failure to comply with any statute or regulation.

It is understood, agreed and acknowledged by Assignor that VMCMC, at its exclusive discretion, may pursue and recover **SOLELY FOR VMCMC'S OWN BENEFIT, ALL THE PROCEEDS AND RECOVERIES AVAILABLE / RESULTING FROM THE ASSERTION, PROSECUTION AND / OR SETTLEMENT OF THE CLAIMS, CAUSES OF ACTION AND OTHER LEGAL RIGHTS OR RECOVERY HEREBY IRREVOCABLY ASSIGNED TO VMCMC**. It is also understood, agreed and acknowledged by the undersigned Assignor that VMCMC may prosecute in its own name, or at its sole discretion in the name of the Assignor, any lawsuit or cause of action or claim irrevocably assigned to VMCMC hereby.

It is the intention of both the person making this Irrevocable Assignment (i.e., the "Assignor") and VMCMC that in the unlikely event any provision of this Irrevocable Assignment is held / ruled to be illegal, invalid or unenforceable under present or future State or Federal laws or rules and regulations promulgated there under, such provisions shall be fully severable, and this Irrevocable Assignment shall be construed and enforced as if such illegal, invalid or unenforceable provision (i.e., by its severance here from) were no longer a part hereof. However, in lieu of such illegal, invalid or unenforceable provision there shall be automatically included as part of this Irrevocable Assignment a provision as similar in terms to the illegal, invalid or unenforceable provision as is reasonably possible, in order to accomplish the same effect as was the expressed manifested intention of the parties, yet still being legal, valid and enforceable.

EXECUTED to become effective on this 20 day of Sept , 20 13

**ASSIGNOR / PERSON MAKING THIS IRREVOCABLE ASSIGNMENT AND TRANSFER**

By: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Printed Name: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

STATE OF TEXAS
COUNTY OF Tarrant

This instrument was acknowledged before me on Sept. 20, 2013 by ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
                                                  Date                                Full Legal Name of Assignor

RACHEL LOUISE GOMEZ
Notary Public, State of Texas
My Commission Expires
November 12, 2016

Notary Public, In and For The State of Texas

White Copy To File    Yellow Copy To Patient

## IRREVOCABLE ASSIGNMENT AND TRANSFER OF CAUSES OF ACTION AND CLAIMS

In consideration of Victory Parent Company LLC d/b/a "Victory Medical Center Landmark" (hereinafter referred to simply as "VMCL") providing to ▇▇▇▇▇▇▇▇▇▇ (hereinafter referred to as Patient) hospital care and treatment including, but not limited to, the implantation of valuable and costly medical / orthopedic devices and other medical / surgical equipment and supplies (hereinafter collectively referred to as "medical devices and treatment"), and other good and valuable consideration, the receipt and sufficiency of which is hereby agreed and acknowledged, and in order to induce VMCL to provide the Patient with care, medical devices and treatment the undersigned, acting hereby as an Assignor (hereinafter sometimes referred to simply as the "Assignor"), of his/her own free will and after a reasonable opportunity to discuss this irrevocable assignment with anyone of Assignor's choosing, does hereby sell, transfer, convey, grant and irrevocably and forever assign to VMCL all known and unknown, past, present, and future rights, title and interest in all claims, causes of action (i.e., pursuant to common law, statute, or in equity and whether based upon tort, breach of contract, breach of fiduciary duty, or otherwise), insurance benefits, health care benefits and all other legal rights or recovery from / against: (i) Assignor's employer; (ii) any and all health plans pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment; (iii) any and all Administrators and / or Fiduciaries of all health plans pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment, damages or loss (i.e., for breaches of any fiduciary duties by said Administrators and / or Fiduciaries); (iv) any and all insurance companies pursuant to which Assignor and / or Patient are entitled to receive any benefits, proceeds and / or money to pay for medical care, hospital care, medical devices or treatment, damages, losses, bodily injury, and / or property damages including, but not limited to, all insurance companies which issued Group and / or Individual Health Insurance, Group and / or Individual Accident Insurance, Liability Insurance, Automobile Insurance (including all benefits available under the provisions thereof which provide any coverage for Liability, Underinsured / Un-Insured, Personal Injury Protection and / or Med-Pay), Homeowner's Insurance (including all benefits available under the provisions thereof which provide any coverage for Liability, Personal Injury Protection and / or Med-Pay), and / or any other type of policy or coverage however described or identified; (v) any and all Health Maintenance Organizations ("HMO") pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment; (vi) any and all Preferred Provider Organizations ("PPO") pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment; (vii) any and all individuals, companies, governmental agencies, governmental entities, and all other responsible third parties which are, or may be, legally and / or financially responsible in any way for the injuries or damages to the Patient and / or the Assignor for any and / or all damages, loss or expense suffered / incurred by the Patient and / or Assignor as a result of any negligence, recklessness, intentional action or inaction, or for any violation of / failure to comply with any statute or regulation.

