

**Fw: Confirmation of Transferred case has been opened**
Robert Flaig   to: Wayne Garcia

| | | |
|---|---|---|
| From: | Robert Flaig/TXWD/05/USCOURTS | 03/07/2019 01:34 PM |
| To: | Wayne Garcia/TXWD/05/USCOURTS@USCOURTS | |
| History: | This message has been replied to. | |

FYI - please print and docket
----- Forwarded by Robert Flaig/TXWD/05/USCOURTS on 03/07/2019 01:34 PM -----

| | |
|---|---|
| From: | Teresita A Rodriguez/TXWD/05/USCOURTS |
| To: | Robert Flaig/TXWD/05/USCOURTS@USCOURTS |
| Date: | 03/07/2019 01:12 PM |
| Subject: | Confirmation of Transferred case has been opened |

| | |
|---|---|
| From: | txedCM@txed.uscourts.gov |
| To: | InterdistrictTransfer_TXWD@txwd.uscourts.gov |
| Date: | 03/07/2019 01:08 PM |
| Subject: | Transferred case has been opened |

```
CASE: 5:17-cv-00518

DETAILS: Case transferred from Texas Western
has been opened in Eastern District of TEXAS   [LIVE]
as case 4:19-cv-00160, filed 03/07/2019.
```