This Irrevocable Assignment shall be IRREVOCABLE, FULLY BINDING AND FOREVER; and is intended to be broadly construed to assign, transfer, grant, and convey to VMCL all of the rights, title, and interest which Assignor now has, or may hereinafter acquire, to make demands, submit claims, receive proceeds, give binding releases to Payors and other responsible parties referenced above, file suit to collect, negotiate settlement, prosecute law suits to judgment, appeal adverse claim determinations, appeal adverse judgments, levy execution on judgments, release judgments, recover and keep all payments from: (i) Assignor's employer; (ii) any and all health plans; (iii) any and all Administrators and / or Fiduciaries of all health plans; (iv) any and all insurance companies; (v) any and all Health Maintenance Organizations ("HMO"); (vi) any and all Preferred Provider Organizations ("PPO"); and (vii) any and all individuals, companies, governmental agencies, governmental entities, and all other responsible third parties which are, or may be, legally and / or financially responsible in any way for the injuries or damages to the Patient and / or the Assignor for any and / or all damages, loss or expense suffered / incurred by the Patient and / or Assignor as a result of any negligence, recklessness, intentional action or inaction, or for any violation of / failure to comply with any statute or regulation.

It is understood, agreed and acknowledged by Assignor that VMCL, at its exclusive discretion, may pursue and recover **SOLELY FOR VMCL'S OWN BENEFIT, ALL THE PROCEEDS AND RECOVERIES AVAILABLE / RESULTING FROM THE ASSERTION, PROSECUTION AND / OR SETTLEMENT OF THE CLAIMS, CAUSES OF ACTION AND OTHER LEGAL RIGHTS OR RECOVERY HEREBY IRREVOCABLY ASSIGNED TO VMCL.** It is also understood, agreed and acknowledged by the undersigned Assignor that VMCL may prosecute in its own name, or at its sole discretion in the name of the Assignor, any lawsuit or cause of action or claim irrevocably assigned to VMCL hereby.

It is the intention of both the person making this Irrevocable Assignment (i.e., the "Assignor") and VMCL that in the unlikely event any provision of this Irrevocable Assignment is held / ruled to be illegal, invalid or unenforceable under present or future state or federal laws or rules and regulations promulgated there under, such provisions shall be fully severable, and this Irrevocable Assignment shall be construed and enforced as if such illegal, invalid or unenforceable provision (i.e., by its severance here from) were no longer a part hereof. However, in lieu of such illegal, invalid or unenforceable provision there shall be automatically included as part of this Irrevocable Assignment a provision as similar in terms to the illegal, invalid or unenforceable provision as is reasonably possible, in order to accomplish the same effect as was the expressed manifested intention of the parties, yet still being legal, valid and enforceable.

EXECUTED to become effective on this 27 day of January, 20 15.

ASSIGNOR / PERSON MAKING THIS IRREVOCABLE ASSIGNMENT AND TRANSFER

By: ▇▇▇▇▇▇▇▇▇▇

Printed Name: ▇▇▇▇▇▇▇▇▇▇

STATE OF TEXAS §
COUNTY OF Bexar §

This instrument was acknowledged before me on _____ by _____
                                                  Date          Full Legal Name of Assignor

*Linda Franklin*
Notary Public, In and For The State of Texas

LINDA KAY FRANKLIN
Notary Public, State of Texas
My Commission Expires
October 14, 2017

ADM: 01/28/2015
DOB: 02/22/1989
SEX: F
SER: ORT    DR: Zavala, Gerardo
ACT#: 000103594
MED#: 2485
FC: BO
AGE: 25 yr

White Copy To File    Yellow Copy To Patient

# IRREVOCABLE ASSIGNMENT AND TRANSFER OF CAUSES OF ACTION AND CLAIMS

In consideration of Victory Parent Company LLC d/b/a "Victory Medical Center" (hereinafter referred to simply as "VMC") providing to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (hereinafter referred to as Patient) hospital care and treatment including, but not limited to, the implantation of valuable and costly medical / orthopedic devices and other medical / surgical equipment and supplies (hereinafter collectively referred to as "medical devices and treatment"), and other good and valuable consideration, the receipt and sufficiency of which is hereby agreed and acknowledged, and in order to induce VMC to provide the Patient with care, medical devices and treatment the undersigned, acting hereby as an Assignor (hereinafter sometimes referred to simply as the "Assignor"), of his/her own free will and after a reasonable opportunity to discuss this irrevocable assignment with anyone of Assignor's choosing, does hereby sell, transfer, convey, grant and irrevocably and forever assign to VMC all known and unknown, past, present, and future rights, title and interest in all claims, causes of action (i.e., pursuant to common law, statute, or in equity and whether based upon tort, breach of contract, breach of fiduciary duty, or otherwise), insurance benefits, health care benefits and all other legal rights or recovery from / against: (i) Assignor's employer; (ii) any and all health plans pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment; (iii) any and all Administrators and / or Fiduciaries of all health plans pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment, damages or loss (i.e., for breaches of any fiduciary duties by said Administrators and / or Fiduciaries); (iv) any and all insurance companies pursuant to which Assignor and / or Patient are entitled to receive any benefits, proceeds and / or money to pay for medical care, hospital care, medical devices or treatment, damages, losses, bodily injury, and / or property damages including, but not limited to, all insurance companies which issued Group and / or Individual Health Insurance, Group and / or Individual Accident Insurance, Liability Insurance, Automobile Insurance (including all benefits available under the provisions thereof which provide any coverage for Liability, Underinsured / Un-Insured, Personal Injury Protection and / or Med-Pay), Homeowner's Insurance (including all benefits available under the provisions thereof which provide any coverage for Liability, Personal Injury Protection and / or Med-Pay), and / or any other type of policy or coverage however described or identified; (v) any and all Health Maintenance Organizations ("HMO") pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment; (v) any and all Preferred Provider Organizations ("PPO") pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment; (vi) any and all individuals, companies, governmental agencies, governmental entities, and all other responsible third parties which are, or may be, legally and / or financially responsible in any way for the injuries or damages to the Patient and / or the Assignor for any and / or all damages, loss or expense suffered / incurred by the Patient and / or Assignor as a result of any negligence, recklessness, intentional action or inaction, or for any violation of / failure to comply with any statute or regulation.

This Irrevocable Assignment shall be IRREVOCABLE, FULLY BINDING AND FOREVER; and is intended to be broadly construed to assign, transfer, grant, and convey to VMC all of the rights, title, and interest which Assignor now has, or may hereinafter acquire, to make demands, submit claims, receive proceeds, give binding releases to Payors and other responsible parties referenced above, file suit to collect, negotiate settlement, prosecute law suits to judgment, appeal adverse claim determinations, appeal adverse judgments, levy execution on judgments, release judgments, recover and keep all payments from: (i) Assignor's employer; (ii) any and all health plans; (iii) any and all Administrators and / or Fiduciaries of all health plans; (iv) any and all insurance companies; (v) any and all Health Maintenance Organizations ("HMO"); (v) any and all Preferred Provider Organizations ("PPO"); and (vi) any and all individuals, companies, governmental agencies, governmental entities, and all other responsible third parties which are, or may be, legally and / or financially responsible in any way for the injuries or damages to the Patient and / or the Assignor for any and / or all damages, loss or expense suffered / incurred by the Patient and / or Assignor as a result of any negligence, recklessness, intentional action or inaction, or for any violation of/ failure to comply with any statute or regulation.

It is understood, agreed and acknowledged by Assignor that VMC, at its exclusive discretion, may pursue and recover **SOLELY FOR VMC'S OWN BENEFIT, ALL THE PROCEEDS AND RECOVERIES AVAILABLE / RESULTING FROM THE ASSERTION, PROSECUTION AND / OR SETTLEMENT OF THE CLAIMS, CAUSES OF ACTION AND OTHER LEGAL RIGHTS OR RECOVERY HEREBY IRREVOCABLY ASSIGNED TO VMC**. It is also understood, agreed and acknowledged by the undersigned Assignor that VMC may prosecute in its own name, or at its sole discretion in the name of the Assignor, any lawsuit or cause of action or claim irrevocably assigned to VMC hereby.

It is the intention of both the person making this Irrevocable Assignment (i.e., the "Assignor") and VMC that in the unlikely event any provision of this Irrevocable Assignment is held / ruled to be illegal, invalid or unenforceable under present or future state or federal laws or rules and regulations promulgated there under, such provisions shall be fully severable, and this Irrevocable Assignment shall be construed and enforced as if such illegal, invalid or unenforceable provision (i.e., by its severance here from) were no longer a part hereof. However, in lieu of such illegal, invalid or unenforceable provision there shall be automatically included as part of this Irrevocable Assignment a provision as similar in terms to the illegal, invalid or unenforceable provision as is reasonably possible, in order to accomplish the same effect as was the expressed manifested intention of the parties, yet still being legal, valid and enforceable.

EXECUTED to become effective on this __30__ day of __September__, 20__13__.

**ASSIGNOR / PERSON MAKING THIS IRREVOCABLE ASSIGNMENT AND TRANSFER**

By: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Printed Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

STATE OF TEXAS

COUNTY OF _____

This instrument was acknowledged before me on _____ by _____.

_____
Notary Public, In and For
The State of Texas

*witnessed by:* [signature]

ADM : 09/30/2013  ACT# : 000700018
                  MED# : 19
DOB : 05/27/1991  FC : BO
SEX : F           AGE : 22 yr
SER : GEN         DR : GRAHAM, CAMILLE

1

## IRREVOCABLE ASSIGNMENT AND TRANSFER OF CAUSES OF ACTION AND CLAIMS

In consideration of Victory Parent Company, LLC d/b/a "Victory Medical Center Plano" (hereinafter referred to simply as "VMCP") providing to ▮▮▮▮▮▮▮▮▮▮ (hereinafter referred to as Patient) hospital care and treatment including, but not limited to, the implantation of valuable and costly medical / orthopedic devices and other medical / surgical equipment and supplies (hereinafter collectively referred to as "medical devices and treatment"), and other good and valuable consideration, the receipt and sufficiency of which is hereby agreed and acknowledged, and in order to induce VMCP to provide the Patient with care, medical devices and treatment the undersigned, acting hereby as an Assignor (hereinafter sometimes referred to simply as the "Assignor"), of his/her own free will and after a reasonable opportunity to discuss this irrevocable assignment with anyone of Assignor's choosing, does hereby sell, transfer, convey, grant and irrevocably and forever assign to VMCP all known and unknown, past, present, and future rights, title and interest in all claims, causes of action (i.e., pursuant to common law, statute, or in equity and whether based upon tort, breach of contract, breach of fiduciary duty, or otherwise), insurance benefits, health care benefits and all other legal rights or recovery from / against: (i) Assignor's employer; (ii) any and all health plans pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment; (iii) any and all Administrators and / or Fiduciaries of all health plans pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment, damages or loss (i.e., for breaches of any fiduciary duties by said Administrators and / or Fiduciaries); (iv) any and all insurance companies pursuant to which Assignor and / or Patient are entitled to receive any benefits, proceeds and / or money to pay for medical care, hospital care, medical devices or treatment, damages, losses, bodily injury, and / or property damages including, but not limited to, all insurance companies which issued Group and / or Individual Health Insurance, Group and / or Individual Accident Insurance, Liability Insurance, Automobile Insurance (including all benefits available under the provisions thereof which provide any coverage for Liability, Underinsured / Un-Insured, Personal Injury Protection and / or Med-Pay), Homeowner's Insurance (including all benefits available under the provisions thereof which provide any coverage for Liability, Personal Injury Protection and / or Med-Pay), and / or any other type of policy or coverage however described or identified; (v) any and all Health Maintenance Organizations ("HMO") pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment; (vi) any and all Preferred Provider Organizations ("PPO") pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment; (vii) any and all individuals, companies, governmental agencies, governmental entities, and all other responsible third parties which are, or may be, legally and / or financially responsible in any way for the injuries or damages to the Patient and / or the Assignor for any and / or all damages, loss or expense suffered / incurred by the Patient and / or Assignor as a result of any negligence, recklessness, intentional action or inaction, or for any violation of / failure to comply with any statute or regulation.

This Irrevocable Assignment shall be IRREVOCABLE, FULLY BINDING AND FOREVER; and is intended to be broadly construed to assign, transfer, grant, and convey to VMCP all of the rights, title, and interest which Assignor now has, or may hereinafter acquire, to make demands, submit claims, receive proceeds, give binding releases to Payors and other responsible parties referenced above, file suit to collect, negotiate settlement, prosecute law suits to judgment, appeal adverse claim determinations, appeal adverse judgments, levy execution on judgments, release judgments, recover and keep all payments from: (i) Assignor's employer; (ii) any and all health plans; (iii) any and all Administrators and / or Fiduciaries of all health plans; (iv) any and all insurance companies; (v) any and all Health Maintenance Organizations ("HMO"); (vi) any and all Preferred Provider Organizations ("PPO"); and (vii) any and all individuals, companies, governmental agencies, governmental entities, and all other responsible third parties which are, or may be, legally and / or financially responsible in any way for the injuries or damages to the Patient and / or the Assignor for any and / or all damages, loss or expense suffered / incurred by the Patient and / or Assignor as a result of any negligence, recklessness, intentional action or inaction, or for any violation of / failure to comply with any statute or regulation.

It is understood, agreed and acknowledged by Assignor that VMCP, at its exclusive discretion, may pursue and recover **SOLELY FOR VMCP'S OWN BENEFIT, ALL THE PROCEEDS AND RECOVERIES AVAILABLE / RESULTING FROM THE ASSERTION, PROSECUTION AND / OR SETTLEMENT OF THE CLAIMS, CAUSES OF ACTION AND OTHER LEGAL RIGHTS OR RECOVERY HEREBY IRREVOCABLY ASSIGNED TO VMCP**. It is also understood, agreed and acknowledged by the undersigned Assignor that VMCP may prosecute in its own name, or at its sole discretion in the name of the Assignor, any lawsuit or cause of action or claim irrevocably assigned to VMCP hereby.

It is the intention of both the person making this Irrevocable Assignment (i.e., the "Assignor") and VMCP that in the unlikely event any provision of this Irrevocable Assignment is held / ruled to be illegal, invalid or unenforceable under present or future State or Federal laws or rules and regulations promulgated there under, such provisions shall be fully severable, and this Irrevocable Assignment shall be construed and enforced as if such illegal, invalid or unenforceable provision (i.e., by its severance here from) were no longer a part hereof. However, in lieu of such illegal, invalid or unenforceable provision there shall be automatically included as part of this Irrevocable Assignment a provision as similar in terms to the illegal, invalid or unenforceable provision as is reasonably possible, in order to accomplish the same effect as was the expressed manifested intention of the parties, yet still being legal, valid and enforceable.

EXECUTED to become effective on this 20 day of June , 20 13

**ASSIGNOR / PERSON MAKING THIS IRREVOCABLE ASSIGNMENT AND TRANSFER**

By: ▮▮▮▮▮▮▮▮▮▮
Printed Name: ▮▮▮▮▮▮▮▮▮▮

STATE OF TEXAS
COUNTY OF Denton

This instrument was acknowledged before me on 6/20/13 by ▮▮▮▮▮▮▮▮▮▮
                                                  Date                Full Legal Name of Assignor

ADM: 06/20/2013    ACT#: 000202999
                   MED#: 2224
DOB: 08/02/1979    FC: BO
SEX: F             AGE: 33 yr
SER: GEN   DR: Ritter, David

Notary Public, In and For The State of Texas

White Copy To File   Yellow Copy To Patient

EPIFAMIA RETANA
Notary Public, State of Texas
My Commission Expires
February 18, 2017

# IRREVOCABLE ASSIGNMENT AND TRANSFER OF CAUSES OF ACTION AND CLAIMS

In consideration of Victory Parent Company LLC d/b/a "Victory Medical Center Beaumont" (hereinafter referred to simply as "VMCB") providing to ▮▮▮▮▮▮▮▮▮▮▮▮ (hereinafter referred to as Patient) hospital care and treatment including, but not limited to, the implantation of valuable and costly medical / orthopedic devices and other medical / surgical equipment and supplies (hereinafter collectively referred to as "medical devices and treatment"), and other good and valuable consideration, the receipt and sufficiency of which is hereby agreed and acknowledged, and in order to induce VMCB to provide the Patient with care, medical devices and treatment the undersigned, acting hereby as an Assignor (hereinafter sometimes referred to simply as the "Assignor"), of his/her own free will and after a reasonable opportunity to discuss this irrevocable assignment with anyone of Assignor's choosing, does hereby sell, transfer, convey, grant and irrevocably and forever assign to VMCB all known and unknown, past, present, and future rights, title and interest in all claims, causes of action (i.e., pursuant to common law, statute, or in equity and whether based upon tort, breach of contract, breach of fiduciary duty, or otherwise), insurance benefits, health care benefits and all other legal rights or recovery from / against: (i) Assignor's employer; (ii) any and all health plans pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment; (iii) any and all Administrators and / or Fiduciaries of all health plans pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment, damages or loss (i.e., for breaches of any fiduciary duties by said Administrators and / or Fiduciaries); (iv) any and all insurance companies pursuant to which Assignor and / or Patient are entitled to receive any benefits, proceeds and / or money to pay for medical care, hospital care, medical devices or treatment, damages, losses, bodily injury, and / or property damages including, but not limited to, all insurance companies which issued Group and / or Individual Health Insurance, Group and / or Individual Accident Insurance, Liability Insurance, Automobile Insurance (including all benefits available under the provisions thereof which provide any coverage for Liability, Underinsured / Un-Insured, Personal Injury Protection and / or Med-Pay), Homeowner's Insurance (including all benefits available under the provisions thereof which provide any coverage for Liability, Personal Injury Protection and / or Med-Pay), and / or any other type of policy or coverage however described or identified; (v) any and all Health Maintenance Organizations ("HMO") pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment; (vi) any and all Preferred Provider Organizations ("PPO") pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment; (vii) any and all individuals, companies, governmental agencies, governmental entities, and all other responsible third parties which are, or may be, legally and / or financially responsible in any way for the injuries or damages to the Patient and / or the Assignor for any and / or all damages, loss or expense suffered / incurred by the Patient and / or Assignor as a result of any negligence, recklessness, intentional action or inaction, or for any violation of / failure to comply with any statute or regulation.

This Irrevocable Assignment shall be IRREVOCABLE, FULLY BINDING AND FOREVER; and is intended to be broadly construed to assign, transfer, grant, and convey to VMCB all of the rights, title, and interest which Assignor now has, or may hereinafter acquire, to make demands, submit claims, receive proceeds, give binding releases to Payors and other responsible parties referenced above, file suit to collect, negotiate settlement, prosecute law suits to judgment, appeal adverse claim determinations, appeal adverse judgments, levy execution on judgments, release judgments, recover and keep all payments from: (i) Assignor's employer; (ii) any and all health plans; (iii) any and all Administrators and / or Fiduciaries of all health plans; (iv) any and all insurance companies; (v) any and all Health Maintenance Organizations ("HMO"); (vi) any and all Preferred Provider Organizations ("PPO"); and (vii) any and all individuals, companies, governmental agencies, governmental entities, and all other responsible third parties which are, or may be, legally and / or financially responsible in any way for the injuries or damages to the Patient and / or the Assignor for any and / or all damages, loss or expense suffered / incurred by the Patient and / or Assignor as a result of any negligence, recklessness, intentional action or inaction, or for any violation of / failure to comply with any statute or regulation.

It is understood, agreed and acknowledged by Assignor that VMCB, at its exclusive discretion, may pursue and recover **SOLELY FOR VMCB'S OWN BENEFIT, ALL THE PROCEEDS AND RECOVERIES AVAILABLE / RESULTING FROM THE ASSERTION, PROSECUTION AND / OR SETTLEMENT OF THE CLAIMS, CAUSES OF ACTION AND OTHER LEGAL RIGHTS OR RECOVERY HEREBY IRREVOCABLY ASSIGNED TO VMCB**. It is also understood, agreed and acknowledged by the undersigned Assignor that VMCB may prosecute in its own name, or at its sole discretion in the name of the Assignor, any lawsuit or cause of action or claim irrevocably assigned to VMCB hereby.

It is the intention of both the person making this Irrevocable Assignment (i.e., the "Assignor") and VMCB that in the unlikely event any provision of this Irrevocable Assignment is held / ruled to be illegal, invalid or unenforceable under present or future State or Federal laws or rules and regulations promulgated there under, such provisions shall be fully severable, and this Irrevocable Assignment shall be construed and enforced as if such illegal, invalid or unenforceable provision (i.e., by its severance here from) were no longer a part hereof. However, in lieu of such illegal, invalid or unenforceable provision there shall be automatically included as part of this Irrevocable Assignment a provision as similar in terms to the illegal, invalid or unenforceable provision as is reasonably possible, in order to accomplish the same effect as was the expressed manifested intention of the parties, yet still being legal, valid and enforceable.

EXECUTED to become effective on this 14 day of July, 2014.

**ASSIGNOR / PERSON MAKING THIS IRREVOCABLE ASSIGNMENT AND TRANSFER**

By: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Printed Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

STATE OF TEXAS
COUNTY OF Jefferson §§§

This instrument was acknowledged before me on 7/14/14 by ▮▮▮▮▮▮▮▮▮▮▮▮▮.
                                                   Date                    Full Legal Name of Assignor

*Krisheya D Dawsey*
Notary Public, In and For The State of Texas

KRISHEYA' DESHAY DAWSEY
Notary Public, State of Texas
My Commission Expires
May 28, 2017

REVISED 02/25/13
VMCB Beaumont

White Copy To File    Yellow Copy To Patient

## IRREVOCABLE ASSIGNMENT AND TRANSFER OF CAUSES OF ACTION AND CLAIMS

In consideration of Victory Parent Company LLC d/b/a "Victory Medical Center" (hereinafter referred to simply as "VMC") providing to ███████████████████████ (hereinafter referred to as Patient) hospital care and treatment including, but not limited to, the implantation of valuable and costly medical / orthopedic devices and other medical / surgical equipment and supplies (hereinafter collectively referred to as "medical devices and treatment"), and other good and valuable consideration, the receipt and sufficiency of which is hereby agreed and acknowledged, and in order to induce VMC to provide the Patient with care, medical devices and treatment the undersigned, acting hereby as an Assignor (hereinafter sometimes referred to simply as the "Assignor"), of his/her own free will and after a reasonable opportunity to discuss this irrevocable assignment with anyone of Assignor's choosing, does hereby sell, transfer, convey, grant and irrevocably and forever assign to VMC all known and unknown, past, present, and future rights, title and interest in all claims, causes of action (i.e., pursuant to common law, statute, or in equity and whether based upon tort, breach of contract, breach of fiduciary duty, or otherwise), insurance benefits, health care benefits and all other legal rights or recovery from / against: (i) Assignor's employer; (ii) any and all health plans pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment; (iii) any and all Administrators and / or Fiduciaries of all health plans pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment, damages or loss (i.e., for breaches of any fiduciary duties by said Administrators and / or Fiduciaries); (iv) any and all insurance companies pursuant to which Assignor and / or Patient are entitled to receive any benefits, proceeds and / or money to pay for medical care, hospital care, medical devices or treatment, damages, losses, bodily injury, and / or property damages including, but not limited to, all insurance companies which issued Group and / or Individual Health Insurance, Group and / or Individual Accident Insurance, Liability Insurance, Automobile Insurance (including all benefits available under the provisions thereof which provide any coverage for Liability, Underinsured / Un-Insured, Personal Injury Protection and / or Med-Pay), Homeowner's Insurance (including all benefits available under the provisions thereof which provide any coverage for Liability, Personal Injury Protection and / or Med-Pay), and / or any other type of policy or coverage however described or identified; (v) any and all Health Maintenance Organizations ("HMO") pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment; (vi) any and all Preferred Provider Organizations ("PPO") pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment; (vii) any and all individuals, companies, governmental agencies, governmental entities, and all other responsible third parties which are, or may be, legally and / or financially responsible in any way for the injuries or damages to the Patient and / or the Assignor for any and / or all damages, loss or expense suffered / incurred by the Patient and / or Assignor as a result of any negligence, recklessness, intentional action or inaction, or for any violation of / failure to comply with any statute or regulation.

This Irrevocable Assignment shall be IRREVOCABLE, FULLY BINDING AND FOREVER; and is intended to be broadly construed to assign, transfer, grant, and convey to VMC all of the rights, title, and interest which Assignor now has, or may hereinafter acquire, to make demands, submit claims, receive proceeds, give binding releases to Payors and other responsible parties referenced above, file suit to collect, negotiate settlement, prosecute law suits to judgment, appeal adverse claim determinations, appeal adverse judgments, levy execution on judgments, release judgments, recover and keep all payments from: (i) Assignor's employer; (ii) any and all health plans; (iii) any and all Administrators and / or Fiduciaries of all health plans; (iv) any and all insurance companies; (v) any and all Health Maintenance Organizations ("HMO"); (vi) any and all Preferred Provider Organizations ("PPO"); and (vii) any and all individuals, companies, governmental agencies, governmental entities, and all other responsible third parties which are, or may be, legally and / or financially responsible in any way for the injuries or damages to the Patient and / or the Assignor for any and / or all damages, loss or expense suffered / incurred by the Patient and / or Assignor as a result of any negligence, recklessness, intentional action or inaction, or for any violation of / failure to comply with any statute or regulation.

It is understood, agreed and acknowledged by Assignor that VMC, at its exclusive discretion, may pursue and recover **SOLELY FOR VMC'S OWN BENEFIT, ALL THE PROCEEDS AND RECOVERIES AVAILABLE / RESULTING FROM THE ASSERTION, PROSECUTION AND / OR SETTLEMENT OF THE CLAIMS, CAUSES OF ACTION AND OTHER LEGAL RIGHTS OR RECOVERY HEREBY IRREVOCABLY ASSIGNED TO VMC.** It is also understood, agreed and acknowledged by the undersigned Assignor that VMC may prosecute in its own name, or at its sole discretion in the name of the Assignor, any lawsuit or cause of action or claim irrevocably assigned to VMC hereby.

It is the intention of both the person making this Irrevocable Assignment (i.e., the "Assignor") and VMC that in the unlikely event any provision of this Irrevocable Assignment is held / ruled to be illegal, invalid or unenforceable under present or future state or federal laws or rules and regulations promulgated there under, such provisions shall be fully severable, and this Irrevocable Assignment shall be construed and enforced as if such illegal, invalid or unenforceable provision (i.e., by its severance here from) were no longer a part hereof. However, in lieu of such illegal, invalid or unenforceable provision there shall be automatically included as part of this Irrevocable Assignment a provision as similar in terms to the illegal, invalid or unenforceable provision as is reasonably possible, in order to accomplish the same effect as was the expressed manifested intention of the parties, yet still being legal, valid and enforceable.

EXECUTED to become effective on this ___ day of _____, 20__.

ASSIGNOR / PERSON MAKING THIS IRREVOCABLE ASSIGNMENT AND TRANSFER

By: ███████████████████████████████████████
Printed Name: ███████████████████████

STATE OF TEXAS
COUNTY OF  Bexar

This _____ on  6/24/12  by ███████████

> CHERYL ANN BALMOS
> Notary Public, State of Texas
> My Commission Expires
> December 22, 2015

_____   Date _____   Full Legal Name of Assignor _____
Notary Public, In and For The State of Texas

REVISED 04/2012
VHRA175

## IRREVOCABLE ASSIGNMENT AND TRANSFER OF CAUSES OF ACTION AND CLAIMS

In consideration of East Houston Surgery Center, LLC d/b/a "Victory Surgical Hospital East Houston" (hereinafter referred to simply as "VSHEH") providing to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (hereinafter referred to as Patient) hospital care and treatment including, but not limited to, the implantation of valuable and costly medical / orthopedic devices and other medical / surgical equipment and supplies (hereinafter collectively referred to as "medical devices and treatment"), and other good and valuable consideration, the receipt and sufficiency of which is hereby agreed and acknowledged, and in order to induce VSHEH to provide the Patient with care, medical devices and treatment the undersigned, acting hereby as an Assignor (hereinafter sometimes referred to simply as the "Assignor"), of his/her own free will and after a reasonable opportunity to discuss this irrevocable assignment with anyone of Assignor's choosing, does hereby sell, transfer, convey, grant and irrevocably and forever assign to VSHEH all known and unknown, past, present, and future rights, title and interest in all claims, causes of action (i.e., pursuant to common law, statute, or in equity and whether based upon tort, breach of contract, breach of fiduciary duty, or otherwise), insurance benefits, health care benefits and all other legal rights or recovery from / against: (i) Assignor's employer; (ii) any and all health plans pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment; (iii) any and all Administrators and / or Fiduciaries of all health plans pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment, damages or loss (i.e., for breaches of any fiduciary duties by said Administrators and / or Fiduciaries); (iv) any and all insurance companies pursuant to which Assignor and / or Patient are entitled to receive any benefits, proceeds and / or money to pay for medical care, hospital care, medical devices or treatment, damages, losses, bodily injury, and / or property damages including, but not limited to, all insurance companies which issued Group and / or Individual Health Insurance, Group and / or Individual Accident Insurance, Liability Insurance, Automobile Insurance (including all benefits available under the provisions thereof which provide any coverage for Liability, Underinsured / Un-Insured, Personal Injury Protection and / or Med-Pay), Homeowner's Insurance (including all benefits available under the provisions thereof which provide any coverage for Liability, Personal Injury Protection and / or Med-Pay), and / or any other type of policy or coverage however described or identified; (v) any and all Health Maintenance Organizations ("HMO") pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment; (vi) any and all Preferred Provider Organizations ("PPO") pursuant to which Assignor and / or Patient are entitled to receive health benefits and / or money to pay for medical care, hospital care, medical devices or treatment; (vii) any and all individuals, companies, governmental agencies, governmental entities, and all other responsible third parties which are, or may be, legally and / or financially responsible in any way for the injuries or damages to the Patient and / or the Assignor for any and / or all damages, loss or expense suffered / incurred by the Patient and / or Assignor as a result of any negligence, recklessness, intentional action or inaction, or for any violation of / failure to comply with any statute or regulation.

This Irrevocable Assignment shall be IRREVOCABLE, FULLY BINDING AND FOREVER; and is intended to be broadly construed to assign, transfer, grant, and convey to VSHEH all of the rights, title, and interest which Assignor now has, or may hereinafter acquire, to make demands, submit claims, receive proceeds, give binding releases to Payors and other responsible parties referenced above, file suit to collect, negotiate settlement, prosecute law suits to judgment, appeal adverse claim determinations, appeal adverse judgments, levy execution on judgments, release judgments, recover and keep all payments from: (i) Assignor's employer; (ii) any and all health plans; (iii) any and all Administrators and / or Fiduciaries of all health plans; (iv) any and all insurance companies; (v) any and all Health Maintenance Organizations ("HMO"); (vi) any and all Preferred Provider Organizations ("PPO"); and (vii) any and all individuals, companies, governmental agencies, governmental entities, and all other responsible third parties which are, or may be, legally and / or financially responsible in any way for the injuries or damages to the Patient and / or the Assignor for any and / or all damages, loss or expense suffered / incurred by the Patient and / or Assignor as a result of any negligence, recklessness, intentional action or inaction, or for any violation of / failure to comply with any statute or regulation.

It is understood, agreed and acknowledged by Assignor that VSHEH, at its exclusive discretion, may pursue and recover **SOLELY FOR VSHEH'S OWN BENEFIT, ALL THE PROCEEDS AND RECOVERIES AVAILABLE / RESULTING FROM THE ASSERTION, PROSECUTION AND / OR SETTLEMENT OF THE CLAIMS, CAUSES OF ACTION AND OTHER LEGAL RIGHTS OR RECOVERY HEREBY IRREVOCABLY ASSIGNED TO VSHEH.** It is also understood, agreed and acknowledged by the undersigned Assignor that VSHEH may prosecute in its own name, or at its sole discretion in the name of the Assignor, any lawsuit or cause of action or claim irrevocably assigned to VSHEH hereby.

It is the intention of both the person making this Irrevocable Assignment (i.e., the "Assignor") and VSHEH that in the unlikely event any provision of this Irrevocable Assignment is held / ruled to be illegal, invalid or unenforceable under present or future State or Federal laws or rules and regulations promulgated there under, such provisions shall be fully severable, and this Irrevocable Assignment shall be construed and enforced as if such illegal, invalid or unenforceable provision (i.e., by its severance here from) were no longer a part hereof. However, in lieu of such illegal, invalid or unenforceable provision there shall be automatically included as part of this Irrevocable Assignment a provision as similar in terms to the illegal, invalid or unenforceable provision as is reasonably possible, in order to accomplish the same effect as was the expressed manifested intention of the parties, yet still being legal, valid and enforceable.

EXECUTED to become effective on this **14** day of **November**, 20**12**.

ASSIGNOR / PERSON MAKING THIS IRREVOCABLE ASSIGNMENT AND TRANSFER

By: ▓▓▓▓▓▓▓▓▓▓
Printed Name: ▓▓▓▓▓▓▓▓▓▓

*[Notary seal: TINNA GONZALEZ, Notary Public, State of Texas, My Commission Expires December 22, 2015]*

STATE OF TEXAS
COUNTY OF **Harris**

This instrument was acknowledged before me on **Nov. 14, 2012** by ▓▓▓▓▓▓▓▓▓▓

ADM: 11/14/2012
ACT#: 006500032
MED#: 35
DOB: 04/30/1960
FC: BO
SEX: F
AGE: 52 yr
SER: ORT   DR: Khan, Rizwan

Date _____  Full Legal Name of Assignor _____

Notary Public, In and For The State of Texas

WHITE TO BUSINESS OFFICE   YELLOW TO PATIENT